UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.:

8.09cv 00087-T2G
T5M

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT

Relief Defendants.

_____/

## PLAINTIFF'S NOTICE OF FILING CONSENTS TO
## ENTRY OF ORDER OF PRELIMINARY INJUNCTION AND OTHER RELIEF

Plaintiff Securities and Exchange Commission files the Consents of Defendants Scoop

Capital, LLC and Scoop Management, Inc., and Relief Defendants Scoop Real Estate, L.P.,

Valhalla Investment Partners, L.P., Valhalla Management, Inc., Victory IRA Fund, LTD, Victory

Fund, LTD, Viking IRA Fund, LLC, Viking Fund, LLC, and Viking Management to Order of

Preliminary Injunction and Other Relief. The Commission respectfully requests entry of the

proposed Order. Additionally, the Commission represents that due to the urgency of this matter,

Dockets.Justia.com

the attached consents are not notarized. However, upon receipt of the notarized consents, the Commission will immediately file them with the court.

June 21, 2009

Respectfully submitted,

By:

Scott Masel
Senior Trial Counsel
Florida Bar No. 0007110
Telephone: (305) 982-6398
Facsimile: (305) 536-4154
masels@sec.gov

Andre Zamorano
Senior Counsel
Florida Bar No. 0967361
Telephone: (305) 982-6324
Facsimile: (305) 536-4154
zamoranoa@sec.gov.

Attorneys for Plaintiff
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT

Relief Defendants.

_____/

## CONSENT OF DEFENDANTS SCOOP CAPITAL, LLC, SCOOP MANAGEMENT, INC., AND RELIEF DEFENDANTS SCOOP REAL ESTATE, L.P., VICTORY IRA FUND, LTD., AND VICTORY FUND, LTD. TO ORDER OF PRELIMINARY INJUNCTION AND OTHER RELIEF

1.      Defendants Scoop Capital, LLC and Scoop Management, Inc., and Relief Defendants Scoop Real Estate, L.P., Victory IRA Fund, Ltd., and Victory Fund, Ltd., each waive service of a summons and the Complaint and admits the jurisdiction of this Court over it and over the subject matter of this action.

2.      Scoop Capital, Scoop Management, Scoop Real Estate, Victory IRA Fund, and Victory Fund each states it has entered into this Consent voluntarily, and that no promise, threat, or inducement of any kind, except as stated in the attached proposed Order of Preliminary Injunction and Other Relief ("Preliminary Injunction"), has been made by the plaintiff Securities and Exchange

Commission, or any member, officer, agent, or representative of the Commission, to Scoop Capital, Scoop Management, Scoop Real Estate, Victory IRA Fund, and Victory Fund or to anyone acting for them or on their behalf, to induce them to enter into this Consent.

3. Scoop Capital, Scoop Management, Scoop Real Estate, Victory IRA Fund, and Victory Fund, without admitting or denying the allegations of the Complaint, except that each is admitting the allegations as to subject matter and personal jurisdiction, hereby voluntarily consent to the entry of the Preliminary Injunction, in the form attached and incorporated by reference.

4. Scoop Capital, Scoop Management, Scoop Real Estate, Victory IRA Fund, and Victory Fund each agrees the Commission may present the attached proposed Preliminary Injunction to the Court for signature and entry, without further notice.

5. Scoop Capital, Scoop Management, Scoop Real Estate, Victory IRA Fund, and Victory Fund each agrees that this Consent shall be made a part of the attached Preliminary Injunction to be entered by the Court in this action, and each further agrees the Court shall retain jurisdiction over it.

6. Scoop Capital, Scoop Management, Scoop Real Estate, Victory IRA Fund, and Victory Fund each understands the Commission cannot and does not confer on it or on any person or entity, immunity from any criminal proceedings against it or other persons or entities for any actions related to or arising from this or any other matter.

