UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.:


SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

     v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

          Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT

          Relief Defendants.
_____/

PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL
DECLARATION OF CHEDLY C. DUMORNAY

     Plaintiff Securities and Exchange Commission files the attached Supplemental

Declaration of Chedly C. Dumornay marked as Exhibit 9 in support of Plaintiff's Emergency

Motion for Temporary Restraining Order and Other Emergency Relief.

June 21, 2009

Respectfully submitted,

By: _Scott Masel_

Scott Masel
Senior Trial Counsel
Florida Bar No. 0007110
Telephone: (305) 982-6398
Facsimile: (305) 536-4154
masels@sec.gov

Andre Zamorano
Senior Counsel
Florida Bar No. 0967361
Telephone: (305) 982-6324
Facsimile: (305) 536-4154
zamoranoa@sec.gov.

Attorneys for Plaintiff
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

# SUPPLEMENTAL DECLARATION OF CHEDLY C. DUMORNAY

Pursuant to 28 U.S.C. § 1746, the undersigned states as follows:

1.  My name is Chedly C. Dumornay. I am over 21 years of age and have personal knowledge of the matters set forth herein.

2.  I am an Assistant Regional Director in the Division of Enforcement at the Miami Regional Office of the United States Securities and Exchange Commission ("SEC") located at 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

3.  As part of my duties as Assistant Regional Director, I supervised the investigation entitled In the Matter of Scoop Capital, LLC, FL-03453.

4.  On January 15, 2008, in connection with the Scoop Capital investigation, the SEC requested that Scott R. MacLeod ("MacLeod") a partner with the law firm of Holland & Knight LLP, voluntarily produce certain documents pertaining to Viking Fund, LLC, Viking IRA Fund, LLC, Victory Fund, Ltd, Victory IRA Fund, Ltd, Valhalla Investment Partners, LP, and Scoop Real Estate, LP (collectively referred to as, the "Hedge Funds").

5.  On that same day, in response to this request, MacLeod voluntarily produced to the SEC, among others things, Monthly "Asset Summary" statements dated as of January 14, 2008 for the Hedge Funds, true and correct copies of which are attached hereto as Composite Exhibit "A".

6.  On January 16, 2008, in connection with the Scoop Capital investigation, the SEC also requested that Christopher D. Moody ("Moody"), the Co-Managing Member of Viking Management, LLC and Vice-President of Valhalla Management, Inc., voluntarily produce certain documents and information pertaining to the Hedge Funds, and the four



PLAINTIFF'S EXHIBIT 9

PENGAD-Bayonne, N. J.

management companies that ran the Hedge Funds, Scoop Capital, LLC, Scoop

Management, Inc., Viking Management, LLC, and Valhalla Management, Inc.

7.    On that same day, in response to this request, Moody voluntarily provided the SEC with,

among other things, the following bank and brokerage account balances for accounts held in

the names of the Hedge Funds and the four management companies:

<u>Northern Trust Bank</u>

| | |
|---|---|
| Valhalla Investment Partners, LP | $ 11,835.02 |
| Valhalla Management, Inc. | $ 8,270.32 |
| Viking Fund, LLC | $ 55,978.37 |
| Viking IRA Fund, LLC | $ 67,295.24 |
| Viking Management, LLC | $ 8,897.25 |
| Victory IRA Fund, Ltd. | $131,139.52 |
| Victory Fund, Ltd. | $ 78,764.37 |
| Scoop Real Estate, LP | $122,830.40 |
| Scoop Management, Inc. | $ 94,289.15 |

<u>Goldman Sachs</u>

| | |
|---|---|
| Valhalla Investment Partner, LP | $ 4,413.66 |
| Viking Fund, LLC | $ 917.70 |
| Viking IRA Fund, LLC | $ 2,923.58 |

<u>Wachovia Bank</u>

| | |
|---|---|
| Valhalla Investment Partners, LP | $ 4,323.05 |
| Viking Fund, LLC | $ 9,729.96 |
| Viking IRA Fund, LLC | $ 9,729.96 |

I declare under penalty of perjury under the laws of the United States that the foregoing is true

and correct.

