AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

v.

ARTHUR NADEL, et al.,

                        Defendants,

SCOOP REAL ESTATE, L.P., et al.,

                        Relief Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NO: 8'09CV0087-T26 TBM

TO: (Name and address of Defendant)

Arthur Nadel
3966 Countryview Drive
Sarasota, FL 34233

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Scott A. Masel, Esq.
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131

an answer to the complaint which is served on you with this summons, within    **20**    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SHERYL L. LOESCH

CLERK

(By) DEPUTY CLERK  *Liz Vasquez*

JAN 2 1 2009

DATE