UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

 Plaintiff,

v. Case No. 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

 Defendants,

SCOOP REAL ESTATE, L.P.
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT,

 Relief Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

 ASHLEY BRUCE TREHAN of Fowler White Boggs P.A., 501 East Kennedy Boulevard, Suite 1700, Tampa, Florida 33602, telephone number (813)228-7411 and fax number (813)229-8313, hereby gives notice of her appearance as counsel for the Receiver, Burton W. Wiand, and requests that copies of all pleadings, orders, and other filings be served upon her in accordance with Rule 5(b), Federal Rules of Civil Procedure.

s/ Ashley Bruce Trehan
Carl R. Nelson, FBN 0280186
Email: cnelson@fowlerwhite.com
Gianluca Morello, FBN 034997
Email: gianluca.morello@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
Email: atrehan@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL 33601
(813) 228-7411
Fax No: (813) 229-8313
Attorneys for the Receiver Burton W. Wiand

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the document and a notice of electronic filing to the following:

Scott A. Masel, Esquire
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

Andre J. Zamorano, Esquire
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

s/ Ashley Bruce Trehan
Carl R. Nelson, FBN 0280186
Email: cnelson@fowlerwhite.com
Gianluca Morello, FBN 034997
Email: gianluca.morello@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
Email: atrehan@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL 33601
(813) 228-7411
Fax No: (813) 229-8313
Attorneys for the Receiver Burton W. Wiand