# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## MIDDLE District of FLORIDA

Case Number: 8:09-CV-87-T-26TBM

Plaintiff:
SECURITIES AND EXCHANGE COMMISSION
vs.
Defendant:
ARTHUR NADEL, SCOOP CAPITAL, LLC, SCOOP MANAGEMENT, INC.

For: Scott Masel
    Counsel for Securities and Exchange Comm

Received by S&W Detectives, Inc. on the 21st day of January, 2009 at 1:49 pm to be served on ARTHUR NADEL, 3966 COUNTRYVIEW DRIVE, SARASOTA, FL 34233. I, _LYLIS M. ROBINSON_ being duly sworn, depose and say that on the _21_ day of _JAN_, 20_09_ at _6:10 P_.m., executed service by delivering a true copy of the SUMMONS, COMPLAINT WITH EXHIBITS, TEMPORARY RESTRAINING ORDER AND OTHER EMERGENCY RELIEF, ORDER APPOINTING RECEIVER, ORDER OF PRELIMINARY INJUNCTION AND OTHER RELIEF AS TO DEFENDANTS SCOOP CAPITAL, LLC AND SCOOP MANAGEMENT, INC., AND ALL RELIEF DEFENDANTS, PLAINTIFF'S EMERGENCY MOTION FOR APPOINTMENT OF RECEIVER & MEMORANDUM OF LAW, PLAINTIFF'S NOTICE OF FILING CONSENTS TO ENTRY OF ORDER OF PRELIMINARY INJUNCTION & OTHER RELIEF, PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL DECLARATION OF CHEDLEY C. DUMORNAY & PLAINTIFF'S EMERGENCY MOTION AND MEMORANDUM OF LAW IN SUPPORT OF TEMPORARY RESTRAINING ORDER AND OTHER EMERGENCY RELIEF in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: SERVED THE WITHIN-NAMED PERSON.

(X) SUBSTITUTE SERVICE: BY SERVING _PEG NADEL_ AS _Co-Res/Spouse_ WHO IS OVER THE AGE OF 15.

( ) POSTED SERVICE: AFTER ATTEMPTING SERVICE ON ___/___ AT _____ AND ON ___/___ AT _____ TO A CONSPICUOUS PLACE ON THE PROPERTY DESCRIBED HEREIN.

( ) OTHER SERVICE: BY SERVING _____ AS _____.

( ) NON SERVICE: FOR THE REASON DETAILED IN THE COMMENTS BELOW.

MILITARY? YES  NO

COMMENTS: _____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. No notary required pursuant to F.S.92.525.2.

Subscribed and Sworn to before me on the _22nd_ day of _Jan_ _2009_ by the affiant who is personally known to me.

_Shelly Huffman_
NOTARY PUBLIC

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-305-7019

PROCESS SERVER # _6957_
Appointed in accordance
 with State Statutes

S&W Detectives, Inc.
1701 Arch Street
Tampa, FL 33607
(800) 294-4638

Our Job Serial Number: 2009046212

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2w