**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SECURITIES AND EXCHANGE**
**COMMISSION,**

Plaintiff,

v.                                                    **CASE NO:**  8:09-cv-87-T-26TBM

**ARTHUR NADEL,**
**SCOOP CAPITAL, LLC,**
**SCOOP MANAGEMENT, INC.**

Defendants,

**SCOOP REAL ESTATE, L.P.,**
**VALHALLA INVESTMENT PARTNERS, L.P.,**
**VALHALLA MANAGEMENT, INC.,**
**VICTORY IRA FUND, LTD,**
**VICTORY FUND, LTD,**
**VIKING IRA FUND, LLC,**
**VIKING FUND, LLC, AND**
**VIKING MANAGEMENT**

Relief Defendants.
_____/

## **O R D E R**

**UPON DUE CONSIDERATION** of the submissions of Burton W. Wiand, the

receiver previously appointed by this Court in this case in the Order Appointing Receiver

entered January 21, 2009, at docket 8, it is **ORDERED AND ADJUDGED** that his

Unopposed Motion to Expand the Scope of Receivership (Dkt. 15) is **granted**.  The scope

of Mr. Wiand's receivership is expanded to include the entities known as Venice Jet

Center, LLC, and Tradewind, LLC.  These entities are specifically included within the

ambit of the Court's Order Appointing Receiver.

**DONE AND ORDERED** in Chambers at Tampa, Florida, on January 27, 2009.


  s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


<u>CONFORMED COPIES TO</u>:
Counsel/Parties of Record