# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

        Defendants,                     **CASE NO.: 8:09-cv-0087-T-26TBM**

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

        Relief Defendants.

_____/

## RECEIVER'S EMERGENCY MOTION AND MEMORANDUM OF LAW IN SUPPORT OF TEMPORARY RESTRAINING ORDER

Burton W. Wiand, as Receiver, moves this Court for a temporary restraining order

under Fed. R. Civ. P. 65 and Local Rule 4.05 to prevent Wachovia Bank, N.A. from

honoring Wachovia Official Check No: 1600930826.

## MEMORANDUM OF LAW

The Receiver was appointed by Order dated January 21, 2009 (Doc. 8), to, among

other things, "marshal and safeguard all of the assets of the Defendants and Relief

Defendants; and take whatever actions are necessary for the protection of the investors."

On this date the undersigned counsel obtained a copy of a check written on the account of

Scoop Capital, LLC for the amount of $50,000.00. A copy is attached as Exhibit 1. The memo line on the check indicates that it was used to purchase an official check. On this date the undersigned counsel also obtained a copy of a Wachovia Official Check Credit showing that Official Check No: 1600930826 was issued, a copy of which is attached as Exhibit 2. The actual check has not cleared such that it is not currently available. Unfortunately, the copy that is attached as Exhibit 2 is a scanned copy that is not legible. However, the notation at the bottom indicates that it was issued on January 9, 2009, in the amount of $50,000.00. That is the same date of the check that is attached as Exhibit 1.

In the circumstances, the Receiver seeks to have Wachovia restrained from honoring the official check at least until full details can be determined. This Court's general equity powers allow it to order ancillary relief to effectuate the purposes of the Federal Security laws. See, e.g., *SEC v. Wencke,* 622 F.2d 1363, 1369 (th Cir. 1980).

The Receiver believes that receivership assets will be irretrievably dissipated and lost if the Wachovia check is honored. It is impossible to know when the check may be presented to be cleared; thus the emergency nature of this motion.

Although the Receiver seeks a temporary restraining order, it will provide a copy of this motion to Wachovia forthwith.

## LOCAL RULE 3.01(G) UNOPPOSED CERTIFICATE OF COUNSEL

The undersigned counsel for the receiver has conferred with counsel for the SEC and is authorized to represent to the Court that this motion is unopposed.

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the document and a notice of electronic filing to the following:

Scott A. Masel, Esquire
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

Andre J. Zamorano, Esquire
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

Respectfully submitted,

s/ Carl R. Nelson
Carl R. Nelson, FBN 0280186
cnelson@fowlerwhite.com
Gianluca Morello, FBN 034997
gianluca.morello@fowlerwhite.com
Ashley M. Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL 33601
(813) 228-7411
Fax No: (813) 229-8313
Attorneys for the Receiver Burton W.
Wiand

## VERIFICATION

I hereby verify that the facts stated above are true and correct to the best of my

knowledge, information and belief.

/s Carl R. Nelson
Carl R. Nelson

40578747v1

SCOOP CAPITAL, LLC
1668 MAIN STREET
SARASOTA, FL 34236

REVASE9131 (U)

APP: 7986046

1237

63-643/631

1/9/09

DATE

PAY TO THE
ORDER OF   WACHOVIA BANK                          $50,000 00

FIFTY THOUSAND 00/100 ——————————— DOLLARS

SOUTHTRUST BANK
SARASOTA, FL 34238

FOR  OFFICIAL CK - B.O.A.

⑆063109430⑆ 71 270 215⑈ 1237      ⑉0005000000⑉

►063107513◄
WACHOVIA NA SVC031 2518T
ORLANDO FL 01092009 02PK
6635133066

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000712702157 | 1/9/2009 | $50,000.00 | 000000000001237 | 00000000006635133066 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.

EXHIBIT

# WACHOVIA OFFICIAL CHECK CREDIT

1600930826

**WACHOVIA**

581439 (100/pkg Rev 01)

Pay To The
Order Of

**IMPORTANT** As purchaser, if you receive this copy in error, please forward
without delay to the Wachovia financial center of purchase.

$

WACHOVIA BANK, N.A.

JAN 0

TELLER NO. 0045

Dollars

POSTING CREDIT

Wachovia Bank, National Association

**NON NEGOTIABLE
POSTING CREDIT**

Remitter

Authorized Signature

⑈ 1600930826⑈ ⑆5405⑈9509⑆507990000091 6⑈     ⑆00050000000⑈

▶0631075134
WACHOVIA NA SVC031 2518T
ORLANDO FL 01092009 65PK

6635133065

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000005079900000916 | 1/9/2009 | $50,000.00 | 000001600930826 | 00000000006635133065 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of
the original item issued by the named customer, and was produced from original
data stored in the archives of Wachovia Bank, N.A. or its predecessors.

*EXHIBIT 2*