UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

        Defendants,

CASE NO.: 8:09-cv-0087-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD.
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC,

        Relief Defendants.
_____/

## TEMPORARY RESTRAINING ORDER

Upon the unopposed emergency motion of the Receiver, Burton W. Wiand,

IT IS ORDERED and ADJUDGED that Wachovia Bank, N.A. is hereby restrained from honoring Official Check No: 1600930826 until further order of this Court.

DONE and ORDERED in Chambers at Tampa, Florida at __7:30 A.M.__, on January __30__, 2009.

                                              RICHARD A. LAZZARA
                                              UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record by CM/ECF