UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

        Defendants,        CASE NO.: 8:09-cv-0087-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

        Relief Defendants.
_____/

## RECEIVER'S UNOPPOSED MOTION FOR POSSESSION OF FUNDS IN COLONIAL BANK

Burton W. Wiand, as Receiver, by and through his undersigned counsel and under paragraph 24 of the Order Appointing Receiver (doc. 8) moves the Court to give the Receiver possession of $120,000 believed to be on deposit with Colonial Bank and would show as follows:

    1.    As shown by the copy of check number 1242 attached as Exhibit 1, Arthur Nadel wrote a check to Wachovia Bank dated January 13, 2009, on an account belonging to

Scoop Capital, LLC, a receivership entity. The endorsement indicates the check was used to acquire an official check.

2. As shown by the copy of Wachovia Official Check Credit number 1600624849, attached as Exhibit 2, an official check was acquired from Wachovia Bank, N.A. in the amount of $120,000. Although the check credit is dated 01/12/2009, the undersigned counsel is advised by Wachovia that the stamp over the check credit establishes it was actually issued on January 13, 2009, the same date as the Scoop Capital, LLC check (Ex. 1).

3. Wachovia Official Check 1600624849, copy attached as Exhibit 3, was made payable to "Shaul and Annie Blumenfeld," who are unknown to the Receiver, and there is no indication in documents and records the Receiver has secured from the Receivership Entities that they were investors. The back of the check indicates it was negotiated at Colonial Bank.

4. On January 29, 2009, the undersigned counsel caused a letter with the Order Appointing Receiver (Doc. 8), the Preliminary Injunction (Doc. 7), and the Temporary Retraining Order (Doc. 9) attached to be faxed and sent by FedEx to Colonial Bank, requesting the bank to freeze the $120,000, but the bank has not confirmed it honored that request.

## MEMORANDUM OF LAW

The Receiver was appointed by Order dated January 21, 2009 (Doc. 8), to, among other things, "marshal and safeguard all of the assets of the Defendants and Relief Defendants; and take whatever actions are necessary for the protection of the investors."

Paragraph 24 of the order provides as follows:

24. In the event that the Receiver discovers that funds of persons who have invested in the Defendants or Relief Defendants have been transferred to other persons or entities, the Receiver shall apply to this Court for an Order giving the Receiver possession of such funds . . . .

The Receiver believes the $120,000 is composed of investor funds. *See* Receiver's Declaration In Support Of The Unopposed Motion To Expand The Scope Of Receivership at ¶ 13, Doc. 16. Therefore, the $120,000 constitutes funds within the contemplation of paragraph 24 of the order quoted above.

## LOCAL RULE 3.01(g) CERTIFICATE OF COUNSEL

The undersigned counsel for the receiver has conferred with counsel for the SEC and is authorized to represent to the Court that this motion is unopposed.

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the document and a notice of electronic filing to the following:

Scott A. Masel, Esquire  
Securities and Exchange Commission  
801 Brickell Avenue, Suite 1800  
Miami, FL 33131

Andre J. Zamorano, Esquire  
Securities and Exchange Commission  
801 Brickell Avenue, Suite 1800  
Miami, FL 33131

s/ Carl R. Nelson  
Carl R. Nelson, FBN 0280186  
cnelson@fowlerwhite.com  
Gianluca Morello, FBN 034997  
gianluca.morello@fowlerwhite.com  
Ashley M. Trehan, FBN 0043411  
ashley.trehan@fowlerwhite.com  
FOWLER WHITE BOGGS P.A.  
P.O. Box 1438, Tampa, FL 33601  
(813) 228-7411, Fax (813) 229-8313  
Attorneys for the Receiver Burton W. Wiand

# VERIFICATION

      I hereby verify that the facts stated above are true and correct to the best of my knowledge, information and belief.

                                            /s Carl R. Nelson
                                            Carl R. Nelson

40579774v1

```
SCOOP CAPITAL, LLC                                                    1242
1868 MAIN STREET
SARASOTA, FL 34236          [signature] 004221
                                              1/13/09
                                                    DATE

PAY TO THE
ORDER OF   WACHOVIA BANK                           $ 120,000 00

One hundred twenty thousand 00/100 — DOLLARS

SOUTHTRUST BANK
SARASOTA, FL 34236
                                          [signature]
FOR
⑆063109430⑆  71 270 215⑈  1242      ⑉0012000000⑉
```

►0631075134◄
WACHOVIA NA SVC031 29861
ORLANDO FL 01132009 02PK

6635623856

Exchange For
Official Check

02 DEC -3
0266 903398

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000002000712702157 | 1/13/2009 | $120,000.00 | 000000000001242 | 000000000006635623856 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

EXHIBIT 1

Page 12

# WACHOVIA OFFICIAL CHECK CREDIT



**WACHOVIA**

Pay To The Order Of: SHAUL AND ANNIE BLUMENFELD

0105461

64-7002
2011

1600624849

01/12/2009

$ $120,000.00

*ONE HUNDRED TWENTY THOUSAND DOLLARS AND 00 CENTS

Dollars

Wachovia Bank, National Association

SHAUL AND ANNIE BLUMENFELD
Remitter

WACHOVIA BANK, N.A.
JAN 13 2009
CREDIT
TELLER NO. 0039

NON NEGOTIABLE
POSTING CREDIT
Authorized Signature

⑴"1600624849"  :5405"9509::507990000916"   ⑴"00120000000⑴"

#0531075134
WACHOVIA NA SVC636 5639T
ORLANDO FL 01132009 05PK
4638604854

5203 975575

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000005079900000916 | 1/13/2009 | $120,000.00 | 000001600624849 | 00000000004638604854 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

EXHIBIT 2

**WACHOVIA OFFICIAL CHECK**

1600624849

0105461

01/12/2009

Pay To The Order Of: SHAUL AND ANNIE BLUMENFELD

$120,000.00

*ONE HUNDRED TWENTY THOUSAND DOLLARS AND 00 CENTS

Wachovia Bank, National Association

SHAUL AND ANNIE BLUMENFELD
Remitter

Authorized Signature

⑈"1600624849"⑈ ⑆261170025⑆ 5079900000916"⑈ "0012000000"

---

Endorsements:
- Annie S. Blumenfeld
- X Shaul Blumenfeld

COLONIAL BANK ORLANDO FL
011509 B
►063113222◄
3074800700

JAN 15 09

0005 553370

---

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 0000005079900000916 | 1/15/2009 | $120,000.00 | 000001600624849 | 00000000005456136750 | DDA Exception |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.



EXHIBIT 3