# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

v.                                    CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL, etc.,

       Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that the Receiver's Unopposed Motion for Possession of Funds in Colonial Bank (Dkt. 21) is granted. Colonial Bank is directed to give possession of the $120,000.00 believed to be on deposit in that bank to the Receiver, which funds were deposited by Shaul and Annie Blumenfeld on or about January 15, 2009, and are traceable to funds derived from a bank account in the name of Scoop Capital, LLC, a receivership entity subject to this Court's prior order entered January 21, 2009, at docket 8.

**DONE AND ORDERED** at Tampa, Florida, on January 30, 2009.

                                 s/*Richard A. Lazzara*
                             **RICHARD A. LAZZARA**
                             **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record