UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

v.

                                        CASE NO. 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

          Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT

          Relief Defendants.
_____/

**PLAINTIFF'S NOTICE OF FILING THE CONSENT OF
DEFENDANT ARTHUR NADEL AND UNOPPOSED MOTION FOR
<u>ENTRY OF PRELIMINARY INJUNCTION AND OTHER RELIEF</u>**

      Plaintiff Securities and Exchange Commission files the Consent of Defendant Arthur Nadel to entry of an Order of Preliminary Injunction and Other Relief. The Commission respectfully requests entry of the proposed Order.

February 2, 2009                        Respectfully submitted,

                                      By:    <u>s/ Scott A. Masel</u>
                                               Scott A. Masel
                                               Senior Trial Counsel
                                               Florida Bar No. 0007110
                                               Direct Dial: (305) 982-6398
                                               E-mail: masels@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Burton W. Wiand, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 222-7411
Facsimile: (813) 229-8313
Email: bwiand@fowlerwhite.com
*Court-appointed Receiver for Corporate Defendants*
*and Relief Defendants*

Carl R. Nelson, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 222-7411
Facsimile: (813) 229-8313
Email: cnelson@fowlerwhite.com
*Counsel for Receiver Burton W. Wiand*

Gianluca Morello, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 222-7411
Facsimile: (813) 229-8313
Email: gianluca.morello@fowlerwhite.com
*Co-counsel for Receiver Burton W. Wiand*

Ashley Bruce Trehan, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 222-7411
Facsimile: (813) 229-8313
Email: atrehan@fowlerwhite.com
*Co-counsel for Receiver Burton W. Wiand*

I further certify that on the same date I mailed the foregoing document and the notice of electronic filing by to the following non-CM/ECF participant:

Arthur Nadel
Doc. # 1339073
Pinellas County Jail
14400 49th Street, North
Clearwater, FL 33762
Via U.S. Mail

And

3966 Countryview Drive
Sarasota, FL 34233
Via FedEx

                                                s/ Scott A. Masel
                                                Scott A. Masel, Esq.