UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        **Plaintiff,**

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

        **Defendants,**          CASE NO.: 8:09-cv-0087-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

        **Relief Defendants.**
_____/

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own ten (10) percent or more of a party's stock, and all other identifiable legal entities related to any party in the case:

| **Persons** | **Entities** |
|---|---|
| Banker, David C. | A Victorian Garden, LLC |
| Brodsky, Reed M. | Advanta Bank Corp. |
| Cohen, Barry A. | American Express |
| Deutsch, Robert | Bank of America |
| Foster, Todd | Bank of Coweta |
| Gelman, I. Lawrence | BB&T (Branch Banking and Trusts Company) |
| Hunt, Clifford | |
| Jernigans, Roger | Bear Stearns Securities Corp. n/k/a J.P. Morgan Clearing Corp. |
| Loughlin, Edward CF | |
| Masel, Scott | Bush Ross, P.A. |
| Moody, Christopher | CarbonBased Consulting, Inc. |
| Moody, Neil V. | Charles Schwab & Co. |
| Morello, Gianluca | Cohen, Jayson & Foster, P.A. |
| Nadel, Arthur | Colonial Bank |
| Nadel, Chris | EDS |
| Nadel, Marguerite ("Peg") | First Citizens Bank |
| Nelson, Carl R. | Florida Nursing Corp. |
| Thomas, Esq., W. Todd | Foundation of Girls Incorporated of Sarasota County, The |
| Trehan, Ashley Bruce | |
| Wiand, Burton W. | Fowler White Boggs, P.A. |
| Zucker, Michael | Glasslite, Inc. |
| Zamorano, Andre | Goldman Sachs Group, Inc. |
| | GQ Digital Home Integration, LLC |
| | Greybeard Realty |
| | Guy-Nadel Foundation, Inc. |
| | Holland and Knight LLP |
| | Home Front Homes, LLC |
| | Insidescoop Publishing Corp. |
| | Intex Trading Corp. |
| | JPMorgan Chase f/k/a Chase Manhattan Bank |
| | Kirk Pinkerton, P.A. |
| | Laurel Mountain Preserve Homeowners' Association, LLC |
| | Laurel Mountain Preserve, LLC |
| | Laurel Preserve, LLC |

| Persons | Entities |
|---|---|
| | Lime Avenue Enterprises, LLC |
| | Marcus & Millichap Real Estate Investment Services Inc. |
| | Mira Mar Court, Inc. |
| | Mira Mar Management, Inc. |
| | Mira Mar Resort Condominium Association, Inc. |
| | Northern Trust Bank, NA |
| | Northern Trust Bank of Florida |
| | Northern Trust Company (The) |
| | Northern Trust Securities, Inc. |
| | Pineapple Development, Inc. |
| | RBS Greenwich Capital (f/k/a ABN AMRO Bank N.V.) |
| | Rydex Investments |
| | Sarasota Design Gallery, Inc. |
| | Scoop Capital, LLC |
| | Scoop Management, Inc. |
| | Scoop Real Estate, L.P. |
| | SG Americas Securities, LLC |
| | Shoreline Trading Group LLC |
| | Show Services, Inc. |
| | SouthTrust (n/k/a Wachovia) |
| | Summer Place Development Corporation |
| | SunTrust Bank |
| | Thomasville National Bank |
| | Tradewind, LLC |
| | Tradestation Securities, Inc. |
| | Valhalla Investment Partners, L.P. |
| | Valhalla Management, Inc. |
| | Venice Airport Business Association, Inc. |
| | Venice Jet Center, LLC |
| | Victory Fund LTD |
| | Victory IRA Fund LTD |
| | Viking Fund, LLC |

| **Persons** | **Entities** |
|---|---|
| | Viking IRA Fund, LLC |
| | Viking Management, LLC |
| | Wachovia Bank, NA |
| | World Savings Bank (n/k/a Wachovia) |

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None known

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or 20 largest unsecured creditors) in bankruptcy cases:

None known

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

All investors determined to have been defrauded by the defendants or relief defendants.

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the court in writing on learning of any such conflict.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the document and a notice of electronic filing to the following:

Scott A. Masel, Esquire  
Securities and Exchange Commission  
801 Brickell Avenue, Suite 1800  
Miami, FL 33131

Andre J. Zamorano, Esquire  
Securities and Exchange Commission  
801 Brickell Avenue, Suite 1800  
Miami, FL 33131

s/ Carl R. Nelson
Carl R. Nelson, FBN 0280186  
cnelson@fowlerwhite.com  
Gianluca Morello, FBN 034997  
gianluca.morello@fowlerwhite.com  
Ashley Bruce Trehan, FBN 0043411  
ashley.trehan@fowlerwhite.com  
FOWLER WHITE BOGGS P.A.  
P.O. Box 1438  
Tampa, FL 33601  
(813) 228-7411  
Fax No: (813) 229-8313  
Attorneys for the Receiver Burton W. Wiand

40578458v1