**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SECURITIES AND EXCHANGE COMMISSION,**

        **Plaintiff,**

  v.

**CASE NO. 8:09-cv-87-T-26TBM**

**ARTHUR NADEL,**
**SCOOP CAPITAL, LLC,**
**SCOOP MANAGEMENT, INC.**

        **Defendants,**

**SCOOP REAL ESTATE, L.P.,**
**VALHALLA INVESTMENT PARTNERS, L.P.,**
**VALHALLA MANAGEMENT, INC.,**
**VICTORY IRA FUND, LTD,**
**VICTORY FUND, LTD,**
**VIKING IRA FUND, LLC,**
**VIKING FUND, LLC, AND**
**VIKING MANAGEMENT**

        **Relief Defendants.**
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____

_X_ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.
.

Dated: February 2, 2009

s/ Scott A. Masel
Scott A. Masel
Senior Trial Counsel
Florida Bar No. 007110
Direct Dial: (305) 982-6398
Facsimile: (305) 536-4154
E-mail: masels@sec.gov
*Lead and Trial Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Burton W. Wiand, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 222-7411
Facsimile: (813) 229-8313
Email: bwiand@fowlerwhite.com
*Court-appointed Receiver for Corporate Defendants*
*and Relief Defendants*

Carl R. Nelson, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 222-7411
Facsimile: (813) 229-8313
Email: cnelson@fowlerwhite.com
*Counsel for Receiver Burton W. Wiand*

Gianluca Morello, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 222-7411
Facsimile: (813) 229-8313
Email: gianluca.morello@fowlerwhite.com
*Co-counsel for Receiver Burton W. Wiand*

Ashley Bruce Trehan, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 222-7411
Facsimile: (813) 229-8313
Email: atrehan@fowlerwhite.com
*Co-counsel for Receiver Burton W. Wiand*

I further certify that on the same date I mailed the foregoing document and the notice of electronic filing by Federal Express and U.S. Mail to the following non-CM/ECF participant:

Arthur Nadel
Doc. # 1339073
Pinellas County Jail
14400 49th Street, North
Clearwater, FL 33762
Via U.S. Mail

And

3966 Countryview Drive
Sarasota, FL 34233
Via FedEx

s/ Scott A. Masel
Scott A. Masel, Esq.