UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

CASE NO. 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

        Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT

        Relief Defendants.
_____/

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's Interested Persons Order:

**1)** **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

- Plaintiff Securities and Exchange Commission

- Scott A. Masel, Senior Trial Counsel, Securities and Exchange Commission (Lead Trial Counsel on case)

- Robert K. Levenson, Regional Trial Counsel, Securities and Exchange Commission

- Andre J. Zamorano, Senior Counsel, Securities and Exchange Commission

- Jessica M. Weiner, Senior Counsel, Securities and Exchange Commission

- Victims (including investors) listed below in Section 4

- Defendant Arthur Nadel

- Defendant Scoop Capital, LLC

- Defendant Scoop Management, Inc.

- Relief Defendants:

    - Scoop Real Estate, L.P.

    - Valhalla Investment Partners, L.P.

    - Valhalla Management, Inc.

    - Victory Ira Fund, LTD

    - Victory Fund, LTD

    - Viking Ira Fund, LLC

    - Viking Fund, LLC

    - Viking Management, LLC

**2.) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

The Commission knows of no such entity at this time.

**3.) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

The Commission knows of no such entity at this time.

**4.)** **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

All investors determined to have been defrauded by the defendants or relief defendants.

In Order to protect investor privacy, the Commission has jointly moved with the Receiver for the Court to conduct an in camera review of the investor list.

**5.)** I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict.

February 2, 2009                                   Respectfully submitted,


By:   s/ Scott A. Masel
      Scott A. Masel
      Senior Trial Counsel
      Florida Bar No. 007110
      Direct Dial: (305) 982-6398
      Facsimile: (305) 536-4154
      E-mail: masels@sec.gov
      *Lead and Trial Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Burton W. Wiand, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 222-7411
Facsimile: (813) 229-8313
Email: bwiand@fowlerwhite.com
*Court-appointed Receiver for Corporate Defendants*
*and Relief Defendants*

Carl R. Nelson, Esq.
Fowler White Boggs, P.A.

501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 222-7411
Facsimile: (813) 229-8313
Email: cnelson@fowlerwhite.com
*Counsel for Receiver Burton W. Wiand*

Gianluca Morello, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 222-7411
Facsimile: (813) 229-8313
Email: gianluca.morello@fowlerwhite.com
*Co-counsel for Receiver Burton W. Wiand*

Ashley Bruce Trehan, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 222-7411
Facsimile: (813) 229-8313
Email: atrehan@fowlerwhite.com
*Co-counsel for Receiver Burton W. Wiand*

I further certify that on the same date I mailed the foregoing document and the notice of electronic filing by to the following non-CM/ECF participant:

Arthur Nadel
Doc. # 1339073
Pinellas County Jail
14400 49th Street, North
Clearwater, FL 33762
Via U.S. Mail

And

3966 Countryview Drive
Sarasota, FL 34233
Via FedEx

                                                             s/ Scott A. Masel
                                                             Scott A. Masel, Esq.