## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

          **Plaintiff,**

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

          **Defendants,**          **CASE NO.: 8:09-cv-0087-T-26TBM**

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

          **Relief Defendants.**

_____/

### RECEIVER'S NOTICE OF DISPOSITION OF FUNDS

By Order dated January 30, 2009, (DOC. 22), the Court granted the motion of the Burton W. Wiand, as Receiver, to give the Receiver possession of $120,000 believed to be on deposit with Colonial Bank in the account of Shaul and Annie Blumenfeld. The Receiver's motion was based on information provided by Wachovia Bank, N.A. that Arthur Nadel issued a check on the account of Scoop Capital, LLC payable to Wachovia to purchase an official check payable to the Blumenfelds. Upon receipt of a copy of the Order, Colonial Bank wired the funds to the undersigned counsel's firm's trust account.

On February 2, 2009, the undersigned counsel learned that Wachovia may have been mistaken and that the funds in the Blumenfelds' account did not come from the account of Scoop Capital, LLC. The undersigned counsel immediately contacted Wachovia and, after the bank investigated, was told Wachovia made a mistake and that two $60,000 official checks were purchased with the $120,000 check drawn on the account of Scoop Capital, LLC, neither of which was payable to the Blumenfelds. In the circumstances, the undersigned counsel ordered an immediate wire transfer of $120,000 from his firm's trust account to the Blumenfelds' account at Colonial Bank to return the money to them.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the document and a notice of electronic filing to the following:

Scott A. Masel, Esquire  
Securities and Exchange Commission  
801 Brickell Avenue, Suite 1800  
Miami, FL 33131

Andre J. Zamorano, Esquire  
Securities and Exchange Commission  
801 Brickell Avenue, Suite 1800  
Miami, FL 33131

s/ Carl R. Nelson  
Carl R. Nelson, FBN 0280186  
cnelson@fowlerwhite.com  
Gianluca Morello, FBN 034997  
gianluca.morello@fowlerwhite.com  
Ashley B. Trehan, FBN 0043411  
ashley.trehan@fowlerwhite.com  
FOWLER WHITE BOGGS P.A.  
P.O. Box 1438, Tampa, FL 33601  
(813) 228-7411  
Fax (813) 229-8313  
Attorneys for the Receiver Burton W. Wiand

40581978v1