UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE )
COMMISSION, )
 )
    Plaintiff, )
 )
    v. )
 )
ARTHUR NADEL, ) CASE NO.: 8:09-cv-87-T-26TBM
SCOOP CAPITAL, LLC, )
SCOOP MANAGEMENT, INC. )
 )
    Defendants, )
 )
SCOOP REAL ESTATE, L.P., )
VALHALLA INVESTMENT PARTNERS, L.P., )
VALHALLA MANAGEMENT, INC., )
VICTORY IRA FUND, LTD., )
VICTORY FUND, LTD., )
VIKING IRA FUND, LLC, )
VIKING FUND, LLC, )
VIKING MANAGEMENT, )
VENICE JET, LLC, and )
TRADEWIND, LLC, )
 )
    Relief Defendants, )
 )
_____/ )

## MOTION TO INTERVENE

COMES NOW, General Electric Capital Corporation ("**GECC"**) and VFS Financing, Inc. ("**VFS**"), (jointly "**Interveners**") and file this Motion to Intervene ("**Motion**") pursuant to Rule 24 of the Federal Rules of Civil Procedure. In support of its Motion the Interveners state:

    1.    On January 21, 2009, Plaintiff Securities and Exchange Commission ("**SEC**") requested this court for an Order Appointing Receiver for Defendants Scoop Capital, LLC and Scoop Management, Inc. and a number of named relief Defendants.

600621.01

2. The Order Appointing Receiver was entered by the Court on January 21, 2009 which included paragraph 15 that states as follows:

> During the period of this receivership, all persons, including creditors, banks, investors, or others, with actual notice of this Order, are enjoined from filing a petition for relief under the United States Bankruptcy Code without prior permission from this Court, or from in any way disturbing the assets or proceeds of the receivership or form prosecuting any actions or proceedings which involve the Receiver or which affect the property of the Defendants or Relief Defendants;

Also included in the Order was paragraph 21 which states as follows:

> No bank, savings and loan association, other financial institution, or any other person or entity shall exercise any form of set-off, alleged set-off, lien, or any form of self-help whatsoever, or refuse to transfer any funds or assets to the Receiver's control without the permission of this Court;

3. On January 27, 2009, this Court entered an Order on Unopposed Motion to Expand the Scope of the Receivership which included Tradewind, LLC as being subject to the Order Appointing Receiver.

4. The Interveners are two secured creditors who financed the purchase of two aircraft by Tradewind, LLC which are now in default under the terms of the respective Promissory Notes and Aircraft Security Agreements.

5. The Interveners are precluded by the above referenced Order from taking any action permitted under their contractual agreements and therefore have an interest in the property which is subject of the receivership.

6. The Interveners' are requesting to become involved in this action for the limited purpose of addressing their Emergency Motion to Modify Order Appointing Receiver and Memorandum of Law, which is attached hereto as Exhibit A.

600621.01

WHEREFORE General Electrical Capital Corporation and VFS Financing, Inc. respectfully request that this Court grant this Motion and the relief requested.

/s/ A. Christopher Kasten, II
A. Christopher Kasten, II, Esq.
Florida Bar No.: 771236
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: 813-224-9255
Facsimile: 813-223-9620

*Attorneys for General Electric Capital Corporation and VFS Financing, Inc.*

## Certification

I certify that I have conferred with opposing counsel and they have objected to the relief requested in this Motion.

/s/ A. Christopher Kasten, II
A. Christopher Kasten, II, Esq.
Florida Bar No.: 771236
Bush Ross, P.A.
P.O. Box 3913
Tampa, FL 33601-3913
Telephone: 813-224-9255
Facsimile: 813-223-9620

*Attorneys for General Electric Capital Corporation and VFS Financing, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 4th, 2009, I electronically filed a true and correct copy of the Motion to Intervene with the Clerk of the United States District Court for the Middle District of Florida by using the CM/ECF system and I furnished a copy of the foregoing document(s) to the following parties in the manner of service indicated below:

                          By: /s/ A. Christopher Kasten, II
                              A. Christopher Kasten, II, Esquire
                              Florida Bar No. 771236
                              ckasten@bushross.com

**Via the CM/ECF system which will send a Notice of Electronic Filing to:**
Scott A. Masel, Esq.
Gianluca Morello, Esq.
Andre J. Zamorano, Esq.
Carl R. Nelson, Esq.
Ashley Bruce Trehan, Esq.

**Via U.S. Mail Delivery to:**
Andre J. Zamorano
Securities and Exchange Commission
Suite 1800
Miami, FL 33131