## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

v.                                           CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL, et al.,

     Defendants.
and

SCOOP REAL ESTATE, L.P., et al.,

     Relief Defendants.
                                    /

## **O R D E R**

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** as follows:

     1)     The Court will conduct an expedited hearing on the motion to intervene filed by General Electric Capital Corporation and VFS Financing, Inc., on **Thursday, February 12, 2009, at 9:30 a.m.**

     2)     Plaintiff and the Receiver shall file expedited responses on or before **February 10, 2009**, not only to the motion to intervene but also to the proposed emergency motion to modify the order appointing the Receiver.

**DONE AND ORDERED** at Tampa, Florida, on February 5, 2009.

      s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record