UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

        Defendants,

CASE NO.: 8:09-cv-0087-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

        Relief Defendants.
_____/

## RECEIVER'S OPPOSITION TO MOTION TO INTERVENE

Burton W. Wiand, as Receiver, by and through his undersigned counsel, hereby opposes the Motion to Intervene filed by General Electric Capital Corporation ("GECC") and VFS Financing ("VFS") (collectively the "Lenders") and adopts the arguments in the Opposition to the Motion to Intervene filed by the Securities and Exchange Commission.

WHEREFORE, the Receiver respectfully requests that the Court deny the Motion to Intervene and for such other relief as the Court deems just and proper.

40591333v1

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the document and a notice of electronic filing to the following:

Scott A. Masel, Esquire
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

Andre J. Zamorano, Esquire
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

A. Christopher Kasten, II, Esq.
Bush Ross, P.A.
P.O. Box 3913
Tampa, Florida 33601-3913

s/ Carl R. Nelson
Carl R. Nelson, FBN 0280186
cnelson@fowlerwhite.com
Gianluca Morello, FBN 034997
gianluca.morello@fowlerwhite.com
Ashley M. Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
Donald R. Kirk, FBN 105767
dkirk@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL 33601
(813) 228-7411
Fax No: (813) 229-8313
Attorneys for the Receiver Burton W. Wiand

40591333v1