UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.                                         Case No. 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

        Defendants,

SCOOP REAL ESTATE, L.P.
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT,

        Relief Defendants.
_____/

## NOTICE OF APPEARANCE OF COUNSEL

DONALD R. KIRK of Fowler White Boggs P.A., 501 East Kennedy Boulevard, Suite 1700, Tampa, Florida 33602, telephone number (813) 228-7411 and fax number (813) 229-8313, hereby gives notice of his appearance as counsel for the Receiver, Burton W. Wiand, and requests that copies of all pleadings, orders, and other filings be served upon her in accordance with Rule 5(b), Federal Rules of Civil Procedure.

>s/ Donald R. Kirk
>Donald R. Kirk, FBN
>Email: dkirk@fowlerwhite.com
>Carl R. Nelson, FBN 0280186
>Email: cnelson@fowlerwhite.com
>Gianluca Morello, FBN 034997
>Email: gianluca.morello@fowlerwhite.com
>Maya M. Lockwood, FBN 0175481
>Email: mlockwood@fowlerwhite.com
>Ashley Bruce Trehan, FBN 0043411
>Email: atrehan@fowlerwhite.com
>FOWLER WHITE BOGGS P.A.
>P.O. Box 1438
>Tampa, FL 33601
>(813) 228-7411
>Fax No: (813) 229-8313
>Attorneys for the Receiver Burton W. Wiand

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the document and a notice of electronic filing to the following:

Scott A. Masel, Esquire
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

Andre J. Zamorano, Esquire
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

A. Christopher Kasten, II, Esq.
Bush Ross, P.A.
P.O. Box 3913
Tampa, Florida 33601-3913

>s/ Donald R. Kirk
>Attorney

40588234v1