# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

      Plaintiff,

v.                        **CASE NO:** 8:09-cv-87-T-26TBM

**ARTHUR NADEL,**
**SCOOP CAPITAL, LLC,**
**SCOOP MANAGEMENT, INC.**

      Defendants,

**SCOOP REAL ESTATE, L.P.,**
**VALHALLA INVESTMENT PARTNERS, L.P.,**
**VALHALLA MANAGEMENT, INC.,**
**VICTORY IRA FUND, LTD,**
**VICTORY FUND, LTD,**
**VIKING IRA FUND, LLC,**
**VIKING FUND, LLC, AND**
**VIKING MANAGEMENT**

      Relief Defendants.
_____/

## O R D E R

**UPON DUE CONSIDERATION** of the declaration and supporting exhibits filed on February 10, 2009, at docket 36, by Burton W. Wiand, the receiver previously appointed by the Court in this case in the Order Appointing Receiver entered January 21, 2009, at docket 8, it is **ORDERED AND ADJUDGED** that his Second Unopposed Motion to Expand the Scope of Receivership (Dkt. 36) is **granted**. The scope of Mr.

Wiand's receivership is expanded to include the entities known as Laurel Mountain Preserve, LLC, Laurel Preserve, LLC, the Marguerite J. Nadel Revocable Trust UAD 8/2/07, and the Laurel Mountain Preserve Homeowners Association, Inc.  These entities are specifically included within the ambit of the Court's Order Appointing Receiver.

**DONE AND ORDERED** in Chambers at Tampa, Florida, on February 11, 2009.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**CONFORMED COPIES TO**</u>:
Counsel/Parties of Record