UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

        Defendants,        CASE NO.: 8:09-cv-0087-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

        Relief Defendants.
_____/

### RECEIVER'S UNOPPOSED MOTION FOR POSSESSION OF FUNDS IN SUNTRUST BANK

Burton W. Wiand, as Receiver, by and through his undersigned counsel and under paragraph 24 of the Order Appointing Receiver (Doc. 8) moves the Court to give the Receiver possession of $60,000 on deposit with SunTrust Bank in the account of Jenny Walker and would show as follows:

    1.    As shown by the copy of check number 1242 attached as Exhibit 1 ("Scoop check"), Arthur Nadel wrote a check in the amount of $120,000 to Wachovia Bank dated

January 13, 2009, on an account belonging to Scoop Capital, LLC, a receivership entity. The endorsement indicates the check was used to acquire an official check.[1]

2. As shown by the copy of Wachovia Official Check number 1600616014, front and back attached as Exhibit 2, an official check was acquired from Wachovia Bank, N.A. in the amount of $60,000 made payable to Jenny Walker. The back side of the check shows it was deposited into SunTrust.

3. A Wachovia Bank, N.A. vice president confirmed to the undersigned counsel that the $120,000 Scoop check (Ex. 1) was used to purchase the $60,000 check (Ex. 2).[2]

4. On February 4, 2009, the undersigned counsel caused a letter to be sent by FedEx to Jenny Walker with copies of the $60,000 official check made payable to her and the Order Appointing Receiver (Doc. 8) attached. A copy of the letter, without enclosures, is attached as Exhibit 3. The letter asked Ms. Walker to advise within five (05) days of the date of the letter whether she would return the funds voluntarily. There was no response to the letter.

5. On February 13, 2009, the undersigned counsel mailed and faxed a letter to SunTrust Bank, enclosing copies of the Order Appointing Receiver and two Preliminary

---

[1] The Receiver was initially advised the Scoop check was used to purchase a $120,000 official check made payable to Shaul and Annie Blumenfeld. This was in error, which was corrected by Wachovia. *See* Receiver's Notice of Disposition of Funds, Doc. 28).

[2] Wachovia also confirmed a second $60,000 official check was purchased with the proceeds of the $120,000 Scoop check that was made payable to another party, who, through counsel, has agreed to return the $60,000 voluntarily.

Injunction orders, the Scoop check, and the $60,000 official check made payable to Jenny Walker. SunTrust was asked to freeze Ms. Walker's account up to $60,000. A copy of the letter is attached as Exhibit 4 (without enclosures). On February 17, 2009, SunTrust's John Barry advised the undersigned counsel that Ms. Walker's account was frozen in the amount of $60,000.

6. On February 17, 2009, the undersigned telephoned Jenny Walker and explained the situation. Attached as Exhibit 5 is her emailed response, confirming that the funds may be recovered.

## MEMORANDUM OF LAW

The Receiver was appointed by Order dated January 21, 2009 (Doc. 8), to, among other things, "marshal and safeguard all of the assets of the Defendants and Relief Defendants; and take whatever actions are necessary for the protection of the investors."

Paragraph 24 of the order provides as follows:

> 24. In the event that the Receiver discovers that funds of persons who have invested in the Defendants or Relief Defendants have been transferred to other persons or entities, the Receiver shall apply to this Court for an Order giving the Receiver possession of such funds . . . .

The Receiver believes the $120,000 Scoop check was the transfer of investor funds. *See* Receiver's Declaration In Support Of The Unopposed Motion To Expand The Scope Of Receivership at ¶ 13, Doc. 16. Therefore, the $60,000 transferred to Ms. Walker also constitutes funds within the contemplation of paragraph 24 of the order quoted above.

## LOCAL RULE 3.01(g) CERTIFICATE OF COUNSEL

The undersigned counsel for the receiver has conferred with counsel for the SEC and is authorized to represent to the Court that this motion is unopposed.

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the document and a notice of electronic filing to the following:

Scott A. Masel, Esquire
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

Andre J. Zamorano, Esquire
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

s/ Carl R. Nelson
Carl R. Nelson, FBN 0280186
cnelson@fowlerwhite.com
Gianluca Morello, FBN 034997
gianluca.morello@fowlerwhite.com
Ashley M. Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
Maya M. Lockwood, FBN 0175481
mlockwood@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone (813) 228-7411
Fax (813) 229-8313
Attorneys for the Receiver Burton W. Wiand

## VERIFICATION

I hereby verify that the facts stated above are true and correct to the best of my knowledge, information and belief.

