UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SECURITIES AND EXCHANGE
COMMISSION,**

                Plaintiff,

v.                                                                                      **CASE NO:** 8:09-cv-87-T-26TBM

**ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.**

                Defendants,

**SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT**

                Relief Defendants.
_____/

**O R D E R**

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the

Receiver's Unopposed Motion for Possession of Funds in Suntrust Bank (Dkt. 47) is

**granted**.  Suntrust Bank shall immediately transfer funds in the amount of $60,000.00 to

the Receiver which were deposited into the account of Jenny Walker, which funds were

acquired from Scoop Capital, LLC.

**DONE AND ORDERED** in Chambers at Tampa, Florida, on February 17, 2009.

   s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**CONFORMED COPIES TO**:
Counsel/Parties of Record