UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

                            CASE NO. 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

        Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT

        Relief Defendants.
_____/

## PLAINTIFF'S COUNSEL ANDRE ZAMORANO'S NOTICE OF COMPLIANCE WITH COURT'S FEBRUARY 3, 2009 ORDER

Undersigned counsel for the Securities and Exchange Commission, Andre Zamorano, gives notice he has complied with the Court's February 3, 2009 Order by registering for CM/ECF, entering his e-mail address in his CM/ECF account, and filing this notice of compliance using the Court's CM/ECF filing system.

February 18, 2009                    Respectfully submitted,

                              By:    s/ Andre Zamorano
                                      Andre Zamorano
                                      Senior Counsel
                                      Florida Bar No. 0967361
                                      Telephone: (305) 982-6324

Facsimile: (305) 536-4154
zamoranoa@sec.gov.

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Burton W. Wiand, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: bwiand@fowlerwhite.com
*Court-appointed Receiver for Corporate Defendants*
*and Relief Defendants*

Carl R. Nelson, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: cnelson@fowlerwhite.com
*Counsel for Receiver Burton W. Wiand*

Gianluca Morello, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: gianluca.morello@fowlerwhite.com
*Co-counsel for Receiver Burton W. Wiand*

Ashley Bruce Trehan, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: atrehan@fowlerwhite.com
*Co-counsel for Receiver Burton W. Wiand*

Maya M. Lockwood, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
*Co-counsel for Receiver Burton W. Wiand*

Donald R. Kirk, Esq
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
*Co-counsel for Receiver Burton W. Wiand*

I further certify that on the same date I mailed the foregoing document and the notice of electronic filing by to the following non-CM/ECF participant:

| | | |
|---|---|---|
| Arthur G. Nadel | and | 3966 Countryview Drive |
| Register No. 50690-018 | | Sarasota, FL 34233 |
| FTC Oklahoma Center | | U.S. Mail |
| Federal Transfer Center | | |
| P.O. Box 898801 | | |
| Oklahoma City, OK 73189 | | |
| Via U.S. Mail | | |

s/ Andre Zamorano
Andre Zamorano, Esq.