UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

     **Plaintiff,**
 v.
              **CASE NO. 8:09-cv-87-T-26TBM**

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

     **Defendants,**

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT

     **Relief Defendants.**
_____/

## PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S STATUS REPORT

Plaintiff Securities and Exchange Commission files this status report on its intent to move for default against Defendant Arthur Nadel. Defendant Nadel's response to the Commission's Complaint (D.E. 1) is past due, and the Commission intends to seek a default against him. The Commission is aware of Rules 1.07 and 7.02 of the Local Rules for the United States District Court for the Middle District of Florida and intends to comply fully with them. Because Nadel is presently unrepresented and incarcerated, having moved from prison facilities in Florida and Oklahoma to New York, the Commission's undersigned counsel has sent a letter to Nadel asking him to inform the Commission by March 2, 2009 regarding his intentions for a response. If the

Commission receives no communication by that date, the Commission will quickly move for default against Nadel.

February 20, 2009  Respectfully submitted,

                                          By:    s/ Scott A. Masel
Scott A. Masel
Senior Trial Counsel
Florida Bar No. 0007110
Direct Dial: (305) 982-6398
E-mail: masels@sec.gov
*Lead and Trial Counsel*

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

      I hereby certify that on February 20, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Burton W. Wiand, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: bwiand@fowlerwhite.com
*Court-appointed Receiver for Corporate Defendants*
*and Relief Defendants*

Carl R. Nelson, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: cnelson@fowlerwhite.com
*Counsel for Receiver Burton W. Wiand*

Gianluca Morello, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: gianluca.morello@fowlerwhite.com
*Co-counsel for Receiver Burton W. Wiand*

Ashley Bruce Trehan, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: atrehan@fowlerwhite.com
*Co-counsel for Receiver Burton W. Wiand*

Maya M. Lockwood, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
*Co-counsel for Receiver Burton W. Wiand*

Donald R. Kirk, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
*Co-counsel for Receiver Burton W. Wian*d

I further certify that on the same date I mailed the foregoing document and the notice of electronic filing by U.S. Mail or as indicated below to the following non-CM/ECF participant:

| | | |
|---|---|---|
| Arthur G. Nadel | and | 3966 Countryview Drive |
| Register No. 50690-018 | | Sarasota, FL 34233 |
| MCC New York - Metropolitan Correctional Center | | Via U.S. Mail |
| 150 Park Row | | |
| New York, NY 10007 | | |
| Via U.S. Mail | | |

                                             s/ Scott A. Masel
                                             Scott A. Masel, Esq.