UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SECURITIES AND EXCHANGE
COMMISSION,**

          Plaintiff,

v.

**ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,**

          Defendants,         CASE NO.: 8:09-cv-0087-T-26TBM

**SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.**

          Relief Defendants.
_____/

**RECEIVER'S UNOPPOSED MOTION FOR
<u>APPROVAL OF DISPOSITION OF LEASED VEHICLE</u>**

Burton W. Wiand, as Receiver, by and through his undersigned counsel moves the Court to approve disposition of a 2008 Maserati Gran Turismo leased to Viking Management, LLC by Putnam Leasing Company I, LLC in accordance with the terms of the Receipt and Release Agreement attached as Exhibit A.

**<u>MEMORANDUM OF LAW</u>**

The Receiver was appointed by Order dated January 21, 2009 (Doc. 8), over several

companies, including Viking Management, LLC. The Receiver has determined there is no need for the Maserati and there is no equity in the vehicle that could enure to the benefit of the Receivership Estate. Therefore the Receiver wishes to terminate the lease and return the vehicle to its owner, Putnam Leasing Company I, LLC ("the leasing company").

It is not entirely clear to the Receiver whether formal approval of the proposed resolution of the lease is required under the Order, but he seeks approval out of an abundance of caution.[1]

The Court will note that under the attached Receipt and Release Agreement the leasing company releases the Receiver and the Receivership Estate from any claims it may have while preserving its claims against a guarantor of the lease. The Receiver submits the proposed resolution of the lease is in the best interest of the Receivership Estate and the defrauded investors, because it will dispose of a potential claim against the Receivership Estate.

## LOCAL RULE 3.01(g) CERTIFICATE OF COUNSEL

The undersigned counsel for the receiver has conferred with counsel for the SEC and is authorized to represent to the Court that this motion is unopposed.

## CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a copy of the document and a notice of electronic filing to the following:

---

[1] There are two additional vehicles leased to Receivership Entities, the disposition of which is currently being negotiated with the respective leasing companies.

Scott A. Masel, Esquire
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

Andre J. Zamorano, Esquire
Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, FL 33131

s/ Carl R. Nelson
Carl R. Nelson, FBN 0280186
cnelson@fowlerwhite.com
Gianluca Morello, FBN 034997
gianluca.morello@fowlerwhite.com
Ashley M. Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
Maya M. Lockwood, FBN 0175481
mlockwood@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone (813) 228-7411
Fax (813) 229-8313
Attorneys for the Receiver Burton W. Wiand

# RECEIPT AND RELEASE AGREEMENT

Putnam Leasing Company I, LLC ("Lessor"), by and through its duly authorized undersigned representative, in consideration of the release to Lessor of a 2008 Maserati Gran Turismo, VIN: ZAMGJ34A380034686 ("the vehicle"), by Burton W. Wiand, as Receiver over Viking Management, LLC ("Receiver") under order of the United States District Court for the Middle District of Florida in Securities and Exchange Commission v. Arthur Nadel, et al, Case No.: 8:09-cv-87-T-26TBM, Lessor hereby warrants Lessor is the title holder and owner of the vehicle, acknowledges receipt of the vehicle as is where is at the Venice Jet Center, Venice, Florida, and releases the Receiver and the Receivership Estate of and from any claim Lessor may have, including but not limited to claims under the terms of that certain Motor Vehicle Commercial Lease Agreement dated 11/21/2007 between Lessor and Viking Management, LLC ("Lease Agreement").

Lessor further warrants that no security deposit was paid as contemplated by Paragraph 5 of the Lease Agreement.

Nothing herein is to be deemed or considered to be a release of any rights Lessor may have against Christopher D. Moody as Guarantor in connection with the Lease Agreement, and lessor hereby expressly reserves all of its rights and remedies, at law or in equity, with respect to said Guarantor under the guaranty instrument.

Lessor acknowledges and agrees that a signed and electronically transmitted copy of this document is as fully enforceable as an original document.

Putnam Leasing Company I, LLC
By: _____
Print Name: Michael de la Torre
Its: Director of Operations
(Title)
Date: 3/3/09

**EXHIBIT A**