UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ARTHUR NADEL, SCOOP CAPITAL, LLC,
and SCOOP MANAGEMENT, INC.,

    Defendants,                       CASE NO: 8:09-cv-87-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD.,
VICTORY FUND, LTD.,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, and
VIKING MANAGEMENT, LLC.,

    Relief Defendants.

_____/

**O R D E R**

    Before the Court is the Receiver's Unopposed Motion for Approval of Disposition of Leased Vehicle (Dkt. 51). Upon due consideration of the Receivor's powers set forth in the Order Appointing Receiver (Dkt. 8), and the resolution of the lease of the 2008 Maserati Gran Turismo described in the Receipt and Release Agreement attached to the Motion, and it appearing that this resolution terminates the lease, returns the vehicle to the owner/leasing company, and releases the Receiver and the Receivorship estate from any claim the owner may

have, it is **ORDERED AND ADJUDGED** that the Receiver's Unopposed Motion for Approval of Disposition of Leased Vehicle (Dkt. 51) is **GRANTED**.

**DONE AND ORDERED** at Tampa, Florida, on March 3, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record