UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

         **Plaintiff,**
  v.

                                   CASE NO. 8:09-cv-87-T-26TBM

**ARTHUR NADEL,**
**SCOOP CAPITAL, LLC,**
**SCOOP MANAGEMENT, INC.**

         **Defendants,**

**SCOOP REAL ESTATE, L.P.,**
**VALHALLA INVESTMENT PARTNERS, L.P.,**
**VALHALLA MANAGEMENT, INC.,**
**VICTORY IRA FUND, LTD,**
**VICTORY FUND, LTD,**
**VIKING IRA FUND, LLC,**
**VIKING FUND, LLC, AND**
**VIKING MANAGEMENT**

         **Relief Defendants.**
_____/

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S**
**DEFAULT AGAINST DEFENDANT ARTHUR NADEL**

Plaintiff, Securities and Exchange Commission, pursuant to Fed R. Civ. P. 55(a), asks the Clerk of Court to enter a default against Defendant Arthur Nadel ("Nadel") for failure to plead or otherwise defend, and states:

     1. On January 21, 2009, the Commission filed a Complaint for injunctive and other relief against Nadel (D.E. 1).

     2. The Commission served Nadel with a summons and copy of the Commission's Complaint on January 21, 2009 through substitute service at his residence. See Affidavit of Service filed on January 23, 2009 (D.E.14), attached as Exhibit A to this motion.

3. To date, Nadel has not filed a response to the Commission's Complaint as required by Rule 12, Fed. R. Civ. P., thereby failing to plead or otherwise defend against this action.[1]

WHEREFORE, the Commission moves the Clerk of Court for entry of a Clerk's Default against Nadel.

March 5, 2009                                Respectfully submitted,

By:     s/ Scott A. Masel
Scott A. Masel
Senior Trial Counsel
Florida Bar No. 007110
Direct Dial: (305) 982-6398
Facsimile: (305) 536-4154
E-mail: masels@sec.gov
*Lead and Trial Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 5, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Burton W. Wiand, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: bwiand@fowlerwhite.com
*Court-appointed Receiver for Corporate Defendants
and Relief Defendants*

---

[1] Nadel has written the Commission's counsel stating he is still seeking legal counsel and his criminal defense counsel previously had indicated they would not be appearing for Nadel in the Commission's civil case. The Commission understands Nadel's criminal defense counsel may now be reconsidering appearing, however, the Commission already has waited additional time for an attorney appearance for Mr. Nadel and therefore felt it now must seek a default.

Carl R. Nelson, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: cnelson@fowlerwhite.com
*Counsel for Receiver Burton W. Wiand*

Gianluca Morello, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: gianluca.morello@fowlerwhite.com
*Co-counsel for Receiver Burton W. Wiand*

Ashley Bruce Trehan, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: atrehan@fowlerwhite.com
*Co-counsel for Receiver Burton W. Wiand*

Maya M. Lockwood, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
*Co-counsel for Receiver Burton W. Wiand*

Donald R. Kirk, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
*Co-counsel for Receiver Burton W. Wiand*

I further certify that on the same date I mailed the foregoing document and the notice of electronic filing by U.S. Mail or as indicated below to the following non-CM/ECF participant:

Arthur G. Nadel
Register No. 50690-018
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007
Via U.S. Mail

s/ Scott A. Masel
Scott A. Masel, Esq.