UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERKS MINUTES - GENERAL**

| | |
|---|---|
| CASE NO.  8:09-cv-87-T-26TBM | DATE:  March 6, 2009 |
| TITLE: Securities and Exchange Commission  vs.  Arthur Nadel, et al., | |
| Time: 8:30 -  9:00 | Total: .30 |
| JUDGE: **RICHARD A. LAZZARA** | COURTROOM DEPUTY:  Susan Saylor |
| COURT REPORTER: Claudia Spangler-Fry | Courtroom   15B |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| Scott A. Masel *(via phone 305-982-6398)*<br>R. Craig Harrison *(Pro se)* - Movant | Carl Nelson - Receiver<br>Ashley Trehan -  Receiver |

PROCEEDINGS:   **MOTION HEARING re:  Emergency Motion [Dkt #53] for Protective Order filed by Movant**

Movant's Oral argument as to his motion and assert attorney-client privilege.

Receiver's Oral argument in response to movant's motions.

Pltfs response to its position on the matter.

Court: Denies Motion without prejudice and compliance with the subpoenas is held in abeyance. The movant shall serve the receiver with the privilege log on/or before March 16, 2009.  After the received has reviewed the document(s) it may file a motion to compel.

Pltfs response as to its Motion for entry of default against deft Arthur Nadel.

Court: Denies Pltfs Motion without prejudice. Court will direct counsel for Mr Nadel to file an appearance by April 6, 2009, if failure to do so, Pltf may re-file its motion for default at that time.