UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT
PARTNERS, L.P., VALHALLA
MANAGEMENT, INC., VICTORY
FUND, LTD, VIKING IRA FUND, LLC,
VIKING FUND LLC, AND VIKING
MANAGMENET, LLC,

    Relief Defendants.
_____/

Case No.: 8:09-cv-0087-T-26TBM

## NOTICE OF LIMITED APPEARANCE

Comes Now, the law firm of Cohen, Jayson and Foster, and files this Notice of Limited Appearance for the purpose of having the Court hear its Motion to Delay Entry of Default and to Modify Asset Freeze to Permit Payment of Reasonable Attorneys Fees.

_____
BARRY A. COHEN, ESQ.
Florida Bar No.: 0096478
bcohen@tampalawfirm.com
TODD A. FOSTER, ESQ.
Florida Bar No.: 0325198
tfoster@tampalawfirm.com
MICHAEL L. RUBINSTEIN, ESQ
Florida Bar No.: 0032143
mrubinstein@tampalawfirm.com
COHEN, JAYSON & FOSTER, P.A.
201 E. Kennedy Boulevard, Suite 1000
Tampa, Florida 33602
Telephone: (813) 225-1655
Facsimile: (813) 225-1921

Dockets.Justia.co

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 6, 2009, I furnished a true and correct copy of the foregoing to the Receiver, **Burton W. Wiand, Esquire**, Fowler White, 501 E. Kennedy Boulevard, Suite 1700, Tampa, Florida 33602; and I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send an electronic notice to **Scott Masel**, Senior Trial Counsel, Securities and Exchange Commission.

BARRY A. COHEN, ESQ.
Florida Bar No.: 0096478
bcohen@tampalawfirm.com
TODD A. FOSTER, ESQ.
Florida Bar No.: 0325198
tfoster@tampalawfirm.com
MICHAEL L. RUBINSTEIN, ESQ
Florida Bar No.: 0032143
mrubinstein@tampalawfirm.com
COHEN, JAYSON & FOSTER, P.A.
201 E. Kennedy Boulevard, Suite 1000
Tampa, Florida 33602
Telephone: (813) 225-1655
Facsimile: (813) 225-1921