# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ARTHUR NADEL, SCOOP CAPITAL, LLC,
and SCOOP MANAGEMENT, INC.,

    Defendants,                          CASE NO: 8:09-cv-87-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD.,
VICTORY FUND, LTD.,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, and
VIKING MANAGEMENT, LLC.,

    Relief Defendants.

_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) The Motion to delay Entry of Default (Dkt. 64) is denied as moot in view of this Court's order entered March 6, 2009, at docket 60.

2) The Motion to Modify Asset Freeze to Permit Payment of Reasonable Attorneys' Fees (Dkt. 64) is denied for failure of counsel to abide by the requirements of Local Rule 3.01(g) before filing the motion.

**DONE AND ORDERED** at Tampa, Florida, on March 9, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record