UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SECURITIES AND EXCHANGE
COMMISSION,**

        Plaintiff,

v.                                                                                                   **CASE NO:** 8:09-cv-87-T-26TBM

**ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.**

        Defendants,

**SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT**

        Relief Defendants.
_____/

## O R D E R

Pending before the Court is an amended motion for payment of reasonable attorneys' fees which the Court has scheduled for a hearing on March 20, 2009, with a response being due from Plaintiff on or before March 18, 2009. In order to assist the Court in resolving the merits of the amended motion, the Court directs that counsel who filed the motion file a separate pleading on

or before March 13, 2009, detailing the amount of reasonable attorneys' fees they are seeking and, if known, the source from which those fees should be paid.

**DONE AND ORDERED** at Tampa, Florida, on March 11, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record