UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,
                Plaintiff,

v.                                          Case No. 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

                Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD.,
VICTORY FUND, LTD.,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT,

                Relief Defendants.
_____/

**NOTICE OF INTENT TO PRODUCE DOCUMENTS
PURSUANT TO SUBPOENA AND FILING OF
PRIVILEGE LOG**

       NOW COMES, R. CRAIG HARRISON, and states as follows:

       1.      On March 3, 2009, the undersigned was served a subpoena to produce documents related to the purchase and/or sale of real property relating to Arthur Nadel and Marguerite Nadel a/k/a Peg Quisenberry. Pursuant to The Florida Bar Ethics Opinion 92-5, an attorney that is served with a subpoena for the production of documents relating to a former client should assert

1

any privilege that might apply on the client's behalf. Any reasonable doubt about the application of the privilege should be resolved in favor of the client. If a court determines that the privilege does not apply and orders the attorney to provide the information, the attorney's ethical duty has been satisfied and the documentation can be produced.

2. Upon the service of the subpoena, the undersigned filed a Motion for Protective Order which was heard before the Court on March 6, 2009.

3. As a result of the hearing, the undersigned hereby classifies the related documents as follows:

    a. General closing related documents.

These documents consist of the entire closing file (green file) relating to the purchase by Arthur Nadel of the real property located at 3966 Country View Drive, Sarasota, Florida 34233, which includes, but is not limited to, records relating to the title history, title commitment and policy and related documents, lender instructions and communications, closing statements and closing documents, photo ID and loan mortgage package less the documents referenced below. The undersigned intends to produce these documents thirty (30) days after the date of this Notice unless otherwise directed by Court Order.

    b. Privilege Log.

The following documents may be privileged and exempt from discovery:

1. Handwritten notes relating to the undersigned's conference with client(s) in relationship to the transaction.

2. Check dated June 28, 2001, representing the funds to close the transaction.

3. Internal balance sheets for funds received and funds disbursed pursuant to the closing and closing checklist.

4. Correspondence from the law firm to Arthur Nadel dated September 24, 2001,

June 26, 2001, and July 3, 2001.

5. Correspondence from Arthur Nadel to the law firm dated June 5, 2001 and July 5, 2001.

6. Telephone messages from client(s).

7. Envelope from client.

8. Uniform Residential Loan Application. This application probably was provided to the undersigned by the lender as part of its residential loan package and contains confidential information. The completed application was returned to the lender. Other than this item, all other privileged documents were not disclosed to any third party.

c. White Folder

The white file as identified by the court consists of a Warranty Deed from Arthur Nadel to Arthur Nadel as Trustee under the Land Trust and Deed-2119 Real Estate Transfer form. The undersigned intends to produce these documents thirty (30) days after the date of this Notice unless otherwise directed by Court Order. In addition to the above referenced documents, the white file contains the following documents which may be privileged and exempt from discovery:

a. Florida Land Trust Agreement dated June 29, 2001.

b. Invoice dated October 15, 2001.

c. Correspondence from the law firm to Arthur Nadel dated October 15, 2001.

LYONS, BEAUDRY & HARRISON, P.A.
1605 Main Street, Suite 1111
Sarasota, Florida 34236
Telephone: 941-366-3282
Facsimile: 941-954-1484
E-mail: craig@lyonsbeaudryharrison.com


By: /s/ R. Craig Harrison
    R. Craig Harrison, Esq.
    Florida Bar #0466530


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 12, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Burton W. Wiand, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: 813-228-7411
Facsimile: 813-229-8313
Email: bwiand@fowlerwhite.com
*Court-appointed Receiver for Corporate Defendants and Relief Defendants*

Carl R. Nelson, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: 813-228-7411
Facsimile: 813-229-8313
Email: cnelson@fowlerwhite.com
*Counsel for Receiver Burton W. Wiand*

Gianluca Morello, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: 813-228-7411
Facsimile: 813-229-8313
Email: gianluca.morello@fowlerwhite.com
*Co-Counsel for Receiver Burton W. Wiand*

Ashley Bruch Trehan, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: 813-228-7411
Facsimile: 813-229-8313
Email: atrehan@fowlerwhite.com
*Co-Counsel for Receiver Burton W. Wiand*

May M. Lockwood, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: 813-228-7411
Facsimile: 813-229-8313
*Co-Counsel for Receiver Burton W. Wiand*

Donald R. Kirk, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: 813-228-7411
Facsimile: 813-229-8313
*Co-Counsel for Receiver Burton W. Wiand*

Scott A. Masel, Esq.
Senior Trial Counsel
Securities and Exchange Commission
Telephone: 305-982-6398
Facsimile: 305-536-4154
Email: masels@sec.gov
*Lead and Trial Counsel*

Barry A. Cohen, Esq.
Cohen, Jayson & Foster, P.A.
201 E. Kennedy Boulevard, Suite 1000
Tampa, FL 33602
Telephone: 813-225-1655
Facsimile: 813-225-1921
bcohen@tampalawfirm.com

Todd A. Foster, Esq.
Cohen, Jayson & Foster, P.A.
201 E. Kennedy Boulevard, Suite 1000
Tampa, FL 33602
Telephone: 813-225-1655
Facsimile: 813-225-1921
tfoster@tampalawfirm.com

Michael L. Rubinstein, Esq.
Cohen, Jayson & Foster, P.A.
201 E. Kennedy Boulevard, Suite 1000
Tampa, FL 33602
Telephone: 813-225-1655
Facsimile: 813-225-1921
mrubinstein@tampalawfirm.com

I further certify that on the same date I mailed the foregoing document and the notice of electronic filing by U.S. Mail or as indicated below to the following non-CM/ECF participant:

Arthur G. Nadel
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007
Via U.S. Mail

LYONS, BEAUDRY & HARRISON, P.A.
1605 Main Street, Suite 1111
Sarasota, Florida 34236
Telephone: 941-366-3282
Facsimile: 941-954-1484
E-mail: craig@lyonsbeaudryharrison.com

By: /s/ R. Craig Harrison
R. Craig Harrison, Esq.
Florida Bar #0466530