UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

        Plaintiff,

v.                                     **CASE NO:** 8:09-cv-87-T-26TBM

**ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.**

        Defendants,

**SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT**

        Relief Defendants.

_____/

# **O R D E R**

      **UPON DUE CONSIDERATION** of the declaration and supporting exhibits filed on March 16, 2009, at docket 77, by Burton W. Wiand, the receiver previously appointed by the Court in this case in the Order Appointing Receiver entered January 21, 2009, at docket 8, it is **ORDERED AND ADJUDGED** that his Fourth Unopposed Motion to

Expand the Scope of Receivership (Dkt. 78) is **granted**. The scope of Mr. Wiand's receivership is expanded to include the entities known as Lime Avenue Enterprises, LLC and A Victorian Garden Florist, LLC. This entity is specifically included within the ambit of the Court's Order Appointing Receiver.

   **DONE AND ORDERED** in Chambers at Tampa, Florida, on March 17, 2009.

       s/*Richard A. Lazzara*
       **RICHARD A. LAZZARA**
       **UNITED STATES DISTRICT JUDGE**

**CONFORMED COPIES TO**:
Counsel/Parties of Record