UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

        Plaintiff,

v.                             **CASE NO:** 8:09-cv-87-T-26TBM

**ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.**

        Defendants,

**SCOOP REAL ESTATE, L.P., et al.,**

        Relief Defendants.

_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the receiver's Unopposed Motion for Approval of Disposition of Leased Vehicle (Dkt. 87) is granted. The Receiver is authorized to terminate the lease with VW Credit Leasing, Ltd. with regard to the 2009 Volkswagen EOS having a vehicle identification number of WVWBA71F99V003478 because the Court finds that it is in the best interests of the Receivership Estate and the defrauded investors in that the termination will dispose of a potential claim against the Estate.

**DONE AND ORDERED** at Tampa, Florida, on March 19, 2009.

                                           s/*Richard A. Lazzara*
                                         **RICHARD A. LAZZARA
                                         UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**: Counsel of Record