UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERKS MINUTES - GENERAL

CASE NO.   8:09-cv-87-T-26TBM            DATE:  March 20, 2009

TITLE: Securities and Exchange Commission  vs.  Arthur Nadel

Time: 11:00  - 12:00            Total: 1.0

JUDGE: **RICHARD A. LAZZARA**           COURTROOM DEPUTY:   Susan Saylor

COURT REPORTER: Claudia Spangler-Fry     Courtroom   15B

Attorneys for Plaintiffs                 Attorneys for Defendant Arthur Nadel

Scott A. Masel                           Todd Foster
Carl Nelson on behalf of Receiver        Michael Rubinstein

PROCEEDINGS:   **MOTION HEARING re:  Motion [Dkt #69] for Payment of reasonable Attorneys' fees**

Court discussed with parties order entered yesterday and issues re: atty fees

Defense attorney on behalf of Arthur Nadel as to the criminal charges pending in New York, that no indictment has been filed as of yet. And Oral argument as to his motion Dkt #69 for payment of reasonable attorneys fees

Pltfs oral argument in opposition

Mr Burton Wiand response to the issue

Defts response in rebuttal

COURT: Oral Order made on the record that defts Motion Dkt #69 is Denied.  Court will enter a written order.