UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.                              CASE NO:  8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

        Defendants,

SCOOP REAL ESTATE, L.P., et al.,

        Relief Defendants.
_____/

**O R D E R**

    Upon due consideration of the Receiver's submission, it is ordered and adjudged as follows:

    1) The Motion to Liquidate Certain Personal Property (Dkt. 94) is granted.  The Receiver is authorized to sell, donate, or otherwise dispose of the personal property specified in Exhibit A to the motion.

2) The Motion for Authorization to Liquidate Items of $5,000 or Less in Value Without Further Order (Dkt. 94) is granted.  The Receiver is authorized to sell, donate, or otherwise dispose of personal property having a value of less than $5,000 without prior approval of this Court.

**DONE AND ORDERED** at Tampa, Florida, on March 24, 2009.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record