UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.     CASE NO: 8:09-cv87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
    _____/

**O R D E R**

Upon due consideration of the Receiver's declaration (Dkt. 99) and attached exhibits, it is ordered and adjudged as follows:

1) The Receiver's Unopposed Motion for Possession of and Title to the Real Property Located at 131 Garren Creek Road, Fairview, North Carolina (Dkt. 98) is granted.

2) The possession and title to the real property located at 131 Garren Creek Road, Fairview, North Carolina, whose exact legal description is more fully described in Exhibit F to the Receiver's declaration, is vested in the Receiver.

**DONE AND ORDERED** at Tampa, Florida, on March 30, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record