UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION, *et al.*,

    Plaintiffs,

v.                                                                                          CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL, *et al.*,

    Defendants.
_____/

## ORDER

**THIS COURT** has for its consideration the Defendant Arthur Nadel's *pro se* letter regarding the exercise of his Fifth Amendment Rights. The clerk is directed to docket the letter as a miscellaneous notice.

However, the Defendant is directed to file all future pleadings with the Clerk of the United States District Court, 801 North Florida Avenue, Second Floor, Tampa, Florida, in order to avoid error and/or delay. All future letters and/or pleadings received in Chambers will be returned to the Defendant without process or ruling.

**DONE AND ORDERED** at Tampa, Florida, on March 31, 2009.

                                        *s/Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Defendant