ARTHUR NADEL
50690-018
MCC-NYC
NEW YORK, NY 10007

MARCH 25, 2009

HON. RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE
UNITED STATES COURTHOUSE
TAMPA, FL 33602

RE: S.E.C. v NADEL, ET AL #8:09-CV-87-T-26TBM

HONORABLE SIR:

PLEASE BE ADVISED THAT I HAVE NOT COMPLETED THE ACCOUNTING REFERRED TO IN THE STIPULATION IN THE ABOVE CASE, BECAUSE I AM EXERCISING MY PRIVILEGE AGAINST SELF-INCRIMINATION PURSUANT TO THE FIFTH AMENDMENT.

*Arthur Nadel*
ARTHUR NADEL, DEFENDANT PRO SE

COPIES TO:
SCOTT A. MASEL, SENIOR COUNSEL
SECURITIES AND EXCHANGE COMMISSION
801 BRICKELL AVE.
MIAMI, FL 33131

COHEN, JAYSON AND FOSTER
201 E. KENNEDY BLVD.
TAMPA, FL 33672

Dockets.Justia.com

ARTHUR NADEL
50690-018
MCC-NYC
150 PARK ROW
NEW YORK, NY 10007

NEW YORK NY 100
23 MAR 2009 PM 7 L

Hon. RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE
UNITED STATES COURT HOUSE
TAMPA, FL 33602

LEGAL MAIL