UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

 Plaintiff,

v. Case No. 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

 Defendants,

SCOOP REAL ESTATE, L.P.
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT,

 Relief Defendants.
_____/

## NOTICE OF FILING THE RECEIVER'S FIRST INTERIM REPORT

The Receiver, by and through his undersigned counsel, hereby gives Notice of Filing the Receiver's First Interim Report.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the

foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    Arthur G. Nadel
    Register No. 50690-018
    MCC New York
    Metropolitan Correctional Center
    150 Park Row
    New York, NY 10007

    s/ Carl R. Nelson
    Carl R. Nelson, FBN 0280186
    Email: cnelson@fowlerwhite.com
    Gianluca Morello, FBN 034997
    Email: gianluca.morello@fowlerwhite.com
    Maya M. Lockwood, FBN 0175481
    Email: mlockwood@fowlerwhite.com
    Ashley Bruce Trehan, FBN 0043411
    Email: atrehan@fowlerwhite.com
    FOWLER WHITE BOGGS P.A.
    P.O. Box 1438
    Tampa, FL 33601
    (813) 228-7411
    Fax No: (813) 229-8313
    Attorneys for the Receiver Burton W. Wiand

40664244v1