# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                      CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL, SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD.,
VICTORY FUND, LTD.,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
                                       /

## O R D E R

Upon due consideration, it is ordered and adjudged that the Receiver's Motion to Approve Settlement (Dkt. 105) is granted. The Court specifically approves the written settlement agreement attached to the motion entered into between the Receiver and Mr. David Monte with regard to the return by Mr. Monte of what the Receiver describes as "false profits."

**DONE AND ORDERED** at Tampa, Florida, on April 17, 2009.

                                      s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record