UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

        Defendants,         CASE NO.: 8:09-cv-0087-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

        Relief Defendants.
_____/

RECEIVER'S MOTION FOR
APPROVAL OF DISPOSITION OF HELICOPTER

    Burton W. Wiand, as Receiver, by and through his undersigned counsel moves the Court to approve disposition of a Schweizer/Hughes Helicopter, Model 300-C, Serial No. S1744, Reg. No. 656RB, which is owned by Tradewind, LLC, a Receivership Entity. The Receiver has secured an offer of $200,000 cash for the helicopter and believes this is a reasonable disposition.

## MEMORANDUM IN SUPPORT

The Receiver was appointed by Order dated January 21, 2009 (Doc. 8), over several companies. The Receivership was expanded to include Tradewind, LLC by Order dated January 27, 2009 (Doc. 17) The Receiver has determined there is no significant need for the helicopter and that operation of it by Tradewind, LLC is not feasible. Therefore the Receiver wishes to sell the helicopter.

Attached as Exhibit "A" is a copy of a Market Analysis (appraisal) of the helicopter prepared by Just Plane Appraisals on April 15, 2009. The market value per the appraisal is $219,322.

The Helicopter has been listed for sale on Contoller.com[1] since September 25, 2008, by Tradewind, LLC, well before this Receivership. The initial asking price was $229,000, which was later reduced to $219,000. Over the seven months it has been listed, only three offers have been received Tradewind, LLC, offers of $150,000, 175,000, and $200,000, the latter of which the Receiver believes is acceptable. Retaining the helicopter obligates the Receiver to insure, house, and maintain the helicopter, which over time may involve significant expense. The prospective buyer will not move forward with formal inspections until this Court approves the sale of the helicopter for $200,000.

Sale of the helicopter on the basis set forth herein will be in the best interest of the Receivership Estate, because it is a depreciating asset, and the sale price is reasonable.

---

[1] This is a service that "provides sellers of piston and turbine aircraft instant access to buyers worldwide." *See* www.controller.com.

WHEREFORE, the Receiver moves the Court to allow him to sell the helicopter for $200,000.

## LOCAL RULE 3.01(g) CERTIFICATE OF COUNSEL

The undersigned counsel for the Receiver is authorized to represent to the Court that the SEC has no objection to the Court's granting this motion. The undersigned counsel is unable to contact Arthur Nadel, who is incarcerated in New York and is not represented by counsel in this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 17, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Arthur G. Nadel
Register No. 50690-018
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

s/ Carl R. Nelson
Carl R. Nelson, FBN 0280186
cnelson@fowlerwhite.com
Gianluca Morello, FBN 034997
gianluca.morello@fowlerwhite.com
Ashley B. Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
Maya M. Lockwood, FBN 0175481
mlockwood@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone (813) 228-7411
Fax (813) 229-8313
Attorneys for the Receiver Burton W. Wiand