# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                       CASE NO: 8:09-cv87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## **O R D E R**

**UPON DUE CONSIDERATION** of the Receiver's submissions, it is

**ORDERED AND ADJUDGED** that the Receiver's Motion for Approval of Disposition of Helicopter (Dkt. 107) is **granted**. The receiver is authorized to sell the Schweizer/ Hughes Helicopter, Model 300-C, Serial Number S1744, Registration Number 656RB for the sum of **$200,000.00**.

**DONE AND ORDERED** at Tampa, Florida, on April 20, 2009.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record