UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.	Case No. 8:09-cv-87-T-26TBM

ARTHUR NADEL, et al.

        Defendants.
_____/

## RECEIVER'S MOTION TO STRIKE NADEL'S "COUNTERCLAIM"

Burton W. Wiand, as Receiver, by and through his undersigned counsel and under Fed. R. Civ. P. 12(f), moves the Court for an order striking the "Counterclaim" asserted by Defendant, Arthur Nadel ("Nadel"), *pro se*, that was included in his Answer (Doc. 104). The "Counterclaim" is not appropriate under Fed. R. Civ. P. 13, because it was not asserted "against an opposing party." Additionally, the Counterclaim seeks relief[1] against the Receiver and interferes with the Receiver's duties in violation of the Order Appointing Receiver (Doc. 8).

## MEMORANDUM IN SUPPORT

The Securities and Exchange Commission (the "SEC") instituted this action to "halt [an] ongoing fraud, maintain the status quo, and preserve investor assets. . . ." (Dkt. 1, Compl., ¶ 7.) Burton W. Wiand was appointed by this Court as the Receiver for Defendants

---

[1] The "relief" sought is more properly characterized as a discovery request, because Nadel requests answers to questions.

Scoop Capital, LLC and Scoop Management, Inc. and all relief Defendants by Order Appointing Receiver (Dkt. 8) entered January 21, 2009.[2]

In response to the SEC's Complaint Nadel filed an Answer (Doc. 104), which included a "Counterclaim" against the Receiver.

Under Fed. R. Civ. P. 13, a counterclaim may be included in a pleading "against an opposing party." Here, the Receiver is not "an opposing party"—the Receiver has asserted no claim against Nadel.[3]

Additionally, the Order Appointing Receiver enjoins "all persons" from "prosecuting any actions or proceedings which involve the Receiver . . . ." (Order Appointing Receiver (Doc. 8) at ¶ 15) and bars Nadel, a Defendant, from taking any action or hindering or obstructing or otherwise interfering with the Receiver "in the conduct of the Receiver's duties . . . ." Order Appointing Receiver (Doc. 8) at ¶ 13. *See also*, ¶ 22 providing that "the Receiver shall not be liable for any loss or damage incurred by the Defendants or Relief Defendants . . . by reason of any act performed or omitted to be performed by the Receiver in connection with the discharge of the Receiver's duties and responsibilities."

WHEREFORE, the Receiver moves the Court to strike Nadel's "Counterclaim" and award the Receiver such other relief as justice may require.

---

[2] The Receivership was expanded to include Venice Jet Center, LLC; Tradewind, LLC; Laurel Mountain Preserve, LLC; Laurel Preserve, LLC; the Marguerite J. Nadel Revocable Trust UAD 8/2/07 and the Laurel Mountain Preserve Homeowners Association, Inc.; The Guy-Nadel Foundation; Lime Avenue Enterprises, LLC; and A Victorian Garden Florist, LLC by orders (Dkts. 17, 44, 68, and 79) entered January 27, 2009, February 11, 2009, March 9, 2009, and March 17, 2009 respectively.

[3] If the "Counterclaim" was intended to be a crossclaim, it would fail to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6), because, as noted in footnote 1, the "relief" sought is actually a discovery request.

## LOCAL RULE 3.01(g) CERTIFICATE OF COUNSEL

The undersigned counsel for the Receiver is authorized to represent to the Court that the SEC has no objection to the Court's granting this motion. The undersigned counsel is unable to contact Arthur Nadel, who is incarcerated in New York and is not represented by counsel in this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 23, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Arthur G. Nadel
Register No. 50690-018
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

    s/ Carl R. Nelson
Carl R. Nelson, FBN 0280186
Email: cnelson@fowlerwhite.com
Gianluca Morello, FBN 034997
Email: gianluca.morello@fowlerwhite.com
Maya M. Lockwood, FBN 0175481
Email: mlockwood@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
Email: atrehan@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL 33601
(813) 228-7411
Fax No: (813) 229-8313
Attorneys for the Receiver Burton W. Wiand

40686690v1