UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                                                                          CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL, et al.,

    Defendants.
_____/

**O R D E R**

Upon due consideration of the Receiver's submissions, it is ordered and adjudged that the Receiver's Motion for Possession of Note and Mortgage for Jefferson Pines Condominium (Dkt. 115) is granted. The receiver is specifically granted the exclusive interest in the note and mortgage for the condominium located at 700 North Jefferson Avenue, Unit 774, Sarasota County, Florida. The law firm of Cohen, Jayson & Foster, P.A., is directed to assign this note and mortgage to the Receiver within ten (10) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on April 30, 2009.


    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record