Securities and Exchange Commission v. Nadel et al — Doc. 117

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ARTHUR NADEL,
SCOOPCAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

    Defendants,            CASE NO.: 8:09-cv-0087-T-26TBM

SCOOP REAL ESTATE, L.P.
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD.,
VICTORY FUND, LTD.,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

    Relief Defendants.
_____/

## RECEIVER'S MOTION FOR APPROVAL OF SETTLEMENT WITH GENERAL ELECTRIC CAPITAL CORPORATION AND FIFTH THIRD BANK REGARDING LEARJET 31A

Burton W. Wiand, as Receiver of Tradewind, LLC and Venice Jet Center, LLC under the Order entered January 27, 2009 (Doc. 17), requests the Court to enter an order approving the proposed settlement set forth in the attached Settlement Agreement (with supporting exhibits) under which the Receiver and General Electric Capital Corporation and Fifth Third Bank ("the Lenders") have agreed, subject to Court approval, that the Receiver will deliver and transfer title to a Learjet 31A owned by Tradewind, LLC to the Lenders in Ohio, at the cost of the Lenders, where the Lenders will accept the Learjet in

Dockets.Justia.com

full satisfaction of Tradewind, LLC's indebtedness to the Lenders under the relevant loan documents concerning the Learjet and will release the Receiver and the Receivership Estate from all claims.

The Receiver has determined that the proposed settlement is in the best interest of the Receivership and the investors for whose benefit the Securities and Exchange Commission initiated this securities fraud action for at least the following reasons:

1. The Receiver believes the Lenders have validly perfected their security interest in the Learjet, and Tradewind has defaulted under the Loan Documents by not paying the loan installments of $23,380.54 due January 16, 2009, and each month thereafter;

2. The Lenders provided the Receiver with a valuation of the Learjet of $2,205,000 with an the orderly liquidation value of $1,875,000. The Receiver believes the valuation to be accurate. The amount due under the loan documents exceeds $2,300,000. Therefore, it is apparent Tradewind has no equity in the Learjet but is exposed to a large claim by the Lenders;

3. The on-going costs of maintaining and storing the Learjet are high, and the Receiver, after full investigation and consideration, determined the Learjet has no utility to the Receiver or the Receivership Estate; and

4. The proposed settlement will benefit the investors, because remaining Receivership Assets will be preserved and not needlessly be expended maintaining the Learjet 31A, and the Lenders are waiving their sizeable claim against the Receivership Estate as part of the proposed settlement.

In summary, the Receiver recommends approval of this settlement because of the security interest, the absence of equity, the continuing costs to maintain and store the aircraft, the potential dispute with and claim of the Lenders, and other administrative efforts that would be required of the Receiver in connection with the aircraft.

WHEREFORE, the Receiver requests the Court to approve the proposed settlement regarding disposition of the Learjet 31A described in the attached Settlement Agreement.

### LOCAL RULE 3.01(g) CERTIFICATE OF COUNSEL

The undersigned counsel for the Receiver is authorized to represent to the Court that the SEC has no objection to the Court's granting this motion. The undersigned counsel is unable to contact Arthur Nadel, who is incarcerated in New York and is not represented by counsel in this action.

### CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

>Arthur G. Nadel
>Register No. 50690-018
>MCC New York
>Metropolitan Correctional Center
>150 Park Row
>New York, NY 10007

s/ Carl R. Nelson
Carl R. Nelson, FBN 0280186
cnelson@fowlerwhite.com
Gianluca Morello, FBN 034997
Gianluca.morello@fowlerwhite.com
Ashley B. Trehan, FBN 0043411
Ashley.trehan@fowlerwhite.com
Maya M. Lockwood, FBN 0175481
mlockwood@fowlerwhite.com
FOWLER WHITE BOGGS, P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Phone (813) 228-7411, Fax (813) 229-8313

Attorneys for the Receiver, Burton W. Wiand