UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ARTHUR NADEL,
SCOOPCAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

    Defendants,           CASE NO.: 8:09-cv-0087-T-26TBM

SCOOP REAL ESTATE, L.P.
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD.,
VICTORY FUND, LTD.,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

    Relief Defendants.
_____/

**RECEIVER'S MOTION FOR APPROVAL OF SETTLEMENT WITH
VFS FINANCING, INC. REGARDING CESSNA 550**

Burton W. Wiand, as Receiver of Tradewind, LLC and Venice Jet Center, LLC under the Order entered January 27, 2009 (Doc. 17), requests the Court to enter an order approving the proposed settlement set forth in the attached Settlement Agreement (with supporting exhibits) under which the Receiver and VFS Financing, Inc. ("the Lender") have agreed, subject to Court approval, that the Receiver will deliver and transfer title to a Cessna 550 corporate jet aircraft ("the aircraft") owned by Tradewind, LLC to the Lender in Massachusetts, at the cost of the Lender, where the Lender will accept the

aircraft in full satisfaction of Tradewind, LLC's indebtedness to the Lender under the relevant loan documents concerning the aircraft and will release the Receiver and the Receivership Estate from all claims.

The Receiver has determined that the proposed settlement is in the best interest of the Receivership and the investors for whose benefit the Securities and Exchange Commission initiated this securities fraud action for at least the following reasons:

1. The Receiver believes the Lender has validly perfected its security interest in the aircraft, and the security interest has a default value of in excess of $2,000,00.00;

2. The Lender provided the Receiver with a current market valuation of the aircraft of $1,100,000.00. The Receiver believes the valuation to be accurate. Therefore, it is apparent Tradewind has no equity in the aircraft but is exposed to a large claim by the Lender;

3. The on-going costs of maintaining and storing the aircraft are high, and the Receiver, after full investigation and consideration, determined the aircraft has no utility to the Receiver or the Receivership Estate; and

4. The proposed settlement will benefit the investors, because remaining Receivership Assets will be preserved and not needlessly be expended maintaining the aircraft, and the Lender is waiving its sizeable claim against the Receivership Estate as part of the proposed settlement.

In summary, the Receiver recommends approval of this settlement because of the security interest, the absence of equity, the continuing costs to maintain and store the aircraft, the potential dispute with and claim of the Lender, and other administrative efforts that would be required of the Receiver in connection with the aircraft.

WHEREFORE, the Receiver requests the Court to approve the proposed settlement regarding disposition of the Cessna 550 described in the attached Settlement Agreement.

## LOCAL RULE 3.01(g) CERTIFICATE OF COUNSEL

The undersigned counsel for the Receiver is authorized to represent to the Court that the SEC has no objection to the Court's granting this motion. The undersigned counsel is unable to contact Arthur Nadel, who is incarcerated in New York and is not represented by counsel in this action.

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of April, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    Arthur G. Nadel
    Register No. 50690-018
    MCC New York
    Metropolitan Correctional Center
    150 Park Row
    New York, NY 10007

    s/ Carl R. Nelson
    Carl R. Nelson, FBN 0280186
    cnelson@fowlerwhite.com
    Gianluca Morello, FBN 034997
    Gianluca.morello@fowlerwhite.com
    Ashley B. Trehan, FBN 0043411
    Ashley.trehan@fowlerwhite.com
    Maya M. Lockwood, FBN 0175481
    mlockwood@fowlerwhite.com
    FOWLER WHITE BOGGS, P.A.
    501 E. Kennedy Blvd., Suite 1700
    Tampa, FL 33602
    Phone (813) 228-7411, Fax (813) 229-8313
    Attorneys for the Receiver, Burton W. Wiand