UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                                           CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL, et al.,

    Defendants.
_____/

## O R D E R

Upon due consideration of the Receiver's submissions, it is ordered and adjudged as follows:

1) The Receiver's Motion for Approval of Settlement With General Electric Capital Corporation and Fifth Third Bank Regarding Learjet 31A (Dkt. 117) is granted. The Court specifically approves the settlement agreement (with supporting exhibits) attached to the motion with regard to the disposition of the Learjet 31A owned by Tradewind, LLC, and the Receiver is specifically authorized to effectuate the terms and provisions of the settlement agreement with General Electric Capital Corporation and Fifth Third Bank.

2) The Receiver's Motion for Approval of Settlement With VFS Financing, Inc. Regarding Cessna 550 (Dkt. 118) is granted. The Court specifically approves the settlement agreement (with supporting exhibits) attached to the motion with regard to the disposition of the

Cessna 550 owned by Tradewind, LLC, and the Receiver is specifically authorized to effectuate the terms and provisions of the settlement agreement with VFS Financing, Inc.

**DONE AND ORDERED** at Tampa, Florida, on May 1, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record