UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

CASE NO. 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

        Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT

        Relief Defendants.
_____/

**PLAINTIFF'S MOTION FOR ONE WEEK EXTENSION
OF TIME TO FILE CASE MANAGEMENT REPORT**

Plaintiff Securities and Exchange Commission moves the Court for a one-week extension of time for the parties to file their Case Management Report. Pursuant to the Court's March 24, 2009 Order [DE 96], the parties are to file their Case Management Report by May 4. Despite difficulties scheduling the conference because of Mr. Nadel's incarceration, the parties conducted their Case Management Conference on April 23. Mr. Nadel, who represents himself in this lawsuit, wishes his criminal defense counsel to review the Case Management Report and discuss it with him and the Commission's counsel before agreeing to a final form. Due to Mr. Nadel's incarceration and self-representation, this has taken longer than anticipated. The

Commission's counsel is coordinating this process and has been trading calls with Mr. Nadel's criminal defense counsel. The requested seven-day extension, through May 11, 2009, would allow the Commission's counsel to resolve all questions with Mr. Nadel and his criminal defense counsel.

**Certification of Compliance with Local Rule 3.01(g)**

Although in the Case Management Conference, Mr. Nadel indicated he understood the process he requested could take additional time and did not object to it, due to Mr. Nadel's incarceration, the Commission has been unable to contact Mr. Nadel directly about this motion. The Commission can represent granting this motion will not prejudice Mr. Nadel, particularly since the additional time would facilitate the steps Mr. Nadel has requested.

WHEREFORE for the foregoing reasons, the Commission respectfully requests the Court extend the time for the parties to file their Case Management Meeting by seven days, through May 11, 2009.

May 1, 2009                                Respectfully submitted,

                              By:    s/ Scott A. Masel
                                     Scott A. Masel
                                     Senior Trial Counsel
                                     Florida Bar No. 0007110
                                     Direct Dial: (305) 982-6398
                                     E-mail: masels@sec.gov
                                     *Lead and Trial Counsel*

                                     Attorney for Plaintiff
                                     **SECURITIES AND EXCHANGE COMMISSION**
                                     801 Brickell Avenue, Suite 1800
                                     Miami, Florida 33131
                                     Telephone: (305) 982-6300
                                     Facsimile: (305) 536-4154

# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Burton W. Wiand, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: bwiand@fowlerwhite.com
*Court-appointed Receiver for Corporate Defendants*
*and Relief Defendants*

Carl R. Nelson, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: cnelson@fowlerwhite.com
*Counsel for Receiver Burton W. Wiand*

Gianluca Morello, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: gianluca.morello@fowlerwhite.com
*Co-counsel for Receiver Burton W. Wiand*

Ashley Bruce Trehan, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
Email: atrehan@fowlerwhite.com
*Co-counsel for Receiver Burton W. Wiand*

Maya M. Lockwood, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
*Co-counsel for Receiver Burton W. Wiand*

Donald R. Kirk, Esq.
Fowler White Boggs, P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: (813) 228-7411
Facsimile: (813) 229-8313
*Co-counsel for Receiver Burton W. Wian*d

   I further certify that on the same date I mailed the foregoing document and the notice of electronic filing by U.S. Mail or as indicated below to the following non-CM/ECF participant:

Arthur G. Nadel
Register No. 50690-018
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

                 s/ Scott A. Masel
                  Scott A. Masel, Esq.