## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                        CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL, et al.,

    Defendants.
                                             /

## **O R D E R**

        The Receiver, through counsel, has filed a motion seeking the Court's approval of a settlement agreement entered into with the Gary L. Musser and Irene H. Musser Family Trust in which that trust agreed to pay $192,571.43 (which the Receiver characterizes as "false profits") within fourteen (14) days of approval.[1] Prior to the filing of the motion, the Court received a letter dated April 29, 2009, from Mr. Gary Musser regarding the settlement agreement.[2] In that letter, Mr. Musser, while acknowledging the professionalism of the Receiver's counsel, states that the settlement agreement calling for the return of $192,571.43 was signed "under duress." In view of that representation, and in view of the fact that Mr. Musser contends that the Trust is

---

[1] The Court notes that the agreement attached to the motion is incomplete in form and substance in that it is missing words and phrases.

[2] Upon receipt of the letter, the Court directed the Clerk to file it electronically on the docket where it appears at docket 123.

only liable for a sum substantially less than the sum provided for in the agreement, the Court will not approve the agreement.

Accordingly, it is ordered and adjudged that the Motion to Approve Settlement (Dkt. 122) is denied. Inasmuch as the Court misplaced the envelope in which Mr. Musser's letter was sent, counsel for the Receiver is directed to send him a copy of this order.

**DONE AND ORDERED** at Tampa, Florida, on May 5, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record