UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

v.                                        Case No. 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

       Defendants,

SCOOP REAL ESTATE, L.P.
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT,

       Relief Defendants.
_____/

### RECEIVER'S RENEWED MOTION TO APPROVE SETTLEMENT

      Burton W. Wiand, as Receiver, hereby renews his Motion to Approve Settlement (Doc. 122), on the basis of the Settlement Agreement attached hereto as Exhibit A, and adopts the representations in that motion. Further, as requested by Mr. Gary L. Musser is a copy of a letter addressed to the Court dated May 6, 2009, attached hereto as Exhibit B.

## MEMORANDUM IN SUPPORT

The Receiver previously moved the Court to approve the settlement reflected by Exhibit A. By Order dated May 5, 2009 (Doc. 124), the Court denied the motion on the basis of a letter from Mr. Musser dated April 29, 2009 (Doc. 123). Mr. Musser has now expressed his wish to withdraw the letter dated April 29, 2009 (Doc. 123). The objection having been withdrawn, the Receiver moves the Court to approve the settlement.[1]

## LOCAL RULE 3.01(g) CERTIFICATE OF COUNSEL

The undersigned counsel for the Receiver is authorized to represent to the Court that the SEC has no objection to the Court's granting this motion. The undersigned counsel is unable to contact Arthur Nadel, who is incarcerated in New York and is not represented by counsel in this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

>   Arthur G. Nadel
>   Register No. 50690-018
>   MCC New York
>   Metropolitan Correctional Center
>   150 Park Row
>   New York, NY  10007

---

[1] In footnote 1 to the Order (Doc. 124), the Court indicated that the "agreement attached to the motion is incomplete in form and substance in that it is missing words and phrases." This was apparently a further basis for denying approval. The undersigned counsel believes the Court will find the copy of the agreement attached at Exhibit A is complete.

s/ Carl R. Nelson
Carl R. Nelson, FBN 0280186
Email: cnelson@fowlerwhite.com
Gianluca Morello, FBN 034997
Email: gianluca.morello@fowlerwhite.com
Maya M. Lockwood, FBN 0175481
Email: mlockwood@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
Email: atrehan@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL 33601
Tel: (813) 228-7411
Fax: (813) 229-8313
Attorneys for the Receiver, Burton W. Wiand

cc: Gary L. Musser (glmusser@cox.net)
100 Emerald Tint Court
Las Vegas, NV 89144