UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                      CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

Upon due consideration of the Receiver's verified factual representations, it is ordered and adjudged that the Receiver's Unopposed Request for Leave to File Complaint Pursuant to Title 14 CFR Part 16 (Dkt. 131) is granted. The Receiver is specifically authorized to file a complaint against the City of Venice, Florida, with the Federal Aviation Authority pursuant to Title 14, Code of Federal Regulations, Part 16 (Rules of Practice for Federally Assisted Airport Enforcement Proceedings). The Court determines in that regard that such an action is necessary

in order to protect and preserve the rights and value of the Venice Jet Center, LLC, which this Court has previously denominated as an asset of the Receivership.

**DONE AND ORDERED** at Tampa, Florida, on May 14, 2009.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record