UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                        CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that the Receiver's Motion to Approve Settlement (Dkt. 133) is granted. The Court specifically approves the written settlement agreement attached to the motion entered into between the Receiver and Philip and Janice Day with regard to the return by Philip and Janice Day of what the Receiver describes as "false profits," $101,139.30 of which is to be paid within fourteen (14) days of this order, with the remaining balance of $101,139.30 due within ninety (90) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on May 15, 2009.

                                s/*Richard A. Lazzara*
                             **RICHARD A. LAZZARA**
                             **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record