UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                  CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that the Receiver's Motion to Approve Settlement (Dkt. 135) is granted. The Court specifically approves the written settlement agreement attached to the motion entered into between the Receiver and Truman N. Brooks with regard to the return by Truman N. Brooks of what the Receiver describes as "false profits," $19,306.21 of which is to be paid in 24 monthly payments of $804.43 beginning thirty

days from the date of this order and continuing in accord with the promissory note attached to the motion.

**DONE AND ORDERED** at Tampa, Florida, on May 20, 2009.

                s/*Richard A. Lazzara*
              **RICHARD A. LAZZARA**
              **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record