**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                            CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

Upon due consideration of the Receiver's submissions, together with the court file, it is ordered and adjudged that the Receiver's Unopposed Motion for Approval of Disposition of Vehicle (Dkt. 144) is granted. The Receiver is authorized to transfer title to the 2006 Subaru motor vehicle, more specifically described in Exhibit A to the motion, to the entity known as Venice Jet Center, L.L.C.

**DONE AND ORDERED** at Tampa, Florida, on July 7, 2009.

                                      s/*Richard A. Lazzara*
                                    **RICHARD A. LAZZARA
                                    UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record