# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                            CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## O R D E R

Upon due consideration of the Receiver's submissions, together with the court file, it is ordered and adjudged that the Receiver's Unopposed Motion for Possession of and Title to the Real Property Located at 15576 Fruitville Road, Sarasota, FL. (Dkt. 146) is granted. The possession of and title to the real property located at 15576 Fruitville Road, Sarasota, Florida, currently titled in the name of the Arthur Nadel Revocable Trust UAD November 3, 2004, and the Marguerite J. Nadel Revocable Trust UAD November 3, 2004, is transferred to the Receiver in this case.

**DONE AND ORDERED** at Tampa, Florida, on July 8, 2009.

                                  s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record