UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　　CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

　　　　Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

　　　　Relief Defendants.
　　　　　　　　　　　　　　　　　　　　　　／

**O R D E R**

　　　　Upon due consideration of the Receiver's submissions, together with the court file, it is ordered and adjudged that the Receiver's Motion to Approve Settlement (Dkt. 149) is granted. The Court specifically approves the written settlement agreement attached to the motion entered into between the Receiver and Robert Bullock with regard to the return by Robert Bullock of what the Receiver describes as "false profits" in the total sum of $334,945.40, to be paid as follows: (1) the first payment of $111.648.47 to be paid within thirty (30) days of the entry of

this order; (2) the second payment of $111.648.47 to be paid within four (4) months of the first payment; and (3) the final payment of $111.648.46 to be paid no later than four (4) months after the second payment.

**DONE AND ORDERED** at Tampa, Florida, on July 8, 2009.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record