## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                  CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## **ORDER**

Upon due consideration of the submissions of Burton W. Wiand, the Receiver previously appointed by the Court in this case in the Order Appointing Receiver entered January 21, 2009, at docket 8, and in the Order Reappointing Receiver entered June 3, 2009, at docket 140, it is ordered and adjudged that the Unopposed Fifth Motion to Expand the Scope of the Receivership (Dkt. 151) is granted. The scope of Mr. Wiand's receivership is expanded to include the entity known as Viking Oil & Gas LLC. This entity is specifically included within the ambit of the Court's orders appointing and reappointing Mr. Wiand as the receiver in this case.

**DONE AND ORDERED** at Tampa, Florida, on July 15, 2009.

                                      s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record