UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        **Plaintiff,**

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

        **Defendants,**        CASE NO.: 8:09-cv-0087-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

        **Relief Defendants.**
_____/

## RECEIVER'S UNOPPOSED MOTION FOR
## RECOVERY OF ASSETS ACQUIRED WITH INVESTOR FUNDS

Burton W. Wiand, as Receiver, by and through his undersigned counsel and under paragraph 23 of the Order Reappointing Receiver (Doc. 140), moves the Court to enter an order transfering to the Receiver all right, title, and interest in the assets listed below, acquired with investor funds transferred from Receivership Entities initially to Christopher D. Moody, who was an officer of Valhalla Management, Inc., which was the general partner of Valhalla Investment Partners, L.P., and who was Co-Managing Member of Viking

Management, LLC, which was the Managing Member of Viking Fund, LLC and Viking IRA Fund, LLC, all of which are Receivership Entities:

1. Three million, one hundred sixteen thousand, one hundred seventy one (3,116,171) fully paid and non-assessable common shares of stock in Bonds.com Group, Inc. as reflected by stock certificates 731-0, 746-8, and 839-1 (the "Stock"), copies of which are attached as Exhibit A.

2. Secured Convertible Promissory Note made by Bonds.com Group, Inc. on September 22, 2008, in the amount of $1,236,836 and Secured Convertible Promissory Note made by Bonds.com Group, Inc. on December 12, 2008, in the amount of $50,000 (collectively the "Notes"), copies of which are attached as Exhibit B.

## MEMORANDUM IN SUPPORT

For general background, see Receiver's Fifth Motion to Expand the Scope of Receivership, Doc. 151, and the supporting declaration of the Receiver, Doc. 152, which show Christopher D. Moody received a total of $18,884,899.15 from Valhalla Management, Inc. and Viking Management, LLC as a result of his ownership and participation with the Receivership Entities. The Receiver's investigation reveals the above-described assets which the Receiver seeks to recover were acquired by the Christopher D. Moody Revocable Trust, Christopher D. Moody, Trustee, with the funds Christopher D. Moody received from Receivership Entities.

Mr. Wiand was appointed Receiver over all defendants and relief defendants, other than Arthur Nadel, and over Venice Jet Center, LLC; Tradewind, LLC; Laurel Mountain Preserve, LLC; Laurel Preserve, LLC; the Marguerite J. Nadel Revocable Trust UAD 8/2/07;

the Laurel Mountain Preserve Homeowners Association, Inc.; The Guy-Nadel Foundation, Inc.; Lime Avenue Enterprises, LLC; and A Victorian Garden Florist, LLC (collectively, the "Receivership Entities"). (*See* Order Reappointing Receiver (Dkt. 140) ("Appointment Order").) On July 15, 2009, the Receivership was expanded to include he entity known as Viking Oil & Gas LLC, of which Christopher D. Moody was a managing member and owner. (*See* order, Doc. 153).

Paragraph 23 of the Appointment Order provides as follows:

> 23. In the event that the Receiver discovers that funds of persons who have invested in the Receivership Entities have been transferred to other persons or entities, the Receiver shall apply to this Court for an Order giving the Receiver possession of such funds and, if the Receiver deems it advisable, extending this receivership over any person or entity holding such investor funds . . . .

The Receiver believes the above-described assets are within the contemplation of paragraph 23 of the Appointment Order because they were acquired with funds transferred from the Receivership Entities.

On or about January 30, 2009, after Arthur Nadel fled on or about January 14, 2009, and the Receiver was originally appointed January 21, 2009 (Doc. 21), Christopher D. Moody, as Trustee of the Christopher D. Moody Revocable Trust, purported to pledge the Stock (Ex. A) and the Notes (Ex. B) to LandMark Bank of Florida (the "Bank") as additional security for a pre-existing debt, with no new consideration. However, the Stock and Notes were not delivered to the Bank. The original stock certificates (Ex. A) and the $1,236,836 note were in the offices of Defendants and were then and are now in the possession of the Receiver. The original $50,000 note has not been located, but the Receiver has been advised by Christopher D. Moody that it was not delivered to the Bank.

The Receiver advised counsel for the Bank of this motion and provided a copy to counsel prior to filing.

WHEREFORE, the Receiver moves the Court for an order transferring all right, title, and interest in the above-described assets to the Receiver to be included in the Receivership Estate and directing Bonds.com Group, Inc. to record owner and payee of the Stock and Notes accordingly.

### LOCAL RULE 3.01(g) CERTIFICATE OF COUNSEL

The undersigned counsel for the Receiver is authorized to represent to the Court that the SEC has no objection to the Court's granting this motion. The undersigned counsel is unable to contact Arthur Nadel, who is incarcerated in New York and is not represented by counsel in this action.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 16, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Arthur G. Nadel
Register No. 50690-018
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

s/ Carl R. Nelson
Carl R. Nelson, FBN 0280186
Email: cnelson@fowlerwhite.com
Gianluca Morello, FBN 034997
Email: gianluca.morello@fowlerwhite.com
Maya M. Lockwood, FBN 0175481
Email: mlockwood@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
Email: atrehan@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL 33601
Tel: (813) 228-7411
Fax: (813) 229-8313
Attorneys for the Receiver, Burton W. Wiand

I hereby certify under penalty of perjury that the above and foregoing factual representations are true and correct to the best of my knowledge, information, and belief.

Burton W. Wiand, Receiver

40975863v1