# EXHIBIT A



SEE RESTRICTIVE LEGEND ON REVERSE

B BONDS.com

INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE
AUTHORIZED: 150,000,000 COMMON SHARES, $.0001 PAR VALUE

This Certifies That -CHRISTOPHER D MOODY REVOCABLE TRUST-

Is The Owner Of ***TWO MILLION FIVE HUNDRED FORTY EIGHT THOUSAND ONE HUNDRED TWENTY***

FULLY PAID AND NON-ASSESSABLE COMMON SHARES, $.0001 PAR VALUE OF

**Bonds.com Group, Inc.**

transferable on the books of this Corporation in person or by attorney upon surrender of this Certificate duly endorsed or assigned. This Certificate and the shares represented hereby are subject to the laws of the State of Delaware, and to the Articles of Incorporation and Bylaws of the Corporation, as now or hereafter amended. This Certificate is not valid until countersigned by the Transfer Agent.

In Witness Whereof, the Corporation has caused this Certificate to be signed by the facsimile signatures of its duly authorized officers and to be sealed with the facsimile seal of the Corporation.

Dated: 1/8/08

SEE REVERSE FOR CERTAIN DEFINITIONS

CUSIP 098003 106

-2,548,120-

731-0

PRESIDENT

SECRETARY



COUNTERSIGNED:
**CORPORATE STOCK TRANSFER, INC.**
3200 Cherry Creek Drive South, Suite 430, Denver, CO 80209

By:
Transfer Agent and Registrar Authorized Officer

781



