UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

vs.

ARTHUR NADEL, SCOOP CAPITAL, LLC,   CASE NO. 8:09-0087-T-26TBM
SCOOP MANAGEMENT, INC.

   Defendants,

SCOOP REAL ESTATE, L.P., VALHALLA
INVESTMENT PARTNERS, L.P., VALHALLA
MANAGEMENT, INC., VICTORY IRA FUND, LTD.,
VICTORY FUND, LTD., VIKING IRA FUND, LLC.,
VIKING FUND, LLC., and VIKING MANAGEMENT,
LLC,

   Relief Defendants.
_____\

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN of the appearance of Kathryn B. Hoeck, Esquire, of the law firm of Akerman Senterfitt, as an attorney of record herein on behalf Interested Party, LandMark Bank of Florida. In the future, all pleadings, papers, and correspondence should also be served upon Kathryn B. Hoeck, as counsel of record for said party herein.

        Respectfully Submitted,

        s/ Kathryn B. Hoeck
        Kathryn B. Hoeck, Esquire
        Florida Bar No. 0813060
        J. Thomas Cardwell, Esquire
        Florida Bar No. 099080
        **AKERMAN SENTERFITT**
        420 South Orange Avenue, Suite 1200
        Orlando, FL 32801

{O1434212;1}

Phone: (407) 423-4000
Fax: (407) 843-6610
Email: kathy.hoeck@akerman.com
Email: tom.cardwell@akerman.com

**AKERMAN SENTERFITT**
420 South Orange Avenue
Suite 1200
Orlando, FL 32801
Phone: (407)423-4000
Fax: (417)843-6610

**COUNSEL FOR LANDMARK BANK
of FLORIDA**

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System. I further certify that I mailed the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/ECF participants:

Arthur G. Nadel
Register No. 50690-018
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

/s/ *Kathryn B. Hoeck*
Kathryn B. Hoeck, Esquire