UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                    CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## ORDER

Upon due consideration of the Receiver's submissions, together with the court file, it is ordered and adjudged that the Receiver's Motion to Approve Settlement (Dkt. 156) is granted. The Court specifically approves the written settlement agreement attached to the motion entered into between the Receiver and The James A. Carty Revocable Trust Dated 9/28/67 with regard to the return by the Trust of what the Receiver describes as "false profits" in the total sum of $202,338.47 to be paid as follows: (1) the first payment of $60,000.00 to be paid on August 10,

2009; (2) the second payment of $60,000.00 to be paid on August 10, 2010; and (3) the final payment of $82,338.47 to be paid on August 10, 2011.

**DONE AND ORDERED** at Tampa, Florida, on July 21, 2009.

*s/Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record