**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ARTHUR NADEL, et al,

    Defendants,

SCOOP REAL ESTATE, L.P., et al,

    Relief Defendants.
_____/

CASE NO.: 8:09-cv-0087-T-26TBM

**UNOPPOSED MOTION FOR LEAVE TO REPLY TO
NON-PARTY'S OBJECTION TO RECEIVER'S
UNOPPOSED MOTION FOR RECOVERY OF ASSETS**

  Burton W. Wiand, as Receiver, pursuant to Local Rule 3.01(c), seeks leave to file a reply within 10 days to Non-Party LandMark Bank of Florida's (the "**Bank**") objection to the Receiver's Unopposed Motion for Recovery of Assets Acquired with Investor Funds (the "**Motion**"; Doc. 154). The Objection to the Receiver's Motion (the "**Objection**"; Doc. 155), filed by the Bank, without seeking leave to intervene in this action, asks the Court (i) to deny the Motion and (ii) to order that the Assets, as defined below, be turned over to the Bank. (Mot. at 2.) The Receiver opposes this relief.

**MEMORANDUM IN SUPPORT**

**Background**

On July 16, 2009, the Receiver filed the Motion, which seeks an order transferring to the Receiver all right, title, and interest in the following assets:

(1) Three million, one hundred sixteen thousand, one hundred seventy one (3,116,171) fully paid and non-assessable common shares of stock in Bonds.com Group, Inc. ("**Bonds.com**"), as reflected by stock certificates 731-0, 746-8, and 839-1 (the "**Stock**"), copies of which are attached to the Motion as Exhibit A.

(2) Secured Convertible Promissory Note made by Bonds.com on September 22, 2008, in the amount of $1,236,836 and Secured Convertible Promissory Note made by Bonds.com on December 12, 2008, in the amount of $50,000 (collectively, the "**Notes**"), copies of which are attached to the Motion as Exhibit B.

(Collectively, the "**Assets**.")

The Motion, which is attested to by the Receiver by verification, asserts the Assets were acquired by the Christopher D. Moody Revocable Trust, Christopher D. Moody, Trustee, with the funds Christopher D. Moody received from Receivership Entities. (Mot. at 2.)

On or about July 20, 2009 – after the Receiver filed his Motion – the Bank declared default of the loan purportedly secured by the Assets. (Objection Ex. E.) The Bank filed its Objection on that same day. (Doc. 155.)

## Argument

The Objection purports to raise "various factual disputes" in support of its request that the court deny the Receiver's Motion and presents legal argument. The Receiver wishes to reply to the factual representation and to the Bank's legal arguments, and requests 10 days to prepare a proper reply.

WHEREFORE, the Receiver requests leave to reply to the Objection within 10 days.

## LOCAL RULE 3.01(g) CERTIFICATE OF COUNSEL

The undersigned counsel for the Receiver is authorized to represent to the Court that the SEC does not object to the Court's granting this motion; the Bank does not object; and the undersigned counsel is unable to contact Arthur Nadel, who is incarcerated in New York and is not represented by counsel in this action.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Arthur G. Nadel
Register No. 50690-018
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

s/ Carl R. Nelson
Carl R. Nelson, FBN 0280186
Email: cnelson@fowlerwhite.com
Gianluca Morello, FBN 034997
Email: gianluca.morello@fowlerwhite.com
Maya M. Lockwood, FBN 0175481
Email: mlockwood@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
Email: ashley.trehan@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL 33601
Tel: (813) 228-7411
Fax: (813) 229-8313
Attorneys for the Receiver, Burton W. Wiand