Peg Nadel
3966 Country View Drive
Sarasota, FL 34233

21 July 2009

Honorable Judge Richard Lazzara
United States District Judge
801 North Florida Avenue
Tampa, Florida 33602

Dear Judge Lazzara:

I'm writing directly to you as I have no one else to turn to. I hope and pray you will consent to hear my plea. Since the nightmare of my husband's disappearance began in January of this year, I have the impression I have been placed in a zone where I have no identity as an individual, only as the wife of Arthur Nadel.

From the first day, I have cooperated voluntarily, with openness and offers to help in any way I could, with all officials concerned in this case. I have nothing to hide and have always been ready and willing to answer any questions posed to me by the Receiver or anyone else.

After taking all property that had my name on it, I have now been informed of the intent to take my home, the one where I am living. My house, in which I have lived since 2001, is the only thing I have left and if this is taken from me, I will be on the street with no means of support. I am 73 years of age and not particularly employable. My Social Security is $799 a month. The equity on the house is approximately $150,000 and is what I would use to continue to exist for the rest of my life.

I, too, am an investor who lost everything. I also lost a husband, a business and everything I ever owned. My lifestyle has always been extremely modest. I have never been given credit for anything I brought into the marriage, the savings I had and what I had accumulated over my lifetime. I have no records anymore and can only prove from property records, the house I owned before I met Arthur Nadel which showed some of the money I had prior to 2002, when the marriage took place. I showed this to the Receiver the last time I voluntarily went to talk with them.

I feel as though I am a non-person, with no identity, no credit and no future. I feel I have no due process. I am certainly not perceived as a victim, possibly the most victimized by this horrible state of affairs.

I am pleading with you to please let me keep my home.

Humbly yours,

*Peg Nadel*
Peg Nadel