# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                    CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## O R D E R

Upon due consideration of the court file, together with the Receiver's submission, it is ordered and adjudged that the Receiver's Motion for Leave to Retain Counsel (Dkt. 174) is granted. The Receiver, Burton W. Wiand, is authorized to retain the law firm of Johnson, Pope, Bokor, Ruppel & Burns, LLP, on a contingency basis for the limited purpose of pursuing claims by the entities in Receivership against Holland & Knight, LLP, and its partner, Scott R.

MacLeod. The Court specifically approves the contingency fee arrangement attached to the motion as exhibit A and finds that arrangement to be fair and reasonable and in the best interests of the Receivership entities.

**DONE AND ORDERED** at Tampa, Florida, on August 12, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record