Securities and Exchange Commission v. Nadel et al                                                                          Doc. 179

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                      CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/


**O R D E R**

**UPON DUE CONSIDERATION** of the Receiver's submissions, and in light of the fact that the issue of enjoining a state court proceeding which could impact on this Court's jurisdiction in this case needs to be expeditiously resolved, it is **ORDERED AND ADJUDGED** as follows:

Dockets.Justia.com

1) The Court will conduct an expedited hearing on the Receiver's Motion to Enjoin State Court Proceedings and for Possession of Jewelry on **Friday, September 4, 2009, at 9:30 a.m.**, in Courtroom 15B, United States Courthouse, 801 North Florida Avenue, Tampa, Florida.

2) All interested parties shall file a response to the motion with the Clerk of the United States District Court, 801 North Florida Ave., Second Floor, Tampa, FL, 33602, on or before **12:00 p.m., Thursday, September 3, 2009**.

3) The Clerk is directed to send a copy of this order to the following individuals (1) Morgan R. Bentley at mbentley@williamsparker.com and (2) The Honorable Charles E. Williams, 2000 Main Street, Room 108, Sarasota, Florida, 34237.

4) The receiver is directed to serve a copy of this order on Mr. Robert Elliott, the receiver appointed in the related state court proceeding.

**DONE AND ORDERED** at Tampa, Florida, on August 26, 2009.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
The Hon. Charles E. Williams, 200 Main Street, Room 108, Sarasota, FL, 34237
Morgan R. Bentley, mbentley@williamsparker.com