**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.                                                                                      Case No. 8:09-cv-0087-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

      Defendants,

SCOOP REAL ESTATE, L.P.
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC,

      Relief Defendants.
_____/

**UNOPPOSED
RECEIVER'S MOTION FOR LEAVE TO REPLY TO LOUIS PAOLINO'S
RESPONSE TO THE RECEIVER'S MOTION TO ENJOIN AND FOR POSSESSION**

      Burton W. Wiand, as Receiver ("the Receiver"), under Local Rule 3.01(c) and by his undersigned counsel, moves the Court for an order granting the Receiver leave to file a reply to Louis Paolino's Response to Receiver's Motion to Enjoin State Court Proceedings and for Possession of Jewelry (Doc. 181) in further support of the Receiver's motion (Doc. 177).

## MEMORANDUM IN SUPPORT

The issues raised by the Receiver's motion (Doc. 177) are significant to all defrauded investors, for whose benefit the Receiver was appointed. *See* Order Reappointing Receiver, Doc. 140 at ¶ 2. The Receiver seeks not only jewelry with significant value—he also seeks to prevent depletion of other assets acquired with funds transferred from Receivership Entities to Neil V. Moody and Christopher D. Moody. The Receiver believes a reply would assist the Court in the resolution of the issues currently before the Court by clarifying the applicable law and facts.

## LOCAL RULE 3.01(g) CERTIFICATION OF COMPLIANCE

The undersigned counsel for the receiver has conferred with counsel for Mr. Paolino and is authorized to represent that Mr. Paolino has no objection to the Receiver's filing a reply.

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2009, I electronically filed this document with the Clerk of the Court by using the CM/ECF system. This will send a Notice of Filing to all counsel who have appeared in this action, including Paolino's counsel, Morgan R. Bentley. I further certify that I also served this document on the non-CM/ECF recipients listed below in the manner indicated:

>Arthur G. Nadel
>**(by mail)**
>Register No. 50690-018
>Metropolitan Correctional Center, New York
>150 Park Row
>New York, NY  10007

The Honorable Charles E. Williams
**(by email to his assistant: Lisa Fudge-Schustik [LFudge@jud12.flcourts.org])**
2000 Main Street Room 108
Sarasota, Florida 34237

Robert Elliot (State Court Receiver)
**(by fax – 941-798-3163)**

s/ Carl R. Nelson
Carl R. Nelson, FBN 0280186
cnelson@fowlerwhite.com
Gianluca Morello, FBN 034997
gianluca.morello@fowlerwhite.com
Maya M. Lockwood, FBN 0175481
mlockwood@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL  33601
T: (813) 228-7411
F: (813) 229-8313
Attorneys for the Receiver, Burton W. Wiand

42317162v1