UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                       CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT,

    Relief Defendants.
_____/

## O R D E R

Upon due consideration of Paolino's response to the Receiver's motion to enjoin state court proceedings and for possession of jewelry, it is ordered and adjudged as follows:

1) The Receiver shall file a reply to the response on or before September 3, 2009.

2) The hearing scheduled for September 4, 2009, on the Receiver's motion is cancelled.

3) In the event the Court determines after receiving the Receiver's reply that a hearing is required, the Court will reschedule a hearing. Otherwise, the Court will resolve the merits of the motion on the parties' written submissions.

**DONE AND ORDERED** at Tampa, Florida, on August 27, 2009.

                                       s/*Richard A. Lazzara*
                                       **RICHARD A. LAZZARA**
                                       **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record