UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                                CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP CAPITAL, LLC; SCOOP MANAGEMENT, INC.;
SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA
FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT,

    Relief Defendants.
_____/

## **O R D E R**

Upon due consideration of the court file and the previous orders of this Court, it is ordered and adjudged that Louis Paolino's Motion for Relief From Order/Clarification (Dkt. 191) is denied with the following observation. The Court's goal is to have the court-appointed receiver marshal all of the assets of the receiver's estate for the benefit of *all* defrauded investors and not just a select few. To that end, this Court will enjoin, under the appropriate circumstances, any other legal proceeding which will have the

effect of undermining the Court's and the receiver's missions.  After the estate's assets have been recovered, the Court will implement a claims procedure designed to afford all disaffected investors the process they are due under the law with regard to their claimed interest in the estate's assets consistent with the  principles of <u>Securities and Exchange Commission v. Elliott</u>, 953 F.2d 1560 (11th Cir. 1992).

   **DONE AND ORDERED** at Tampa, Florida, on September 8, 2009.


         <u> s/*Richard A. Lazzara*     </u>
         **RICHARD A. LAZZARA**
         **UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record