# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v. CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT,

    Relief Defendants.
_____/

## **O R D E R**

Upon due consideration of the Receiver's submissions, it is ordered and adjudged that the Receiver's Motion to Approve Settlement (Dkt. 196) is granted. The Court approves the terms and conditions of the written settlement agreement entered into with the Steven D. Wood Living Trust (the Trust) attached to the motion as exhibit A and under the terms of which the Trust is to return $67,359.60 in false profits. The Trust is directed to adhere strictly to the payment provisions of the agreement.

**DONE AND ORDERED** at Tampa, Florida, on September 17, 2009.

                         s/*Richard A. Lazzara*
                         **RICHARD A. LAZZARA**
                         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record