UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

   Plaintiff,

vs.

ARTHUR NADEL, SCOOP CAPITAL, LLC,     CASE NO. 8:09-0087-T-26TBM
SCOOP MANAGEMENT, INC.

   Defendants,

SCOOP REAL ESTATE, L.P., VALHALLA
INVESTMENT PARTNERS, L.P., VALHALLA
MANAGEMENT, INC., VICTORY IRA FUND, LTD.,
VICTORY FUND, LTD., VIKING IRA FUND, LLC.,
VIKING FUND, LLC., and VIKING MANAGEMENT,
LLC,

   Relief Defendants.
_____\

### J. THOMAS CARDWELL's MOTION TO WITHDRAW AS COUNSEL FOR LANDMARK BANK OF FLORIDA, INC.

    Akerman Senterfitt and Kathryn B. Hoeck as counsel for Interested Party, LandMark Bank of Florida, pursuant to Local Rule 2.03, respectfully request that J. Thomas Cardwell be granted leave to withdraw as counsel for Landmark Bank of Florida. Akerman Senterfitt and Kathryn B. Hoeck will continue to serve as LandMark Bank's counsel. Mr. Cardwell has been appointed as the Commissioner of the Office of Financial Regulation for the State of Florida and is therefore no longer in private practice.

    Pursuant to Local Rule 2.030 and 3.01, the undersigned certifies that she has given ten

{O1454130;1}

(10) days notice to, and has conferred with, Landmark Bank of Florida, attorney Scott Masel of the SEC and attorney Carl Nelson representing the Receiver, and that they have no objection to this Motion.

>Respectfully Submitted,
>
>s/ Kathryn B. Hoeck
>Kathryn B. Hoeck, Esquire
>Florida Bar No. 0813060
>**AKERMAN SENTERFITT**
>420 South Orange Avenue, Suite 1200
>Orlando, FL 32801
>Phone: (407) 423-4000
>Fax: (407) 843-6610
>Email: kathy.hoeck@akerman.com
>
>**COUNSEL FOR LANDMARK BANK OF FLORIDA**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 21, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF System. I further certify that I mailed the foregoing document and the notice of electronic filing by U.S. Mail to the following non-CM/ECF participants:

Arthur G. Nadel
Register No. 50690-018
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

>s/ Kathryn B. Hoeck
>Kathryn B. Hoeck, Esquire

{O1454130;1}