**Standardized Fund Accounting Report**
**for Consolidated Nadel Entities - Cash Basis**
Receivership; Civil Court Docket No. 8:09-cv-87-T-26TBM
Reporting Period 05/01/09 to 06/30/09

| Fund Accounting (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| *Line 1 | Beginning Balance (As of 05/01/09): | | | 1,557,431.16 |
| | **Increases in Fund Balance:** | | | |
| Line 2 | Business Income | 424,280.08 | | |
| Line 3 | Cash and Securities | 23,900.54 | | |
| Line 4 | Interest/Dividend Income | 54,082.50 | | |
| Line 5 | Business Asset Liquidation | 200,000.00 | | |
| Line 6 | Personal Asset Liquidation | - | | |
| Line 7 | Third-Party Litigation Income | 589,313.17 | | |
| Line 8 | Miscellaneous - Other | - | | |
| | Total Funds Available (Line 1 - 8): | | 1,291,576.29 | 2,849,007.45 |
| | **Decreases in Fund Balance:** | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership in Operations | 2,388.57 | | |
| Line 10a | Disbursements to Receiver or Other Professionals | 337,328.76 | | |
| Line 10b | Business Asset Expenses | 356,491.45 | | |
| Line 10c | Personal Asset Expenses | - | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | p | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | **Total Third-Party Litigation Expenses** | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | 1,587.32 | | |
| | **Total Disbursements for Receivership Operations** | | $697,796.10 | $697,796.10 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     Independent Distribution Consultant (IDC) | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisors | | | |
| |     Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | **Total Plan Development Expenses** | | | |

*Line 1      Doesn't include $1.5m Scoop Capital CD/will be paying $1.5m loan

1



EXHIBIT A

**Standardized Fund Accounting Report
for Consolidated Nadel Entities - Cash Basis
Receivership; Civil Court Docket No. 8:09-cv-87-T-26TBM
Reporting Period 05/01/09 to 06/30/09**

| Fund Accounting (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    IDC | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisors | | | |
| |    Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan | | | |
| |    Claimant Identification | | | |
| |    Claims Processing | | | |
| |    Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | **Total Plan Implementation Expenses** | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 - 11)** | | | |
| Line 13 | Ending Balance (As of 06/30/09) | | | 2,151,211.35 |
| Line 14 | Ending Balance of Fund - Net Assets: | | | 2,151,211.35 |
| Line 14a | Cash & Cash Equivalents | | | 2,151,211.35 |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund - Net Assets** | | | 2,151,211.35 |