



**FOWLER WHITE BOGGS**
Attorneys at Law
Est 1943

Burton W. Wiand
Fowler White Boggs P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, Florida 33602

August 28, 2009
Invoice 723018
Tax # 59-1280172
Page 1
BWW/1090245

Re: **1090245**
**Scoop Receivership - Representation of Scoop Receivership**

**Professional Services Through 06/30/09**

### Asset Analysis and Recovery

| | | | |
|---|---|---|---|
| 05/04/09 | Preparation of interoffice memorandum to D. Pearlman detailing assignment (.8); preparation of letter to R. Anderson (.5); Home Front Homes transactional documents (.5); Venice Jet Center potential transactions (.5); Venice Jet Center potential litigation (.5).<br>ASSET   BWW | | 2.80 hrs. |
| 05/05/09 | Drafted e-mail and forward information regarding Venice Jet Center comments regarding V. Cooper (.5); e-mails with D. Doyle regarding Home Front Homes (.3); e-mails to F. Morrissey regarding Home Front Homes (.3); office conference with C. Nelson regarding numerous issues (.6).<br>ASSET   BWW | | 1.70 hrs. |
| 05/06/09 | Telephone conference with M. Sullivan regarding investor status (.5); office conferences with J. Rizzo regarding Venice Jet Center (1.0); telephone conference with A. Zamoranoa regarding Chris and Neil Moody and settlement proposals (1.0); review documents (.5).<br>ASSET   BWW | | 3.00 hrs. |
| 05/07/09 | Review letter of intent with C. Connell and e-mail same (.3); e-mail to D. Doyle (.2); telephone conference with F. Morrissey (.3); review note for Home Front Homes (.2); office conferences with D. Pearlman regarding assignment (.5); office conference with G. Morello regarding status (.3); | | |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

August 28, 2009  
Invoice 723018  
Page 2  
BWW/1090245

|            |                                                                                                                                                                                                                                                                                                                                                                                                                                                                |       |     |           |
|------------|--------------------|--------|--------|--------|
|            | office conference with C. Nelson regarding legal strategy (.3); office conference with J. Rizzo (.3); telephone conference to prospective Venice Jet Center buyer, E. Niemoth (.4); office meeting with J. Rizzo regarding Venice Jet Center (2.0); telephone conference with R. Jernigan (.5); telephone conference with V. Cooper (.5); e-mails to D. Boone (.5). | | | |
|            | ASSET | BWW | 6.30 hrs. |

05/08/09   Various office conferences with G. Morello and C. Nelson regarding G. Quisenberry, etc.
                                    ASSET            BWW                           1.20 hrs.

05/11/09   Office meeting with A. Trehan regarding interim report and strategy meeting with legal team (2.5); telephone conference with J. Camp regarding Laurel (.3); telephone conferences regarding Mt. Preserve (.5); telephone conference with F. Morrissey and D. Pearlman (1.0); telephone conference with D. Boone (.3).
                                    ASSET            BWW                           4.60 hrs.

05/12/09   Telephone conference with G. Burns regarding Holland & Knight actions (1.0); research regarding Holland & Knight (.5); office conference with C. Nelson regarding Venice Jet Center (.4).
                                    ASSET            BWW                           1.90 hrs.

05/14/09   Telephone conference with J. Kucera and J. Rizzo regarding Rite Aid (.3); telephone conferences with R. Jernigan regarding aircrafts and P. Nadel (.5).
                                    ASSET            BWW                           0.80 hrs.

05/18/09   Office conference with C. Nelson regarding stay.
                                    ASSET            BWW                           0.40 hrs.

05/19/09   Office conference with C. Nelson regarding the Moodys.
                                    ASSET            BWW                           0.70 hrs.

05/27/09   Several office conferences with G. Morello regarding Nadel motion for bail in criminal case and legal strategy.

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

August 28, 2009  
Invoice 723018  
Page 3  
BWW/1090245

|  |  |  |  |
|---|---|---|---|
|  | ASSET | BWW | 0.50 hrs. |

06/11/09 Telephone conferences with J. Rizzo regarding administrative issues flower shop and P Nadel (1.0); office conference with C. Nelson regarding legal strategy (.2); office meeting with A. Martin, former Scoop employee (2.0); office meeting with J. Rizzo and telephone conference with G. Burns regarding litigation against Holland & Knight (.5); office conference with A. Trehan regarding B. Shapiro notes (.2).

          ASSET      BWW      3.90 hrs.

