



# FOWLER WHITE BOGGS
Attorneys at Law — Est 1943

Burton W. Wiand
Fowler White Boggs P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, Florida 33602

August 28, 2009
Invoice 726092
Tax # 59-1280172
Page 1
BWW/1090831

Re: **1090831**
    **Scoop Receivership - Home Front Homes v. Brian Bishop**

**Professional Services Through 06/30/09**

## Asset Analysis and Recovery

| Date | Description | | | |
|---|---|---|---|---|
| 06/03/09 | Office meeting with K. Liever regarding response to BCV Holdings complaint. | | | |
| | | ASSET | BWW | 0.30 hrs. |

**TOTAL Asset Analysis and Recovery**      **$105.00**      **0.30 hrs.**

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Burton W Wiand | 0.30 | 350.00 | 105.00 |
| TOTAL | 0.30 | | 105.00 |

Fees for Professional Services Rendered................................................ $    **105.00**

### TOTALS FOR THIS INVOICE

| | |
|---|---|
| Fees for Professional Services.................................................................... | 105.00 |
| Disbursements ............................................................................................. | 0.00 |
| **TOTAL DUE FOR THIS INVOICE**............................................................ $ | **105.00** |

---

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES



# FOWLER WHITE BOGGS
Attorneys at Law
EST 1943

Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602

August 28, 2009  
Invoice 726092  
Tax # 59-1280172  
BWW/1090831

Re: **1090831**
**Scoop Receivership - Home Front Homes v. Brian Bishop**

***REMITTANCE ADVICE***

Payment is due upon receipt.
Please remit this page with your payment.

| | |
|---|---|
| **Fees Due This Invoice** | 105.00 |
| **Disbursements Due This Invoice** | 0.00 |
| TOTAL DUE FOR THIS MATTER..........................................................$ | 105.00 |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES