



**FOWLER WHITE BOGGS**
Attorneys at Law
EST 1943

Burton W. Wiand                                          August 28, 2009
Fowler White Boggs P.A.                                  Invoice 726093
501 East Kennedy Blvd., Suite 1700                       Tax # 59-1280172
Tampa, Florida 33602                                     Page 1
                                                         BWW/1090832

Re:  **1090832**
     **Scoop Receivership - Carolina Mountain Land Conservancy**

**Professional Services Through 06/30/09**

**Asset Analysis and Recovery**

06/08/09    Office conference with C. Nelson regarding Laurel Mountain Easement.
                            ASSET           BWW                        0.20 hrs.

**TOTAL Asset Analysis and Recovery**            $70.00                0.20 hrs.

**Summary of Fees**

|                    | Hours | Rate/Hr | Dollars |
|--------------------|-------|---------|---------|
| Burton W Wiand     | 0.20  | 350.00  | 70.00   |
| TOTAL              | 0.20  |         | 70.00   |

**Fees for Professional Services Rendered**.................................................  $    70.00

**TOTALS FOR THIS INVOICE**

Fees for Professional Services..................................................................        70.00
Disbursements ...........................................................................................         0.00
**TOTAL DUE FOR THIS INVOICE**..........................................................  $    **70.00**

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Dockets.Justia.com



Burton W. Wiand
Fowler White Boggs P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, Florida 33602

August 28, 2009
Invoice 726093
Tax # 59-1280172
BWW/1090832

Re: **1090832**
   **Scoop Receivership - Carolina Mountain Land Conservancy**

\*\*\*REMITTANCE ADVICE\*\*\*

Payment is due upon receipt.
Please remit this page with your payment.

| | |
|---|---:|
| **Fees Due This Invoice** | **70.00** |
| **Disbursements Due This Invoice** | **0.00** |
| **TOTAL DUE FOR THIS MATTER**..........................................................$ | **70.00** |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES