Securities and Exchange Commission v. Nadel et al     Doc. 200 Att. 6




EXHIBIT F

Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602

August 28, 2009  
Invoice 726091  
Tax # 59-1280172  
Page 1  
BWW/1090822

Re: **1090822**  
      **Scoop Receivership - Recovery from Investors**

### Professional Services Through 06/30/09

**Asset Analysis and Recovery**

| Date | Description | | | Hours |
|---|---|---|---|---|
| 06/01/09 | Office conference with C. Nelson re: recovery actions. | | | |
| | | ASSET | BWW | 0.30 hrs. |
| 06/19/09 | Office conference with C. Nelson re: settlement of Bullock. | | | |
| | | ASSET | BWW | 0.30 hrs. |
| 06/25/09 | Office conference with C. Nelson regarding Carty settlement. | | | |
| | | ASSET | BWW | 0.30 hrs. |

**TOTAL Asset Analysis and Recovery**     **$315.00**     **0.90 hrs.**

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Burton W Wiand | 0.90 | 350.00 | 315.00 |
| TOTAL | 0.90 | | 315.00 |

**Fees for Professional Services Rendered**..................................................... $    **315.00**

### TOTALS FOR THIS INVOICE

Fees for Professional Services................................................................................ 315.00

---

FOWLER WHITE BOGGS P.A.  
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601  
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM  
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Dockets.Justia.com

Burton W. Wiand  
Re: Scoop Receivership - Recovery from Investors

August 28, 2009  
Invoice 726091  
Page 2  
BWW/1090822

| | | |
|---|---|---|
| Disbursements | | 0.00 |
| **TOTAL DUE FOR THIS INVOICE** | $ | **315.00** |



Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602

August 28, 2009  
Invoice 726091  
Tax # 59-1280172  
BWW/1090822

Re: **1090822**
**Scoop Receivership - Recovery from Investors**

***REMITTANCE ADVICE***

Payment is due upon receipt.
Please remit this page with your payment.

| | |
|---|---|
| **Fees Due This Invoice** | **315.00** |
| **Disbursements Due This Invoice** | **0.00** |
| **TOTAL DUE FOR THIS MATTER**..................................................................$ | 315.00 |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES