


**FOWLER WHITE BOGGS**
Attorneys at Law
Est 1943

EXHIBIT G

Burton W. Wiand
Fowler White Boggs P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, Florida 33602

August 28, 2009
Invoice 723328
Tax # 59-1280172
Page 1
BWW/1091073

Re: **1091073**
**Scoop Receivership - Recovery of Assets from Chris & Neil Moody**

**Professional Services Through 06/30/09**

**Asset Analysis and Recovery**

| Date | Description | | | Hours |
|---|---|---|---|---|
| 05/11/09 | Office meeting with A. Trehan, C. Nelson, G. Morello and D. Pearlman regarding administration of case and filing action of the Moodys. ASSET BWW | | | 1.50 hrs. |
| 05/12/09 | Telephone conference with S. Masel regarding re-filing motion for appointment of receiver and action against the Moodys. ASSET BWW | | | 0.30 hrs. |
| 06/18/09 | Meeting with D. Knight and C. Nelson. ASSET BWW | | | 0.30 hrs. |

**TOTAL Asset Analysis and Recovery**     $735.00     **2.10 hrs.**

**Summary of Fees**

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Burton W Wiand | 2.10 | 350.00 | 735.00 |
| TOTAL | 2.10 |  | 735.00 |

**Fees for Professional Services Rendered**..................................................... $     **735.00**

---

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Burton W. Wiand  
Re: Scoop Receivership - Recovery of Assets from Chris & Neil Moody

August 28, 2009  
Invoice 723328  
Page 2  
BWW/1091073

## TOTALS FOR THIS INVOICE

| | |
|---|---:|
| Fees for Professional Services............................................................................. | 735.00 |
| Disbursements ................................................................................................... | 0.00 |
| **TOTAL DUE FOR THIS INVOICE**................................................................. $ | **735.00** |



Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602

August 28, 2009  
Invoice 723328  
Tax # 59-1280172  
BWW/1091073

Re: **1091073**
 **Scoop Receivership - Recovery of Assets from Chris & Neil Moody**

***REMITTANCE ADVICE***

Payment is due upon receipt.  
Please remit this page with your payment.

| | |
|---|---|
| **Fees Due This Invoice** | 735.00 |
| **Disbursements Due This Invoice** | 0.00 |
| TOTAL DUE FOR THIS MATTER .................................................................... $ | 735.00 |

FOWLER WHITE BOGGS P.A.  
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE  
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601  
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM  
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES