


EXHIBIT H

Burton W. Wiand
Fowler White Boggs P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, Florida 33602

August 28, 2009
Invoice 726094
Tax # 59-1280172
Page 1
BWW/1091022

Re: **1091022**
**Scoop Receivership - Recovery of Commissions**

**Professional Services Through 06/30/09**

### Asset Analysis and Recovery

| Date | Description | | | Hours |
|---|---|---|---|---|
| 06/24/09 | Office meeting with A. Trehan to discuss status of lawsuit again D. Rowe. ASSET BWW | | | 0.50 hrs. |
| | **TOTAL Asset Analysis and Recovery** | | **$175.00** | **0.50 hrs.** |

#### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Burton W Wiand | 0.50 | 350.00 | 175.00 |
| TOTAL | 0.50 | | 175.00 |

Fees for Professional Services Rendered............................................. $ **175.00**

#### TOTALS FOR THIS INVOICE

| | |
|---|---|
| Fees for Professional Services................................................................ | 175.00 |
| Disbursements ........................................................................................ | 0.00 |
| **TOTAL DUE FOR THIS INVOICE**........................................................ $ | **175.00** |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES



# FOWLER WHITE BOGGS
Attorneys at Law
EST 1943

Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602  

August 28, 2009  
Invoice 726094  
Tax # 59-1280172  
BWW/1091022  

Re: **1091022**
**Scoop Receivership - Recovery of Commissions**

***REMITTANCE ADVICE***

Payment is due upon receipt.
Please remit this page with your payment.

| | |
|---|---|
| **Fees Due This Invoice** | 175.00 |
| **Disbursements Due This Invoice** | 0.00 |
| **TOTAL DUE FOR THIS MATTER**..................................................................... $ | 175.00 |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES