## Catergorization and Summary of All Costs Incurred by Fowler White Boggs P.A.

| Scoop Capital, LLC Receivership | |
|---|---|
| Expense Type | Amount |
| Court Fees | $ 1,319.60 |
| Delivery Services / Messengers | $ 1,078.80 |
| Facsimiles (225 Pages) | $ 180.00 |
| Meals | $ 42.58 |
| Online Research | $ 413.75 |
| Other | $ 1,953.90 |
| Outside Printing | $ 10,782.05 |
| Photocopies (22,268 Pages) | $ 3,340.20 |
| Postage | $ 116.68 |
| Subpoena Fees | $ 2,111.00 |
| Telephone | $ 889.50 |
| **SUBTOTAL** | **$ 22,228.06** |

| Recovery from Investors | |
|---|---|
| Photocopies (26 Pages) | $ 3.90 |
| **SUBTOTAL** | **$ 3.90** |

| Recovery of Commissions | |
|---|---|
| Facsimiles (18 Pages) | $ 14.40 |
| **SUBTOTAL** | **$ 14.40** |

| | |
|---|---|
| **TOTAL** | **$ 22,246.36** |


EXHIBIT I