# Fowler White Fee Schedule

| Attorney Name | Standard Billing Rate | Discount Billing Rate |
|---|---|---|
| Burton Wiand | $450 | $350 |
| Carl Nelson | $400 | $325 |
| Mitchell Horowitz | $375 | $325 |
| Donald Kirk | $350 | $315 |
| Russell Buhite | $350 | $315 |
| Hunter Brownlee | $335 | $315 |
| Andrew McIntosh | $395 | $315 |
| Gianluca Morello | $350 | $315 |
| Jenny Gribbin | $235 | $211.50 |
| Ashley Bruce Trehan | $215 | $193.50 |
| Kathleen Liever | $215 | $193.50 |
| Dominique Pearlman | $215 | $193.50 |
| Seema Kella | $250 | $193.50 |
| Jason Liu | $195 | $193.50 |


EXHIBIT J

# Fowler White Fee Schedule

| Paralegals | Rate |
|---|---|
| Jeffrey Rizzo | $140 |
| Dione Mitchell | $140 |
| Kathryn Salo | $140 |
| Mary Gura | $140 |
| Carole Puntil | $140 |
| Linda Jones | $140 |
| Amanda Morgan | $140 |
| Susan K. DiPaola | $140 |
| John P. Pelletier | $140 |
| Deborah Miller | $125 |