

**EXHIBIT**

L



# FOWLER WHITE BOGGS

Attorneys at Law · Est 1943

| | |
|---|---|
| Burton W. Wiand | August 28, 2009 |
| Fowler White Boggs P.A. | Invoice 723013 |
| 501 East Kennedy Blvd., Suite 1700 | Tax # 59-1280172 |
| Tampa, Florida 33602 | Page 1 |
| | BWW/1090280 |

Re: **1090280**
   **Scoop Legal Team - Home Front Homes v. Brian Bishop**

### Professional Services Through 06/30/09

<u>**Asset Analysis and Recovery**</u>

| 04/15/09 | Phone conversation with Judge Berlin's judicial assistant regarding dismissal and cancellation of hearing (.2); drafted Notice of Cancellation (.3); drafted letter to chambers regarding cancellation (.2). | | | |
|---|---|---|---|---|
| | ASSET | KHL | 0.70 hrs. |

| 05/27/09 | Phone conversation with Robert Turffs regarding BCV Holdings Lawsuit against Home Front Homes. | | | |
|---|---|---|---|---|
| | ASSET | KHL | 0.20 hrs. |

| 05/28/09 | Phone conversation with Robert Turffs regarding extension to respond to BCV Holdings complaint against Home Front Homes (.2); drafted letter confirming extension (.2); receipt and review of Motion for Default (.1); e-mail correspondence to Robert Turffs regarding Motion for Default (.2). | | | |
|---|---|---|---|---|
| | ASSET | KHL | 0.70 hrs. |

| 05/29/09 | Phone conversation with Robert Turff's Office regarding Motion for Default. | | | |
|---|---|---|---|---|
| | ASSET | KHL | 0.20 hrs. |

| 06/03/09 | Review and Retrieval of documentation related to BVC note per conference with Ms. Liever. | | | |
|---|---|---|---|---|
| | ASSET | JCR | 0.30 hrs. |

**FOWLER WHITE BOGGS P.A.**

Tampa · Fort Myers · Tallahassee · Jacksonville · Fort Lauderdale

501 East Kennedy Blvd., Suite 1700 · Tampa, Florida 33602 · P.O. Box 1438 · Tampa, FL 33601
Telephone (813) 228-7411 · Fax (813) 229-8313 · www.fowlerwhite.com
Expenses are billed at actual costs determined in accordance with ABA guidelines

Dockets.Justia.com

Burton W. Wiand
Re: Scoop Legal Team - Home Front Homes v. Brian Bishop

August 28, 2009
Invoice 723013
Page 2
BWW/1090280

| 06/03/09 | Drafted Answer and Affirmative Defenses (1.6); conducted research regarding possible grounds for dismissal (2.5); e-mail correspondence to Robert Turff's regarding BCV Holdings case (.2); meeting with Burt Wiand regarding response to BCV Holdings complaint (.3). | | | |
| | | ASSET | KHL | 4.60 hrs. |
| 06/04/09 | Drafted Motion to Dismiss BVC Holdings Complaint against Home Front Homes. | | | |
| | | ASSET | KHL | 1.50 hrs. |
| 06/05/09 | Receipt and review of correspondence from Mr. Price and spreadsheet regarding payments by Home Front Homes to various individuals. | | | |
| | | ASSET | JCR | 0.20 hrs. |
| 06/05/09 | Drafted Notice of Appearance in BCV Holdings Matter (.2); filed notice of appearance and motion to dismiss (.2). | | | |
| | | ASSET | KHL | 0.40 hrs. |

**TOTAL Asset Analysis and Recovery**         **$1,540.60**         **8.80 hrs.**

## Business Operations

| 05/28/09 | Review the invoice sent from M. Leish at Carlton Fields explaining costs incurred in connection with responding to the Receiver's subpoena (1.); forward to P. King for review and draft e-mail correspondence to M. Leish confirming a check will be remitted (.1). | | | |
| | | BUSINESS | DH | 0.20 hrs. |

**TOTAL Business Operations**         **$38.70**         **0.20 hrs.**

Burton W. Wiand
Re: Scoop Legal Team - Home Front Homes v. Brian Bishop

August 28, 2009
Invoice 723013
Page 3
BWW/1090280

## Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Dominique Pearlman | 0.20 | 193.50 | 38.70 |
| Kathleen H Liever | 0.70 | 0.00 | 0.00 |
| Kathleen H Liever | 7.60 | 193.50 | 1,470.60 |
| Jeffrey C Rizzo | 0.50 | 140.00 | 70.00 |
| TOTAL | 9.00 |  | 1,579.30 |

**Fees for Professional Services Rendered**............................................................... $ **1,579.30**

## TOTALS FOR THIS INVOICE

Fees for Professional Services.......................................................................... 1,579.30
Disbursements ................................................................................................ 0.00
**TOTAL DUE FOR THIS INVOICE**.......................................................... $ **1,579.30**



FOWLER
Attorneys at Law
Est 1943  WHITE BOGGS

Burton W. Wiand                                      August 28, 2009
Fowler White Boggs P.A.                             Invoice 723013
501 East Kennedy Blvd., Suite 1700                  Tax # 59-1280172
Tampa, Florida 33602                                BWW/1090280

Re:     **1090280**
        **Scoop Legal Team - Home Front Homes v. Brian Bishop**

\* \* \* **R E M I T T A N C E   A D V I C E** \* \* \*

**Payment is due upon receipt.**
**Please remit this page with your payment.**

| | |
|---|---:|
| **Fees Due This Invoice** | 1,579.30 |
| **Disbursements Due This Invoice** | 0.00 |
| **TOTAL DUE FOR THIS MATTER**..................................................................$ | 1,579.30 |

FOWLER WHITE BOGGS P.A.

TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES