


Burton W. Wiand                                                                             August 28, 2009
Fowler White Boggs P.A.                                                                     Invoice 723014
501 East Kennedy Blvd., Suite 1700                                                          Tax # 59-1280172
Tampa, Florida 33602                                                                        Page 1
                                                                                            BWW/1090808

    Re: **1090808**
        **Scoop Legal Team - Carolina Mountain Land Conservancy**

**Professional Services Through 06/30/09**

### Asset Analysis and Recovery

| Date | Description | | | Hours |
|---|---|---|---|---|
| 05/31/09 | Review file (.1); communications with Carl Nelson regarding filing complaint to reclaim conservancy easement (.1). | | | |
| | | ASSET | ABT | 0.20 hrs. |
| 06/08/09 | Conferred with Burt Wiand regarding Laurel Mountain Easement (.2); reviewed draft Laurel Mountain Complaint (.2). | | | |
| | | ASSET | CRN | 0.40 hrs. |
| 06/15/09 | Letter and e-mail to Sharon Alexander regarding action to extinguish easement on Laurel Ridge property. | | | |
| | | ASSET | CRN | 0.30 hrs. |
| 06/15/09 | Review of correspondence from Carl Nelson to Sharon Alexander, Esq. regarding conservancy easement and filing of action. | | | |
| | | ASSET | JCR | 0.10 hrs. |
| 06/29/09 | Letter from Sharon Alexander regarding conservation lien on Laurel Mountain property. | | | |
| | | ASSET | CRN | 0.10 hrs. |
| **TOTAL Asset Analysis and Recovery** | | | **$312.70** | **1.10 hrs.** |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM

EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Burton W. Wiand  
Re: Scoop Legal Team - Carolina Mountain Land Conservancy

August 28, 2009  
Invoice 723014  
Page 2  
BWW/1090808

### Summary of Fees

|                     | Hours | Rate/Hr | Dollars |
|---------------------|-------|---------|---------|
| Carl R Nelson       | 0.80  | 325.00  | 260.00  |
| Ashley Bruce Trehan | 0.20  | 193.50  | 38.70   |
| Jeffrey C Rizzo     | 0.10  | 140.00  | 14.00   |
| TOTAL               | 1.10  |         | 312.70  |

**Fees for Professional Services Rendered**.......................................................... $    **312.70**

### TOTALS FOR THIS INVOICE

Fees for Professional Services............................................................................................. 312.70  
Disbursements ..................................................................................................................... 0.00  
**TOTAL DUE FOR THIS INVOICE**................................................................................ $    **312.70**



# FOWLER WHITE BOGGS
Attorneys at Law EST 1943

Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602

August 28, 2009  
Invoice 723014  
Tax # 59-1280172  
BWW/1090808

Re: **1090808**
**Scoop Legal Team - Carolina Mountain Land Conservancy**

***REMITTANCE ADVICE***

Payment is due upon receipt.  
Please remit this page with your payment.

| | |
|---|---|
| **Fees Due This Invoice** | 312.70 |
| **Disbursements Due This Invoice** | 0.00 |
| TOTAL DUE FOR THIS MATTER..............................................................$ | 312.70 |