


EXHIBIT
P

Burton W. Wiand
Fowler White Boggs P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, Florida 33602

August 28, 2009
Invoice 723015
Tax # 59-1280172
Page 1
BWW/1091021

Re: **1091021**
**Scoop Legal Team - Recovery of Commissions**

**Professional Services Through 06/30/09**

**Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| 05/04/09 | Review communications from Jason Lessinger, Donald Rowe's attorney (.1); strategize memorializing communications in a letter and possibly filing a motion to compel (.2). | | | |
| | ASSET | ABT | | 0.30 hrs. |
| 05/04/09 | Continue drafting and revising the internal memorandum regarding the potential exposure under federal securities laws for recommending investments through publications without disclosing compensation interests and providing transaction-based commissions to unregistered individuals (2.0); proof read, edit and submit the same for review to B. Wiand and G. Morello (.5). | | | |
| | ASSET | DH | | 2.50 hrs. |
| 05/05/09 | Revise internal memorandum of law regarding liability under the federal securities laws for sharing transaction based commissions with unregistered individuals and touting securities without disclosing compensation interests to include analysis under Florida's blue sky provisions. | | | |
| | ASSET | DH | | 1.80 hrs. |
| 05/11/09 | Meeting with Receiver regarding lawsuits against individuals who were paid commissions. | | | |
| | ASSET | ABT | | 0.60 hrs. |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Commissions

August 28, 2009  
Invoice 723015  
Page 2  
BWW/1091021

| | | | | |
|---|---|---|---|---|
| 05/12/09 | Review legal memorandum regarding grounds for suing those who received commissions as a result of Nadel's scheme (.5); review documents received thus far from those who received commissions (.3); factual research regarding individuals who received commissions (.3); develop action plan for clawback of commissions (demand letters, settlement, lawsuits) (.4). | | | |
| | | ASSET | ABT | 1.50 hrs. |
| 05/22/09 | Review of prior communications with Donald Rowe's attorney regarding document production, in preparation of demand letter. | | | |
| | | ASSET | ABT | 0.10 hrs. |
| 05/27/09 | Conference regarding documents received from subpoena target who received commissions. | | | |
| | | ASSET | ABT | 0.10 hrs. |
| 06/12/09 | Review documents produced by Donald Rowe for evidence of payments (.3); review prior correspondence with Rowe's attorney, Jason Lessinger (.3); preparation of letter to Lessinger demanding documents responsive to subpoena (1.0). | | | |
| | | ASSET | ABT | 1.60 hrs. |
| 06/16/09 | Communications (e-mail and telephone) with counsel for Donald Rowe regarding production of financial-related documents and regarding substitution of counsel. | | | |
| | | ASSET | ABT | 1.10 hrs. |
| 06/17/09 | Review spreadsheet regarding recipients of commissions and calculate amounts received by Alpha Ventures, Don Rowe (through his entities), Michael Corcione, Steve Ellis, and Kelvin Lee (.7); review spreadsheet regarding gains and losses and investigate information contained in same (1.1); preparation of template demand letter to recipients of commissions and fictitious profits (1.0); communications regarding whether recipients profited (.1). | | | |
| | | ASSET | ABT | 2.90 hrs. |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Commissions

August 28, 2009  
Invoice 723015  
Page 3  
BWW/1091021

| Date | Description | | | Hours |
|---|---|---|---|---|
| 06/18/09 | Preparation of template demand letter to recipients of commissions, including settlement offer (.4); review of documentation in support of same (.4); communications with and review of documents from accounting professionals regarding (i) false profits and (ii) commissions (.7); communications with counsel for Donald Rowe regarding document production (.2); update file regarding same (.2); strategize additional steps to take regarding Rowe's document production (.2); review of documents from Alpha Ventures Securities / Daniel Blumberg (1.1). ASSET ABT | | | 3.20 hrs. |
| 06/18/09 | Communicate with Ashley Trehan regarding demand letters to persons who received commissions. ASSET JCR | | | 0.10 hrs. |
| 06/19/09 | Receipt and review of additional documents from Bill Price regarding recipients of commissions (.4); communications regarding subpoena of Sea Gate and review and sign same (.4). ASSET ABT | | | 0.80 hrs. |
| 06/22/09 | Receipt and review of documentation related to commissions from PDR (.7); communications with PDR CPA regarding same (.2). ASSET ABT | | | 0.90 hrs. |
| 06/24/09 | Met with Receiver to discuss status of lawsuit against Don Rowe (.5); revise demand letter (.5); communications with Michelle Moyers (PDR CPA) regarding amounts of commissions and, if applicable, profits received (.2); preparation of chart regarding same (.3); communications with John Chapman of Norton Hammersley regarding representation of Nadel (et al.) with respect to Rowe dispute (.1). ASSET ABT | | | 1.60 hrs. |
| 06/24/09 | Edited Commission recovery letters. ASSET CRN | | | 0.70 hrs. |
| 06/25/09 | Communications with Randy Sterns (attorney for Rowe) regarding tax | | | |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Commissions

August 28, 2009  
Invoice 723015  
Page 4  
BWW/1091021

        documents (.2); communications with John Chapman regarding matters in which he represented Nadel and/or Receivership Entities and/or relegated individuals and entities, and review Don Rowe's documents regarding same (.4); prepare and send memorandum to Receiver summarizing conversation with Chapman (.3); communications with Guy Burns regarding Don Rowe's documents (.1); receipt and review of spreadsheet of commissions from Michelle Moyers (PDR CPA) and communications with Michelle regarding same (.5); preparation of demand letters to recipients of commissions (1.5).

        ASSET    ABT    3.00 hrs.

06/29/09    Review spreadsheet with additional information regarding Donald Rowe's commissions (.1); preparation of demand letters to recipients of commissions (.6).

        ASSET    ABT    0.70 hrs.

06/29/09    Demand letters to Commission recipients.

        ASSET    CRN    1.20 hrs.

06/29/09    Correspondence from Mr. Burns regarding Donald Rowe.

        ASSET    JCR    0.10 hrs.

**TOTAL Asset Analysis and Recovery**    **$5,037.95**    **24.80 hrs.**

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Carl R Nelson | 1.90 | 325.00 | 617.50 |
| Ashley Bruce Trehan | 18.40 | 193.50 | 3,560.40 |
| Dominique Pearlman | 4.30 | 193.50 | 832.05 |
| Jeffrey C Rizzo | 0.20 | 140.00 | 28.00 |
| TOTAL | 24.80 | | 5,037.95 |

**Fees for Professional Services Rendered**..................................................  $    5,037.95

Burton W. Wiand	August 28, 2009
Re: Scoop Legal Team - Recovery of Commissions	Invoice 723015
Page 5
BWW/1091021

Disbursements Through 06/30/09

| Date | Description | Amount |
|---|---|---|
| 05/31/09 | Westlaw Online Research - May 2009 | 0.00 |
| 06/18/09 | Facsimiles 18 pages | 14.40 |

Total Disbursements .................................................................................... $ 14.40

## TOTALS FOR THIS INVOICE

| | | |
|---|---|---|
| Fees for Professional Services................................................................................ | | 5,037.95 |
| Disbursements ........................................................................................................ | | 14.40 |
| **TOTAL DUE FOR THIS INVOICE**................................................................. | $ | **5,052.35** |



Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602

August 28, 2009  
Invoice 723015  
Tax # 59-1280172  
BWW/1091021

Re: **1091021**
**Scoop Legal Team - Recovery of Commissions**

### ***REMITTANCE ADVICE***

Payment is due upon receipt.  
Please remit this page with your payment.

| | |
|---|---:|
| **Fees Due This Invoice** | 5,037.95 |
| **Disbursements Due This Invoice** | 14.40 |
| TOTAL DUE FOR THIS MATTER ..................................................................... $ | 5,052.35 |

FOWLER WHITE BOGGS P.A.  
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE  
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601  
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM  
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES