**Scoop Capital Consolitated**
**By Entity**
**May 1 to May 31, 2009**

| Activity Category | Amount |
|---|---|
| Accounting & Auditing Total | 6,453.00 |
| Data Analysis Total | 1,775.00 |
| Forensic Accounting Total | 4,333.75 |
| Litigation Consulting Total | 1,035.25 |
| Status Reports | 2,002.50 |
| Tax Issues Total | 1,218.00 |
| | |
| **Grand Total** | **$ 16,817.50** |



Dockets.Justia.com

# PDR Certified Public Accountants
## Total Hours and Dollars by Timekeeper
### Mary 1 - May 31, 2009

| Initials | Name | Level | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| WEP | William Price | Partner | 240 | 22.50 | 5,400.00 |
| AMP | Ann Paxton | Partner | 240 | 4.70 | 1,128.00 |
| JEW | Jay Wadsworth | Manager | 185 | 1.00 | 185.00 |
| JPD | Jason Deirmenjian | Staff | 125 | 1.50 | 187.50 |
| CLS | Cindy Schneider | Staff | 110 | 7.80 | 858.00 |
| GAH | Gail Heinold | Staff | 100 | 16.15 | 1,615.00 |
| SAO | Sharon O'Brien | Staff | 90 | 35.20 | 3,168.00 |
| DKH | Deborah Hoch | Staff | 90 | 20.50 | 1,845.00 |
| MRM | Michelle Moyers | Staff | 55 | 44.20 | 2,431.00 |
| | **Totals** | | | **153.55** | **16,817.50** |

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ig | SAO | GL of bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| ig | SAO | Reports from Quickbooks | 0.15 | 90 | 13.50 |
| ig | GAH | With Sharon on reports from Quickbooks | 0.25 | 100 | 25.00 |
| ig | SAO | Reports for Dione Mitchell | 0.5 | 90 | 45.00 |
| ig | DKH | Fund statement preparation | 0.25 | 90 | 22.50 |
| ig | DKH | Finish fund balance report | 0.5 | 90 | 45.00 |
| . Auditing | | | | | **164.50** |
| | MRM | Locating and printing in pdf fees paid to other than Moody's for recovery | 2.25 | 55 | 123.75 |
| | AMP | Info for Jeff Rizzo | 0.4 | 240 | 96.00 |
| ounting | | | | | **219.75** |
| | MRM | Assist gathering of data for telephoie call with DOJ | 0.25 | 55 | 13.75 |
| ; | | | | | **13.75** |
| igement, Inc. | | | **4.7** | | **398.00** |

# SCOOP CAPITAL, LLC
## May 1 - May 31, 2009

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ig | GAH | Scan back up | 0.15 | 100 | 15.00 |
| ig | SAO | Check writing | 0.15 | 90 | 13.50 |
| ig | SAO | Updating bank balances for receiver | 0.35 | 90 | 31.50 |
| ig | SAO | Deposit/Reports - Burt Wiand as receiver | 0.35 | 90 | 31.50 |
| ig | SAO | GL of bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| ig | SAO | GL of bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| ig | SAO | Pulling reports for Kathleen Liever | 0.1 | 90 | 9.00 |
| ig | SAO | work on bank balances to send to Jeff Rizzo at FWB | 0.1 | 90 | 9.00 |
| ig | SAO | Excel report to Jeff Rizzo with bank balances | 0.5 | 90 | 45.00 |
| ig | SAO | BOA statements to Jeff Rizzo | 0.25 | 90 | 22.50 |
| ig | SAO | Record deposits to Burt Wiand as receiver acct | 0.35 | 90 | 31.50 |
| ig | GAH | Spreadsheet info with Deb Hoch | 0.5 | 100 | 50.00 |
| ig | GAH | Bank balances emails | 0.75 | 100 | 75.00 |
| ig | DKH | Fund statement preparation | 0.5 | 90 | 45.00 |
| ig | GAH | Info for fund statements | 2 | 100 | 200.00 |
| ig | DKH | Finish fund balance report | 1.5 | 90 | 135.00 |
| ig | GAH | With Sharon O'Brien on emails | 0.5 | 100 | 50.00 |
| ig | SAO | Meet with Gail Heinhold to review e mails | 0.5 | 90 | 45.00 |
| ig | GAH | Fund statement with Deb Hoch and changes to formatting | 3 | 100 | 300.00 |
| ig | SAO | Report to Jeff Rizzo with all bank balances | 0.5 | 90 | 45.00 |
| ig | GAH | Revenue balances January - April to Jeff Rizzo | 0.5 | 100 | 50.00 |
| ig | SAO | Reports for Jeff Rizzo | 1.5 | 90 | 135.00 |
| ig | SAO | Reports for Jeff Rizzo | 0.65 | 90 | 58.50 |
| ig | SAO | Enter/scan deposit to receiver account | 0.25 | 90 | 22.50 |
| ig | SAO | Report for Jeff Rizzo regarding activity in receivership | 0.35 | 90 | 31.50 |
| ig | SAO | Research info for Jeff Rizzo | 0.4 | 90 | 36.00 |
| ig | SAO | Report for Jeff Rizzo on deposits | 0.35 | 90 | 31.50 |
| ig | SAO | Updated spreadsheets to Jeff Rizzo | 0.4 | 90 | 36.00 |
| ig | SAO | Updating Quickbooks | 0.35 | 90 | 31.50 |
| ig | SAO | Reports to Jeff Rizzo | 0.25 | 90 | 22.50 |
| ig | SAO | Research for Jeff Rizzo | 0.35 | 90 | 31.50 |
| ig | SAO | Filing deposits for receiver account | 0.25 | 90 | 22.50 |
| ig | SAO | Daily spreadsheets to Jeff Rizzo | 0.35 | 90 | 31.50 |
| ig | SAO | Research for Jeff Rizzo | 0.35 | 90 | 31.50 |
| ig | SAO | Daily spreadsheets to Jeff Rizzo | 0.35 | 90 | 31.50 |
| Auditing | | | | | **1,784.00** |
| | AMP | Information request from Kathleen Liever | 0.4 | 240 | 96.00 |
| | AMP | Information for Jeff Rizzo / telephone call from Jeff Rizzo | 0.4 | 240 | 96.00 |
| | AMP | Kathy Liever - info from 2003 data | 0.5 | 240 | 120.00 |
| | MRM | Follow up on loan | 7 | 55 | 385.00 |
| | WEP | Follow up on loan | 0.75 | 240 | 180.00 |
| | WEP | Review data of GQ Digital to determine funding source | 1 | 240 | 240.00 |
| | WEP | Work on various funds balance sheet to determine insolvency | 1.25 | 240 | 300.00 |

| | | | | | 1,417.00 |
|---|---|---|---|---|---|
| | WEP | Gather data for foreign banks for DOJ attorneys to pursue | 0.75 | 240 | 180.00 |
| | MRM | Investor schedule for profiteer gains | 1 | 55 | 55.00 |
| | WEP | Assist Michelle Moyers with profiteer analysis for clawback | 1.25 | 240 | 300.00 |
| | WEP | Investor schedule for profiteer gains | 1.25 | 240 | 300.00 |
| | WEP | Profiteer analysis for investors | 1.25 | 240 | 300.00 |
| | MRM | Investor schedule for profiteer gains | 1 | 55 | 55.00 |
| | WEP | Meet with Michelle Moyers to standardize profiteer analysis | 1 | 240 | 240.00 |
| | MRM | Investor schedule for profiteer gains | 1.5 | 55 | 82.50 |
| | MRM | Investor schedule for profiteer gains | 4.5 | 55 | 247.50 |
| | MRM | Investor schedule for profiteer gains | 4.5 | 55 | 247.50 |
| | WEP | Searching Quickbooks for transactions for profiteers prior to 2003 | 1.25 | 240 | 300.00 |
| | JPD | Preparation of schedules to determine insolvency | 0.5 | 125 | 62.50 |
| | MRM | Investor schedule for profiteer gains | 2 | 55 | 110.00 |
| | JPD | Schedules to determine solvency | 1 | 125 | 125.00 |
| ounting | | | | | 2,605.00 |
| | MRM | Assist gathering of data for telephoie call with DOJ | 0.5 | 55 | 27.50 |
| | WEP | Prepare for and telephone call with Maria Douvas (DOJ) | 0.75 | 240 | 180.00 |
| | WEP | Responding to emails on profiteers for recovery by receiver | 2.75 | 240 | 660.00 |
| nsulting | | | | | 867.50 |
| | WEP | Work with account techs on second interim reports | 2.5 | 240 | 600.00 |
| | MRM | Assist with second interim receiver report | 1.5 | 55 | 82.50 |
| | WEP | Second interim receiver report - financials | 4.25 | 240 | 1,020.00 |
| | WEP | Second interim receiver report | 1.25 | 240 | 300.00 |
| :s | | | | | 2,002.50 |

I, LLC                                      66.55                8,676.00

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıg | SAO | Bank balance information | 0.2 | 90 | 18.00 |
| ıg | SAO | GL ot bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| ıg | SAO | Pulling reports for Kathleen Liever | 0.3 | 90 | 27.00 |
| ıg | GAH | Second interim fund report | 0.25 | 100 | 25.00 |
| ıg | GAH | Fund statement with Deb Hoch | 0.25 | 100 | 25.00 |
| ıg | DKH | Fund statement preparation | 0.5 | 90 | 45.00 |
| ıg | DKH | Finish fund balance report | 1 | 90 | 90.00 |
| ıg | SAO | File invoices | 0.55 | 90 | 49.50 |
| ıg | SAO | Pay invoice | 0.25 | 90 | 22.50 |
| Auditing | | | | | **315.50** |
| | AMP | Information for Kathleen Liever | 0.6 | 240 | 144.00 |
| | AMP | Information for Marie Douvas | 0.8 | 240 | 192.00 |
| ; | | | | | **336.00** |
| | AMP | Information for Jeff Rizzo | 0.4 | 240 | 96.00 |
| ounting | | | | | **96.00** |
| | MRM | Fees paid for Kathleen Liever | 0.1 | 55 | 5.50 |
| ısulting | | | | | **5.50** |
| | | | | | |
| ement, Inc. | | | | **5.35** | **753.00** |

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| g | SAO | Record/scan deposits | 0.15 | 90 | 13.50 |
| g | SAO | Record/scan deposits | 0.1 | 90 | 9.00 |
| g | SAO | Record/scan deposits | 0.35 | 90 | 31.50 |
| g | SAO | Research tax notice for January 2009 | 0.25 | 90 | 22.50 |
| g | SAO | Phone call with Roger Jernigan and Jeff Rizzo regarding invoices | 0.25 | 90 | 22.50 |
| g | SAO | Pay invoices | 0.35 | 90 | 31.50 |
| g | DKH | Fund statement preparation | 0.5 | 90 | 45.00 |
| g | DKH | Finish fund balance report | 1.25 | 90 | 112.50 |
| g | SAO | Deposits / sales tax | 0.6 | 90 | 54.00 |
| g | GAH | Review sales tax - February, March & April | 0.75 | 100 | 75.00 |
| g | SAO | Invoices / sales tax issues / emails | 2.5 | 90 | 225.00 |
| g | GAH | Review sales tax - March & April | 0.5 | 100 | 50.00 |
| g | SAO | Invoices / call from Jeff Rizzo regarding reports needed | 0.5 | 90 | 45.00 |
| g | SAO | Pay invoice | 0.25 | 90 | 22.50 |
| g | SAO | Pay invoices | 0.35 | 90 | 31.50 |
| g | SAO | Deposit into Quickbooks | 0.25 | 90 | 22.50 |
| g | SAO | Update Quickbooks | 0.25 | 90 | 22.50 |
| g | SAO | Look at sales tax notices | 0.35 | 90 | 31.50 |
| g | SAO | Sales tax issues | 0.6 | 90 | 54.00 |
| Auditing | | | | | **921.50** |
| | MRM | Investor schedule for profiteer gains | 6 | 55 | 330.00 |
| | MRM | Investor schedule for profiteer gains | 5.5 | 55 | 302.50 |
| ounting | | | | | **632.50** |
| | MRM | Fees paid for Kathleen Liever | 0.25 | 55 | 13.75 |
| nsulting | | | | | **13.75** |
| state, L.P. | | | **21.85** | | **1,567.75** |

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ig | SAO | Pay invoice per Jeff Rizzo | 0.25 | 90 | 22.50 |
| ig | SAO | GL of bank accounts to Jeff Rizzo/ invoice | 0.25 | 90 | 22.50 |
| ig | SAO | Pulling reports for Kathleen Liever | 0.1 | 90 | 9.00 |
| ig | SAO | Pay invoices | 0.35 | 90 | 31.50 |
| ig | SAO | Pay invoice - F. MacKall | 0.25 | 90 | 22.50 |
| ig | SAO | Bank of Coweta bank reconciliation | 0.35 | 90 | 31.50 |
| ig | SAO | Pay invoices | 0.35 | 90 | 31.50 |
| ig | SAO | Conferenc call with Roger Jernigan & Northern Trust regarding balance | 0.25 | 90 | 22.50 |
| ig | SAO | Entering deposits | 0.25 | 90 | 22.50 |
| ig | SAO | Entering / scanning deposits | 0.35 | 90 | 31.50 |
| ig | GAH | Talk to Roger Jernigan about rent deposits | 0.25 | 100 | 25.00 |
| ig | GAH | Research check and write check | 0.5 | 100 | 50.00 |
| ig | GAH | Information for statement | 0.25 | 100 | 25.00 |
| ig | DKH | Fund statement preparation | 1 | 90 | 90.00 |
| ig | DKH | Finish fund balance report | 1 | 90 | 90.00 |
| ig | SAO | Report for Jeff Rizzo / deposits | 0.75 | 90 | 67.50 |
| ig | SAO | Report for Jeff Rizzo / deposits | 2.35 | 90 | 211.50 |
| ig | SAO | Report for Jeff Rizzo / deposits | 0.65 | 90 | 58.50 |
| ig | GAH | Review sales tax | 0.25 | 100 | 25.00 |
| ig | SAO | Sales tax issues | 0.5 | 90 | 45.00 |
| ig | SAO | Pay invoice | 0.25 | 90 | 22.50 |
| ig | SAO | Pay invoces | 0.5 | 90 | 45.00 |
| ig | SAO | Sales tax issues | 0.35 | 90 | 31.50 |
| ig | SAO | Invoices | 0.65 | 90 | 58.50 |
| Auditing | | | | | **1,092.50** |
| | MRM | look for information - none found for DOJ | 0.1 | 55 | 5.50 |
| nsulting | | | | | **5.50** |
| _C | | | **12.1** | | **1,098.00** |

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıg | SAO | GL of bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| ıg | SAO | Bank reconcilation | 0.15 | 90 | 13.50 |
| ıg | SAO | Bank reconcilation | 0.25 | 90 | 22.50 |
| ıg | DKH | Fund statement preparation | 0.25 | 90 | 22.50 |
| ıg | DKH | Finish fund balance report | 0.75 | 90 | 67.50 |
| ıg | SAO | GL of bank accounts to Jeff Rizzo | 0.35 | 90 | 31.50 |
| Auditing | | | | | **171.00** |
| | MRM | look for information - none found for DOJ | 0.25 | 55 | 13.75 |
| ısulting | | | | | **13.75** |

**ıtment Partners, LP**                    **2.15**              **184.75**

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| g | SAO | bank balance reconciliation | 0.15 | 90 | 13.50 |
| g | DKH | Fund statement preparation | 0.25 | 90 | 22.50 |
| g | DKH | Finish fund balance report | 0.5 | 90 | 45.00 |
| g | DKH | Finish fund balance report | 0.5 | 90 | 45.00 |
| Auditing | | | | | **126.00** |
| | WEP | Determine amount of profit for Luke Yip for recovery | 1.25 | 240 | 300.00 |
| ounting | | | | | **300.00** |
| | MRM | look for invormation - none found for DOJ | 0.25 | 55 | 13.75 |
| nsulting | | | | | **13.75** |

und, Ltd.                                              **2.9**                    **439.75**

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| g | SAO | GL of bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| g | SAO | GL of bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| g | SAO | Bank reconciliation | 0.35 | 90 | 31.50 |
| Auditing | | | | | **58.50** |
| | MRM | Investor schedule for profiteers | 0.75 | 55 | 41.25 |
| | MRM | Investor schedule for profiteers | 0.25 | 55 | 13.75 |
| ounting | | | | | **55.00** |
| | MRM | look for information - none found for DOJ | 0.15 | 55 | 8.25 |
| nsulting | | | | | **8.25** |

nd, LLC                                                    **1.8**                          **121.75**

| | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| g | SAO | GL of bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| g | SAO | Bank reconciliation | 0.25 | 90 | 22.50 |
| g | DKH | Fund statement preparation | 0.25 | 90 | 22.50 |
| g | DKH | Finish fund balance report | 0.75 | 90 | 67.50 |
| g | SAO | Bank reconciliation | 0.35 | 90 | 31.50 |
| Auditing | | | | | **157.50** |
| | MRM | Investor schedule for profiteers | 2.25 | 55 | 123.75 |
| | MRM | Investor schedule for profiteers | 0.25 | 55 | 13.75 |
| ounting | | | | | **137.50** |
| | MRM | look for information - none found for DOJ | 0.15 | 55 | 8.25 |
| nsulting | | | | | **8.25** |

| LLC | 4.4 | 303.25 |
|---|---|---|

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıg | SAO | GL of bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| ıg | SAO | GL of bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| ıg | GAH | With Sharon O'Brien - reports from Quickbooks | 0.25 | 100 | 25.00 |
| ıg | SAO | Reports for Dione Mitchell | 0.5 | 90 | 45.00 |
| ıg | SAO | Scan Viking Oil & Gas statement to Roger Jernigan | 0.25 | 90 | 22.50 |
| ıg | DKH | Fund statement preparation | 0.25 | 90 | 22.50 |
| ıg | DKH | Finish fund balance report | 0.5 | 90 | 45.00 |
| Auditing | | | | | **187.00** |
| | MRM | look for information - none found for DOJ | 0.15 | 55 | 8.25 |
| ısulting | | | | | **8.25** |

ement, LLC        **2.2**        **195.25**

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1g | SAO | GL of bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| 1g | SAO | Pulling reports for Kathleen Liever | 0.1 | 90 | 9.00 |
| 1g | SAO | GL of bank accounts to Jeff Rizzo | 0.1 | 90 | 9.00 |
| 1g | GAH | Information for statement | 0.25 | 100 | 25.00 |
| 1g | DKH | Fund statement preparation | 0.25 | 90 | 22.50 |
| 1g | DKH | Finish fund balance report | 0.5 | 90 | 45.00 |
| Auditing | | | | | **124.00** |
| | MRM | look for information - none found for DOJ | 0.25 | 55 | 13.75 |
| nsulting | | | | | **13.75** |

**ain Preserve, LLC**          **1.6**          **137.75**

## LAUREL PRESERVE, LLC
## May 1 - May 31, 2009

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıg | SAO | GL of bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| ıg | SAO | Pulling reports for Kathleen Liever | 0.1 | 90 | 9.00 |
| ıg | SAO | Pay invoices | 0.35 | 90 | 31.50 |
| ıg | DKH | Fund statement preparation | 0.25 | 90 | 22.50 |
| ıg | DKH | Finish fund balance report | 0.75 | 90 | 67.50 |
| ıg | SAO | Pay invoices | 0.35 | 90 | 31.50 |
| ıg | SAO | Pay invoice | 0.25 | 90 | 22.50 |
| ıg | SAO | Bank reconciliation | 0.25 | 90 | 22.50 |
| ıg | SAO | Phone call from Roger Jernigan / pay invoices | 0.5 | 90 | 45.00 |
| ıg | SAO | Updating Quickbooks / questions with Roger Jernigan | 0.35 | 90 | 31.50 |
| . Auditing | | | | | **297.00** |
| | AMP | Information for Jeff Rizzo | 0.4 | 240 | 96.00 |
| ounting | | | | | **96.00** |
| | MRM | look for information - none found for DOJ | 0.1 | 55 | 5.50 |
| ısulting | | | | | **5.50** |
| ve, LLC | | | **3.8** | | **398.50** |

| | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ιg | GAH | Emails with Abby Gilchrist - information for 2009 | 0.75 | 100 | 75.00 |
| ιg | GAH | Information for statement | 1 | 100 | 100.00 |
| ιg | GAH | Information for fund statements | 0.5 | 100 | 50.00 |
| ιg | DKH | Fund balance statement | 1 | 90 | 90.00 |
| ιg | DKH | Fund balance statement | 1 | 90 | 90.00 |
| ιg | SAO | Scanning bank statements | 0.1 | 90 | 9.00 |
| Auditing | | | | | **414.00** |
| | AMP | Information for Jeff Rizzo | 0.4 | 240 | 96.00 |
| ounting | | | | | **96.00** |
| | MRM | look for information - none found for DOJ | 0.15 | 55 | 8.25 |
| ; | | | | | **8.25** |
| | CLS | Tax return preparation | 2 | 110 | 220.00 |
| | GAH | With Cindy Schneider and Abby Gilchrist - information for return | 0.75 | 100 | 75.00 |
| | CLS | Tax return preparation | 1.1 | 110 | 121.00 |
| | GAH | Information for tax return | 0.5 | 100 | 50.00 |
| | GAH | Information for tax return for Cindy Schneider (return for sale) | 0.5 | 100 | 50.00 |
| | CLS | Tax return preparation to prepare for potential sale of business/assets | 3 | 110 | 330.00 |
| | CLS | Preparation of tax return to assist in possible sale of company and/or assets | 1.7 | 110 | 187.00 |
| | JEW | Review 2008 Form 1065 | 1 | 185 | 185.00 |
| | | | | | **1,218.00** |

·nter, LLC       **15.45**      **1,736.25**

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ig | SAO | GL of bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| ig | SAO | Bank reconciliation | 0.25 | 90 | 22.50 |
| ig | GAH | Fund statement preparation | 0.25 | 100 | 25.00 |
| ig | DKH | Fund statement preparation | 0.5 | 90 | 45.00 |
| ig | DKH | Finish fund balance report for Marggarite Nadel | 0.75 | 90 | 67.50 |
| ig | DKH | Burt Wiand - finish fund statement | 1 | 90 | 90.00 |
| ig | DKH | Finish fund statements | 1 | 90 | 90.00 |
| ig | GAH | Bank balances with Sharon O'Brien | 0.5 | 100 | 50.00 |
| ig | SAO | Scanning bank statements | 0.1 | 90 | 9.00 |
| . Auditing | | | | | **412.50** |
| | MRM | look for information - none found for DOJ | 0.25 | 55 | 13.75 |
| nsulting | | | | | **13.75** |
| | | | | | |
| undatioon, Inc. | | | **4.75** | | **426.25** |

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıg | GAH | Fund statement preparation | 0.25 | 100 | 25.00 |
| ıg | DKH | Fund statement preparation | 0.25 | 90 | 22.50 |
| ıg | SAO | Scanning bank statements | 0.1 | 90 | 9.00 |
| . Auditing | | | | | **56.50** |
| | MRM | look for informaiton -none found for DOJ | 0.25 | 55 | 13.75 |
| | MRM | look for informaiton -none found for DOJ | 0.1 | 55 | 5.50 |
| ısulting | | | | | **19.25** |

lome, LLC                                    **0.95**              **75.75**

## LIME AVENUE ENTERPRISES, LLC
### May 1 - May 31, 2009

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıg | DKH | Fund statement preparation | 0.25 | 90 | 22.50 |
| ıg | SAO | Scanning bank statements | 0.1 | 90 | 9.00 |
| . Auditing | | | | | **31.50** |
| | AMP | Information for Jeff Rizzo | 0.4 | 240 | 96.00 |
| ounting | | | | | **96.00** |
| | MRM | look for information - none found for DOJ | 0.15 | 55 | 8.25 |
| ısulting | | | | | **8.25** |

Enterprises, LLC          **0.9**          **135.75**

## SUMMER PLACE DEVELOPMENT CORP.
### May 1 - May 31, 2009

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | MRM | look for information - none found for DOJ | 0.15 | 55 | 8.25 |
| nsulting | | | | | 8.25 |

e Development **Corp.**                                    **0.15**              **8.25**

VICTORY FUND, LTD.
May 1 - May 31, 2009

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ig | SAO | GL of bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| ig | SAO | GL of bank accounts to Jeff Rizzo | 0.15 | 90 | 13.50 |
| ig | SAO | Bank reconciliation | 0.25 | 90 | 22.50 |
| ig | DKH | Fund statement preparation | 0.25 | 90 | 22.50 |
| ig | DKH | Finish fund balance report | 0.75 | 90 | 67.50 |
| Auditing | | | | | **139.50** |
| | MRM | look for information - none found for DOJ | 0.15 | 55 | 8.25 |
| nsulting | | | | | **8.25** |

Ltd.                                                              **1.7**              **147.75**

| Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| MRM | look for information - none found for DOJ | 0.25 | 55 | 13.75 |
| nsulting | | | | 13.75 |

**e Development Corp.**                                    **0.25**              **13.75**

**, 2009**                                    **153.55**        **$ 16,817.50**

**Scoop Capital Consolitated**
**By Entity**
**June 1 to June 30, 2009**

| Activity Category | Amount |
|---|---|
| Accounting & Auditing Total | 6,876.11 |
| Corporate Finance Total | 125.00 |
| Data Analysis Total | 2,940.00 |
| Forensic Accounting Total | 15,806.25 |
| Litigation Consulting Total | 641.25 |
| Tax Issues Total | 5,032.50 |
| **Grand Total** | **$ 31,421.11** |

# PDR Certified Public Accountants
## Total Hours and Dollars by Timekeeper
### June 1 - June 30, 2009

| Initials | Name | Level | Rate | Hours | Amount | |
|----------|------|-------|------|-------|--------|---|
| WEP | William Price | Partner | 240 | 54.25 | 13,092.29 | (includes expense of 72.29) |
| BLG | Brian Gunderson | Partner | 240 | 0.75 | 180.00 | |
| JEW | Jay Wadsworth | Manager | 185 | 2.25 | 416.25 | |
| JPD | Jason Deirmenjian | Staff | 125 | 57.50 | 7,187.50 | |
| JAK | Justyna Kulikowski | Staff | 100 | 0.50 | 50.00 | |
| GAH | Gail Heinold | Staff | 100 | 2.00 | 200.00 | |
| SAO | Sharon O'Brien | Staff | 90 | 55.50 | 5,001.32 | (includes expense of 6.32) |
| MRM | Michelle Moyers | Staff | 55 | 96.25 | 5,293.75 | |
| | **Totals** | | | **269.00** | **31,421.11** | |

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıg | SAO | Bank rec for May | 0.25 | 90 | 22.50 |
| Auditing | | | | | **22.50** |

igement, Inc. **0.25** **22.50**

## SCOOP CAPITAL, LLC
### June 1 - June 30, 2009

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıg | SAO | Pay invoice | 0.75 | 90 | 67.50 |
| ıg | SAO | Emailed bank balances spreadsheet to Mr. Wiand at Fowler White | 0.35 | 90 | 31.50 |
| ıg | SAO | File hard copies | 0.35 | 90 | 31.50 |
| ıg | SAO | Updating QuickBooks with deposits for receiver account | 0.25 | 90 | 22.50 |
| ıg | SAO | Bank balances report to Burt Wiand at Fowler White | 0.35 | 90 | 31.50 |
| ıg | SAO | Research for Jeff Rizzo at Fowler White | 1.25 | 90 | 112.50 |
| ıg | SAO | Reconcile May Thomasville National Bank | 0.25 | 90 | 22.50 |
| ıg | SAO | Letter to IRS regarding 2007 tax notice | 0.35 | 90 | 31.50 |
| ıg | SAO | Update & send daily bank balances to Burt Wiand at Fowler White | 0.35 | 90 | 31.50 |
| ıg | SAO | Updating QuickBooks | 0.5 | 90 | 45.00 |
| ıg | SAO | Send daily bank balances to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| ıg | SAO | Filing bank deposit slips | 0.35 | 90 | 31.50 |
| ıg | SAO | Daily bank balances spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| ıg | SAO | Updating QuickBooks with deposit into receivership and scan | 0.25 | 90 | 22.50 |
| ıg | SAO | Daily bank balances spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| ıg | SAO | June Northern Trust bank rec for M. Nadel Rev Trust | 0.35 | 90 | 31.50 |
| ıg | SAO | June Northern Trust bank rec | 0.35 | 90 | 31.50 |
| ıg | SAO | Daily bank balances spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| ıg | SAO | June 10th Northern Trust bank rec for receiver account | 0.25 | 90 | 22.50 |
| ıg | SAO | May bank rec for Shoreline account (N. Nadel Rev Trust) | 0.25 | 90 | 22.50 |
| ıg | SAO | Daily report to Burt Wiand at Fowler White | 0.35 | 90 | 31.50 |
| ıg | SAO | May bank rec for Shoreline account | 0.25 | 90 | 22.50 |
| ıg | SAO | Updating spreadsheet on bank rec to date | 0.4 | 90 | 36.00 |
| ıg | SAO | Updating QuickBooks / filing | 0.5 | 90 | 45.00 |
| ıg | SAO | Email to Burt Wiand at Fowler Wiand regarding daily bank balances | 0.25 | 90 | 22.50 |
| ıg | SAO | Paying invoices / scanning documents | 0.35 | 90 | 31.50 |
| ıg | SAO | Paying / scanning invoice for receiver account | 0.35 | 90 | 31.50 |
| ıg | SAO | Daily bank balances spreadsheet to Burt Wiand at Fowler White | 0.4 | 90 | 36.00 |
| ıg | SAO | Pay invoice out of receiver account | 0.35 | 90 | 31.50 |
| ıg | SAO | Paying / scanning invoices | 0.35 | 90 | 31.50 |
| ıg | SAO | Daily spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| ıg | SAO | Daily spreadsheet to Burt Wiand at Fowler White | 0.35 | 90 | 31.50 |
| ıg | SAO | Daily bank balances spreadsheet to Burt Wiand at Fowler White | 0.35 | 90 | 31.50 |
| ıg | SAO | Checking on status of invoice | 0.25 | 90 | 22.50 |
| ıg | SAO | Daily spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| ıg | SAO | Daily bank balances spreadsheet to Burt Wiand at Fowler White | 0.3 | 90 | 27.00 |
| ıg | WEP | Work on acct for May with account techs for various companies | 4.25 | 240 | 1,020.00 |
| ıg | WEP | Conference call with attorneys for strategy | 2.5 | 240 | 600.00 |
| ıg | WEP | Intuit check order - out of pocket expense paid on clients behalf | | | 72.29 |
| Auditing | | | | | 2,848.79 |
| | JPD | Amortization analysis - Jefferson Pines Condo mortgage | 0.75 | 125 | 93.75 |
| | JPD | Jefferson condo amortization | 0.25 | 125 | 31.25 |
| ınce | | | | | 125.00 |

| | | | | |
|---|---|---|---|---|
| WEP | Work with Jason Deirmenjian of PDR on insolvency issue | 0.75 | 240 | 180.00 |
| WEP | Talk to Jeff Rizzo at Fowler White about Mr. Florist | 0.5 | 240 | 120.00 |
| WEP | Talk to Roger Jernigan about closing Mr. Florist | 0.75 | 240 | 180.00 |
| | | | | 480.00 |
| JPD | Insolvency schedules | 3 | 125 | 375.00 |
| JPD | Lofgen K1s | 0.5 | 125 | 62.50 |
| JPD | Redemption analysis | 0.75 | 125 | 93.75 |
| JPD | Redemption analysis | 7.5 | 125 | 937.50 |
| JPD | Redemption analysis | 8 | 125 | 1,000.00 |
| JPD | Redemption analysis | 8 | 125 | 1,000.00 |
| JPD | Redemption reconciliation | 0.75 | 125 | 93.75 |
| JPD | Redemption reconciliation | 1.25 | 125 | 156.25 |
| JPD | Redemption reconciliation | 0.25 | 125 | 31.25 |
| JPD | Clawback support | 3.25 | 125 | 406.25 |
| MRM | Burton Wiand | 4 | 55 | 220.00 |
| MRM | Burton Wiand | 4 | 55 | 220.00 |
| MRM | Burton Wiand | 2 | 55 | 110.00 |
| MRM | Lee related party information Ashley T.at Fowler White | 4 | 55 | 220.00 |
| MRM | Ashley T. at Fowler White request for Lee,Rowe,Bell,Quisenberry | 7 | 55 | 385.00 |
| MRM | Kathryn - Dr. Robert E Graetz request | 0.75 | 55 | 41.25 |
| MRM | Jeff Rizzo request MKM Longboat MS fund | 1.25 | 55 | 68.75 |
| MRM | Ashley T. at Fowler White request Ellis related party file | 1 | 55 | 55.00 |
| MRM | Profiteer related party address verification & Scoop Real Estate Rental Income & Expense for 2007 | 3.25 | 55 | 178.75 |
| MRM | Ashley T. at Fowler White list of certain profiteer - these were investors who also received commission | 7 | 55 | 385.00 |
| MRM | Tracing all transactions from QuickBooks for all investors | 7 | 55 | 385.00 |
| MRM | Advent grouping, tracting transactions | 4 | 55 | 220.00 |
| WEP | Follow up on Lofgren as a profiteer | 0.75 | 240 | 180.00 |
| WEP | Work on providing backup data for profiteer claims | 4.5 | 240 | 1,080.00 |
| WEP | tracing profiteers disputed amounts for recovery of money | 3.5 | 240 | 840.00 |
| WEP | Information for dispute the profiteer Dr. Graetz | 1 | 240 | 240.00 |
| WEP | Back up info files for profiteers on six funds for receiver to collect | 3.5 | 240 | 840.00 |
| WEP | Work with staff on arranging detail backup for profiteer amounts for receiver | 4.75 | 240 | 1,140.00 |
| WEP | Recap of funds received by A & G partners for purposes of determining Nadel(a) share | 1 | 240 | 240.00 |
| WEP | Recap of fees paid to other than Nadel and Moodys for purposes of recovery by receiver | 5.5 | 240 | 1,320.00 |
| WEP | Analyzing money in by profiteers who disputed profits | 2.5 | 240 | 600.00 |
| ounting | | | | 13,125.00 |
| WEP | Talk to receiver about profiteers | 0.5 | 240 | 120.00 |
| WEP | Schedules for U.S. Attorney to show Nadel's net cost of payroll, etc | 2 | 240 | 480.00 |
| sulting | | | | 600.00 |

I, LLC                                                    130.6              17,178.79

## SCOOP MANAGEMENT, INC.
### June 1 - June 30, 2009

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıg | SAO | Reconcile May Shoreline/Goldman Sachs account | 0.25 | 90 | 22.50 |
| ıg | SAO | File hard copies | 0.25 | 90 | 22.50 |
| ıg | SAO | Certified mail to Northern Trust Bank for deposits for Scoop Management - out of pocket expense | | | 6.32 |
| . Auditing | | | | | 51.32 |
| | | | | | |
| ement, Inc. | | | **0.5** | | **51.32** |

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıg | GAH | Rental Income spreadsheet | 0.5 | 100 | 50.00 |
| ıg | SAO | Sales tax and sales tax issues | 1.05 | 90 | 94.50 |
| ıg | SAO | Deposit | 0.25 | 90 | 22.50 |
| ıg | SAO | Phone calls to Jeff Rizzo at Fowler White regarding sales tax | 0.5 | 90 | 45.00 |
| ıg | SAO | Void check per Jeff Rizzo at Fowler White | 0.35 | 90 | 31.50 |
| ıg | SAO | 2007 - 2009 income vs. expenses spreadsheet | 0.7 | 90 | 63.00 |
| ıg | SAO | Update QuickBooks with deposit info and scan | 0.25 | 90 | 22.50 |
| ıg | SAO | Spreadsheet of P & L for 2007 - 2009 | 1.25 | 90 | 112.50 |
| ıg | SAO | File hard copies | 0.25 | 90 | 22.50 |
| ıg | SAO | Filing bank deposits | 0.25 | 90 | 22.50 |
| ıg | SAO | Research on tangible property tax return | 0.25 | 90 | 22.50 |
| ıg | SAO | May bank rec for Shoreline account | 0.25 | 90 | 22.50 |
| ıg | SAO | Sales tax issues | 0.4 | 90 | 36.00 |
| ıg | SAO | Letter to Florida Department of Revenue | 0.25 | 90 | 22.50 |
| ıg | SAO | Entering deposits into QuickBooks / scanning | 0.35 | 90 | 31.50 |
| ıg | SAO | Filing deposit slips | 0.35 | 90 | 31.50 |
| Auditing | | | | | **653.00** |
| | WEP | Recap information for marketing property by receiver | 2.75 | 240 | 660.00 |
| ; | | | | | **660.00** |
| | MRM | Profiteer tracing, QB, and advent | 7.5 | 55 | 412.50 |
| | MRM | Profiteer tracing, QB, and advent | 1 | 55 | 55.00 |
| | MRM | Profiteer tracing, QB, and advent | 6.75 | 55 | 371.25 |
| | MRM | Profiteer tracing, QB, and advent | 6.05 | 55 | 332.75 |
| | MRM | Donald Rowe and related  party accounts | 1 | 55 | 55.00 |
| | MRM | Profiteer tracing | 1.75 | 55 | 96.25 |
| | MRM | All contributions and redemptions available in QuickBooks | 3 | 55 | 165.00 |
| ounting | | | | | **1,487.75** |
| | BLG | Research Georgia Dept of Revenue for information related to the sales tax treatment of real estate rentals | 0.25 | 240 | 60.00 |
| | BLG | Research North Carolina and Mississippi Dept of Revenue for information related to the sales tax treatment of real estate rentals | 0.5 | 240 | 120.00 |
| | GAH | Review deposits in QuickBooks for sales tax issues | 0.5 | 100 | 50.00 |
| | | | | | **230.00** |

state, L.P.                                            **38.25**                     **3,030.75**

# TRADEWIND, LLC
## June 1 - June 30, 2009

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ig | SAO | Sales tax and sales tax issues | 1 | 90 | 90.00 |
| ig | SAO | Paying invoices | 0.5 | 90 | 45.00 |
| ig | SAO | Phone calls to Jeff Rizzo at Fowler White regarding sales tax | 0.5 | 90 | 45.00 |
| ig | SAO | Updating Quickbooks / rental spreadsheets | 3.65 | 90 | 328.50 |
| ig | SAO | Research rental income | 1.35 | 90 | 121.50 |
| ig | SAO | Bank rec for May | 0.25 | 90 | 22.50 |
| ig | SAO | Bank of Coweta bank rec for May | 0.25 | 90 | 22.50 |
| ig | SAO | Letter to IRS regarding 2007 tax notice | 0.35 | 90 | 31.50 |
| ig | SAO | Update Quickbooks and spreadsheets with rental deposits received | 0.5 | 90 | 45.00 |
| ig | SAO | Update Quickbooks | 0.25 | 90 | 22.50 |
| ig | SAO | Updating Quickbooks and Excel with deposit in Bank of Coweta | 0.35 | 90 | 31.50 |
| ig | SAO | Entering deposits into Quickbooks/updating Excel spreadsheet/scanning items | 0.35 | 90 | 31.50 |
| ig | SAO | Phone call from Roger Jernigan regarding Tradwinds bank balance / email to follow up | 0.25 | 90 | 22.50 |
| ig | SAO | Entering deposits into Quickbooks | 0.25 | 90 | 22.50 |
| ig | SAO | Letter to IRS regarding tax notice received | 0.35 | 90 | 31.50 |
| ig | SAO | Paying invoices / scanning documents | 0.5 | 90 | 45.00 |
| ig | SAO | Paying and scanning invoices | 0.45 | 90 | 40.50 |
| ig | SAO | Sales tax issues | 0.35 | 90 | 31.50 |
| ig | SAO | Paying and scanning invoices / updating Quickbooks | 0.5 | 90 | 45.00 |
| ig | SAO | Phone calls and sending reports to Jeff Rizzo at Fowler White | 1.25 | 90 | 112.50 |
| ig | SAO | Emails regarding report needed from Ed Loughlin at Tradewinds | 0.25 | 90 | 22.50 |
| ig | SAO | Enter deposits into Quickbooks / scan | 0.25 | 90 | 22.50 |
| ig | SAO | Updating Quickbooks and Excel with breakdown of Jan & Feb rental deposits received | 2.25 | 90 | 202.50 |
| ig | SAO | Updating Quickbooks with loan payment and scanning | 0.25 | 90 | 22.50 |
| ig | SAO | Updating spreadsheet on rental income | 0.5 | 90 | 45.00 |
| ig | SAO | Paying and scanning invoices | 0.6 | 90 | 54.00 |
| ig | SAO | Updated spreadsheets with rental income info | 0.25 | 90 | 22.50 |
| Auditing | | | | | 1,579.50 |
| | WEP | Assembling history of rental income for receiver to show prospective investor | 1.25 | 240 | 300.00 |
| | WEP | Complete rental schedule for investor | 1.25 | 240 | 300.00 |
| | | | | | 600.00 |
| | GAH | Review deposits in Quickbooks for sales tax issues | 0.5 | 100 | 50.00 |
| | JPD | Preparation of tax return 1120S for 2008 | 0.25 | 125 | 31.25 |
| | JPD | Preparation of tax return 1120S for 2008 | 7.25 | 125 | 906.25 |
| | JPD | Preparation of tax return 1120S for 2008 | 0.75 | 125 | 93.75 |
| | JPD | Preparation of tax return 1120S for 2008 | 0.75 | 125 | 93.75 |
| | JPD | Preparation of tax return 1120S for 2008 | 0.25 | 125 | 31.25 |
| | JEW | Review 1120S for 2008 | 1 | 185 | 185.00 |
| | | | | | 1,391.25 |

# VALHALLA INVESTMENT PARTNERS, L.P.
## June 1 - June 30, 2009

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıg | SAO | Bank rec for May | 0.25 | 90 | 22.50 |
| ıg | SAO | Updating Quickbooks with deposit and scan | 0.25 | 90 | 22.50 |
| ıg | SAO | May bank rec for Shoreline account | 0.25 | 90 | 22.50 |
| Auditing | | | | | **67.50** |
| | MRM | Ongoing project - 377 profiteers in 6 funds | 0.45 | 55 | 24.75 |
| | MRM | Ongoing project - 377 profiteers in 6 funds | 1 | 55 | 55.00 |
| | MRM | Ongoing project - 377 profiteers in 6 funds | 3.25 | 55 | 178.75 |
| | MRM | Per email from Kathryn investigate Graetz & Kapralos | 2 | 55 | 110.00 |
| | MRM | Bruce Bell, Lazy B Ltd, and others per conference call | 4 | 55 | 220.00 |
| | MRM | Donald Rowe and related party accounts | 1 | 55 | 55.00 |
| ounting | | | | 55 | **643.50** |
| | MRM | Kathy, Foreign bank investors | 0.25 | 55 | 13.75 |
| ısulting | | | | | **13.75** |

**stment Partners, LP**  **12.7**  **724.75**

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ɪg | SAO | Bank rec for May | 0.25 | 90 | 22.50 |
| ɪg | SAO | Reconcile May Shoreline/Goldman Sachs account | 0.25 | 90 | 22.50 |
| . Auditing | | | | 55 | **45.00** |
| | MRM | Profiteer tracing | 1.5 | 55 | 82.50 |
| | MRM | Donald Rowe and related party accounts | 1 | 55 | 55.00 |
| ɔunting | | | | | **137.50** |

| | | | | |
|---|---|---|---|---|
| und, Ltd. | | | **3** | **182.50** |

## VIKING IRA FUND, LLC
### June 1 - June 30, 2009

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ig | SAO | Bank rec for May | 0.25 | 90 | 22.50 |
| ig | SAO | Reconcile May Shoreline/Goldman Sachs account | 0.25 | 90 | 22.50 |
| Auditing | | | | | **45.00** |
| | MRM | Kathy, Foreign bank investors | 0.25 | 55 | 13.75 |
| nsulting | | | | | **13.75** |

nd, LLC                                    **0.75**          **58.75**

## VIKING FUND, LLC
### June 1 - June 30, 2009

| | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 19 | SAO | Bank rec for May | 0.25 | 90 | 22.50 |
| 19 | SAO | May bank rec for Viking Fund LLC - Shoreline account | 0.25 | 90 | 22.50 |
| 19 | MRM | Standard bank requested information - Jeff Rizzo | 1.5 | 55 | 82.50 |
| Auditing | | | | | **127.50** |
| | MRM | Per email from Kathryn Kaparalos - Daley investor information requested | 4 | 55 | 220.00 |
| | MRM | Donald Rowe and related party accounts | 1 | 55 | 55.00 |
| ounting | | | | | **275.00** |

LLC                                         **7**              **402.50**

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ig | SAO | Bank rec for May | 0.25 | 90 | 22.50 |
| ig | SAO | Letter to IRS regarding 2007 tax notice | 0.35 | 90 | 31.50 |
| ig | SAO | Letter to IRS regarding tax notice received | 0.4 | 90 | 36.00 |
| Auditing | | | | | **90.00** |

ement, LLC                                                                 **1**          **90.00**

# LAUREL MOUNTAIN PRESERVE, LLC
## June 1 - June 30, 2009

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıg | SAO | Bank rec for May | 0.25 | 90 | 22.50 |
| ıg | SAO | Letter to IRS regarding 2007 tax notice | 0.35 | 90 | 31.50 |
| ıg | SAO | Letter to IRS regarding tax notice received | 0.35 | 90 | 31.50 |
| Auditing | | | | | **85.50** |

ain Preserve, LLC                                    **0.95**              **85.50**

## LAUREL PRESERVE, LLC
### June 1 - June 30, 2009

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıɔ | SAO | Bank rec for May | 0.25 | 90 | 22.50 |
| ıɔ | SAO | Refunds from Progress Energy to bank / update Quickbooks | 0.5 | 90 | 45.00 |
| ıɔ | SAO | Paying / scanning invoice | 0.25 | 90 | 22.50 |
| ıɔ | SAO | Pay invoice an update Quickbooks | 0.35 | 90 | 31.50 |
| | Auditing | | | | **121.50** |

ve, LLC                                        **1.35**            **121.50**

| Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|
| WEP | Questions from investors thinking of purchasing | 0.75 | 240 | 180.00 |
| | | | | **180.00** |
| JAK | preparation 2008 partnership tax return | 0.5 | 100 | 50.00 |
| WEP | Review 2008 partnership tax return | 0.75 | 240 | 180.00 |
| WEP | Review and sign 2008 partnership tax return | 0.5 | 240 | 120.00 |
| | | | | **350.00** |

nter, LLC                                   **2.5**        **530.00**

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıg | SAO | Bank rec for May | 0.25 | 90 | 22.50 |
| ıg | SAO | May bank rec for Shoreline account | 0.25 | 90 | 22.50 |
| ıg | SAO | May bank rec for Thomasville Bank | 0.25 | 90 | 22.50 |
| Auditing | | | | | **67.50** |

undatioon, Inc.        **0.75**        **67.50**

| Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| JPD | Preparation of 1065 partnership return for 2008 | 0.5 | 125 | 62.50 |
| JPD | Preparation of 1065 partnership return for 2008 | 1 | 125 | 125.00 |
| JPD | Preparation of 1065 partnership return for 2008 | 4.75 | 125 | 593.75 |
| JPD | Preparation of 1065 partnership return for 2008 | 0.75 | 125 | 93.75 |
| JPD | Preparation of 1065 partnership return for 2008 | 6.25 | 125 | 781.25 |
| JPD | Preparation of 1065 partnership return for 2008 | 0.75 | 125 | 93.75 |
| WEP | Work with staff on 2008 tax return | 2 | 240 | 480.00 |
| WEP | Work with staff on 2008 tax return | 2.5 | 240 | 600.00 |
| JEW | Review 1065 partnership return for 2008 | 1.25 | 185 | 231.25 |
| | | | | **3,061.25** |

lome, LLC                                    **19.75**          **3,061.25**

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| g | SAO | May bank rec | 0.25 | 90 | 22.50 |
| Auditing | | | | | **22.50** |

Enterprises, LLC          **0.25**          **22.50**

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | | | | 0.00 |
| sulting | | | | | **0.00** |

e Development Corp.                                    **0**            **0.00**

VICTORY FUND, LTD.
June 1 - June 30, 2009

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ig | SAO | Bank rec for May | 0.25 | 90 | 22.50 |
| ig | SAO | Reconcile May Shoreline/Goldman Sacs account | 0.25 | 90 | 22.50 |
| . Auditing | | | | | **45.00** |
| | MRM | Profiteer tracing | 1.5 | 55 | 82.50 |
| | MRM | Donald Rowe and related party accounts | 1 | 55 | 55.00 |
| ounting | | | | | **137.50** |
| | MRM | Kathy, Foreign bank investors | 0.25 | 55 | 13.75 |
| nsulting | | | | | **13.75** |

Ltd.                          **3.25**          **196.25**

# A VICTORIAN GARDEN FLORIST, LLC
## June 1 - June 30, 2009

| | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ıg | GAH | Set up Quickbooks file | 0.5 | 100 | 50.00 |
| ıg | SAO | Emails to Jeff Rizzo at Fowler White about box of checks and invoices received | 0.35 | 90 | 31.50 |
| ıg | SAO | Letters to all vendors / enter deposits into Quickbooks | 2.5 | 90 | 225.00 |
| ıg | SAO | Deposits to bank / entering into Quickbooks | 1.85 | 90 | 166.50 |
| ıg | SAO | Updating Quickbooks | 0.25 | 90 | 22.50 |
| ıg | SAO | Paying & scanning invoices / updating Quickbooks | 0.75 | 90 | 67.50 |
| ıg | SAO | Letters to vendors | 0.65 | 90 | 58.50 |
| ıg | SAO | Deposits to bank / updating Quickbooks | 1.05 | 90 | 94.50 |
| ıg | SAO | Spreadsheet to Jeff Rizzo at Fowler White on accounts receivable | 0.75 | 90 | 67.50 |
| ıg | SAO | Spreadsheet to Jeff Rizzo at Fowler White on accounts payable | 2.15 | 90 | 193.50 |
| ıg | SAO | Send Jeff Rizzo at Fowler White info on outstanding invoice | 0.3 | 90 | 27.00 |
| Auditing | | | | | **1,004.00** |
| | WEP | Review activity for 2007, 2008 and current to determine viability of keeping business and spending more money | 1.75 | 240 | 420.00 |
| | WEP | Additional analysis and reply to sales tax notices | 2.5 | 240 | 600.00 |
| | | | | | **1,020.00** |

e Development Corp.                **15.35**              **2,024.00**

30, 2009                           **269**          **$ 31,421.11**