**Riverside Financial Group**

Phone: (908) 272-5558
Fax: (908) 272-5884
E-Mail: jd@riversidefinancial.com
312 North Avenue East, Suite 7
Cranford, NJ 07016

**INVOICE FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSABLE EXPENSES**

INVOICE NO: FW09016

(For Analysis Prepared from 6/1/09 - 6/30/09)

DATE: August 17. 2009

### Nadel Trading Activity (Nadel Receivership)

| Date | Activity Category | Timekeeper* | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 6/26/09 | Data Analysis | JD | Nadel Accounts vs. Server Data/ Executive Summaries — Compare trading detail of Scoop Real Estate LP a/c 4C8L against server detail (excel spreadsheets) Compared all monthly data - quantity, cost, proceeds & p&l for 2004 year - all matched exactly Compared all monthly data - quantity, cost, proceeds & p&l for 1/05 - 3/05 - data did not correlate checked quantity for all of 2005 - data did not correlate Examined Executive Summaries for Scoop Real Estate - could not correlate server data with ROR% Executive Summary ROR% did not match our ROR analysis. | 5.00 | $175/Hour | $875.00 |
| 6/29/09 | Data Analysis | JD | Viking IRA LLC a/c # 172-80560 — Create a Profit/Loss analysis from Bear Stearns statements. | 1.00 | $175/Hour | $175.00 |
| 6/30/09 | Data Analysis | JD | Viking Fund LLC a/c # 172-80559 — Create a Profit/Loss analysis from TradeStation Securities statements. | 1.00 | $175/Hour | $175.00 |
| 6/30/09 | Data Analysis | JD | Valhalla Investments a/c # 102-22314 — Create a Profit/Loss analysis from TradeStation Securities statements. | 0.50 | $175/Hour | $87.50 |
| | | | | | TOTAL | $1,312.50 |

**\* Timekeeper Information**

| Timekeeper | Jerry DeNigris |
|---|---|
| Rank | Principal |
| Rate | $175/Hour |

Please make payment to:
Riverside Financial Group
TAX ID (EIN) 22-3424382

If you have any questions concerning this invoice, please call:
Jerry DeNigris
( 908) 272-5558
Thank you.

Page 1 of 1


EXHIBIT R