# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.                                            Case No. 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

      Defendants,

SCOOP REAL ESTATE, L.P.
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC,

      Relief Defendants.
_____/

## ORDER

This cause comes before the Court for consideration of Unopposed Receiver's Third Interim Motion for Order Awarding Fees, Costs and Reimbursement of Costs to Receiver and His Professionals (Doc. ____). The Securities and Exchange Commission does not oppose the granting of the relief sought.

Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that Unopposed Receiver's Third Interim Motion for Order Awarding Fees, Costs and Reimbursement of Costs to Receiver and His Professionals (Doc. ____) is

**GRANTED.** The Court awards the following sums and directs that payment be made from the Receivership assets:

| | |
|---|---:|
| Burton W. Wiand, Receiver | $38,360.00 |
| Fowler White Boggs P.A. | $251,286.46 |
| PDR Certified Public Accountants | $48,238.61 |
| Riverside Financial Group | $1,312.50 |
| E-Hounds, Inc. | $2,975.00 |

DONE AND ORDERED at Tampa, Florida, this \_\_\_\_ day of _____, 2009.

_____
RICHARD A. LAZZARA
United States District Judge

42319830v1