# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.                                                                CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

      Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

      Relief Defendants.

_____/

# O R D E R

      **UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the

Receiver's Motion to Approve Settlement (Dkt. 209) is **granted**.  The Court specifically

approves the written settlement agreement attached to the motion entered into between

the Receiver and The Irrevocable Trust of Ben Montgomery Cart, with regard to the

return by The Trust of what the Receiver describes as "false profits," within ten (10) days

of the date of this Order.

**DONE AND ORDERED** at Tampa, Florida, on October 19, 2009.


    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel of Record