## SETTLEMENT AGREEMENT

WHEREAS, by order dated January 21, 2009, the Court in <u>Securities & Exch.</u>
<u>Comm'n v. Arthur Nadel, et al.</u>, Case No. 8:09-cv-87-T-26TBM (M.D. Fla.) (the "SEC
Receivership Action"), appointed Burton W. Wiand as Receiver (the "Receiver") for
Scoop Real Estate, L.P.; Scoop Management, Inc.; Scoop Real Estate, L.P.; Valhalla
Investment Partners, L.P.; Valhalla Management, Inc.; Victory IRA Fund, LTD; Victory
Fund, LTD; Viking Ira Fund, LLC; Viking Fund, LLC; and Viking Management and all
of their subsidiaries, successors, and assigns (collectively, the "Receivership Entities");
and

WHEREAS, the Receiver intends to commence a lawsuit in the United States
District Court for the Middle District seeking the return of certain funds received from or
at the direction of one or more of the Receivership Entities by Millennium Trust – FBO
Virginia Tanner ("the Trust") in excess of the investment; and

WHEREAS, Virginia Tanner as Trustee of the Trust, without admitting liability,
wishes to resolve these matters amicably; and

WHEREAS, any resolution of this action by agreement of the Receiver and
Virginia Tanner is subject to approval by the Court presiding over the SEC Receivership
Action,

NOW, THEREFORE, and subject to the approval of the SEC Receivership Court,
Virginia Tanner has agreed to pay and the Receiver has agreed to accept a total of
$13,089.36 in full settlement of the claims to be asserted in the lawsuit, with a first
payment of $6,544.68 to be paid within 14 days after approval of this settlement by the
SEC Receivership Court and the balance of $6,544.68 due and payable January 15, 2010.
Upon receipt and clearing of the final settlement payment, the Receiver, on behalf of the

1

**EXHIBIT _A_**

Receivership Entities and their employees, agents, representatives, beneficiaries, and assigns, shall be deemed to have released and forever discharged Virginia Tanner and the Trust of and from any and all claims which could have been asserted by the Receiver, as well as any and all other claims, demands, rights, promises, and obligations arising from or related in any way to the Trust's and Virginia Tanner's investment in any product, fund, entity, or venture established, operated, or controlled by Arthur Nadel and the Receivership Entities.

In further consideration of the release of claims described above, Virginia Tanner warrants that $14,543.73 is the total amount of money or value Millennium Trust – FBO Virginia Tanner received from Receivership Entities in excess of the investment, and the Virginia Tanner agrees to waive and does hereby waive any claim the she or the Trust had, has, or hereafter may have against the Receiver and/or the Receivership Estate.

The Receiver and Virginia Tanner understand and agree that, subject to the approval of the SEC Receivership Court, the payment of the aforesaid total sum and waiver of claims is in full accord and satisfaction of and in compromise of disputed claims, and the payment and waiver are not an admission of liability, which is expressly denied, but are made for the purpose of terminating dispute and avoiding litigation.

After execution of this Settlement Agreement by all parties, the Receiver will promptly move the SEC Receivership Court for approval of this settlement. Virginia Tanner understands and agrees that each party shall bear their own individual costs and attorney fees incurred in the resolution of this matter. To the extent necessary, Virginia Tanner agrees to assist the Receiver in seeking the SEC Receivership Court's approval of this settlement.

The Receiver and Virginia Tanner agree this Settlement Agreement shall be governed by and be enforceable under Florida law in the United States District Court for the Middle District of Florida, Tampa Division.

The Receiver and Virginia Tanner also agree that electronically transmitted copies of signature pages will have the full force and affect of original signed pages.

In witness whereof the parties have set their hands as of the dates indicated.

_____
Virginia Tanner

Date: October 15, 2009

_____
Burton W. Wiand, As Receiver
of the Receivership Entities

Date: 10/5/2009

42360826v1