Securities and Exchange Commission v. Nadel et al                                                                    Doc. 212

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                    CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the Receiver's Motion to Approve Settlement (Dkt. 211) is **granted**. The Court specifically approves the written settlement agreement attached to the motion entered into between the Receiver and Millennium Trust - FBO Virginia Tanner ("the Trust") with regard to the return by The Trust of what the Receiver describes as "false profits." The Trust shall pay the Receiver the total sum of $13,089.36 in two installments, with the first payment

of $6,544.68 to be paid within fourteen (14) days of this order and the final payment of $6,544.68 to be paid on or before January 15, 2010.

**DONE AND ORDERED** at Tampa, Florida, on October 20, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record