UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO: 8:09 CV 00087-T26 TBM

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff

ARTHUR NADEL,
SCOOP CAPITAL, LLC
SCOOP MANAGEMENT, INC

Defendants

## MOTION TO INTERVENE

Earl Niemoth (Niemoth) and Thomas Neff (Neff) allege and state as follows:

1. They are a partnership with the intent to buy the Assets of the Venice Jet Center (Center)
2. They need to eventually conduct very limited discovery concerning just the sale of the Center

## I. Background

1. Pursuant to Federal Rule 24, Intervention, (a) Intervention of Right. On timely motion, the court must permit anyone to intervene who:, (2) claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.
2. Niemoth and Neff's access to financial information of the Center was terminated by the Receiver, Burt Wiand (Receiver) on or about October 16, 2009.
3. Niemoth and Neff had been receiving regular updates from March 2009 through October 16, 2009
4. The Receiver demanded a Letter of Intent to buy, by July 28, 2009.

---

Niemoth and Neff submitted such a "Letter of Intent" which detailed many of the interwoven issues along with an initial offer of $100,000 even though the Center has lost money in 2007, 2008, the 2008 tax return, and through June 2009 the Operating Statements.

5. Niemoth and Neff asked to negotiate with the Receiver.
6. Niemoth and Neff then offered to consider raising their offer with a six figure amount.
7. On four different emails and phone calls Receiver said that he was unavailable.
8. In this period the Receiver has started negotiations with the City of Venice, and other unnamed parties.

## Prayer for relief

9. That this Court grant Movant's Motion to Intervene, and
10. Whatever this Court deems just.

Earl J. Niemoth

_____

4444 Swift Rd. #23
Sarasota, FL 34231
941/966-9746



Thomas J. Neff

_____

351 Airport Rd. Suite 3

Novato, CA 94945

415/786-5151

This Motion was mailed via prepaid First mail to:

Clerk of US District Court

801 N. Florida Ave.

Tampa, FL 33602

This Motion was emailed to:

Burt Wiand, Esq

bwiand@fowlerwhite.com