# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION


SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                     CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.

_____/


## **O R D E R**

    **UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the

*pro se* Interveners' Motion to Intervene (Dkt. 223) is denied based on the same reasoning

used by the Court in the order entered September 24, 2009, at docket 207, denying a

previous motion to intervene.  Moreover, Interveners, in their perfunctory motion to

intervene, have wholly failed to establish that they qualify for intervention either as a matter of right or permissively under Rule 24 of the Federal Rules of Civil Procedure.

**DONE AND ORDERED** at Tampa, Florida, on November 4, 2009.


      s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


<u>**COPIES FURNISHED TO**</u>:
Counsel/Parties of Record