UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

v.                                                  CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, INC.;
and SCOOP MANAGEMENT, INC.,

      Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND, LTD.;
VICTORY FUND, LTD; VIKING IRA FUND, LLC;
and VIKING MANAGEMENT, LLC,

      Relief Defendants.
_____/

**O R D E R**

Intervenors, Earl Niemoth and Thomas Neff, undeterred by this Court's previous orders denying their motion to compel and motion to intervene,[1] have filed an amended motion to intervene. After careful consideration of their latest filing, together with the Court's previous orders, including the order denying intervention by another individual,[2] the Court is of the

---

[1] See dockets 214 and 224.

[2] See docket 207.

opinion that the amended motion is also due to be denied.[3]  Accordingly, the Amended Motion to Intervene (Dkt. 230) is denied.

**DONE AND ORDERED** at Tampa, Florida, on November 13, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record
Movants, pro se

---

[3] In light of this conclusion, the Court needs no response from the Receiver.