# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

       Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

       Defendants.               CASE NO.: 8:09-cv-87-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

       Relief Defendants.
_____/

## NOTICE OF CHANGE OF LAW FIRM

Maya M. Lockwood, counsel of record for the Receiver, Burton W. Wiand, provides this notice of change of law firm and mailing address. Ms. Lockwood is now associated with the following firm:

       WIAND GUERRA KING P.L.
       3000 Bayport Drive, Suite 600
       Tampa, FL 33607
       Tel: 813-347-5100
       Fax: 813-347-5199
       mlockwood@wiandlaw.com

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 16, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed this document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants.

    Arthur G. Nadel
    Register No. 50690-018
    MCC New York
    Metropolitan Correctional Center
    150 Park Row
    New York, NY 10007

    **s/ Maya M. Lockwood**
    Maya M. Lockwood, FBN 0175481
    Email: mlockwood@wiandlaw.com
    WIAND GUERRA KING P.L.
    3000 Bayport Drive
    Suite 600
    Tampa, FL 33607
    Tel: 813-347-5100
    Fax: 813-347-5199

    Attorney for Receiver, Burton W. Wiand