## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                              CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL, SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that the Receiver's Unopposed Motion for Approval of Transfer of Title to Vehicle (Dkt. 233) is granted. The Receiver is authorized to transfer the title to the 2006 Subaru Legacy Outback, VIN 4S4BP61C667338496, from Venice Jet Center, LLC, to Tradewind, LLC, to be insured and maintained, and ultimately sold for the benefit of the Receivership.

**DONE AND ORDERED** at Tampa, Florida, on November 20, 2009.

                              s/*Richard A. Lazzara*
                              **RICHARD A. LAZZARA**
                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record