Securities and Exchange Commission v. Nadel et al                                                    Doc. 235

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:09-cv-0087-T-26TBM

SECURITIES AND EXCHANGE
COMMISSION,
    Plaintiff,

vs.

ARTHUR NADEL,
SCOOP CAPITAL, LLC
SCOOP MANAGEMENT, INC.,
    Defendants.

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.
VALHALLA MANAGEMENT, INC.,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.
    Relief Defendants.

**<u>NOTICE OF APPEAL</u>**

WILLIAM F. BISHOP, as Trustee of the
William F. Bishop Revocable Trust u/a/d 6/12/08,

    Appellant and Real Party in Interest

_____/

    Notice is hereby given that Appellant WILLIAM F. BISHOP, as Trustee of the William F. Bishop Revocable Trust u/a/d 6/12/08, Proposed Intervenor in the above named case, hereby appeals to the United States Court of Appeals for the

1

Dockets.Justia.com

Eleventh Circuit from an final order denying WILLIAM F. BISHOP's Motion to Intervene entered in this action on the 24th day of September, 2009 by the Honorable Richard A. Lazzara.

By: James L. Essenson, Esq.
Florida Bar No. 0359033
Barbara J. Welch, Esq.
Florida Bar No. 0624683
LAW FIRM OF JAMES L. ESSENSON
2071 Main Street
Sarasota, Florida 34237
Telephone: (941) 954-0303
Fax: (941) 951-7739
Email address: essenson@verizon.net
Attorney for William F. Bishop, as Trustee of the William F. Bishop Revocable Trust u/a/d 6/12/08

## **CERTIFICATE OF SERVICE**

I hereby certify that on the __23rd__ day of November, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: James L. Essenson, Esq.
Florida Bar No. 0359033
LAW FIRM OF JAMES L. ESSENSON

2

2071 Main Street
Sarasota, Florida 34237
Telephone: (941) 954-0303
Facsimile: (941) 951-7739
Email address: essenson@verizon.net
Attorney for William F. Bishop, as Trustee of the William F. Bishop Revocable Trust u/a/d 6/12/08

## SERVICE LIST

Securities and Exchange Commission v. Nadel et al./
Case No. 8:09-cv-0087-T-26TBM

<u>Regular U.S. Mail</u>

Arthur G. Nadel,
Register No. 50690-018
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007
Defendant, Pro Se

<u>Electronically by CM/ECF System</u>

Todd Alan Foster, Esq.
Cohen, Jayson & Foster, P.A.
201 E. Kennedy Blvd., Suite 1000
P.O. Box 172538
Tampa, FL 33672-2538
Telephone: 813-225-1655
Facsimile: 813-225-1921
tfoster@tampalawfirm.com
Attorney for Defendant, Arthur Nadel

J. Thomas Cardwell, Esq.
tom.cardwell@akerman.com
Kathryn B. Hoeck, Esq.
Kathy.hoeck@akerman.com
Akerman Senterfitt
420 S. Orange Ave., Suite 1200
P.O. Box 231
Orlando, FL 32802-0231

Telephone: 407-423-4000
Facsimile: 407-843-6610
Attorneys for Interested Party, LandMark Bank of Florida

R. Craig Harrison, Esq.
Lyons & Beaudry, P.A.
1605 Main Street, Suite 1111
Sarasota, FL 34236
Telephone: 941-366-3282
Facsimile: 941-954-1484
craig@lyonsbeaudryharrison.com
Attorney for Movant, R. Craig Harrison

Donald R. Kirk, Esq.
dkirk@fowlerwhite.com
Maya M. Lockwood, Esq.
mlockwood@fowlerwhite.com
Gianluca Morello, Esq.
Gianluca.morello@fowlerwhite.com
Carl Richard Nelson, Esq.
cnelson@fowlerwhite.com
Ashley Bruce Trehan, Esq.
Ashley.trehan@fowlerwhite.com
Fowler, White, Boggs, P.A.
501 E. Kennedy Blvd., Suite 1700
Tampa, FL 33602
Telephone: 813-228-7411 ext: 1195
Facsimile: 813-229-8313
Attorneys for Receiver, Burton W. Wiand

Scott A. Masel, Esq.
masels@sec.gov
Andre J. Zamorano, Esq.
zamoranoa@sec.gov
Securities & Exchange Commission
Miami Branch Office, SERO
801 Brickell Ave., Suite 1800
Miami, FL 33131
Telephone: 305-982-6398
Facsimile: 305-536-4154
Attorneys for Plaintiff, Securities and Exchange Commission

F:\client list\Bishop, William\Federal Case\Pleadings\Notice of Appeal.doc