UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                                                                          CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, INC.;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.;
VICTORY FUND, LTD;
VIKING IRA FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of the Receiver's submissions, together with the proceedings as reflected in the court file, it is **ORDERED AND ADJUDGED** as follows:

1) The Receiver's Motion for Order to Show Cause as to Why Conservation Easement Should not be Extinguished (Dkt. 236) is **granted**.

2) The Carolina Mountain Land Conservancy shall show cause at a hearing to take place on **Wednesday, December 9, 2009, commencing at 9:00 a.m.**, in Courtroom 15B, United States Courthouse, 801 North Florida Avenue, Tampa, Florida, as to why the 169-acre

conservation easement granted to it in 2005 by Laurel Mountain Preserve, LLC, should not be extinguished.

3) The Carolina Mountain Land Conservancy shall file a response to the motion on or before **December 4, 2009**.

4) The clerk is directed to send a copy of this order to Sharon B. Alexander, Prince, Youngblood & Massagee, PLLC, 240 Third Avenue West, Hendersonville, North Carolina, 28739, sbalexander@pym-law.com, and William W. Weeks, The Conservation Law Center, 116 South Indiana Avenue, Bloomington, Indiana, 47408, wwweeks@indiana.edu.

4) The Receiver is also directed to send a copy of this order by facsimile to these same individuals no later than the close of business of today.

**DONE AND ORDERED** at Tampa, Florida, on November 24, 2009.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
Sharon B. Alexander, Prince, Youngblood & Massagee, PLLC, 240 Third Avenue West, Hendersonville, North Carolina, 28739, sbalexander@pym-law.com
William W. Weeks, The Conservation Law Center, 116 South Indiana Avenue, Bloomington, Indiana, 47408, wwweeks@indiana.edu