Standardized Fund Accounting Report
for Consolidated Nadel Entities - Cash Basis
Receivership; Civil Court Docket No. 8:09-cv-87-T-26TBM
Reporting Period 07/01/09 to 08/31/09

| Fund Accounting (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| *Line 1 | Beginning Balance (As of 07/01/09): | | | 2,151,211.35 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | 357,684.56 | | |
| Line 3 | Cash and Securities | 804.43 | | |
| Line 4 | Interest/Dividend Income | 18,472.76 | | |
| Line 5 | Business Asset Liquidation | 5,100.00 | | |
| Line 6 | Personal Asset Liquidation | - | | |
| Line 7 | Third-Party Litigation Income | 303,592.20 | | |
| Line 8 | Miscellaneous - Other | - | | |
| | Total Funds Available (Line 1-8): | | 685,653.95 | 2,836,865.30 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | | | |
| Line 10 | Disbursements for Receivership in Operations | - | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | 429,358.57 | | |
| Line 10b | *Business Asset Expenses* | 247,694.63 | | |
| Line 10c | *Personal Asset Expenses* | - | | |
| Line 10d | *Investment Expenses* | | | |
| Line 10e | p | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | **Total Third-Party Litigation Expenses** | | | |
| Line 10f | *Tax Administrator Fees and Bonds* | | | |
| Line 10g | *Federal and State Tax Payments* | 2,190.13 | | |
| | **Total Disbursements for Receivership Operations** | | $679,243.33 | $679,243.33 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    Independent Distribution Consultant (IDC) | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisors | | | |
| |    Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | **Total Plan Development Expenses** | | | |

*Line 1    Doesn't include $1.5m Scoop Capital CD/will be paying $1.5m loan

1



EXHIBIT A

# Standardized Fund Accounting Report
## for Consolidated Nadel Entities – Cash Basis
### Receivership; Civil Court Docket No. 8:09-cv-87-T-26TBM
### Reporting Period 07/01/09 to 08/31/09

| Fund Accounting (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| |     Fund Administrator | | | |
| |     IDC | | | |
| |     Distribution Agent | | | |
| |     Consultants | | | |
| |     Legal Advisors | | | |
| |     Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |     Notice/Publishing Approved Plan | | | |
| |     Claimant Identification | | | |
| |     Claims Processing | | | |
| |     Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | **Total Plan Implementation Expenses** | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | 679,243.33 |
| Line 13 | Ending Balance (As of 08/31/09) | | | 2,157,621.97 |
| Line 14 | Ending Balance of Fund - Net Assets: | | | 2,157,621.97 |
| Line 14a | Cash & Cash Equivalents | | | 2,157,621.97 |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | **Total Ending Balance of Fund - Net Assets** | | | 2,157,621.97 |