UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:09-CV-87-T-26TBM

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

ARTHUR NADEL; SCOOP CAPITAL, INC.;
And SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY FUND, LTD.;
VICTORY IRA FUND, LLC;
And VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

### NON-PARTY CAROLINA MOUNTAIN LAND CONSERVANCY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO ORDER TO SHOW CAUSE

Non-party Carolina Mountain Land Conservancy moves for an enlargement of time to respond to the Motion for Order to Show Cause as to Why Conservation Easement Should Not be Extinguished (the "Motion for Order to Show Cause") and in support states:

1. Carolina Mountain Land Conservancy is not a party to this action and the Motion for Order to Show Cause was not served on it.

2. As a result, the first notice Carolina Mountain Land Conservancy received that counsel for the Receiver intended to seek an Order to Show Cause, was upon receipt of this Court's Order to Show Cause dated November 24, 2009. The Court's Order to Show Cause

15993709.1

requires Carolina Mountain Land Conservancy to respond to the Motion for Order to Show Cause by December 4, 2009 and sets a hearing on the Motion for Order to Show Cause for Wednesday December 9, 2009 at 9 a.m.

3. As Carolina Mountain Land Conservancy is new to this Action and has not been served, Carolina Mountain Land Conservancy respectfully requests a brief extension of time of two (2) weeks until **December 18, 2009** to respond to the Motion for Order to Show Cause and accordingly also respectfully requests that the hearing set by this Court's Order be continued until sometime after the requested December 18, 2009 response date.

4. Carolina Mountain Land Conservancy needs this time in order to prepare a response to the Motion for Order to Show Cause and does not interpose this motion for the purpose of delay.

5. Carolina Mountain Land Conservancy has conferred with counsel for the Receiver and he does not object to Carolina Mountain Land Conservancy's request for an additional two (2) weeks to respond to the Motion for Order to Show Cause.

WHEREFORE, for the reasons set forth herein, Carolina Mountain Land Conservancy respectfully requests that the Court grant this motion and permit Carolina Mountain Land Conservancy up to and including **December 18, 2009** in which to respond to the Motion for Order to Show Cause.

Dated:  December 1, 2009     Respectfully submitted,

*/s/ Marty J. Solomon*
Marty J. Solomon (Fla. Bar No. 523151)
e-mail: msolomon@carltonfields.com
Christopher W. Smart (Fla. Bar No. 572829)
e-mail:  csmart@carltonfields.com
CARLTON FIELDS, P.A.
P.O. Box 3239
Tampa, FL  33601-3239
Tel: 813-223-7000
Fax: 813-229-4133

15993709.1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Marty J. Solomon*
Marty J. Solomon

**SERVICE LIST**
CASE NO. 8:09-CV-87-T-26TBM
Securities and Exchange Commission v. Nadel, et al.
United States District Court Middle District of Florida

Arthur Nadel
50690-018
Metropolitan Correctional Center, New York
150 Park Row
New York, NY 10007
PRO SE

Todd Alan Foster, Esq.
Cohen, Jayson & Foster, PA
201 E Kennedy Blvd - Ste 1000
PO Box 172538
Tampa , FL 33672-2538
813/225-1655
Fax: 813/225-1921
Email: tfoster@tampalawfirm.com
LEAD ATTORNEY
Attorney For Arthur Nadel

Kathryn B. Hoeck, Esq.
Akerman Senterfitt
420 S Orange Ave - Ste 1200
PO Box 231
Orlando , FL 32802-0231
407/423-4000
Fax: 407/843-6610
Email: kathy.hoeck@akerman.com
ATTORNEY TO BE NOTICED
Attorneys for LandMark Bank of Florida

Carl Richard Nelson, Esq.
Fowler White Boggs
Suite 1700
501 E Kennedy Blvd
Tampa , FL 33602
813/228-7411 ext: 1108
Fax: 813/229-8313
Email: cnelson@fowlerwhite.com
Attorney for Receiver, Burton W. Wiand

Gianluca Morello, Esq.
Wiand Guerra King P.L.

3000 Bayport Drive, Suite 600
Tampa , FL 33607
813-347-5100
Fax: 813-347-5155
Email: gmorello@wiandlaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Maya M. Lockwood, Esq.
Wiand Guerra King P.L.
3000 Bayport Drive, Suite 600
Tampa , FL 33607
813-347-5100
Fax: 813-347-5198
Email: mlockwood@wiandlaw.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Ashley Bruce Trehan, Esq.
Fowler White Boggs
Suite 1700
501 E Kennedy Blvd
Tampa , FL 33602
813-222-2083
Fax: 813-229-8313
Email: ashley.trehan@fowlerwhite.com
ATTORNEY TO BE NOTICED

Donald R. Kirk, Esq.
Fowler White Boggs
Suite 1700
501 E Kennedy Blvd
Tampa , FL 33602
813/222-2022
Fax: 813/229-8313
Email: dkirk@fowlerwhite.com
ATTORNEY TO BE NOTICED

R. Craig Harrison, Esq.
Lyons & Beaudry, PA, Suite 1111
1605 Main St.
Sarasota , FL 34236
941-366-3282
Fax: 941-954-1484
Email: craig@lyonsbeaudryharrison.com
Attorney for R. Craig Harrison

William W. Weeks, Esq.
The Conservation Law Center
116 S. Indiana Avenue
Bloomington, IN  47408
wwweeks@indiana.edu
Co-Counsel for The Carolina Mountain Land Conservancy