Securities and Exchange Commission v. Nadel et al                                                            Doc. 243

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                      CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, INC.;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY FUND, LTD; VICTORY IRA
FUND, LLC; and VIKING IRA FUND, LTD;
VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged as follows:

1) The Non-Party Carolina Mountain Land Conservancy's Unopposed Motion for Enlargement of Time to Respond to Order to Show Cause (Dkt. 241) is granted.

2) The Non-Party shall file a response to the order to show cause on or before December 18, 2009.

3) The hearing scheduled for Wednesday, December 9, 2009, is cancelled.

Dockets.Justia.com

4) The Court will make a determination of whether a new hearing needs to be scheduled after receiving the response or whether the Court can rule on the merits of the Receiver's request for relief based on the parties' written submissions.

**DONE AND ORDERED** at Tampa, Florida, on December 2, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record