UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.        CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, INC.;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY FUND, LTD;
VICTORY IRA FUND, LLC;
VIKING IRA FUND, LTD;
VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## **O R D E R**

Upon due consideration, it is ordered and adjudged that the Receiver's Unopposed Motion to Waive Imposition of Filing Fees (Dkt. 242) is denied. The Court agrees with the reasoning of United States District Judge Susan C. Bucklew in denying a similar motion in the case of <u>Securities and Exchange Commission v. HKW Trading, LLC, et al.</u>, case number 8:05-cv-1076-T-24MSS, at docket 77. However, this order should not be construed as preventing the

Receiver from applying to the district judge assigned each individual case to be filed for a waiver of the filing fee.

**DONE AND ORDERED** at Tampa, Florida, on December 2, 2009.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record