# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| In re ) | |
| ) | Case No.     8:09-cv-0087-T-26TBM |
| SECURITIES AND EXCHANGE ) | |
| COMMISSION, ) | |
|          Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ARTHUR NADAL, SCOOP CAPITAL, LLC, ) | |
| SCOOP MANAGEMENT, INC., ) | |
|          Defendants, ) | |

SCOOP REAL ESTATE, L.P., VALHALLA INVESTMENT PARTNERS, L.P., VALHALLA MANAGEMENT, INC., VICTORY FUND, LTD., VIKING IRA FUND, LLC., VIKING FUND, LLC., AND VIKING MANAGEMENT, LLC.,
         Relief Defendants.

## MOTION TO HAVE COUNSEL REMOVED FROM THE CM/ECF SYSTEM CERTIFICATE OF SERVICE

Donald R. Kirk, Esq., of the law firm of Fowler White Boggs Banker, P.A., moves this Court to enter an order removing him and Fowler White Boggs Banker, P.A. from the Clerk's CM/ECF System's certificate of service in this case.

December 2, 2009

                              FOWLER WHITE BOGGS BANKER P.A.
                              P.O. Box 1438
                              Tampa, FL  33601
                              (813) 228-7411
                              Fax No: (813) 229-8313
                              Email: dkirk@fowlerwhite.com


                              By:    /s/ Donald R. Kirk
                                     Donald R. Kirk
                                     Florida Bar No: 0105767

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and copy of the foregoing has been sent electronically by CM/ECF upon all CM/ECF participants on this 2nd day of December, 2009.

                                    FOWLER WHITE BOGGS BANKER P. A.
                                    P. O. Box 1438
                                    Tampa, FL  33601
                                    (813) 228-7411


                              By:    /s/ Donald R. Kirk
                                    Donald R. Kirk, Esquire
                                    FBN: 0105767

42424967