# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re )
)  Case No.    8:09-cv-0087-T-26TBM
SECURITIES AND EXCHANGE )
COMMISSION, )
    Plaintiff, )
)
vs. )
)
ARTHUR NADAL, SCOOP CAPITAL, LLC, )
SCOOP MANAGEMENT, INC., )
    Defenants, )

SCOOP REAL ESTATE, L.P., VALHALLA
INVESTMENT PARTNERS, L.P., VALHALLA
MANAGEMENT, INC., VICTORY FUND,
LTD., VIKING IRA FUND, LLC., VIKING
FUND, LLC., AND VIKING MANAGEMENT,
LLC.,
    Relief Defendants.

_____

## ORDER GRANTING MOTION TO HAVE COUNSEL REMOVED FROM THE CM/ECF SYSTEM CERTIFICATE OF SERVICE

THIS CAUSE came before the court for consideration on the undersigned's Motion to Have Counsel Removed from the CM/ECF System Certificate of Service. The Court has considered the matter and finds that the Motion should be GRANTED. Accordingly, it is

ORDERED, ADJUDGED, and DECREED that Donald R. Kirk, Esq., shall be removed from the CM/ECF System Certificate of Service as of the date of this order.

DONE AND ORDERED on _____.


_____
The Honorable Thomas B. McCoun, III

Submitted by:
Donald R. Kirk, Esq.
Fowler White Boggs Banker P.A.
P.O. Box 1438
Tampa, FL 33601
(813) 228-7411
(813) 229-8313 Facsimile

Copies to: All interested parties.   42424957