Securities and Exchange Commission v. Nadel et al — Doc. 249 Att.

Research Item Print          09/30/09  14:59          PAGE: 2




01/07  92002480668  3244  $ 5,000.00

EXHIBIT 1

TNTFL011697