


03/28   91074752435   1016   $ 1,000.00

**EXHIBIT 2**

TNTFL009004