


11/25  91047156569  1023  $ 7,214.00

EXHIBIT 3