

| | |
|---|---|
| Capture Date | 20060501 |
| Sequence Number | 011019076 |
| Serial Number | 0000000000 |
| Account Number | 00000000200113739 |
| Optional Field 6 | 0 |
| Amount | 2500.00 |
| Routing Number | 063111059 |
| Transaction Code | 001047 |

Check from GUY-NADEL FOUNDATION, INC., #1047, dated 4/19/06, pay to CAROLINA MOUNTAIN LAND CONSERVANCY, $2,500.00, Twenty-Five Hundred 00/100, Northern Trust Bank of Florida N.A., memo: Sponsorship - 5/16 Seminar.

EXHIBIT 4

TNTFL009012