

| | |
|---|---|
| Capture Date | 20070416 |
| Sequence Number | 011048008 |
| Serial Number | 0000000000 |
| Account Number | 0000000200113739 |
| Optional Field 6 | 4 |
| Amount | 7215.00 |
| Routing Number | 063111059 |
| Transaction Code | 001094 |

EXHIBIT 5

TNTFL009038