GUY·NADEL FOUNDATION, INC.

1099

31 July 07

PAY TO THE
ORDER OF Carolina Mountain Land Consul    $ 1,500.00

One thousand five hundred — xx/100 DOLLARS

Northern Trust
4710 610

NORTHERN TRUST ANCHOR ACCOUNT

Inv. 370

Steve Small Services    Guy Nadel

⑈063111059⑈ 200113739⑈ 01099   ⑈0000150000⑈

⑈063111059⑈200113739⑈01099    ⑈0000150000⑈

| Field | Value |
|---|---|
| Capture Date | 20070810 |
| Sequence Number | 011014612 |
| Serial Number | 0000000000 |
| Account Number | 0000000200113739 |
| Optional Field 6 | 4 |
| Amount | 1500.00 |
| Routing Number | 063111059 |
| Transaction Code | 001099 |

PAY TO THE ORDER OF
WACHOVIA BANK
HENDERSONVILLE, NC
FOR DEPOSIT ONLY
CAROLINA MOUNTAIN
LAND CONSERVANCY
2850000750

Do not endorse or write below this line.

**EXHIBIT**
**6**
tabbies®

TNTFL009041