

| Capture Date | 20080627 |
|---|---|
| Sequence Number | 011012614 |
| Serial Number | 0000000000 |
| Account Number | 0000000200113739 |
| Optional Field 6 | 4 |
| Amount | 6000.00 |
| Routing Number | 063111059 |
| Transaction Code | 001155 |

EXHIBIT 7

TNTFL009068