# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                      CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL, SCOOP CAPITAL, INC.,
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY FUND, LTD.,
VICTORY IRA FUND, LLC,
VIKING IRA FUND, LTD.,
VIKING FUND, LLC, and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Non-Party Carolina Mountain Land Conservancy (the Conservancy) shall file a response to the Receiver's Supplement filed at docket 248 on or before December 18, 2009. The Clerk shall forward a copy of this order to the Conservancy's attorneys listed on the Receiver's certificate of service to the Supplement.

**DONE AND ORDERED** at Tampa, Florida, on December 8, 2009.

                          s/*Richard A. Lazzara*
                          **RICHARD A. LAZZARA**
                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record