# Exhibit A

# Assets

(see attached)

EXECUTION VERSION

# VENICE JET CENTER ASSET LIST
## AS "EXHIBIT A" TO THE
## ASSET PURCHASE AGREEMENT
## BETWEEN
## TRISTATE AVIATION GROUP OF FLORIDA LLC,
## A FLORIDA LIMITED LIABILITY COMPANY,
## AND
## BURTON W. WIAND, AS COURT-APPOINTED RECEIVER OF
## VENICE JET CENTER, LLC,
## A FLORIDA LIMITED LIABILITY COMPANY

I. Main Building (Jet Center)

    A. Executive Office (Photo—1, 2):

- Monitors (2); computer tower (1); keyboard (1); U-shaped desk and wall unit (1); executive chair (1); side chairs (2); printer (1); scanner (1).

    B. Executive Office First Floor (Photo—62, 63, 64):

- Wall unit with built in filing cabinet (1); desk (1); computer monitor (1); keyboard (1); tower (1); printer (1); office chairs (2); table (1).

    C. Upstairs Lobby (Photo—3, 4, 20, 22, 192, 193, 194):

- LG LCD TV 42" (1); LG LCD TV 32" (1); leather recliners (2); leather couch (1); leather loveseat (1); desk (1); chair (1); electronic clock (1); framed airplane photographs (2); computer monitors (2); tower (1); keyboard (2); printers (1).

    D. Upstairs Boardroom (Photo—12, 13, 14, 15, 16, 17, 18):

- Conference table (1); conference chairs (8); credenza (1); airplane photographs (3); LG LCD TV 42" (1); executive phone console (1); tier wooden shelf with various glasses and serving platters (3); easel (1); wooden podium (1).

    E. Computer Server Room:

- Wall-mounted telecommunication equipment (1) (Photo—7);
- Honeywell Security Camera Recorder (1); Dish Network Receivers (2); A/V Equipment (1); FM tuner (1) (Photo—8);
- Back-up battery (1); computer towers (2) (Photo—9);
- CRT monitor (1); keyboard (1); network router (1); backup tapes (8) (Photo—10).
- Metal shelving unit (1) (Photo—8, 9, 10).

42377800v2

Initials: _/s/_ ; _MK_

F. First Office Main Hallway (Photo—50, 51, 52):

- Computer monitor (1); speaker system (1); tower (1); keyboard; (1); office chairs (2); lateral filing cabinets (2); fax , copier, printer combo (1).

G. Various Offices on Main Hallway (Photo—24, 25, 26, 27, 28, 29, 30, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49):

- Desks (8); metal storage cabinet (1); metal rack (1); fax/copier/printer combo (1); office chairs (15); computer tower (1); various office supplies (Photo—36, 37); metal filing cabinet (1); various cleaning supplies (Photo—47, 48); water cooler (1); wooden shelving unit (1); ornate mirror (1); artificial trees (1).
- Flight school equipments: monitor (1); keyboard (1); tower (1) (Photo—29).

H. Kitchen (Photo—53, 54, 55, 56, 57, 58, 59, 60, 61):

- Bistro table (1) with chairs (3); black framed pictures (2); microwave (1); dishwasher (1);  stainless steel refrigerator (1); stainless steel coffee carafes (2).

I. Main Lobby (Photo—23, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 83, 84, 85, 86, 87):

- Lamps (4); wall sconces (4); credenza (1); accent tables (2); coffee tables (2); end tables (2); LG LCD TV 42" (2); black leather loveseats (5); leather couch (1); airplane photographs (10); large black mirror (1); black glass lighted cabinets (2).

J. Small Room Off of Main Lobby:

- White refrigerator (1) (Photo—101);
- Ice machine (1) (Photo—102).

K. Reception Desk (Photo—74, 75, 76, 77, 78, 79, 80):

- Computer monitors (2); keyboards (2); towers (2); radio systems (3); fax/copier/printer combo (1); large office copier/fax/printer (1); large paper shredder (1); combination floor safe (1); isolating fans (2).

L. Outdoor Area:

- Digital image sign (1) (Photo—103, except the Chevron sign);
- Flagpole (1) (Photo—104).

II. Café (Photo—88, 89, 90, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100):

- Tables (7); chairs (24); highchair (1); metal shelving units (3); stainless steel 3-in-1 combo sink (1); small stainless steel sink (1); mini fryer (1); burner

42377800v2

Initials: _____; _____

stoves (2); refrigerator/freezer combos (2); soup warmer (1); Scotsman ice maker (1); Hotpoint gold refrigerator (1); white deepfreeze (1); Captive Air range hood (1); glass wares, plates, cups, etc.; pots & pans various, silverware, wire wall shelves (6).

III. Maintenance Shed (Photo: 107, 108, 109, 110, 111, 112, 113, 114, 115, 116, 117, 118, 119, 234, 235, 236, 237, 238, 239, 240, 241, 242, 243, 244)

- Letkro AP8750B (1); pressure washer (1); Toro riding lawn mower (1); push lawn mower (1); deep freezer (1); Lav Service Unit (1); toolbox with various tools (1) (Not Photographed); work bench (1) (Not Photographed), covered limo golf cart (1); small golf cart (2); limo golf cart used for spare parts (1); industrial floor fan (1); blower (1); canisters of spill cleanup (2); JetEX4 (Serial No. 86PS01050) (1).
- Used paver bricks (Photo—120, 121, 122, 123, 124)

IV. Building 220

A. Photo—134, 137, 138, 141, 142, 143, 144, 147, 149, 150, 151, 153, 154, 162, 164, 165, 166, 196, 197, 198, 199, 200, 201, 202, 203, 210, 211, 212, 213, 214, 215, 216, 217, 218, 219, 220

- Toshiba Phone System (1); phones (15); computer (1); monitor (1); backup battery (1); Canon printer (1); Sharp office printer/copier (1); Lanier copier and stand (1); HP Deskjet printer 812C (1); HP fax, copier, printer (1); Compass Security System with components (1); nonfunctional security cameras (3); Computer monitors (4); Keyboards (5); Dish Network Receiver (1); 32" Color Console TV with stands (2); VCR (1); Floor Safes (2); Older Vending Machine (1); Lighted Curio cabinet (1); Fire extinguisher (1); HP Black toner cartridges (small) (4); HP Black toner cartridge (large) (1); Laser toner cartridge (1); HP computer monitor still in packing material (1)

B. Photo—152, 155, 157, 204, 205, 206, 207, 208, 209

- Leather sofas (2); leather loveseats (2); leather chairs (2); coffee tables (2); desks (3); executive office chairs (3); pole lamps (2); accent tables (2); various office chairs (7); large oval tables (2); chair with casters (6); pictures (8); artificial plants (7).

C. Photo—140

- Stackable Washer and Dryer combo (1).

V. Automotive Assets:

- 2008 Red Chevrolet Silverdao (VIN: IGCEC14X08Z130278) (Photo—252, 253);
- 1984 Ford F600 Fuel Truck (VIN: 1FDWK74N3FVA09074) (Photo—125, 126, 127, 128).

42377800v2

Initials: _____; MK

VI.  Other Assets

   A.  Fuel Farm Tanks and Self Service

   - Above-ground 10,000 Gallon AVGAS Tank (1) (Date: 2-96 Serial No. 1062) (Photo—170, 254);
   - Above-ground 10,000 Gallon JET-A Tank (1) (Date: 2-96 Serial No. 1063) Photo—170, 254);
   - Self-Service AVGAS Terminal (1) (Photo—169);
   - Small Diesel Fuel Storage Tank (1) (Photo—170);
   - Sump Fuel Recovery Storage Tanks (2) (Photo—171).

   B.  Helicopter Dolly (Photo—129, 130).

   C.  Various handheld radios (4) (Not Photographed).

VII.  Assets Expressly Excluded:

   A.  Aircrafts

   - Cessna 152 (Registration No. N25602) (Photo—245, 249);
   - Piper 140/180 (Registration No. N4221T) (Photo—246, 247, 250);
   - Beechcraft Baron B-55 (Registration No. N727AB) (Photo—188).

   B.  Vehicles

   - 2006 Subaru Legacy Outback (1) (VIN: 4S4BP61C667338496) (Photo—251);
   - 2002 Kawaski 4 WD Mule (1) (Family ID No: 1KAXS.6172CB Manufactured in 12/01) (Photo—234);
   - 2004 John Deer Buck 500cc (Product ID No: M0FFTA5010003) (1) (Photo—235);
   - Chevron Sign (3) (Photo—103, 114, 167).

   C.  Brown leather sofa and loveseat in Building 220 (Photo—136 located in the entry area, 139 is located in old pilot's lounge).

   D.  True double door refrigerator and double broiler not included with restaurant assets (1) (Photo—98).

42377800v2

Initials: _____; _____