# WIAND GUERRA KING

WIAND GUERRA KING P.L. // 3000 BAYPORT DRIVE, SUITE 600 | TAMPA, FL 33607 | PHONE: 813.347.5100

Burton W. Wiand
Direct Dial: 813-347-5101
Direct Fax: 813-347-5199
bwiand@wiandlaw.com

December 11, 2009

Honorable Ed Martin, Mayor
City of Venice
410 West Venice Ave.
Venice, Florida 34285

Re: *Securities and Exchange Commission v. Arthur Nadel, Scoop Capital, LLC, et al.*
Case No.: 8:09-cv-87-T-26TBM

Dear Mr. Martin:

Enclosed with this letter is a motion that will be filed shortly with the United States District Court in Tampa that requests the District Court to approve the sale of certain assets of the Venice Jet Center, LLC (the "VJC") to Tristate Aviation Group of Florida LLC ("Tristate"). Attached to the motion are a number of documents, including the agreement between myself, as Receiver of the VJC, and Tristate and information regarding an agreement entered into between the Receivership and Northern Trust Bank. Under separate cover, I have also provided a copy of these documents to the City Attorney.

Included with this letter are copies of three (3) consents that I request that the City execute and return to me promptly. These consents document the City's consent to the transfer of the VJC's lease with the City to Tristate and the transfer of the VJC's subleases with Hertz Corporation and the Cockpit Café to Tristate. To the extent the City has objection to the transfer of these leases, I have requested that the District Court allow the City to present any such objections to the Court within 15 days. This would allow the Court to consider any such objection and, if appropriate, approve the sale of the VJC and acknowledge the transfer of the VJC's rights, interests, duties, and obligations in the lease and subleases to Tristate.

Should you have any questions regarding the transaction, the lease or proceedings before Judge Lazzara, please contact my counsel, Gianluca Morello at 813.347.5100.

Sincerely yours,

Burton W. Wiand
Receiver

BWW/djb
Enclosure
cc: Robert Anderson (via email)

Securities and Exchange Commission v. Nadel et al    Doc. 254 Att. 13

Dockets.Justia.com

**EXHIBIT 5**