Record 52.50

BOONE, BOONE, BOONE, KODA & FROOK, P.A.
ATTORNEYS AT LAW
P.O. BOX 1596
Return
VENICE, FLORIDA 34284-1596

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2006107331 6 PGS
2006 JUN 09 04:28 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
DGAUGHER Receipt#795231

## MEMORANDUM OF LEASE

This Memorandum of Lease memorializes that certain Lease by and between the City of Venice, Florida, hereinafter referred to as "Lessor", and Venice Jet Center, LLC, a Florida Limited Liability Corporation, hereinafter called "Lessee", whose address is 1618 Main Street, Sarasota, Florida, 34236. Lessee hereby swears and affirms that it is leasing the premises described below upon the following terms:

Date of Lease:              May 23, 2006

2006107331

Description of Leased Premises:   See attached Exhibits "A1", "A2" and "A3"

Term:                       Thirty (30) years

The purpose of this Memorandum of Lease is to give record notice of the Lease and of the rights created thereby, all of which are hereby confirmed.

IN WITNESS WHEREOF, the Lessee has executed this Memorandum of Lease as of the date set forth in the acknowledgment.

Witnesses:

VENICE JET CENTER, LLC

By: _____
   Arthur Nadel,
   Member

Print  E.G. BOONE

"LESSEE"

Print   JACQUELINE BAUR

STATE OF FLORIDA
COUNTY OF SARASOTA

SWORN TO and subscribed in my presence this 8th day of June, 2006 by Arthur Nadel, Member of Venice Jet Center, a Florida Limited Liability Corporation, as Lessee, who is personally known to me or produced _____ NA _____ as identification.

NOTARY PUBLIC

Lee A. Fosco
Stamp/Seal

NOTARY PUBLIC-STATE OF FLORIDA
Lee A. Fosco
Commission # DD375604
Expires: NOV. 29, 2008
Bonded Thru Atlantic Bonding Co., Inc.

B148-12389\memolease

Securities and Exchange Commission v. Nadel et al      Doc. 254 Att. 15

Dockets.Justia.com

EXHIBIT 7

LEMONDE AND CO. INC. — Triple Diamond
SURVEYORS OF LAND
2210 S. TAMIAMI TRAIL, SUITE B
VENICE, FLORIDA 34293

TEL: 941-493-8000

FAX: 941-497-5160

# PARCEL A

### LEGAL DESCRIPTION:

COMMENCE AT THE SOUTHEAST CORNER OF BLOCK 375, ACCORDING TO THE PLAT OF "VENICE AIRPORT SUBDIVISION", AS RECORDED IN PLAT BOOK 20, PAGES 7, 7-A AND 7-B, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA FOR A POINT OF COMMENCEMENT; THENCE, ALONG THE NORTH RIGHT-OF-WAY LINE OF AIRPORT AVENUE (80 FOOT RIGHT-OF-WAY), NORTH 89° 22' 48" WEST, 187.97 FEET; THENCE SOUTH 00° 49' 48" WEST, 80.00 FEET TO AN INTERSECTION WITH THE SOUTHERLY RIGHT-OF-WAY LINE OF AIRPORT AVENUE, (80 FOOT RIGHT-OF-WAY), SAID POINT BEING THE POINT OF BEGINNING; THENCE SOUTH 89° 22' 48" EAST, 340.90 FEET; THENCE SOUTH 00° 49' 48" WEST, 394.02 FEET; THENCE NORTH 89° 10' 12" WEST, 450.40 FEET; THENCE NORTH 00° 49' 48" EAST, 165.18 FEET; THENCE NORTH 89° 10' 12" WEST, 530.81 FEET; THENCE NORTH 0° 37' 12" EAST, 166.82 FEET; THENCE SOUTH 89° 37' 12" EAST, 531.42 FEET; THENCE NORTH 0° 49' 48" EAST, 60.37 FEET TO THE SOUTHERLY RIGHT-OF-WAY LINE OF ABOVE DESCRIBED AIRPORT AVENUE, (80 FOOT RIGHT-OF-WAY); THENCE SOUTH 89° 22' 48" EAST. ALONG SAID RIGHT-OF-WAY LINE, 109.50 FEET TO THE POINT OF BEGINNING. ALL LYING IN AND BEING A PART OF SECTION 19, TOWNSHIP 39 SOUTH, RANGE 19 EAST, SARASOTA COUNTY, FLORIDA. CONTAINS: 6.1025 ACRES, MORE OR LESS.

SUBJECT TO EASEMENTS AND RESTRICTIONS OF RECORD.

NOTE: BEARINGS AS SHOWN HEREON REFER TO THE PLAT OF "VENICE AIRPORT SUBDIVISION", AS PER PLAT THEREOF RECORDED IN PLAT BOOK 20, PAGES 7, 7-A AND 7-B, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA.

FOR: VENICE AVIATION SERVICES.
DATE: FEB. 4, 2003.
FILE NO: 83-08-15-03

CERTIFIED AS TO DESCRIPTION ONLY.
NOT A BOUNDARY SURVEY.

DANIEL E. LEMONDE, P.L.S.,
STATE OF FLORIDA CERT. NO. 2909

EXHIBIT "A1"



# SKETCH & DESCRIPTION



DESCRIPTION OF LEASE PARCEL FOR "WASS AIR"
AT THE "VENICE AIRPORT", CITY OF VENICE,
SARASOTA COUNTY, FLORIDA

A LEASE PARCEL LYING AND BEING IN SECTION 19, TOWNSHIP 39 SOUTH, RANGE 19 EAST, SARASOTA COUNTY, FLORIDA, AND BEING A PART OF LOTS 3 & 4, BLOCK 383, ACCORDING TO THE PLAT OF "VENICE AIRPORT SUBDIVISION" AS RECORDED IN PLAT BOOK 20 AT PAGES 7 TO 7-B, INCLUSIVE, OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

COMMENCE AT THE NORTHEAST CORNER OF AIRPORT AVENUE AND COCKRILL STREET, BEING THE SOUTHWEST CORNER OF BLOCK 381, ACCORDING TO THE PLAT OF "VENICE AIRPORT SUBDIVISION" AS RECORDED IN PLAT BOOK 20 AT PAGES 7 TO 7B OF THE PUBLIC RECORDS OF SARASOTA COUNTY, FLORIDA,; THENCE S.00°38'32"W., A DISTANCE OF 80.00 FEET TO A POINT ON THE SOUTHERLY RIGHT OF WAY LINE OF AIRPORT AVENUE, A 80' WIDE PUBLIC RIGHT OF WAY AS SHOWN ON THE SAID PLAT OF "VENICE AIRPORT SUBDIVISION"; THENCE S.89°22'48"E., ALONG THE SAID SOUTHERLY RIGHT OF WAY LINE OF AIRPORT AVENUE A DISTANCE OF 169.54 FEET TO THE POINT OF BEGINNING; THENCE S.89°22'48"E., CONTINUE ALONG THE SAID SOUTHERLY RIGHT. OF WAY LINE OF AIRPORT AVENUE A DISTANCE OF 216.72 FEET; THENCE S.00°49'38"W., A DISTANCE OF 201.00 FEET; THENCE N.89°22'48"W., A DISTANCE OF 216.72 FEET; THENCE N.00°49'38"E., A DISTANCE OF 201.00 FEET TO THE POINT OF BEGINNING AND CONTAINING 43,560 SQUARE FEET OR 1.00 ACRES, MORE OR LESS.

RAYMOND T. BRIGHAM
PROFESSIONAL LAND SURVEYOR NO. 2670
STATE OF FLORIDA

NOTE: THIS IS NOT A BOUNDARY SURVEY.
DATE: FEBURARY 15, 1999

EXHIBIT

PREPARED BY: BRIGHAM SURVEYING, INC.
LAND SURVEYORS
712 SHAMROCK BLVD.
VENICE, FLORIDA 34293
PH. (941) 493-4430

ant By: Company;
Sent By: Michael D. Horlick, P.A.;
02/27/2003 FRI 18:51 FAX 941 485 5942
9414845050;
20-Feb-03 11:50AM;
AIRPORT ADMINISTRATION
Page 4

EXHIBIT "A3"

## DESCRIPTION:

A PARCEL OF LAND LYING AND BEING IN SECTION 19, TOWNSHIP 39 SOUTH, RANGE 19 EAST, SARASOTA COUNTY, FLORIDA, CITY OF VENICE, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT THAT IS 81.75 FEET SOUTH OF AND 56.88 FEET EAST OF THE SOUTHWEST CORNER OF BLOCK 381, ACCORDING TO THE PLAT OF "VENICE AIRPORT SUBDIVISION", PLAT BOOK 20, PAGES 7-A & 7-B, SARASOTA COUNTY, FLORIDA; THENCE ALONG A CURVE TO THE LEFT, HAVING A RADIUS OF 907.26 FEET, A CENTRAL ANGLE OF 08°20'23", A TANGENT LENGTH OF 66.14 FEET, A CHORD BEARING OF N.89°26'22"E. AND A CHORD LENGTH OF 131.94 FEET; THENCE ALONG THE ARC OF SAID CURVE, AND ALONG A LINE THAT IS 30.00 FEET SOUTHERLY OF AND PARALLEL WITH THE EXISTING EDGE OF PAVEMENT OF AIRPORT AVENUE FOR THE NEXT TWO (2) CALLS, AN ARC LENGTH OF 132.06 FEET TO THE END OF SAID CURVE; THENCE N.73°35'52"E., A DISTANCE OF 424.29 FEET TO THE INTERSECTION WITH A LINE THAT IS 1.00 FOOT WESTERLY OF AN EXISTING SIX (6) FOOT CHAIN LINK FENCE; THENCE 5.00°15'07"N., ALONG A LINE THAT IS 1.00 FOOT WESTERLY OF, NORTHWESTERLY OF AND NORTHERLY OF SAID FENCE FOR THE NEXT THREE (3) CALLS; A DISTANCE OF 155.29 FEET; THENCE S.45°26'29"W., A DISTANCE OF 162.24 FEET; THENCE N.89°28'45"W., A DISTANCE OF 430.94 FEET; THENCE N.00°10'57"E., A DISTANCE OF 163.97 FEET TO THE POINT OF BEGINNING AND CONTAINING 110,278 SQUARE FEET, MORE OR LESS.

EXHIBIT "A3"

SURVEYOR'S CERTIFICATE

SNEAD SURVEYING, INC. LB 2012

NOTES

LEGEND

See Upper Left for more Abbreviations



*Boone, Boone*
*Box 1596*
*Venice 34284*
```
RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2006160491 3 PGS
2006 SEP 07 09:00 AM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
```

## SUPPLEMENTAL MEMORANDUM OF LEASE

This Supplemental Memorandum of Lease is filed by Venice Jet Center, a Florida Limited Liability Corporation, "Lessee" whose address is 1618 Main Street, Sarasota, Florida, 34236, who hereby swears and affirms:

The original Memorandum of Lease in this matter was filed in the Sarasota County Official Records Instrument No. 2006107331 on June 9, 2006. This Supplemental Memorandum of Lease is filed to recite the cancellation of an earlier Memorandum of Lease and an Affidavit, as follows:

Memorandum of Lease recorded in OR Book 2803, page 189, reciting date of Lease of September 26, 1995 together with Affidavit regarding Lease recorded in OR Instrument No. 2003199010 on September 30, 2003, referring to Lease executed on March 23, 1999, were terminated and replaced by Lease referred to in OR Instrument No. 2006107331 recorded on June 9, 2006. Pertinent Lease pages are attached to this Supplemental Memorandum of Lease for reference.

IN WITNESS WHEREOF, the Lessee has executed this Supplemental Memorandum of Lease as of the date set forth in the acknowledgment.

Witnesses:

VENICE JET CENTER, LLC

By: _____
Arthur Nadel,
Member

Print E. G. BOONE

Print JACQUELINE BAUR

"LESSEE"

STATE OF FLORIDA
COUNTY OF SARASOTA

SWORN TO and subscribed in my presence this 1st day of September, 2006 by Arthur Nadel, Member of Venice Jet Center, a Florida Limited Liability Corporation, as Lessee, who is personally known to me or produced ___n/a___ as identification.

NOTARY PUBLIC

_____
Stamp/Seal  **Margaret R. Williamson**

Margaret R. Williamson
Commission #DD333815
Expires: Jan 22, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

B148-12389\suppmemolease

# LEASE

This lease is made and executed on the 23rd day of May, 2006, by and between the CITY OF VENICE, a Florida municipality, herein referred to as "lessor", and VENICE JET CENTER, LLC, a Florida limited liability company, herein referred to as "lessee".

WHEREAS, lessor is the owner and operator of the Venice Municipal Airport; and

WHEREAS, the premises are currently leased by the lessor to TRIPLE DIAMOND ENTERPRISES, LLC pursuant to two leases dated September 26, 1995 and March 23, 1999, both as amended; and

WHEREAS, the purpose of this lease is to consolidate the two leaseholds and to replace the September 26, 1995 and March 23, 1999 leases with one lease.

NOW THEREFORE, in consideration of the covenants and promises contained herein, the parties agree as follows:

## 1. DESCRIPTION OF PREMISES

Lessor leases to lessee and lessee rents from lessor, for the purpose of conducting business as a fixed base operator, and for no other purpose, the following described premises located in Venice, Florida:

Exhibit "A" attached hereto.

As used in this lease, the term "premises" refers to the real property described above and to any improvement located on the property from time to time during the term of this lease.

## 2. TERM

The initial term of this lease shall be for 25 years, commencing on June 1, 2006 and ending

1

## 45. DEMOLITION AND CONSTRUCTION OF IMPROVEMENTS

On or before May 31, 2011 the lessee shall, at lessee's sole expense, demolish the two aircraft hangars currently located on the premises; design, permit and construct an aircraft hangar consisting of at least 10,000 square feet; and apply a new Northern Mediterranean exterior finish to the administration building currently located on the premises.

The plans and specifications for these improvements shall be submitted to the lessor for lessor's approval and permitting and construction shall not commence until the lessee obtains written approval of the plans and specifications from the lessor.

LESSOR

CITY OF VENICE, FLORIDA

BY: _____
Fred Hammett, MAYOR

ATTEST:

_____
LORI STELZER, City Clerk

Approved By City Council

Date: 5-23-2006

LESSEE

VENICE JET CENTER, LLC

BY: _____
ARTHUR NADEL, MEMBER

_____
Colleen E. Wil...

25