UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.      CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL, SCOOP CAPITAL, INC.,
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY FUND, LTD.,
VICTORY IRA FUND, LLC,
VIKING IRA FUND, LTD.,
VIKING FUND, LLC, and
VIKING MANAGEMENT, LLC,

    Relief Defendants.

_____/

**O R D E R**

Upon due consideration of the Receiver's submissions, it is ordered and adjudged as follows:

1) The City of Venice, Florida, shall file a response to the Receiver's motion filed December 11, 2009, at docket 254, seeking approval of the sale of the assets of the Venice Jet Center and agreement with Northern Trust, N.A., on or before December 28, 2009.

2) Because the Receiver's certificate of service does not reflect service of a copy of the motion on the City, the Receiver shall immediately serve a copy of the motion, together with a copy of this order, on the City, and shall file a certificate of service reflecting such service.

3) The Receiver shall also furnish this Court with a courtesy copy of the motion and all of its attachments within five (5) days of this order.

**DONE AND ORDERED** at Tampa, Florida, on December 14, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record