UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

        Defendants,

CASE NO.: 8:09-cv-0087-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

        Relief Defendants.
_____/

## NOTICE OF SERVICE

Pursuant to this Court's Order dated December 14, 2009, Burton W. Wiand, as Receiver (the "Receiver"), by and through the undersigned counsel, provides this notice of service:

On December 11, 2009, a true and correct copy of the Receiver's Motion for Approval of Sale of the Assets of the Venice Jet Center and Agreement with Northern Trust was served without exhibits upon the following by electronic mail and United States Mail:

Robert C. Anderson, Esq.
City Attorney for the City of Venice, Florida

Hall & Anderson, P.A.
1314 East Venice Avenue Suite E
Venice, Florida 34285
Email: randerson@hall-anderson.com

On December 14, 2009, a true and correct copy of (1) the exhibits to the Receiver's Motion for Approval of Sale of the Assets of the Venice Jet Center and Agreement with Northern Trust (along with a filed stamped copy of the Motion); and (2) this Court's Order dated December 14, 2009, [Dkt. 255] was served upon the following by Federal Express, Priority Mail:

Robert C. Anderson, Esq.
City Attorney for the City of Venice, Florida
Hall & Anderson, P.A.
1314 East Venice Avenue Suite E
Venice, Florida 34285

Further, on December 14, 2009, a true and correct copy of this Court's Order dated December 14, 2009, [Dkt. 255] was also served upon the following by electronic mail:

Robert C. Anderson, Esq.
City Attorney for the City of Venice, Florida
Hall & Anderson, P.A.
1314 East Venice Avenue Suite E
Venice, Florida 34285
Email: randerson@hall-anderson.com

s/ Gianluca Morello
Gianluca Morello, FBN 034997
gmorello@wiandlaw.com
WIAND GUERRA KING P.L.
3000 Bayport Drive, Suite 600
Tampa, FL 33607
Tel.: (813) 347-5100
Fax: (813) 347-5155

*Attorney for the Receiver, Burton W. Wiand*