UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

        Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT

        Relief Defendants.
_____/

CASE NO. 8:09-cv-87-T-26TBM

## PLAINTIFF'S NOTICE OF UNAVAILABILITY

Scott A. Masel, counsel for plaintiff Securities and Exchange Commission, hereby advises the Court that he will be unavailable from December 17, 2009 through January 5, 2010, and respectfully requests that no hearings or other matters be scheduled during these dates.

December 15, 2009                  Respectfully submitted,

                                  By:    s/ Scott A. Masel
                                            Scott A. Masel
                                            Senior Trial Counsel
                                            Florida Bar No. 0007110
                                            Direct Dial: (305) 982-6398
                                            E-mail: masels@sec.gov
                                            *Lead and Trial Counsel*
                                            Attorney for Plaintiff

**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Burton W. Wiand, Esq.
Wiand Guerra King P.L.
3000 Bayport Drive, Suite 600
Tampa, FL 33607
Telephone: (813) 347-5100
Facsimile: (813) 347-5199
*Court-appointed Receiver for Corporate Defendants*
*and Relief Defendants*

Gianluca Morello, Esq.
Wiand Guerra King P.L.
3000 Bayport Drive, Suite 600
Tampa, FL 33607
Telephone: (813) 347-5100
Facsimile: (813) 347-5199
Email: grmorello@wiandlaw.com
*Counsel for Receiver Burton W. Wiand*

Maya M. Lockwood, Esq.
Wiand Guerra King P.L.
3000 Bayport Drive, Suite 600
Tampa, FL 33607
Telephone: (813) 347-5100
Facsimile: (813) 347-5199
Email: mlockwood@wiandlaw.com
*Co-counsel for Receiver Burton W. Wiand*

I further certify that on the same date I mailed the foregoing document and the notice of electronic filing by U.S. Mail or as indicated below to the following non-CM/ECF participant:

Arthur G. Nadel
Register No. 50690-018
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY  10007
Via U.S. Mail

                                              s/ Scott A. Masel
                                              Scott A. Masel, Esq.