**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

        Defendants,

CASE NO.: 8:09-cv-0087-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

        Relief Defendants.
_____/

## NOTICE OF SERVICE
(Amended as to Certificate of Service)

Pursuant to this Court's Order dated December 14, 2009, Burton W. Wiand, as Receiver (the "Receiver"), by and through the undersigned counsel, provides this notice of service:

On December 11, 2009, a true and correct copy of the Receiver's Motion for Approval of Sale of the Assets of the Venice Jet Center and Agreement with Northern Trust was served without exhibits upon the following by electronic mail and United States Mail:

Robert C. Anderson, Esq.

City Attorney for the City of Venice, Florida
Hall & Anderson, P.A.
1314 East Venice Avenue Suite E
Venice, Florida 34285
Email: randerson@hall-anderson.com

On December 14, 2009, a true and correct copy of (1) the exhibits to the Receiver's Motion for Approval of Sale of the Assets of the Venice Jet Center and Agreement with Northern Trust (along with a filed stamped copy of the Motion); and (2) this Court's Order dated December 14, 2009, [Dkt. 255] was served upon the following by Federal Express, Priority Mail:

Robert C. Anderson, Esq.
City Attorney for the City of Venice, Florida
Hall & Anderson, P.A.
1314 East Venice Avenue Suite E
Venice, Florida 34285

Further, on December 14, 2009, a true and correct copy of this Court's Order dated December 14, 2009, [Dkt. 255] was also served upon the following by electronic mail:

Robert C. Anderson, Esq.
City Attorney for the City of Venice, Florida
Hall & Anderson, P.A.
1314 East Venice Avenue Suite E
Venice, Florida 34285
Email: randerson@hall-anderson.com

        **s/ Gianluca Morello**
        Gianluca Morello, FBN 034997
        gmorello@wiandlaw.com
        WIAND GUERRA KING P.L.
        3000 Bayport Drive, Suite 600
        Tampa, FL  33607
        Tel.:   (813) 347-5100
        Fax:   (813) 347-5155

        *Attorney for the Receiver, Burton W. Wiand*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

    Arthur G. Nadel
    Register No. 50690-018
    MCC New York
    Metropolitan Correctional Center
    150 Park Row
    New York, NY 10007

    **s/ Gianluca Morello**
    Gianluca Morello, FBN 034997
    gmorello@wiandlaw.com
    WIAND GUERRA KING P.L.
    3000 Bayport Drive, Suite 600
    Tampa, FL 33607
    Tel.: (813) 347-5100
    Fax: (813) 347-5155

    *Attorney for the Receiver, Burton W. Wiand*