


Burton W. Wiand
Fowler White Boggs P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, Florida 33602

November 11, 2009
Invoice 729042
Tax # 59-1280172
Page 1
BWW/1090245

Re: **1090245**
Scoop Receivership - Representation of Scoop Receivership

**Professional Services Through 08/31/09**

**Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| 07/01/09 | Correspondence with R. Jernigan regarding Home Front Homes (.3); review daily reports from F. Morrissey (.2); correspondence with SEC regarding invoice (.3); correspondence with B. Price regarding funding and Viking fund (.5); office conference with C. Nelson and G. Morello regarding bill approval and legal strategy (.7); office conference with J. Liu regarding execution of confidentiality agreement and interest owned by C. Moody (1.0). | | | |
| | ASSET | BWW | | 3.00 hrs. |
| 07/02/09 | Conference call with J. Rizzo and V. Nik Nort of CB Richard Ellis to discuss EDS lease renewal proposal, CD communication agreement and building (1.0); correspondence with R. Jernigan regarding report review from F. Morrissey (.8); office conference with J. Rizzo regarding banking issues and various entities (.5); correspondence with M. Bentley regarding assets (.8). | | | |
| | ASSET | BWW | | 4.10 hrs. |
| 07/06/09 | Office discussions with C. Nelson, J. Rizzo and R. Jernigan regarding Subaru (.5); office discussions with C. Nelson regarding C. Moody (.7); lengthy office conference with J. Liu and C. Nelson regarding Bonds.com (1.0). | | | |
| | ASSET | BWW | | 2.20 hrs. |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

November 11, 2009  
Invoice 729042  
Page 2  
BWW/1090245

| | | | |
|---|---|---|---|
| 07/07/09 | Meeting with C. Moody and J. Rizzo regarding Moody assets (2.0); office discussion with C. Nelson regarding Laurel Mountain Preserve (.3); office discussion with J. Rizzo regarding website (.3); review interim receiver's report (1.0); office conference with G. Morello regarding Fruitville property (.5); communication with M. Hildreth regarding Home Front Homes (.5). | | |
| | ASSET BWW | | 4.60 hrs. |
| 07/08/09 | Telephone conference with S. Callahan and e-mails (.5); marketing meeting with B. Spaulding and V. Taylor regarding sale of Scoop real estate property (1.5); review information regarding Queens Wreath filing (.5); office conference with C. Nelson and J. Rizzo regarding matters for file and file motion with Court to acquire Viking Oil & Gas (1.5). | | |
| | ASSET BWW | | 4.00 hrs. |
| 07/13/09 | Office meeting with J. Rizzo regarding Georgia airplane hangars (.5); telephone conferences with J. Rizzo and Mule & Buck (.5). | | |
| | ASSET BWW | | 1.00 hrs. |
| 07/14/09 | Office meeting with A. Trehan regarding review and revision of motions to seize Viking Oil and Gas (.5); letters to P. Nadel (.3); telephone conference with N. Moody regarding Cayman accounts (.3); office conference with A. Trehan regarding Viking Oil and Gas (.3); telephone conference with N. Corsetti regarding administration of funds related to Cayman accounts (.5); review Viking International funds regarding records (.5). | | |
| | ASSET BWW | | 2.40 hrs. |
| 07/16/09 | Office discussion with G. Morello and C. Nelson regarding Bonds.com and the Moody's assets (.5); office conference with J. Liu regarding Bonds.com issue (.3); e-mails to D. Shobe and T. Gibbs regarding Bonds.com (.3); telephone conference with B. Banks regarding Nadel investors (.3). | | |
| | ASSET BWW | | 1.40 hrs. |
| 07/20/09 | Conference regarding action against Holland and Knight (1.5); review information regarding Perkins v. S. Gambrel & Gladwin Boyner (.3); | | |

Burton W. Wiand
Re: Scoop Receivership - Representation of Scoop Receivership

November 11, 2009
Invoice 729042
Page 3
BWW/1090245

|  |  |  |  |  |
|---|---|---|---|---|
|  | telephone conference with R. Shields and telephone conference with G. Burns (1.5); review and revise Profiteer letters and e-mail regarding same to K. Salo and C. Nelson (.5); attention to Georgia matter (.3). | | | |
|  | | ASSET | BWW | 4.10 hrs. |
| 07/21/09 | Telephone conference with J. Rizzo and P. and J. Downey of Quest Energy regarding status of Viking Oil & Gas (1.0); office discussions with C. Nelson regarding Bonds.com and need to reply to Motions (1.0). | | | |
|  | | ASSET | BWW | 2.00 hrs. |
| 07/22/09 | Conferences regarding Bonds.com stock. | | | |
|  | | ASSET | BWW | 0.40 hrs. |
| 07/24/09 | Office conference with C. Nelson regarding Bonds. com litigation. | | | |
|  | | ASSET | BWW | 0.60 hrs. |
| 07/28/09 | Office conference with H. Brownlee regarding comments to term sheet and review same. | | | |
|  | | ASSET | BWW | 0.50 hrs. |
| 07/31/09 | Telephone conference with J. Rizzo regarding comments to term sheet (.2); telephone conference with J. Rizzo, N. Armour and R. Jernigan regarding Garren Creek house (.7). | | | |
|  | | ASSET | BWW | 0.90 hrs. |
| 08/05/09 | Office conference with C. Nelson regarding Queens Wreath (.5); receipt and review of Judge Lazarra's Order on Bonds.com (.5); office meeting with J. Liu and J. Rizzo regarding same (.5); review materials from J. Liu regarding Bonds.com prior to telephonic conference (.3); office meeting and telephone conference with J. Liu and J. Berry with C. O'Loughlin regarding Bonds.com (.8); preparation of language for G. Morello's inclusion into Motion (.5); office conference with G. Morello regarding same (.5). | | | |
|  | | ASSET | BWW | 3.60 hrs. |
| 08/06/09 | Office conference with C. Puntil regarding Quest (.2); office conference | | | |

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

November 11, 2009  
Invoice 729042  
Page 4  
BWW/1090245

|  |  |  |  |
|---|---|---|---|
|  | with G. Morello regarding Bishop foreclosure (.4); office conference with A. Trehan regarding Johnson Pope and Holland and Knight suit (.5).<br>ASSET    BWW | 1.10 hrs. |
| 08/07/09 | Office conference with G. Morello regarding A. Nadel's counsel letter.<br>ASSET    BWW | 0.30 hrs. |
| 08/10/09 | Telephone conference with S. Callahan regarding Venice Jet Center (.5); review filings in local court actions (.5); telephone conference with R. Turffs (.5); telephone conference with G. Miller regarding Venice Jet Center (.3); telephone conference with J. Liu regarding Bonds.com and 13D filing (.8); preparation of motion regarding B. Bishop's Home Front Homes contempt and office conference with K. Liever regarding same (1.0); preparation of letter to M. Gombiner regarding A. Nadel's cooperation (.8); office meeting with A. Trehan, C. Nelson and G. Morello regarding motion for leave to retain counsel and 3rd interim report (1.0); correspondence to S. Masel regarding motion for leave (.6).<br>ASSET    BWW | 6.00 hrs. |
| 08/11/09 | Office meeting with A. Trehan regarding motion for leave to retain counsel (1.5); telephone conference with S. Masel and A. Trehan regarding same (.3); e-mails with G. Burns (.2); office conference with C. Nelson regarding Nadel accounts and commissions instituting claims against profiteers, motion for acquisition of jewelry from Queens Wreath (.5); office conference with G. Morello (.5); office conference with J. Liu regarding form 13D and Form 3 to be filed (.5); office conference with J. Rizzo regarding administration of case and status update; foreclosure action (.2); motion for contempt (.5).<br>ASSET    BWW | 4.20 hrs. |
| 08/12/09 | Telephone conference with S. Masel, B. Levinson and A. Trehan regarding hiring G. Burns.<br>ASSET    BWW | 0.50 hrs. |
| 08/14/09 | Telephone conference with B. Bishop and e-mails to H. Miller.<br>ASSET    BWW | 0.50 hrs. |

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

November 11, 2009  
Invoice 729042  
Page 5  
BWW/1090245

| Date | Description | Code | Atty | Hours |
|---|---|---|---|---|
| 08/19/09 | Office conference with G. Morello regarding correspondence with R. Brodsky. | ASSET | BWW | 0.30 hrs. |
| 08/21/09 | Telephone conference with G. Reye of Northern Trust (.5); office meeting with R. Jernigan (.8); office meeting with J. Liu regarding Bonds.com (.8); meeting with A. DeSpain and G. Morello (.3). | ASSET | BWW | 2.40 hrs. |
| 08/26/09 | Office conference with G. Morello regarding Paolino response. | ASSET | BWW | 0.30 hrs. |
| 08/28/09 | Office meeting with J. Rizzo regarding status (.5); office meeting with G. Burns and J. Coleman with G. Morello regarding Holland & Knight lawsuit (.8). | ASSET | BWW | 1.30 hrs. |

**TOTAL Asset Analysis and Recovery**     **$18,095.00**     **51.70 hrs.**

**Asset Disposition**

| Date | Description | Code | Atty | Hours |
|---|---|---|---|---|
| 07/07/09 | Telephone conference with S. Calahan regarding Home Front Homes. | ASSETDIS | BWW | 0.30 hrs. |
| 07/13/09 | Telephone conference with J. Rizzo, N. Lee, Esq., D. Pepper and C. Walker regarding Tradewind, LLC purchase (.2); review correspondence from E. Niemoth (.3); office discussion with J. Liu regarding Bonds.com and review documents (.5); office meeting with A. Trehan and C. Nelson regarding motion to acquire Viking Oil and Gas assets (1.5). | ASSETDIS | BWW | 2.50 hrs. |
| 07/14/09 | Telephone conference with B. Price regarding Home Front Homes financing information (.3); office conference with J Rizzo regarding potential sale of Venice Jet Center (.5). | ASSETDIS | BWW | 0.80 hrs. |

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

November 11, 2009  
Invoice 729042  
Page 6  
BWW/1090245

| | | | |
|---|---|---|---|
| 07/16/09 | Telephone conference with J. Powell regarding interest in Venice Jet Center (.5); office meeting with J. Rizzo regarding properties (.5); conferences with potential buyers of Venice Jet Center and R. Jernigan (1.5); telephone conference with J. Jernigan (.5); telephone conference with M. Hildreth and e-mails (.5); e-mails and telephone conferences with S. Callahan regarding Home Front Homes (1.5); review information regarding Fruitville and telephone conference with R. Jernigan and J. Rizzo regarding same (.5). | | |
| | ASSETDIS BWW | | 5.50 hrs. |
| 07/17/09 | Preparation of memo to S. Callahan regarding Home Front Homes (1.0); e-mails with F. Morrissey (.3); telephone conference regarding assistance with motion for preparation of an Order (.3); telephone conference with S. Callahan regarding Home Front Homes (.3); meeting with J. Rizzo regarding assets (1.0). | | |
| | ASSETDIS BWW | | 2.90 hrs. |
| 07/21/09 | Telephone conference with S. Callahan regarding Home Front Homes (1.0); telephone conference with M. Goldberg (.3); telephone conference with R. Jernigan regarding Home Front Homes (.2); telephone conference with J. McDaniels (.3); review Downeys' information (.5). | | |
| | ASSETDIS BWW | | 2.30 hrs. |
| 07/22/09 | Office discussion with G. Morello regarding telephone conference with H. Franklin & Co. and with J. Rizzo regarding Laurel Mountain Preserve (.8); accept service from Home Front Homes foreclosure property and review documents (.3); office conference with C. Nelson regarding response to Judge Lazarra's Order relating to Home Front Homes sale negotiations (2.0); conferences with S. Callahan, K. Kendrick, C. Nelson, D. Kirk and R. Jernigan (2.5). | | |
| | ASSETDIS BWW | | 5.60 hrs. |
| 07/23/09 | Office meeting with D. Kirk and C. Nelson regarding sale of Home Front Homes (1.0); office meeting with J. Rizzo regarding P. Nadel (.5); communications with R. Jernigan regarding Venice Jet Center (.5); meeting with G. Burns and J. Coleman along with G. Morello regarding Holland & Knight lawsuit (1.0); office meeting with H. Brownlee | | |

Burton W. Wiand
Re: Scoop Receivership - Representation of Scoop Receivership

November 11, 2009
Invoice 729042
Page 7
BWW/1090245

          regarding Home Front Homes term sheet (1.8); review Home Front Homes term sheet (1.0).

|  |  |  |
|---|---|---|
| ASSETDIS | BWW | 6.30 hrs. |

07/24/09   Office conferences with J. Rizzo regarding Laurel Mountain Preserve (.5); telephone conference with R. Jernigan regarding Home Front Homes (.5); review and revise Home Front Homes binding term sheet and office conferences with H. Brownlee regarding sale of Home Front Homes (2.2).

|  |  |  |
|---|---|---|
| ASSETDIS | BWW | 3.20 hrs. |

07/28/09   Telephone conference with J. Rizzo regarding letters of intent regarding Venice Jet Center.

|  |  |  |
|---|---|---|
| ASSETDIS | BWW | 0.50 hrs. |

08/01/09   Several telephone conferences with S. Callahan regarding financing.

|  |  |  |
|---|---|---|
| ASSETDIS | BWW | 1.00 hrs. |

08/04/09   Review and revise Home Front Homes term sheet (1.0); office meeting with J. Rizzo regarding administrative details (.5); several conferences with D. Doyle (.5); several conferences with S. Callahan regarding Home Front Homes (.5).

|  |  |  |
|---|---|---|
| ASSETDIS | BWW | 2.50 hrs. |

08/05/09   Meeting with J. Liu regarding 13D (.3); finalization of Home Front Homes deal (1.0); telephone conference with I. Turner regarding Venice Jet Center meeting (.2).

|  |  |  |
|---|---|---|
| ASSETDIS | BWW | 1.50 hrs. |

08/06/09   Office conferences with G. Morello regarding motion to include Home Front Homes in Receivership (.3); telephone conferences with M. Hildreth and e-mails to M. Hildreth regarding M&I Bank records (.5); telephone conference with G. Burns regarding Home Front Homes and negotiation of fee contingency regarding Holland & Knight (.3); telephone conferences with M. Goldberg and M. Addison (.5); office

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

November 11, 2009  
Invoice 729042  
Page 8  
BWW/1090245

| | | | | |
|---|---|---|---|---|
| | conference with J. Rizzo and R. Jernigan regarding Laurel Preserve (.5). | | | |
| | | ASSETDIS | BWW | 2.10 hrs. |
| 08/10/09 | Telephone conference with H. Bubil, Herald Tribune reporter, regarding Home Front Homes (.3); telephone conference with H. Miller (.3); review 13D for Bonds.com (.5); telephone conference with potential buyer of Venice Jet Center (.5). | | | |
| | | ASSETDIS | BWW | 1.60 hrs. |
| 08/12/09 | Home Front Homes discussion with K. Liever. | | | |
| | | ASSETDIS | BWW | 0.50 hrs. |
| 08/14/09 | Review documents pdf'd from R. Jernigan regarding Home Front Homes (.3); office discussion with J. Rizzo regarding sale of gas station (.5). | | | |
| | | ASSETDIS | BWW | 0.80 hrs. |
| 08/20/09 | Telephone conference with potential buyer regarding Venice Jet Center (.3); telephone conference with M. Hiller regarding Venice Jet Center (.3); receipt and review Holland & Knight claim (1.0); receipt, review and edit Paolino Motion to Enjoin (1.0). | | | |
| | | ASSETDIS | BWW | 2.60 hrs. |
| 08/28/09 | Office meeting with G. Morello and C. Nelson regarding latest developments (.5); telephone conference with M. Grammatica (.5). | | | |
| | | ASSETDIS | BWW | 1.00 hrs. |
| 08/31/09 | Office meeting with R. Jernigan regarding Venice Jet Center (.5); office conference with J. Rizzo regarding potential sale of real estate and review documentation regarding same (.5); review listing agreements sent by J. Skicewicz (.3); office meeting with M. Grammatica, J.C. Calder and R. Jernigan regarding sale of Home Front Homes (1.2); review documents (.5); several telephone conferences with M. Grammatica and R. Jernigan regarding same (.8). | | | |
| | | ASSETDIS | BWW | 3.80 hrs. |

**TOTAL Asset Disposition**      **$16,555.00**      47.30 hrs.

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

November 11, 2009  
Invoice 729042  
Page 9  
BWW/1090245

**Business Operations**

| | | | | |
|---|---|---|---|---|
| 07/10/09 | Telephone conference with B. Price (.3); multiple conferences with C. Nelson regarding potential actions against the Moodys (2.0); multiple discussions with J. Rizzo (.5); conference call with Morgan Bentley and J. Rizzo (.5). | | | |
| | BUSINESS | BWW | | 3.30 hrs. |
| 07/13/09 | Office conference with J. Rizzo and R. Jernigan regarding Tradewind, LLC lease of Hixson (.2); e-mail to M. Hildreth regarding Home Front Homes (.5); telephone conference with R. Jernigan regarding Venice Jet Center (.5). | | | |
| | BUSINESS | BWW | | 1.20 hrs. |
| 07/15/09 | Office conference with C. Nelson regarding Motions to Seize Bonds.com (.5); office conference with J. Rizzo regarding Cayman Island and Queens Wreath accounts (.5); office meeting with C. Poser, D. Knight, B. Glenn and C. Nelson regarding acquisition of Moody's assets (1.0); telephone conference with S. Masel regarding UBS (.5); e-mails with M. Bentley regarding assets and settlement (.5); correspondence with R. Jernigan regarding leases (.3); office meeting with J. Rizzo regarding Newnan hangars and potential SEC settlement (.5); telephone conference with E. Loughlin regarding litigation accounts in connection with disgorgement waiver justification forms with Receivership (.5); review information on Venice Jet Center relative to City action (.5); execution of checks for Laurel Mountain Preserve (.2); execution checks for Tradewinds (.2); consult with J. Rizzo regarding notification of Quest Energy (.5); review Quest Energy memo with A. Trehan (.5). | | | |
| | BUSINESS | BWW | | 6.20 hrs. |
| 07/16/09 | Office conference with J. Liu regarding Bonds.com 13D filing. | | | |
| | BUSINESS | BWW | | 0.50 hrs. |
| 07/20/09 | Office meeting with R. Jernigan and sign payroll checks and other administrative checks, etc. (.5); office meeting with J. Rizzo (.3); Fruitville property insurance (1.0); telephone conferences with R. | | | |

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

November 11, 2009  
Invoice 729042  
Page 10  
BWW/1090245

|  |  |  |  |
|---|---|---|---|
|  | Jernigan and telephone conference with C. Carlo regarding Venice Jet Center (1.0); review articles (.3); meeting with R. Jernigan (.3); preparation of letter to Anderson and City of Venice (1.0); telephone conference with L. Jones regarding hangar properties (.3). | BUSINESS     BWW | 4.70 hrs. |
| 08/04/09 | Office meeting with R. Jernigan regarding payroll and administrative issues.<br>BUSINESS     BWW | | 0.50 hrs. |
| 08/07/09 | Telephone conferences with J. Liu regarding 13D filing (.8); telephone conferences with R. Leply regarding violation of permit, code enforcement officer (.5); office conference with J. Rizzo regarding Florida Unemployment Division regarding Notice of Benefits (.3).<br>BUSINESS     BWW | | 1.60 hrs. |
| 08/10/09 | Several telephone conferences with R. Jernigan regarding meeting.<br>BUSINESS     BWW | | 2.00 hrs. |
| 08/10/09 | Travel to Venice Jet Center for meeting with City officials, I. Turner, D. Levine, DC Attorney and R. Jernigan (1/2 hourly rate).<br>BUSINESS     BWW | | 2.00 hrs. |

**TOTAL Business Operations**                                $7,350.00                **22.00 hrs.**

## Case Administration

| | | | |
|---|---|---|---|
| 07/09/09 | Round trip travel to New York City (1/2 hourly rate).<br>CASE     BWW | | 5.00 hrs. |
| 07/09/09 | Office conference with A. Trehan regarding preparations for New York City (.2); office discussion with D. Pearlman regarding same (.4); Attend A. Nadel bail hearing (5.0).<br>CASE     BWW | | 5.60 hrs. |

Burton W. Wiand
Re: Scoop Receivership - Representation of Scoop Receivership

November 11, 2009
Invoice 729042
Page 11
BWW/1090245

| | | | |
|---|---|---|---|
| 07/13/09 | Telephone conference and e-mail exchanges with R. Brodsky regarding P. Nadel.<br>CASE BWW | | 0.50 hrs. |
| 07/16/09 | Communication with J. Connelly regarding insurance for Receivership property.<br>CASE BWW | | 0.30 hrs. |
| 07/22/09 | Telephone conference with Waters Edge Group Mark, L.P. and preparation of waiver letter to W. Golson regarding Holland & Knight lawsuit (.5); meeting with insurance agent, John Connelly for Fruitville Rd (1.0)<br>CASE BWW | | 1.50 hrs. |
| 07/23/09 | Review and revise Third Interim Report and office conference with A. Trehan regarding the same.<br>CASE BWW | | 1.00 hrs. |
| 08/04/09 | Meeting with A. Trehan regarding Third Interim Report (.5); office discussion with A. Trehan regarding Third Interim Report and revisions to same (.5);<br>CASE BWW | | 1.00 hrs. |
| 08/11/09 | Office conference with A. Trehan regarding Third Interim Report and revisions to same.<br>CASE BWW | | 0.50 hrs. |
| 08/13/09 | Office conference with A. Trehan regarding Third Interim Report.<br>CASE BWW | | 0.30 hrs. |
| 08/14/09 | Review and edits to 3rd interim report with A. Trehan (1.0); office discussion with J. Rizzo regarding updates and status (.3).<br>CASE BWW | | 1.30 hrs. |
| 08/20/09 | Office discussion with G. Morello regarding boxes of evidence and Department of Justice request (.5); telephone conference with S. Masel | | |

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

November 11, 2009  
Invoice 729042  
Page 12  
BWW/1090245

and G. Morello regarding boxes of evidence (.5); preparation of letter to Judge Koehlt regarding custody of records (1.2).

|  | CASE | BWW | 2.20 hrs. |
|---|---|---|---|

**TOTAL Case Administration**   **$5,845.00**   **19.20 hrs.**

### Work on Fees Application

07/08/09   No Charge: Office meeting with A. Trehan regarding billing.
|  | WFEES | BWW | 0.40 hrs. |
|---|---|---|---|

08/26/09   No Charge: Review and revise pre-bills.
|  | WFEES | BWW | 0.50 hrs. |
|---|---|---|---|

**TOTAL Work on Fees Application**   **$0.00**   **0.90 hrs.**

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Burton W Wiand | 0.90 | 0.00 | 0.00 |
| Burton W Wiand | 7.00 | 175.00 | 1,225.00 |
| Burton W Wiand | 133.20 | 350.00 | 46,620.00 |
| TOTAL | 141.10 |  | 47,845.00 |

**Fees for Professional Services Rendered**.................................................... $   47,845.00

### Disbursements Through 08/31/09

| 08/04/09 | VENDOR: Wiand, Burton, W.; INVOICE#: AMEX/071709 - American Express - Taxi in NYC to Attend Bail Hearing on 07/10/09 | 50.00 |
|---|---|---|
| 08/05/09 | Long Distance Telephone | 18.39 |

**Total Disbursements** ................................................................................... $   68.39

Burton W. Wiand  
Re: Scoop Receivership - Representation of Scoop Receivership

November 11, 2009  
Invoice 729042  
Page 13  
BWW/1090245

## TOTALS FOR THIS INVOICE

| | |
|---|---:|
| Fees for Professional Services................................................................................ | 47,845.00 |
| Disbursements ......................................................................................................... | 68.39 |
| **TOTAL DUE FOR THIS INVOICE**............................................................... $ | **47,913.39** |



Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602

November 11, 2009  
Invoice 729042  
Tax # 59-1280172  
BWW/1090245

Re: **1090245**
   Scoop Receivership - Representation of Scoop Receivership

\*\*\*REMITTANCE ADVICE\*\*\*

Payment is due upon receipt.  
Please remit this page with your payment.

| | |
|---|---:|
| **Fees Due This Invoice** | 47,845.00 |
| **Disbursements Due This Invoice** | 68.39 |
| **TOTAL DUE FOR THIS MATTER**................................................................................$ | 47,913.39 |

FOWLER WHITE BOGGS P.A.  
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE  
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601  
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM  
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES