


**FOWLER WHITE BOGGS**
Attorneys at Law
EST 1943

EXHIBIT D

Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602

November 10, 2009  
Invoice 729043  
Tax # 59-1280172  
Page 1  
BWW/1090831

Re: **1090831**
**Scoop Receivership - Home Front Homes v. Brian Bishop**

**Professional Services Through 08/31/09**

### Asset Analysis and Recovery

| Date | Description | | | Hours |
|---|---|---|---|---|
| 07/23/09 | Conference with Carl Nelson regarding bringing Home Front Homes into the receivership. | | | |
| | ASSET | BWW | | 0.30 hrs. |
| 08/11/09 | Meeting with K. Lierver regarding revisions to Motion for Entry of Order Finding Defendant in Contempt and Imposing Sanctions. | | | |
| | ASSET | BWW | | 0.20 hrs. |
| **TOTAL Asset Analysis and Recovery** | | | **$175.00** | **0.50 hrs.** |

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Burton W Wiand | 0.50 | 350.00 | 175.00 |
| TOTAL | 0.50 | | 175.00 |

Fees for Professional Services Rendered.................................................... $ 175.00

### TOTALS FOR THIS INVOICE

Fees for Professional Services............................................................................. 175.00  
Disbursements ................................................................................................... 0.00  
**TOTAL DUE FOR THIS INVOICE**................................................................. $ **175.00**

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES