


Burton W. Wiand
Fowler White Boggs P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, Florida 33602

November 10, 2009
Invoice 732071
Tax # 59-1280172
Page 1
BWW/1090832

Re: **1090832**
**Scoop Receivership - Carolina Mountain Land Conservancy**

**Professional Services Through 08/31/09**

**Asset Analysis and Recovery**

| Date | Description | | | Hours |
|---|---|---|---|---|
| 07/06/09 | Office conference with C. Nelson regarding easement. | | | |
| | | ASSET | BWW | 0.20 hrs. |
| 07/14/09 | Office conference with C. Nelson regarding easement. | | | |
| | | ASSET | BWW | 0.40 hrs. |
| | **TOTAL Asset Analysis and Recovery** | | $210.00 | 0.60 hrs. |

**Summary of Fees**

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Burton W Wiand | 0.60 | 350.00 | 210.00 |
| TOTAL | 0.60 | | 210.00 |

**Fees for Professional Services Rendered**.................................................... $ 210.00

**TOTALS FOR THIS INVOICE**

Fees for Professional Services........................................................................ 210.00
Disbursements ............................................................................................... 0.00
**TOTAL DUE FOR THIS INVOICE**............................................................... $ 210.00

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES