Securities and Exchange Commission v. Nadel et al





# FOWLER WHITE BOGGS
Attorneys at Law EST 1943

Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602

November 10, 2009  
Invoice 732070  
Tax # 59-1280172  
Page 1  
BWW/1090822

Re: **1090822**  
**Scoop Receivership - Recovery from Investors**

### Professional Services Through 08/31/09

**Asset Analysis and Recovery**

| | | | | |
|---|---|---|---|---|
| 07/08/09 | Conference with C. Nelson regarding Yip. | | | |
| | | ASSET | BWW | 0.30 hrs. |
| 08/28/09 | Office conference with C. Nelson regarding Yip settlement. | | | |
| | | ASSET | BWW | 0.30 hrs. |
| | **TOTAL Asset Analysis and Recovery** | | **$210.00** | **0.60 hrs.** |

**Case Administration**

| | | | | |
|---|---|---|---|---|
| 08/05/09 | Conferences with J. Rizzo, C. Nelson and S. Kella regarding depositing checks. | | | |
| | | CASE | BWW | 0.30 hrs. |
| | **TOTAL Case Administration** | | **$105.00** | **0.30 hrs.** |

FOWLER WHITE BOGGS P.A.  
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601  
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM  
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Burton W. Wiand  
Re: Scoop Receivership - Recovery from Investors

November 10, 2009  
Invoice 732070  
Page 2  
BWW/1090822

### Summary of Fees

|                | Hours | Rate/Hr | Dollars |
|----------------|-------|---------|---------|
| Burton W Wiand | 0.90  | 350.00  | 315.00  |
| TOTAL          | 0.90  |         | 315.00  |

Fees for Professional Services Rendered……………………………………………… $ 315.00

### TOTALS FOR THIS INVOICE

| | |
|---|---|
| Fees for Professional Services……………………………………………………………… | 315.00 |
| Disbursements ………………………………………………………………………………… | 0.00 |
| **TOTAL DUE FOR THIS INVOICE**……………………………………………………… $ | **315.00** |