


FOWLER WHITE BOGGS
Attorneys at Law
Est 1943

EXHIBIT G

Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602  

November 10, 2009  
Invoice 732072  
Tax # 59-1280172  
Page 1  
BWW/1091073  

Re: **1091073**  
**Scoop Receivership - Recovery of Assets from Chris & Neil Moody**

**Professional Services Through 08/31/09**

**Asset Analysis and Recovery**

| Date | Description | | | Hours |
|---|---|---|---|---|
| 07/07/09 | Office conference with C. Nelson regarding Bonds.com and queens wreath jewelry (1.2); meeting with C. Nelson, Mr. Knight and C. Moody regarding transfer of assets (1.3). | | | |
| | ASSET | BWW | | 2.50 hrs. |
| 07/08/09 | Office conference with C. Nelson regarding jewelry (.5); meeting with K. Applyby regarding C. Moody's assests (.2). | | | |
| | ASSET | BWW | | 0.70 hrs. |
| 07/10/09 | Office conference with J. Rizzo, C. Nelson and M. Bentley regarding jewels and other Moody assets (1.0); office meeting with C. Nelson, Mr. Knight, Mr. Posser and Mr. Glen regarding Moody assets (1.0). | | | |
| | ASSET | BWW | | 2.00 hrs. |
| 08/07/09 | Office conference with C. Nelson regarding additional asset recovery. | | | |
| | ASSET | BWW | | 0.50 hrs. |
| 08/18/09 | Office conference with C. Nelson regarding jewelry. | | | |
| | ASSET | BWW | | 0.30 hrs. |
| 08/21/09 | Office conference with C. Nelson regarding Paolino. | | | |
| | ASSET | BWW | | 1.00 hrs. |

FOWLER WHITE BOGGS P.A.  
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601  
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM  
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Burton W. Wiand
Re: Scoop Receivership - Recovery of Assets from Chris & Neil Moody

November 10, 2009
Invoice 732072
Page 2
BWW/1091073

| | | | | |
|---|---|---|---|---|
| 08/28/09 | Office conference with C. Nelson regarding Paolino. | | | |
| | ASSET | BWW | | 0.30 hrs. |

**TOTAL Asset Analysis and Recovery**        $2,555.00        7.30 hrs.

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Burton W Wiand | 7.30 | 350.00 | 2,555.00 |
| TOTAL | 7.30 | | 2,555.00 |

Fees for Professional Services Rendered.................................................... $    2,555.00

### TOTALS FOR THIS INVOICE

| | |
|---|---|
| Fees for Professional Services........................................................................ | 2,555.00 |
| Disbursements................................................................................................. | 0.00 |
| **TOTAL DUE FOR THIS INVOICE**.................................................................. $ | **2,555.00** |