


EXHIBIT H

| | |
|---|---|
| Burton W. Wiand | November 10, 2009 |
| Fowler White Boggs P.A. | Invoice 732066 |
| 501 East Kennedy Blvd., Suite 1700 | Tax # 59-1280172 |
| Tampa, Florida 33602 | Page 1 |
| | BWW/1091022 |

Re: **1091022**
**Scoop Receivership - Recovery of Commissions**

**Professional Services Through 08/31/09**

**Asset Analysis and Recovery**

| 07/20/09 | Office conference with D. Pearlman and M. Lamont regarding commissions recovery. | | | |
|---|---|---|---|---|
| | | ASSET | BWW | 0.30 hrs. |

| 07/27/09 | Office conference with D. Pearlman regarding research results. | | | |
|---|---|---|---|---|
| | | ASSET | BWW | 0.30 hrs. |

| **TOTAL Asset Analysis and Recovery** | **$210.00** | **0.60 hrs.** |
|---|---|---|

**Summary of Fees**

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Burton W Wiand | 0.60 | 350.00 | 210.00 |
| TOTAL | 0.60 | | 210.00 |

**Fees for Professional Services Rendered**............................................................ $   **210.00**

**TOTALS FOR THIS INVOICE**

| | |
|---|---|
| Fees for Professional Services............................................................. | 210.00 |
| Disbursements ...................................................................................... | 0.00 |
| **TOTAL DUE FOR THIS INVOICE**.................................................. $ | **210.00** |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES