

# Catergorization and Summary of All Costs Incurred by Fowler White Boggs P.A.

| Scoop Capital, LLC Receivership | |
|---|---|
| Expense Type | Amount |
| Court Fees | $ 294.30 |
| Delivery Services / Messengers | $ 291.26 |
| Facsimiles (130 Pages) | $ 104.00 |
| Online Research | $ 88.75 |
| Other | $ 714.78 |
| Out of Town Travel | $ 569.20 |
| Outside Printing | $ 239.42 |
| Photocopies (5,803 Pages) | $ 861.45 |
| Postage | $ 66.12 |
| Subpoena Fees | $ 650.00 |
| Long Distance Telephone | $ 572.88 |
| **SUBTOTAL** | **$ 4,452.16** |

| Home Front Homes v. Brian Bishop | |
|---|---|
| Expense Type | Amount |
| Facsimiles (52 Pages) | $ 59.20 |
| Long Distance Telephone | $ 10.44 |
| Photocopies (49 Pages) | $ 7.35 |
| **SUBTOTAL** | **$ 76.99** |

| Recovery of Assets from Chris and Neil Moody | |
|---|---|
| Expense Type | Amount |
| Long Distance Telephone | $ 3.45 |
| **SUBTOTAL** | **$ 3.45** |

| Recovery from Investors | |
|---|---|
| Expense Type | Amount |
| Outside Printing | $ 4.92 |
| **SUBTOTAL** | **$ 4.92** |

| Recovery of Commissions | |
|---|---|
| Expense Type | Amount |
| Photocopies (331 Pages) | $ 49.65 |
| **SUBTOTAL** | **$ 49.65** |

**TOTAL $ 4,587.17**