# Fowler White Fee Schedule

| Attorney Name | Standard Billing Rate | Discount Billing Rate |
|---|---|---|
| Burton Wiand | $450 | $350 |
| Carl Nelson | $425 | $325 |
| David C. Shobe | $475 | $325 |
| John D. Emmanuel | $435 | $325 |
| Mitchell Horowitz | $400 | $325 |
| Richard G. Salazar | $385 | $325 |
| Gianluca Morello | $370 | $315 |
| Arnold M. Zipper | $375 | $315 |
| Donald Kirk | $370 | $315 |
| Tirso M. Carreja, Jr. | $370 | $315 |
| Hunter Brownlee | $355 | $315 |
| Michael Lamont | $330 | $270 |
| Jenny Gribbin | $270 | $211.50 |
| Keith T. Appleby | $260 | $202.50 |
| Ashley Bruce Trehan | $225 | $193.50 |
| Kathleen Liever | $225 | $193.50 |
| Dominique Pearlman | $225 | $193.50 |
| Seema Kella | $250 | $193.50 |
| Jason Liu | $205 | $193.50 |

# Fowler White Fee Schedule

| Paralegals | Rate |
|---|---|
| Jeffrey Rizzo | $140 |
| Dione Mitchell | $140 |
| Kathryn Salo | $140 |
| Mary Gura | $140 |
| Carole Puntil | $140 |
| Linda Jones | $140 |
| Amanda Morgan | $140 |
| Susan K. DiPaola | $140 |
| John P. Pelletier | $140 |
| Deborah Miller | $140 |
| Sharon Taylor | $140 |
| Eleara Jordan | $140 |