



# FOWLER WHITE BOGGS

Attorneys at Law
Est 1943

Burton W. Wiand
Fowler White Boggs P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, Florida 33602

November 4, 2009
Invoice 732472
Tax # 59-1280172
Page 1
BWW/1090280

Re: **1090280**
**Scoop Legal Team - Home Front Homes v. Brian Bishop**

### Professional Services Through 08/31/09

## Asset Analysis and Recovery

| | | | |
|---|---|---|---|
| 07/23/09 | Conferred with Burt Wiand regarding Home Front Homes (.3); further work on bringing Home Front Homes into receivership (.9). | | |
| | ASSET | CRN | 1.20 hrs. |
| 07/30/09 | Drafted Motion for entry of order enforcing stipulation of settlement, holding Bishop in contempt, and awarding attorneys' fees and costs. | | |
| | ASSET | KHL | 3.30 hrs. |
| 07/31/09 | Finished drafting Motion for entry of order enforcing stipulation of settlement, holding Bishop in contempt, and awarding attorneys' fees and costs (1.3); conducted research for memorandum of law in support of motion (1.6); drafted memorandum of law in support of Motion (3.4); drafted Proposed Order granting motion (1.1); phone conversation with Frank Morrisey regarding facts investigation for motion and memorandum (.3). | | |
| | ASSET | KHL | 7.70 hrs. |
| 08/11/09 | Considered motion for finding Bishop in contempt. | | |
| | ASSET | GM | 0.20 hrs. |
| 08/11/09 | Prepared/drafted Motion for Entry of Order Finding Defendant in Contempt and Imposing Sanctions (3.5); revisions to same (.4); meeting with Burt Wiand to discuss revisions (.2); finalized motion and compiled | | |

FOWLER WHITE BOGGS P.A.

TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Burton W. Wiand
Re: Scoop Legal Team - Home Front Homes v. Brian Bishop

November 4, 2009
Invoice 732472
Page 2
BWW/1090280

exhibits for filing (.2); electronically filed motion (.1).

|  |  |  |
|---|---|---|
| ASSET | KHL | 4.40 hrs. |

08/12/09    Reviewed information regarding dispute with B. Bishop.

|  |  |  |
|---|---|---|
| ASSET | GM | 0.20 hrs. |

08/12/09    Coordinated scheduling of hearing (.2); electronically scheduled hearing on Motion for Contempt (.1); phone conversation with Harold Miller regarding Motion for Contempt and Sanctions (.2); prepared e-mail to Harold Miller regarding setting hearing on Motion for Contempt and Sanctions (.1); receipt and assessment of fax from Harold Miller in response to Motion for Contempt and Sanctions (.1).

|  |  |  |
|---|---|---|
| ASSET | KHL | 0.70 hrs. |

08/13/09    Receipt and review of e-mail correspondence from Harold Miller regarding hearing on motion for contempt (.1); drafted e-mail in response to same (.1); prepared letter to Judge Berlin regarding scheduling of hearing on motion for contempt (.3).

|  |  |  |
|---|---|---|
| ASSET | KHL | 0.50 hrs. |

08/14/09    Receipt and review of e-mail correspondence from Harold Miller regarding scheduling hearing on motion for contempt (.1); drafted e-mail correspondence in response to same (.1).

|  |  |  |
|---|---|---|
| ASSET | KHL | 0.20 hrs. |

08/27/09    Phone conversation with Harold Miller regarding hearing on motion for contempt.

|  |  |  |
|---|---|---|
| ASSET | KHL | 0.20 hrs. |

**TOTAL Asset Analysis and Recovery**              **$3,805.50**              **18.60 hrs.**

### Case Administration

08/06/09    Retrieval and review of docket sheet from Bishop v. Home Front Homes, et al. case per conference with Receiver (.1); communicate with Receiver regarding same (.1).

Burton W. Wiand
Re: Scoop Legal Team - Home Front Homes v. Brian Bishop

November 4, 2009
Invoice 732472
Page 3
BWW/1090280

|  | CASE | JCR | 0.20 hrs. |

08/14/09 Receipt and review of correspondence from Harold Miller, Esq. regarding suit between Home Front Homes and Brian Bishop.

|  | CASE | JCR | 0.10 hrs. |

**TOTAL Case Administration** **$42.00** **0.30 hrs.**

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Carl R Nelson | 1.20 | 325.00 | 390.00 |
| Kathleen H Liever | 17.00 | 193.50 | 3,289.50 |
| Gianluca Morello | 0.40 | 315.00 | 126.00 |
| Jeffrey C Rizzo | 0.30 | 140.00 | 42.00 |
| TOTAL | 18.90 |  | 3,847.50 |

**Fees for Professional Services Rendered**................................................. $ **3,847.50**

### Disbursements Through 08/31/09

| 07/31/09 | Long Distance Telephone | 5.13 |
|---|---|---|
| 08/07/09 | Photocopies 47 pages | 7.05 |
| 08/10/09 | Photocopies 2 pages | 0.30 |
| 08/10/09 | Facsimiles 19 pages | 15.20 |
| 08/11/09 | Facsimiles 55 pages | 44.00 |
| 08/12/09 | Long Distance Telephone | 1.77 |
| 08/25/09 | Long Distance Telephone | 1.77 |
| 08/27/09 | Long Distance Telephone | 1.77 |

Total Disbursements ................................................... $ 76.99

Burton W. Wiand
Re: Scoop Legal Team - Home Front Homes v. Brian Bishop

November 4, 2009
Invoice 732472
Page 4
BWW/1090280

## TOTALS FOR THIS INVOICE

| | |
|---|---:|
| Fees for Professional Services................................................................ | 3,847.50 |
| Disbursements .......................................................................................... | 76.99 |
| **TOTAL DUE FOR THIS INVOICE**.............................................. $ | **3,924.49** |