


**FOWLER WHITE BOGGS**
Attorneys at Law
Est 1943

Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602  

November 3, 2009  
Invoice 729023  
Tax # 59-1280172  
Page 1  
BWW/1090808  

Re: **1090808**  
**Scoop Legal Team - Carolina Mountain Land Conservancy**

**Professional Services Through 08/31/09**

## Asset Analysis and Recovery

| Date | Description | | | Hours |
|---|---|---|---|---|
| 07/06/09 | Conferred with Burt Wiand regarding easement (.2); e-mail exchange with W. Weeks regarding Laurel Conservation Easement (.4). <br> ASSET    CRN | | | 0.60 hrs. |
| 07/14/09 | Conferred with Burt Wiand regarding easement (.4); telephone conference with W. Weeks regarding extinguishing Laurel Mountain easement (.3). <br> ASSET    CRN | | | 0.70 hrs. |
| 07/29/09 | Letter from and e-mail to S. Sumpter regarding North Carolina's interest in Laurel Mountain Easement. <br> ASSET    CRN | | | 0.30 hrs. |
| 08/06/09 | Worked on complaint to extinguish Carolina Mountain Land Conservancy easement. <br> ASSET    CRN | | | 1.20 hrs. |
| 08/11/09 | Consider use of summary proceedings to recover Carolina easement (.1); review of research regarding same (.2). <br> ASSET    ABT | | | 0.30 hrs. |
| 08/11/09 | Worked on Complaint to extinguish easement. | | | |

FOWLER WHITE BOGGS P.A.  
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE  

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601  
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM  
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Burton W. Wiand  
Re: Scoop Legal Team - Carolina Mountain Land Conservancy

November 3, 2009  
Invoice 729023  
Page 2  
BWW/1090808

|  |  |  |  |
|---|---|---|---|
|  | ASSET | CRN | 1.80 hrs. |

| 08/24/09 | Worked on recovery of Carolina Mountain easement. | | |
|---|---|---|---|
|  | ASSET | CRN | 1.20 hrs. |

**TOTAL Asset Analysis and Recovery**          $1,943.05          **6.10 hrs.**

## Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Carl R Nelson | 5.80 | 325.00 | 1,885.00 |
| Ashley Bruce Trehan | 0.30 | 193.50 | 58.05 |
| TOTAL | 6.10 |  | 1,943.05 |

**Fees for Professional Services Rendered**............................................................  $          1,943.05

## TOTALS FOR THIS INVOICE

| Fees for Professional Services | 1,943.05 |
|---|---|
| Disbursements | 0.00 |
| **TOTAL DUE FOR THIS INVOICE** | $  **1,943.05** |