7. Scoop Capital, Scoop Management, Scoop Real Estate, Victory IRA Fund, and Victory Fund each waives any right it may have to appeal from the entry of the Preliminary Injunction.

8. Scoop Capital, Scoop Management, Scoop Real Estate, Victory IRA Fund, and Victory Fund each waives service of the Preliminary Injunction, and each agrees that entry of the Preliminary Injunction by the Court and filing with the Clerk in the Middle District of Florida will constitute notice to each entity of the terms and conditions of the Preliminary Injunction.

2

9. Scoop Capital, Scoop Management, Scoop Real Estate, Victory IRA Fund, and Victory Fund each agrees it will not oppose the enforcement of the Preliminary Injunction on the ground that it fails to comply with Rule 65(d) of the Federal Rules of Civil Procedure, and each waives any objection based thereon.

10. Nothing in this Consent or the attached Preliminary Injunction waives the right of any Court-appointed Receiver over Scoop Capital, Scoop Management, Scoop Real Estate, Victory IRA Fund, or Victory Fund to exercise the full and exclusive authority granted by any Court Order appointing such Receiver to administer and manage the business affairs and marshal and safeguard the assets of each entity, and take whatever actions are necessary for the protection of investors.

I, Marguerite J. Nadel, having had the advice of competent legal counsel, hereby consent on behalf of Scoop Capital, Scoop Management, Scoop Real Estate, Victory IRA Fund, and Victory Fund to the Court's entry of the Preliminary Injunction.

Dated: 20 January, 2009

Marguerite J. Nadel, in her capacity as:

Manager/Member, Scoop Capital, LLC.

President/Director Scoop Management, Inc.

Manager/Member for Scoop Capital, LLC, as General Partner, Scoop Real Estate, L.P.

Manager/Member for Scoop Capital, LLC, as General Partner, Victory Fund, Ltd.

Manager/Member for Scoop Capital, LLC, as General Partner, Victory IRA Fund, Ltd.

STATE OF FLORIDA )
                 ) ss:
COUNTY OF SARASOTA )

On this _____ day of _____ 2009, before me personally appeared Marguerite J. Nadel,

3

who _____ is personally known to me or _____ produced a driver's license bearing her name and photograph as identification, and who executed this Consent, and acknowledged to me that she executed the same.

_____

Notary Public

_____

Commission Expires:

# SCOOP CAPITAL LLC CERTIFICATE OF CORPORATE RESOLUTION

I, Marguerite J. Nadel, do hereby certify that I am the ~~Member~~ MANAGER of Scoop Capital, LLC, a Florida limited liability company, and that the following is a complete and accurate copy of a resolution adopted by the company on January 20, 2009:

**RESOLVED:** That Marguerite J. Nadel, ~~Member~~ MANAGER of this Company, be and hereby is authorized to act on behalf of the Company, and in her sole discretion, to negotiate, approve, and execute the attached Consent to Order of Preliminary Injunction and Other Relief in connection with an investigation by the United States Securities and Exchange Commission.

I further certify that the aforesaid resolution has not been amended or revoked in any respect and remains in full force and effect.

IN WITNESS WHEREOF, I have executed this Certificate as a sealed instrument this 20 day of January, 2009.

By: Marguerite Nadel
[Name]

Manager / Member
[Title]
Scoop Capital, LLC

_____
Notary Public
State of Florida
Commission Number        :
Commission Expiration :

## SCOOP MANAGEMENT, INC. CERTIFICATE OF CORPORATE RESOLUTION

I, Marguerite J. Nadel, do hereby certify that I am the ~~PRESIDENT~~ ~~DIRECTOR~~ of Scoop Management, Inc., a Florida corporation, and that the following is a complete and accurate copy of a resolution adopted by the Board of Directors of Scoop Management on _JAN 20_, 2009:

PRESIDENT

RESOLVED: That Marguerite J. Nadel, ~~MEMBER~~ of this Corporation, be and hereby is authorized to act on behalf of the Corporation, and in her sole discretion, to negotiate, approve, and execute the attached Consent to Order of Preliminary Injunction and Other Relief in connection with an investigation by the United States Securities and Exchange Commission.

I further certify that the aforesaid resolution has not been amended or revoked in any respect and remains in full force and effect.

IN WITNESS WHEREOF, I have executed this Certificate as a sealed instrument this _20_ day of _January_ 2009.

By: __Marguerite J. Nadel__
[Name]

__President/Director__
[Title]

Scoop Management, Inc..

Notary Public
State of Florida
Commission Number     :
Commission Expiration :

## SCOOP REAL ESTATE, L.P. CERTIFICATE OF CORPORATE RESOLUTION

I, Marguerite J. Nadel, do hereby certify that I am the ~~GENERAL PARTNER~~ of Scoop Real Estate, L.P., a Delaware limited partnership, and that the following is a complete and accurate copy of a resolution adopted by the partnership on *JAN 20*, 2009:

   **RESOLVED:** That Marguerite J. Nadel, ~~GENERAL PARTNER~~ of this partnership, be and hereby is authorized to act on behalf of the partnership, and in her sole discretion, to negotiate, approve, and execute the attached Consent to Order of Preliminary Injunction and Other Relief in connection with an investigation by the United States Securities and Exchange Commission.

I further certify that the aforesaid resolution has not been amended or revoked in any respect and remains in full force and effect.

IN WITNESS WHEREOF, I have executed this Certificate as a sealed instrument this _____ day of _____, 2009.

   By: *Marguerite J. Nadel*
   [Name]

   *MGR / M Scoop Capital, LLC*
   [Title] *General Partner*
   Scoop Real Estate, L.P.

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Notary Public
State of Florida
Commission Number        :
Commission Expiration :

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT

Relief Defendants.
_____/

CONSENT OF RELIEF DEFENDANTS VALHALLA INVESTMENT PARTNERS L.P.,
VALHALLA MANAGEMENT INC., VIKING IRA FUND LLC, VIKING FUND LLC
AND VIKING MANAGEMENT
TO ORDER OF PRELIMINARY INJUNCTION AND OTHER RELIEF

1.    Relief Defendants Valhalla Investment Partners L.P., Valhalla Management Inc.,

Viking IRA Fund LLC, Viking Fund LLC, and Viking Management ("Relief Defendants") each

waive service of a summons and the Complaint and admits the jurisdiction of this Court over it and

over the subject matter of this action.

2.    The Relief Defendants state they have entered into this Consent voluntarily, and that

no promise, threat, or inducement of any kind, except as stated in the attached proposed Order of

Preliminary Injunction and Other Relief ("Preliminary Injunction"), has been made by the plaintiff Securities and Exchange Commission, or any member, officer, agent, or representative of the Commission, to the Relief Defendants or to anyone acting for them or on their behalf, to induce them to enter into this Consent.

3.      The Relief Defendants, without admitting or denying the allegations of the Complaint, except that each is admitting the allegations as to subject matter and personal jurisdiction, hereby voluntarily consent to the entry of the terms of the Preliminary Injunction that apply to them – specifically Sections II through V – in the form attached and incorporated by reference.

4.      The Relief Defendants agree the Commission may present the attached proposed Preliminary Injunction to the Court for signature and entry, without further notice.

5.      The Relief Defendants agree that this Consent shall be made a part of the attached Preliminary Injunction to be entered by the Court in this action, and further agree the Court shall retain jurisdiction over them.

6.      The Relief Defendants understand the Commission cannot and does not confer on them or on any person or entity, immunity from any criminal proceedings against them or other persons or entities for any actions related to or arising from this or any other matter.

7.      The Relief Defendants waive any right they may have to appeal from the entry of the Preliminary Injunction.

8.      The Relief Defendants waive service of the Preliminary Injunction, and each agrees that entry of the Preliminary Injunction by the Court and filing with the Clerk in the Middle District of Florida will constitute notice to each entity of the terms and conditions of the Preliminary Injunction.

2

9.     The Relief Defendants agree they will not oppose the enforcement of the Preliminary Injunction on the ground that it fails to comply with Rule 65(d) of the Federal Rules of Civil Procedure, and each waives any objection based thereon.

10.    Nothing in this Consent or the attached Preliminary Injunction waives the right of any Court-appointed Receiver over the Relief Defendants to exercise the full and exclusive authority granted by any Court Order appointing such Receiver to administer and manage the business affairs and marshal and safeguard the assets of each entity, and take whatever actions are necessary for the protection of investors.

I, Christopher D. Moody, having had the advice of competent legal counsel, hereby consent on behalf of Valhalla Investment Partners L.P., Valhalla Management Inc., Viking IRA Fund LLC, Viking Fund LLC, and Viking Management to the Court's entry of the Preliminary Injunction.

Dated: ____Jan____ 20 , 2009

_____
Christopher D. Moody

VP of the Managing Member , Valhalla Investment Partners
Vice President , Valhalla Management
Co-Managing Member of the Managing Member, Viking IRA Fund
Co-Managing Member of the Managing Member, Viking Fund LLC
Co-Managing Member Viking Management

3

STATE OF FLORIDA         )
                                 )    ss:

COUNTY OF SARASOTA   )

On this _____ day of _____, 2009, before me personally appeared Christopher D. Moody, who _____ is personally known to me or _____ produced a driver's license bearing his name and photograph as identification, and who executed this Consent, and acknowledged to me that he executed the same.

_____

Notary Public

_____

Commission Expires:

4

## VIKING MANAGEMENT, LLC CERTIFICATE OF CORPORATE RESOLUTION

I, Christopher D. Moody, do hereby certify that I am the *Co-Managing Member* of Viking Managment, LLC, a Florida limited liability company, and that the following is a complete and accurate copy of a resolution adopted by the company on ___Jan___  20th, 2009:

**RESOLVED:** That Christopher D. Moody, _*Co-Managing Member*_ of this Company, be and hereby is authorized to act on behalf of the Company, and in his sole discretion, to negotiate, approve, and execute the attached Consent to Order of Preliminary Injunction and Other Relief in connection with an investigation by the United States Securities and Exchange Commission.

I further certify that the aforesaid resolution has not been amended or revoked in any respect and remains in full force and effect.

IN WITNESS WHEREOF, I have executed this Certificate as a sealed instrument this _____ day of _____, 2009.

By:  _____
[Name] *Christopher D. Moody*

*Co-Managing Member*
[Title]
Viking Management, LLC

_____
Notary Public
State of Florida
Commission Number          :
Commission Expiration :

## VALHALLA MANAGEMENT, INC. CERTIFICATE OF CORPORATE RESOLUTION

I, Christopher D. Moody, do hereby certify that I am the *Vice President* of Valhalla Management, Inc., a Florida corporation, and that the following is a complete and accurate copy of a resolution adopted by the Board of Directors of Valhalla Management on *Jan 20*, 2009:

> **RESOLVED:** That Christopher D. Moody, *Vice President* of this Corporation, be and hereby is authorized to act on behalf of the Corporation, and in her sole discretion, to negotiate, approve, and execute the attached Consent to Order of Preliminary Injunction and Other Relief in connection with an investigation by the United States Securities and Exchange Commission.

I further certify that the aforesaid resolution has not been amended or revoked in any respect and remains in full force and effect.

IN WITNESS WHEREOF, I have executed this Certificate as a sealed instrument this _____ day of _____, 2009.

By: _____
[Name]

_____
[Title]
Valhalla Management, Inc..

_____
Notary Public
State of Florida
Commission Number        :
Commission Expiration :