Executed on: _Jan. 20_ , 2009

Chedly C. Dumornay



# Goldman Sachs

# Asset Summary

**Account:** 75YK - Viking Fund LLC (USD)

**Trade Date:** 01/14/2009

**Reporting Currency:** US DOLLAR

## SEC Assets - Regular Margin (GSEC, L.P.)

| | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Margin Balance | 917.70 | 917.70 | 0.00 | USD |
| Cash Balance | 0.00 | 0.00 | 0.00 | USD |
| Total Cash Balance | 917.70 | 917.70 | 0.00 | USD |
| Long Option Value | 0.00 | 0.00 | 0.00 | USD |
| Long Equity Value | 0.00 | 0.00 | 0.00 | USD |
| Long Debt Value | 0.00 | 0.00 | 0.00 | USD |
| Total Long Value | 0.00 | 0.00 | 0.00 | USD |
| Short Option Value | 0.00 | 0.00 | 0.00 | USD |
| Short Equity Value | 0.00 | 0.00 | 0.00 | USD |
| Short Debt Value | 0.00 | 0.00 | 0.00 | USD |
| Total Short Value | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value - Cash | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value - Margin | 917.70 | 917.70 | 0.00 | USD |
| Net Liquidating Value | 917.70 | 917.70 | 0.00 | USD |

## Requirements - Regular Margin (GSEC, L.P.)

| | | |
|---|---|---|
| SMA/Fed Excess (Call) | 11,325,456.46 | USD |
| Overnight Buying Power | 2,294.25 | USD |
| NYSE Requirement | 0.00 | USD |
| NYSE Excess (Call) | 917.70 | USD |
| House Requirement | 917.70 | USD |
| House Excess (Call) | 0.00 | USD |
| Margin Excess (Deficiency) | 917.70 | USD |

THIS IS NOT AN OFFICIAL STATEMENT. INFORMATION GENERATED HEREIN IS BASED UPON THE QUERY FILTERED BY THE CRITERIA SELECTED ABOVE.



PENGAD-Bayonne, N.J

EXHIBIT
A



# Asset Summary

Account: 75YK - Viking Fund LLC (USD)
Trade Date: 01/14/2009
Reporting Currency: US DOLLAR

| Combined Assets | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Total Cash | 917.70 | 917.70 | 0.00 | USD |
| Total Long Value | 0.00 | 0.00 | 0.00 | USD |
| Total Short Value | 0.00 | 0.00 | 0.00 | USD |
| Total OTE/NPV | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value | 917.70 | 917.70 | 0.00 | USD |
| Miscellaneous Pending Items | 0.00 | N/A | 0.00 | USD |
| Total Pending Items | 0.00 | N/A | 0.00 | USD |
| Adj. Net Liquidating Value | 917.70 | N/A | 0.00 | USD |
| Accrued Dividends | 0.00 | N/A | 0.00 | USD |
| Accrued Interest | 0.00 | N/A | 0.00 | USD |
| Accrued Short Stock Rebate | 0.00 | N/A | 0.00 | USD |
| Accrued CMD | 0.00 | N/A | 0.00 | USD |
| Accrued Commissions | 0.00 | N/A | 0.00 | USD |
| Total Accruals | 0.00 | N/A | 0.00 | USD |
| Adj. Net Liquidating Value Plus Accruals | 917.70 | N/A | 0.00 | USD |

| Other Information | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Pending Deposits | 0.00 | N/A | N/A | USD |
| CFTC Securities Coll. Value | 0.00 | N/A | N/A | USD |
| SD+1 Balance | N/A | N/A | N/A | |
| Intra-Day Balance | 917.70 | N/A | N/A | USD |

| Combined Requirements | | |
|---|---|---|
| SEC Cash Available | N/A | |
| CFTC Cash Available | N/A | |
| Net Cash Available | N/A | |
| Net Margin Excess (Call) | 917.70 | USD |
| CFTC Initial Requirement | N/A | |
| CFTC Maintenance Requirement | N/A | |
| Net NYSE Excess | 917.70 | USD |
| Day Trading Call | N/A | |
| Day Trading Call - Funds Held | N/A | |
| Day Trading Buying Power | N/A | |
| Pattern Day Trader | YES | |
| Minimum Equity Requirement | N/A | |
| Minimum Equity Excess (Call) | N/A | |
| Equity for Capital Excess/Def | 917.70 | USD |
| Haircut | 0.00 | USD |
| Capital Excess/Def (CMD) | 917.70 | USD |

THIS IS NOT AN OFFICIAL STATEMENT. INFORMATION GENERATED HEREIN IS BASED UPON THE QUERY FILTERED BY THE CRITERIA SELECTED ABOVE.



# Asset Summary

**Account:** 75YG - Viking Ira Fund LLC (USD)
**Trade Date:** 01/14/2009
**Reporting Currency:** US DOLLAR

| SEC Assets - Regular Margin (GSEC, L.P.) | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Margin Balance | 2,923.58 | 2,923.58 | 0.00 | USD |
| Cash Balance | 0.00 | 0.00 | 0.00 | USD |
| Total Cash Balance | 2,923.58 | 2,923.58 | 0.00 | USD |
| Long Option Value | 0.00 | 0.00 | 0.00 | USD |
| Long Equity Value | 0.00 | 0.00 | 0.00 | USD |
| Long Debt Value | 0.00 | 0.00 | 0.00 | USD |
| Total Long Value | 0.00 | 0.00 | 0.00 | USD |
| Short Option Value | 0.00 | 0.00 | 0.00 | USD |
| Short Equity Value | 0.00 | 0.00 | 0.00 | USD |
| Short Debt Value | 0.00 | 0.00 | 0.00 | USD |
| Total Short Value | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value - Cash | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value - Margin | 2,923.58 | 2,923.58 | 0.00 | USD |
| Net Liquidating Value | 2,923.58 | 2,923.58 | 0.00 | USD |

| Requirements - Regular Margin (GSEC, L.P.) | | |
|---|---|---|
| SMA/Fed Excess (Call) | 10,140,736.88 | USD |
| Overnight Buying Power | 7,308.95 | USD |
| NYSE Requirement | 0.00 | USD |
| NYSE Excess (Call) | 2,923.58 | USD |
| House Requirement | 0.00 | USD |
| House Excess (Call) | 2,923.58 | USD |
| Margin Excess (Deficiency) | 2,923.58 | USD |

THIS IS NOT AN OFFICIAL STATEMENT. INFORMATION GENERATED HEREIN IS BASED UPON THE QUERY FILTERED BY THE CRITERIA SELECTED ABOVE.



# Asset Summary

**Account:** 75YG - Viking Ira Fund LLC (USD)

**Trade Date:** 01/14/2009

**Reporting Currency:** US DOLLAR

| Combined Assets | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Total Cash | 2,923.58 | 2,923.58 | 0.00 | USD |
| Total Long Value | 0.00 | 0.00 | 0.00 | USD |
| Total Short Value | 0.00 | 0.00 | 0.00 | USD |
| Total OTE/NPV | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value | 2,923.58 | 2,923.58 | 0.00 | USD |
| Miscellaneous Pending Items | 0.00 | N/A | 0.00 | USD |
| Total Pending Items | 0.00 | N/A | 0.00 | USD |
| Adj. Net Liquidating Value | 2,923.58 | N/A | 0.00 | USD |
| Accrued Dividends | 0.00 | N/A | 0.00 | USD |
| Accrued Interest | 0.00 | N/A | 0.00 | USD |
| Accrued Short Stock Rebate | 0.00 | N/A | 0.00 | USD |
| Accrued CMD | 0.00 | N/A | 0.00 | USD |
| Accrued Commissions | 0.00 | N/A | 0.00 | USD |
| Total Accruals | 0.00 | N/A | 0.00 | USD |
| Adj. Net Liquidating Value Plus Accruals | 2,923.58 | N/A | 0.00 | USD |

| Other Information | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Pending Deposits | 0.00 | N/A | N/A | USD |
| CFTC Securities Coll. Value | 0.00 | N/A | N/A | USD |
| SD+1 Balance | N/A | N/A | N/A | |
| Intra-Day Balance | 2,923.58 | N/A | N/A | USD |

| Combined Requirements | | |
|---|---|---|
| SEC Cash Available | N/A | |
| CFTC Cash Available | N/A | |
| Net Cash Available | N/A | |
| Net Margin Excess (Call) | 2,923.58 | USD |
| CFTC Initial Requirement | N/A | |
| CFTC Maintenance Requirement | N/A | |
| Net NYSE Excess | 2,923.58 | USD |
| Day Trading Call | N/A | |
| Day Trading Call - Funds Held | N/A | |
| Day Trading Buying Power | N/A | |
| Pattern Day Trader | YES | |
| Minimum Equity Requirement | N/A | |
| Minimum Equity Excess (Call) | N/A | |
| Equity for Capital Excess/Def | 2,923.58 | USD |
| Haircut | 0.00 | USD |
| Capital Excess/Def (CMD) | 2,923.58 | USD |

THIS IS NOT AN OFFICIAL STATEMENT. INFORMATION GENERATED HEREIN IS BASED UPON THE QUERY FILTERED BY THE CRITERIA SELECTED ABOVE.



# Asset Summary

**Account:** 750A - Victory Fund Ltd (USD)
**Trade Date:** 01/14/2009
**Reporting Currency:** US DOLLAR

| SEC Assets - Regular Margin (GSEC, L.P.) | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Margin Balance | 1,901.31 | 1,901.31 | 0.00 | USD |
| Cash Balance | 0.00 | 0.00 | 0.00 | USD |
| Total Cash Balance | 1,901.31 | 1,901.31 | 0.00 | USD |
| Long Option Value | 0.00 | 0.00 | 0.00 | USD |
| Long Equity Value | 0.00 | 0.00 | 0.00 | USD |
| Long Debt Value | 0.00 | 0.00 | 0.00 | USD |
| Total Long Value | 0.00 | 0.00 | 0.00 | USD |
| Short Option Value | 0.00 | 0.00 | 0.00 | USD |
| Short Equity Value | 0.00 | 0.00 | 0.00 | USD |
| Short Debt Value | 0.00 | 0.00 | 0.00 | USD |
| Total Short Value | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value - Cash | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value - Margin | 1,901.31 | 1,901.31 | 0.00 | USD |
| Net Liquidating Value | 1,901.31 | 1,901.31 | 0.00 | USD |

| Requirements - Regular Margin (GSEC, L.P.) | | |
|---|---|---|
| SMA/Fed Excess (Call) | 9,519,613.44 | USD |
| Overnight Buying Power | 4,753.28 | USD |
| NYSE Requirement | 0.00 | USD |
| NYSE Excess (Call) | 1,901.31 | USD |
| House Requirement | 0.00 | USD |
| House Excess (Call) | 1,901.31 | USD |
| Margin Excess (Deficiency) | 1,901.31 | USD |

THIS IS NOT AN OFFICIAL STATEMENT. INFORMATION GENERATED HEREIN IS BASED UPON THE QUERY FILTERED BY THE CRITERIA SELECTED ABOVE.



# Asset Summary

**Account:** 750A - Victory Fund Ltd (USD)
**Trade Date:** 01/14/2009
**Reporting Currency:** US DOLLAR

| Combined Assets | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Total Cash | 1,901.31 | 1,901.31 | 0.00 | USD |
| Total Long Value | 0.00 | 0.00 | 0.00 | USD |
| Total Short Value | 0.00 | 0.00 | 0.00 | USD |
| Total OTE/NPV | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value | 1,901.31 | 1,901.31 | 0.00 | USD |
| Miscellaneous Pending Items | 0.00 | N/A | 0.00 | USD |
| Total Pending Items | 0.00 | N/A | 0.00 | USD |
| Adj. Net Liquidating Value | 1,901.31 | N/A | 0.00 | USD |
| Accrued Dividends | 0.00 | N/A | 0.00 | USD |
| Accrued Interest | 0.00 | N/A | 0.00 | USD |
| Accrued Short Stock Rebate | 0.00 | N/A | 0.00 | USD |
| Accrued CMD | 0.00 | N/A | 0.00 | USD |
| Accrued Commissions | 0.00 | N/A | 0.00 | USD |
| Total Accruals | 0.00 | N/A | 0.00 | USD |
| Adj. Net Liquidating Value Plus Accruals | 1,901.31 | N/A | 0.00 | USD |

| Other Information | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Pending Deposits | 0.00 | N/A | N/A | USD |
| CFTC Securities Coll. Value | 0.00 | N/A | N/A | USD |
| SD+1 Balance | N/A | N/A | N/A | |
| Intra-Day Balance | 1,901.31 | N/A | N/A | USD |

| Combined Requirements | | |
|---|---|---|
| SEC Cash Available | N/A | |
| CFTC Cash Available | N/A | |
| Net Cash Available | N/A | |
| Net Margin Excess (Call) | 1,901.31 | USD |
| CFTC Initial Requirement | N/A | |
| CFTC Maintenance Requirement | N/A | |
| Net NYSE Excess | 1,901.31 | USD |
| Day Trading Call | N/A | |
| Day Trading Call - Funds Held | N/A | |
| Day Trading Buying Power | N/A | |
| Pattern Day Trader | YES | |
| Minimum Equity Requirement | N/A | |
| Minimum Equity Excess (Call) | N/A | |
| Equity for Capital Excess/Def | 1,901.31 | USD |
| Haircut | 0.00 | USD |
| Capital Excess/Def (CMD) | 1,901.31 | USD |

THIS IS NOT AN OFFICIAL STATEMENT. INFORMATION GENERATED HEREIN IS BASED UPON THE QUERY FILTERED BY THE CRITERIA SELECTED ABOVE.



# Asset Summary

**Account:** 78A1 - Victory Ira Fund Ltd (USD)
**Trade Date:** 01/14/2009
**Reporting Currency:** US DOLLAR

| SEC Assets - Regular Margin (GSEC, L.P.) | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Margin Balance | 2,938.86 | 2,938.86 | 0.00 | USD |
| Cash Balance | 0.00 | 0.00 | 0.00 | USD |
| Total Cash Balance | 2,938.86 | 2,938.86 | 0.00 | USD |
| Long Option Value | 0.00 | 0.00 | 0.00 | USD |
| Long Equity Value | 0.00 | 0.00 | 0.00 | USD |
| Long Debt Value | 0.00 | 0.00 | 0.00 | USD |
| Total Long Value | 0.00 | 0.00 | 0.00 | USD |
| Short Option Value | 0.00 | 0.00 | 0.00 | USD |
| Short Equity Value | 0.00 | 0.00 | 0.00 | USD |
| Short Debt Value | 0.00 | 0.00 | 0.00 | USD |
| Total Short Value | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value - Cash | 2,938.86 | 2,938.86 | 0.00 | USD |
| Net Liquidating Value - Margin | 2,938.86 | 2,938.86 | 0.00 | USD |
| Net Liquidating Value | 2,938.86 | 2,938.86 | 0.00 | USD |

| Requirements - Regular Margin (GSEC, L.P.) | | |
|---|---|---|
| SMA/Fed Excess (Call) | 11,922,390.37 | USD |
| Overnight Buying Power | 7,347.15 | USD |
| NYSE Requirement | 0.00 | USD |
| NYSE Excess (Call) | 2,938.86 | USD |
| House Requirement | 0.00 | USD |
| House Excess (Call) | 2,938.86 | USD |
| Margin Excess (Deficiency) | 2,938.86 | USD |

THIS IS NOT AN OFFICIAL STATEMENT. INFORMATION GENERATED HEREIN IS BASED UPON THE QUERY FILTERED BY THE CRITERIA SELECTED ABOVE.


| Combined Assets | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Total Cash | 2,938.86 | 2,938.86 | 0.00 | USD |
| Total Long Value | 0.00 | 0.00 | 0.00 | USD |
| Total Short Value | 0.00 | 0.00 | 0.00 | USD |
| Total OTE/NPV | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value | 2,938.86 | 2,938.86 | 0.00 | USD |
| Miscellaneous Pending Items | 0.00 | N/A | 0.00 | USD |
| Total Pending Items | 0.00 | N/A | 0.00 | USD |
| Adj. Net Liquidating Value | 2,938.86 | N/A | 0.00 | USD |
| Accrued Dividends | 0.00 | N/A | 0.00 | USD |
| Accrued Interest | 0.00 | N/A | 0.00 | USD |
| Accrued Short Stock Rebate | 0.00 | N/A | 0.00 | USD |
| Accrued CMD | 0.00 | N/A | 0.00 | USD |
| Accrued Commissions | 0.00 | N/A | 0.00 | USD |
| Total Accruals | 0.00 | N/A | 0.00 | USD |
| Adj. Net Liquidating Value Plus Accruals | 2,938.86 | N/A | 0.00 | USD |

| Other Information | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Pending Deposits | 0.00 | N/A | N/A | USD |
| CFTC Securities Coll. Value | 0.00 | N/A | N/A | USD |
| SD+1 Balance | N/A | N/A | N/A | |
| Intra-Day Balance | 2,938.86 | N/A | N/A | USD |

| Combined Requirements | | |
|---|---|---|
| SEC Cash Available | N/A | |
| CFTC Cash Available | N/A | |
| Net Cash Available | N/A | |
| Net Margin Excess (Call) | 2,938.86 | USD |
| CFTC Initial Requirement | N/A | |
| CFTC Maintenance Requirement | N/A | |
| Net NYSE Excess | 2,938.86 | USD |
| Day Trading Call | N/A | |
| Day Trading Call - Funds Held | N/A | |
| Day Trading Buying Power | N/A | |
| Pattern Day Trader | YES | |
| Minimum Equity Requirement | N/A | |
| Minimum Equity Excess (Call) | N/A | |
| Equity for Capital Excess/Def | 2,938.86 | USD |
| Haircut | 0.00 | USD |
| Capital Excess/Def (CMD) | 2,938.86 | USD |

THIS IS NOT AN OFFICIAL STATEMENT. INFORMATION GENERATED HEREIN IS BASED UPON THE QUERY FILTERED BY THE CRITERIA SELECTED ABOVE.



# Asset Summary

**Account:** 750B - Valhalla Investment Partners (USD)

**Trade Date:** 01/14/2009

**Reporting Currency:** US DOLLAR

| SEC Assets - Regular Margin (GSEC, L.P.) | Trade Date | Settle Date | T/D Change |
|---|---|---|---|
| Margin Balance | 4,413.66 | 4,413.66 | 0.00 USD |
| Cash Balance | 0.00 | 0.00 | 0.00 USD |
| Total Cash Balance | 4,413.66 | 4,413.66 | 0.00 USD |
| Long Option Value | 0.00 | 0.00 | 0.00 USD |
| Long Equity Value | 0.00 | 0.00 | 0.00 USD |
| Long Debt Value | 0.00 | 0.00 | 0.00 USD |
| Total Long Value | 0.00 | 0.00 | 0.00 USD |
| Short Option Value | 0.00 | 0.00 | 0.00 USD |
| Short Equity Value | 0.00 | 0.00 | 0.00 USD |
| Short Debt Value | 0.00 | 0.00 | 0.00 USD |
| Total Short Value | 0.00 | 0.00 | 0.00 USD |
| Net Liquidating Value - Cash | 0.00 | 0.00 | 0.00 USD |
| Net Liquidating Value - Margin | 4,413.66 | 4,413.66 | 0.00 USD |
| Net Liquidating Value | 4,413.66 | 4,413.66 | 0.00 USD |

| Requirements - Regular Margin (GSEC, L.P.) | |
|---|---|
| SMA/Fed Excess (Call) | 6,571,067.09 USD |
| Overnight Buying Power | 11,034.15 USD |
| NYSE Requirement | 0.00 USD |
| NYSE Excess (Call) | 4,413.66 USD |
| House Requirement | 0.00 USD |
| House Excess (Call) | 0.00 USD |
| Margin Excess (Deficiency) | 4,413.66 USD |

THIS IS NOT AN OFFICIAL STATEMENT. INFORMATION GENERATED HEREIN IS BASED UPON THE QUERY FILTERED BY THE CRITERIA SELECTED ABOVE.



# Asset Summary

Account: 750B - Valhalla Investment Partners (USD)

Trade Date: 01/14/2009

Reporting Currency: US DOLLAR

| Combined Assets | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Total Cash | 4,413.66 | 4,413.66 | 0.00 | USD |
| Total Long Value | 0.00 | 0.00 | 0.00 | USD |
| Total Short Value | 0.00 | 0.00 | 0.00 | USD |
| Total OTE/NPV | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value | 4,413.66 | 4,413.66 | 0.00 | USD |
| Miscellaneous Pending Items | 0.00 | N/A | 0.00 | USD |
| Total Pending Items | 0.00 | N/A | 0.00 | USD |
| Adj. Net Liquidating Value | 4,413.66 | N/A | 0.00 | USD |
| Accrued Dividends | 0.00 | N/A | 0.00 | USD |
| Accrued Interest | 0.00 | N/A | 0.00 | USD |
| Accrued Short Stock Rebate | 0.00 | N/A | 0.00 | USD |
| Accrued CMD | 0.00 | N/A | 0.00 | USD |
| Accrued Commissions | 0.00 | N/A | 0.00 | USD |
| Total Accruals | 0.00 | N/A | 0.00 | USD |
| Adj. Net Liquidating Value Plus Accruals | 4,413.66 | N/A | 0.00 | USD |

| Other Information | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Pending Deposits | 0.00 | N/A | N/A | USD |
| CFTC Securities Coll. Value | 0.00 | N/A | N/A | USD |
| SD+1 Balance | N/A | N/A | N/A | |
| Intra-Day Balance | 4,413.66 | N/A | N/A | USD |

| Combined Requirements | | |
|---|---|---|
| SEC Cash Available | N/A | |
| CFTC Cash Available | N/A | |
| Net Cash Available | N/A | |
| Net Margin Excess (Call) | 4,413.66 | USD |
| CFTC Initial Requirement | N/A | |
| CFTC Maintenance Requirement | N/A | |
| Net NYSE Excess | 4,413.66 | USD |
| Day Trading Call | N/A | |
| Day Trading Call - Funds Held | N/A | |
| Day Trading Buying Power | N/A | |
| Pattern Day Trader | YES | |
| Minimum Equity Requirement | N/A | |
| Minimum Equity Excess (Call) | N/A | |
| Equity for Capital Excess/Def | 4,413.66 | USD |
| Haircut | 0.00 | USD |
| Capital Excess/Def (CMD) | 4,413.66 | USD |

THIS IS NOT AN OFFICIAL STATEMENT. INFORMATION GENERATED HEREIN IS BASED UPON THE QUERY FILTERED BY THE CRITERIA SELECTED ABOVE.



# Asset Summary

**Account:** 4C8L - Scoop Real Estate LP (USD)

**Trade Date:** 01/14/2009

**Reporting Currency:** US DOLLAR

## SEC Assets - Regular Margin (GSEC, L.P.)

| | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Margin Balance | 2,119.81 | 2,119.81 | 0.00 | USD |
| Cash Balance | 0.00 | 0.00 | 0.00 | USD |
| Total Cash Balance | 2,119.81 | 2,119.81 | 0.00 | USD |
| Long Option Value | 0.00 | 0.00 | 0.00 | USD |
| Long Equity Value | 0.00 | 0.00 | 0.00 | USD |
| Long Debt Value | 0.00 | 0.00 | 0.00 | USD |
| Total Long Value | 0.00 | 0.00 | 0.00 | USD |
| Short Option Value | 0.00 | 0.00 | 0.00 | USD |
| Short Equity Value | 0.00 | 0.00 | 0.00 | USD |
| Short Debt Value | 0.00 | 0.00 | 0.00 | USD |
| Total Short Value | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value - Cash | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value - Margin | 2,119.81 | 2,119.81 | 0.00 | USD |
| Net Liquidating Value | 2,119.81 | 2,119.81 | 0.00 | USD |

## Requirements - Regular Margin (GSEC, L.P.)

| | | |
|---|---|---|
| SMA/Fed Excess (Call) | 15,575,545.26 | USD |
| Overnight Buying Power | 5,299.53 | USD |
| NYSE Requirement | 0.00 | USD |
| NYSE Excess (Call) | 2,119.81 | USD |
| House Requirement | 0.00 | USD |
| House Excess (Call) | 2,119.81 | USD |
| Margin Excess (Deficiency) | 2,119.81 | USD |

THIS IS NOT AN OFFICIAL STATEMENT. INFORMATION GENERATED HEREIN IS BASED UPON THE QUERY FILTERED BY THE CRITERIA SELECTED ABOVE.



# Asset Summary

**Account:** 4C8L - Scoop Real Estate LP (USD)

**Trade Date:** 01/14/2009

**Reporting Currency:** US DOLLAR

| Combined Assets | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Total Cash | 2,119.81 | 2,119.81 | 0.00 | USD |
| Total Long Value | 0.00 | 0.00 | 0.00 | USD |
| Total Short Value | 0.00 | 0.00 | 0.00 | USD |
| Total OTE/NPV | 0.00 | 0.00 | 0.00 | USD |
| Net Liquidating Value | 2,119.81 | 2,119.81 | 0.00 | USD |
| Miscellaneous Pending Items | 0.00 | N/A | 0.00 | USD |
| Total Pending Items | 0.00 | N/A | 0.00 | USD |
| Adj. Net Liquidating Value | 2,119.81 | N/A | 0.00 | USD |
| Accrued Dividends | 0.00 | N/A | 0.00 | USD |
| Accrued Interest | 0.00 | N/A | 0.00 | USD |
| Accrued Short Stock Rebate | 0.00 | N/A | 0.00 | USD |
| Accrued CMD | 0.00 | N/A | 0.00 | USD |
| Accrued Commissions | 0.00 | N/A | 0.00 | USD |
| Total Accruals | 0.00 | N/A | 0.00 | USD |
| Adj. Net Liquidating Value Plus Accruals | 2,119.81 | N/A | 0.00 | USD |

| Other Information | Trade Date | Settle Date | T/D Change | |
|---|---|---|---|---|
| Pending Deposits | 0.00 | N/A | N/A | USD |
| CFTC Securities Coll. Value | 0.00 | N/A | N/A | USD |
| SD+1 Balance | N/A | N/A | N/A | |
| Intra-Day Balance | 2,119.81 | N/A | N/A | USD |

| Combined Requirements | | |
|---|---|---|
| SEC Cash Available | N/A | |
| CFTC Cash Available | N/A | |
| Net Cash Available | N/A | |
| Net Margin Excess (Call) | 2,119.81 | USD |
| CFTC Initial Requirement | N/A | |
| CFTC Maintenance Requirement | N/A | |
| Net NYSE Excess | 2,119.81 | USD |
| Day Trading Call | N/A | |
| Day Trading Call - Funds Held | N/A | |
| Day Trading Buying Power | N/A | |
| Pattern Day Trader | YES | |
| Minimum Equity Requirement | N/A | |
| Minimum Equity Excess (Call) | N/A | |
| Equity for Capital Excess/Def | 2,119.81 | USD |
| Haircut | 0.00 | USD |
| Capital Excess/Def (CMD) | 2,119.81 | USD |

THIS IS NOT AN OFFICIAL STATEMENT. INFORMATION GENERATED HEREIN IS BASED UPON THE QUERY FILTERED BY THE CRITERIA SELECTED ABOVE.