/s Carl R. Nelson
Carl R. Nelson

| SCOOP CAPITAL, LLC | | 1242 |
| 1668 MAIN STREET | | |
| SARASOTA, FL 34236 | 1/13/09 | |

PAY TO THE ORDER OF WACHOVIA BANK  $120,000.00

One hundred twenty thousand 00/100 DOLLARS

SOUTHTRUST BANK
SARASOTA, FL 34236

FOR _____

⑆063109430⑆ 71 270 215⑈ 1242 ⑆00120000000⑆

Exchange For Official Check

| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 000000200071270 2157 | 1/13/2009 | $120,000.00 | 000000000001242 | 000000000066635623856 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

Page 12

EXHIBIT 1

Nadel Receivership
WACH000070





| Account | Date | Amount | Serial Number | Sequence | Status |
|---|---|---|---|---|---|
| 0000005079900000916 | 1/20/2009 | $60,000.00 | 000001600616014 | 00000000000253323780 | Posted Items |

Wachovia Bank, N.A. certifies that the above image is a true and exact copy of the original item issued by the named customer, and was produced from original data stored in the archives of Wachovia Bank, N.A. or its predecessors.

EXHIBIT 2



# FOWLER WHITE BOGGS
Attorneys at Law EST 1943

Carl R. Nelson
Direct Dial: 813-222-1108
Direct Fax:
cnelson@fowlerwhite.com

**FEDERAL EXPRESS**

February 4, 2009

Jenny Walker
2019 Chippewa
Sarasota, FL 34234

Re: SEC v. Arthur Nadel, Scoop Capital, LLC,
Scoop Management, Inc., etc.

Dear Ms. Walker:

Enclosed is a copy of a Wachovia Official Check made payable to you on January 13, 2009, in the amount of $60,000.00. This check was acquired with funds of Scoop Capital, LLC and with proceeds of Arthur Nadel's fraud.

Also enclosed is a copy of the Order Appointing Receiver filed January 21, 2009, in the referenced SEC enforcement action. Pursuant to paragraph 24 of the order, we, on behalf of the Receiver intend to apply to the Court for an order giving the Receiver possession of the $60,000.00. Please advise within five days of the date of this letter whether you will return the funds to us voluntarily or whether it will be necessary for us to seek intervention of the Court. If you agree to return the funds voluntarily, please send us a check made payable to "Burton W. Wiand, as Receiver over Scoop Capital, LLC."

Thank you for your cooperation.

Very truly yours,

FOWLER WHITE BOGGS P.A.

*[signature]* for Carl Nelson

Carl R. Nelson

EXHIBIT 3

CRN/vt
Enclosures

FOWLER WHITE BOGGS P.A.

TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • www.fowlerwhite.com



# FOWLER WHITE BOGGS
Attorneys at Law EST 1943

Carl R. Nelson
Direct Dial: 813-222-1108
cnelson@fowlerwhite.com

February 13, 2009

**BY U.S. MAIL AND FACSIMILE: 404-214-8538**

Sun Trust Bank
Legal Processing Dept.
GA-ATL-5099
P.O. Box 4418
Atlanta, GA 30302-4418

Re: SEC v. Arthur Nadel etc.
Your Customer: Jenny Walker

Gentlemen:

Please be advised that we represent Burton W. Wiand in his capacity as Receiver appointed in the above SEC enforcement action. A copy of the order appointing Mr. Wiand as Receiver is enclosed along with two preliminary injunction orders.

It has become apparent to us that Scoop Capital, LLC's funds were wrongfully transferred to your customer, Jenny Walker. Enclosed is a copy of Scoop Capital, LLC's check No. 1242 drawn payable to Wachovia Bank in the amount of $120,000.00. You will note the endorsement indicates it was exchanged for an official check. Wachovia Bank has confirmed to us that the $120,000.00 was in fact used to acquire two $60,000.00 official checks, one of which was made payable to Jenny Walker and appears to have been deposited into your bank as reflected by the attached copy of Wachovia Official Check No. 1600616014.

Please note that paragraph 24 of the order appointing Receiver allows the Receiver to apply to the Court "for an order giving the Receiver possession of funds" transferred from receivership entities to other persons or entities. The $60,000.00 deposited in your bank qualifies as such funds.

The order appointing Receiver together with the preliminary injunctions, which include asset freezes, are sufficient to warrant your freezing the account of Jenny Walker up to the amount of $60,000.00. Please confirm you have done so. We will then apply to the Court for an order granting the Receiver possession.

We wrote to Jenny Walker to give her the opportunity to return the funds voluntarily and save litigation expense. However, she has not responded in a timely fashion.

FOWLER WHITE BOGGS P.A.

TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • www.fowlerwhite.com

Sun Trust Bank
February 13, 2009
Page 2

Many thanks for your cooperation.

Very truly yours,

FOWLER WHITE BOGGS P.A.

Carl R. Nelson

CRN/vt
Enclosure

40593626v1

**Nelson, Carl**

**From:** costars@comcast.net
**Sent:** Tuesday, February 17, 2009 11:50 AM
**To:** Nelson, Carl

i confirm that you can direct Sun trust to transfer $60,000 to Scoop Capital.

jenny aldrich walker