06/16/09 Office conference with A. Trehan regarding factual investigation into C. Moody's interest in airplane.

          ASSET      BWW      0.30 hrs.

06/17/09 Office conference with J. Rizzo regarding trading analysis and sale of property (1.0); telephone conference and office visit with G. Burns regarding trade analysis by J. DeNegris (1.2).

          ASSET      BWW      2.20 hrs.

06/22/09 Office meeting with J. Rizzo regarding legal strategy and status of properties (.5); telephone conference with R. Jernigan, M. Horne and J. Rizzo regarding Shell Gas Station (1.0); office meeting with J. Rizzo regarding property in Georgia (.5); office meeting with A. Trehan regarding legal strategy and status.

          ASSET      BWW      2.20 hrs.

06/26/09 Meeting with R. Jernigan and the Hiller Group regarding sale of Venice Jet Center (1.2); office meeting with R. Jernigan (.5); e-mails to S. Masel regarding C. Moody (.5); e-mails to the Hiller Group (.5); e-mails with F. Morrissey (.5); telephone conference with A. Zamorano (.2).

          ASSET      BWW      3.40 hrs.

06/30/09 Meeting with B. Regal regarding proposal of sale of real estate property (1.0); meeting with J. Skicewicz from Coldwell Banker (1.3); e-mail correspondence with S. Masel regarding Grammatica Group and activities (.5); telephone conference and correspondence with F Morrissey regarding issues related to patents (.8); correspondence with R.

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

August 28, 2009  
Invoice 723018  
Page 4  
BWW/1090245

|  |  |  |  |
|---|---|---|---|
| | Jernigan regarding ongoing activities with Home Front Homes and communications with Grammatica Group (1.0). | | |
| | ASSET BWW | | 4.60 hrs. |
| **TOTAL Asset Analysis and Recovery** | | **$14,175.00** | **40.50 hrs.** |

## Asset Disposition

| | | | |
|---|---|---|---|
| 05/04/09 | Office meeting with D. Pearlman regarding Venice Jet Center and assets assignment. | | |
| | ASSETDIS BWW | | 2.00 hrs. |
| 05/12/09 | Telephone conference with M. Douvas regarding phantom profits (.5); telephone conference with J. Ashcroft regarding NC property (.3). | | |
| | ASSETDIS BWW | | 0.80 hrs. |
| 05/14/09 | Office conference with C. Nelson regarding FAA and Motions (.4); office conference with D. Pearlman regarding filing Motion (.4). | | |
| | ASSETDIS BWW | | 0.80 hrs. |
| 06/03/09 | Telephone conferences with R. Jernigan regarding Venice Jet Center (.5); office meeting with Home Front Homes and K Liever (1.0); assets office meeting with J. Rizzo (.5). | | |
| | ASSETDIS BWW | | 2.00 hrs. |
| 06/05/09 | Office discussions with J. Rizzo regarding accounts and potential sales of properties (.3); telephone conferences with B. Price regarding potential offers on real property (.3). | | |
| | ASSETDIS BWW | | 0.60 hrs. |
| 06/16/09 | Telephone conference with Holland & Knight attorneys (.5); office meeting with J. Rizzo regarding sale of Georgia property (.5); office meeting with J. Rizzo regarding sale of gas station (.5); office meeting with J. Rizzo regarding Venice Jet Center (.3); telephone conferences with R. Jernigan (3); telephone conference with U.S. Attorneys regarding financial information and telephone conference with B. Price regarding | | |

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

August 28, 2009  
Invoice 723018  
Page 5  
BWW/1090245

|  |  |  |  |  |
|---|---|---|---|---|
|  | same (1.0). |  |  |  |
|  |  | ASSETDIS | BWW | 3.10 hrs. |
| 06/17/09 | Office conference with D. Pearlman regarding Part 16 complaint. |  |  |  |
|  |  | ASSETDIS | BWW | 1.30 hrs. |
| 06/26/09 | Office conference with J. Rizzo and R. Jernigan regarding sale of Shell Gas Station. |  |  |  |
|  |  | ASSETDIS | BWW | 0.30 hrs. |
|  | **TOTAL Asset Disposition** |  | **$3,815.00** | **10.90 hrs.** |

**Business Operations**

| 05/01/09 | Telephone conference with J. Shea along with J. Liu regarding Home Front Homes (.5); review numerous documents (.5). |  |  |  |
|---|---|---|---|---|
|  |  | BUSINESS | BWW | 1.00 hrs. |
| 05/05/09 | Telephone conference with M. Gombiner and Ms. Cassidy regarding A. Nadel regarding consideration of settlement and denial of Motion to approve settlement. |  |  |  |
|  |  | BUSINESS | BWW | 0.80 hrs. |
| 05/12/09 | Office meeting with D. Pearlman regarding comments to Motion (1.0); telephone conference with S. Masel regarding approval of motion for bill (No Charge) (0.0); review and edit invoice for interim report (1.4). |  |  |  |
|  |  | BUSINESS | BWW | 2.40 hrs. |
| 05/13/09 | Telephone conference with G. Burns (.5); participate on Rite Aid telephone conference (.5); correspondence with S. Masel (.3); Home Front Homes and Venice Jet Center to file lawsuit conversations (2.0). |  |  |  |
|  |  | BUSINESS | BWW | 3.30 hrs. |
| 05/15/09 | Telephone conference with D. Boone regarding Venice Jet Center (.8); telephone conference with M. Bentley (.2). |  |  |  |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

August 28, 2009  
Invoice 723018  
Page 6  
BWW/1090245

|  |  |  |
|---|---|---|
| BUSINESS | BWW | 1.00 hrs. |

05/18/09  Telephone conference with R. Jernigan (.3); telephone conference with M. Hildreth regarding Home Front Homes (.3).

|  |  |  |
|---|---|---|
| BUSINESS | BWW | 0.60 hrs. |

05/22/09  Office conference with J. Rizzo regarding Home Front Homes and operations of properties.

|  |  |  |
|---|---|---|
| BUSINESS | BWW | 0.20 hrs. |

06/01/09  Office conference with C. Nelson (.2); office conference with J. Rizzo (.2); correspondence with M. Horwitz (.3); telephone conference with B. Price regarding receivership taxes (.3).

|  |  |  |
|---|---|---|
| BUSINESS | BWW | 4.60 hrs. |

06/03/09  Office conference with D. Pearlman regarding Part 16 complaint.

|  |  |  |
|---|---|---|
| BUSINESS | BWW | 0.30 hrs. |

06/04/09  Office meeting with G. Morello (.3); office meeting with J. Coleman, G. Burns and G. Morello regarding Holland & Knight lawsuit (1.5); office conference with J. Rizzo regarding sale of various properties and legal status (2.5); office discussions with B. Graming regarding Home Front Homes and with J. Liu (.3); office discussions with C. Nelson (.5); review M&I documents regarding potential purchasers (.4); telephone conferences with F. Morrissey and D. Kirk regarding purchasers and taxes (1.5).

|  |  |  |
|---|---|---|
| BUSINESS | BWW | 7.00 hrs. |

06/05/09  Administrative issues with Home Front Homes (.2); office conference with K. Liever regarding motion to be filed (.5); office conference with J. Rizzo and G. Morello regarding Venice Jet Center and various jet center matters and florist shop (.5); office conference with J. Rizzo regarding Venice Jet Center (.5); telephone conference with R. Jernigan regarding plants shop (.3); telephone conference with R. Rogers, FAA Specialist (.2); review reports regarding Home Front Homes aging detail reports from F. Morrissey (.8); telephone conference with A. Bruehl (.2).

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

August 28, 2009  
Invoice 723018  
Page 7  
BWW/1090245

|  |  |  |  |
|---|---|---|---|
|  | BUSINESS | BWW | 3.20 hrs. |

06/09/09    Meet with S. Weinberger of Home Front Homes to sign checks and review register (.2); telephone conference with D. Boone (.3); office conference with G. Morello (2x) (.3); telephone conferences with S. Kurvin (.3); telephone conference with D. Boone (.5).

|  |  |  |  |
|---|---|---|---|
|  | BUSINESS | BWW | 1.60 hrs. |

06/10/09    Office conference with G. Morello regarding additional lawsuits (.3); office conference with C. Nelson regarding status of lawsuits involving commissions (.3); office conference with J. Rizzo regarding administrative issues (.5).

|  |  |  |  |
|---|---|---|---|
|  | BUSINESS | BWW | 1.10 hrs. |

06/12/09    Review documents in preparation for task meeting and hold task meeting (2.5); review documents from Holland & Knight (.4); telephone conferences with attorneys from Holland & Knight (.5).

|  |  |  |  |
|---|---|---|---|
|  | BUSINESS | BWW | 3.40 hrs. |

06/15/09    Office discussions with D. Cox regarding retainer agreement with G. Burns for lawsuit against Holland & Knight (.5); several office conferences with C. Nelson regarding status of case (.5); telephone conferences with B. Price (.3); administrative signatures of Home Front Homes checks with B. Black (.3); telephone conferences with M&I attorneys, Grammatica Group, R. Jernigan and F. Morrissey (1.0).

|  |  |  |  |
|---|---|---|---|
|  | BUSINESS | BWW | 2.60 hrs. |

06/17/09    Telephone conference with G. Burns regarding Holland & Knight lawsuit.

|  |  |  |  |
|---|---|---|---|
|  | BUSINESS | BWW | 0.80 hrs. |

06/17/09    Office visit with R. Richards, FAA Specialist and office conference with D. Pearlman (.8); telephone conferences with SEC (.5).

|  |  |  |  |
|---|---|---|---|
|  | BUSINESS | BWW | 1.30 hrs. |

06/18/09    Meeting with David Knight and C. Nelson.

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

August 28, 2009  
Invoice 723018  
Page 8  
BWW/1090245

| | | | |
|---|---|---|---|
| | BUSINESS | BWW | 1.50 hrs. |

06/22/09 E-mail with R. Jernigan regarding legal strategy.
           BUSINESS      BWW      0.20 hrs.

06/23/09 Office conference with J. Rizzo regarding administrative signatures needed (1.2); review Holland and Knight claim (.5); office meeting with C. Nelson regarding legal strategy (.5); discussion with C. Nelson regarding depositions of C. Moody (.5); office conference with J. Liu regarding Bonds.com and tax issues (.3); administrative signatures of checks, payments, review of correspondence, documents and banking documents (.5).
           BUSINESS      BWW      3.50 hrs.

06/24/09 Office conference with A. Trehan regarding consent form and review documents (.8); office meeting with C. Moody and D. Knight, C. Nelson and J. Rizzo regarding depositions and review numerous documents (6.0); office conference with J. Rizzo regarding properties (.5).
           BUSINESS      BWW      7.30 hrs.

06/25/09 Office conference with D. Pearlman regarding Part 16 Complaint.
           BUSINESS      BWW      1.00 hrs.

06/26/09 Office conference with A. Trehan regarding business operations of various entities.
           BUSINESS      BWW      0.20 hrs.

06/29/09 Review of authorities related to intervention in preparation for responding to demand by Northern Trust (.5); execution of four checks (.2); conference with real estate agents regarding various properties (.5).
           BUSINESS      BWW      1.20 hrs.

**TOTAL Business Operations**         **$17,535.00**        **50.10 hrs.**

**Case Administration**

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

August 28, 2009  
Invoice 723018  
Page 9  
BWW/1090245

| Date | Description | | | Hours |
|---|---|---|---|---|
| 05/14/09 | Receipt of granted Motion for fees. | | | |
| | | CASE | BWW | 0.10 hrs. |
| 06/19/09 | Meeting with R. Jernigan and J. Rizzo before meeting with Venice Jet Center folks (1.5); office conference with C. Nelson regarding legal strategy (.5); meeting with City of Venice Attorney and Venice City Manager (2.0). | | | |
| | | CASE | BWW | 4.00 hrs. |

**TOTAL Case Administration**          $1,435.00          **4.10 hrs.**

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Burton W Wiand | 105.60 | 350.00 | 36,960.00 |
| TOTAL | 105.60 | | 36,960.00 |

**Fees for Professional Services Rendered**................................................. $   36,960.00

### TOTALS FOR THIS INVOICE

| | |
|---|---|
| Fees for Professional Services................................................................ | 36,960.00 |
| Disbursements....................................................................................... | 0.00 |
| **TOTAL DUE FOR THIS INVOICE**................................................. $ | **36,960.00** |



# FOWLER WHITE BOGGS
## Attorneys at Law  Est 1943

Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602

August 28, 2009  
Invoice 723018  
Tax # 59-1280172  
BWW/1090245

Re: **1090245**
   **Scoop Receivership - Representation of Scoop Receivership**


### ***REMITTANCE ADVICE***

Payment is due upon receipt.  
Please remit this page with your payment.

| | |
|---|---:|
| **Fees Due This Invoice** | 36,960.00 |
| **Disbursements Due This Invoice** | 0.00 |
| TOTAL DUE FOR THIS MATTER..........................................................................$ | 36,960.00 |

FOWLER WHITE BOGGS P.A.  
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE  
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601  
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM  
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES