


Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602  

November 3, 2009  
Invoice 729024  
Tax # 59-1280172  
Page 1  
BWW/1090833  

Re: **1090833**  
**Scoop Legal Team - Recovery from Investors**

### Professional Services Through 08/31/09

**Asset Analysis and Recovery**

| Date | Description | | | Hours |
|---|---|---|---|---|
| 07/02/09 | Review of updated spreadsheet of investor activity from Bill Price at PDR. | | | |
| | ASSET | JCR | | 0.20 hrs. |
| 07/06/09 | Receipt and processing of second installment from Truman Brooks. | | | |
| | ASSET | JCR | | 0.10 hrs. |
| 07/07/09 | Continue work on second round of profiteer letters. | | | |
| | ASSET | KLS | | 3.40 hrs. |
| 07/08/09 | Telephone conference and e-mail to E. Lentz regarding Yip (.4); conferred with Burt Wiand regarding Yip (.2); e-mail exchange with Nortman regarding Bullock (.3). | | | |
| | ASSET | CRN | | 0.90 hrs. |
| 07/08/09 | Communication with forensic expert regarding calculations in second round of profiteer letters (.7); edit and revise spreadsheet and merge as necessary (1.1); communication with attorney for entity of non-party subpoena (.7); report to Receiver clawback letter status (.4). | | | |
| | ASSET | KLS | | 2.90 hrs. |
| 07/08/09 | Review of letter from opposing counsel enclosing executed settlement agreement and power of attorney for settlement with Robert Bullock (.2); | | | |

FOWLER WHITE BOGGS P.A.  
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601  
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM  
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Burton W. Wiand
Re: Scoop Legal Team - Recovery from Investors

November 3, 2009
Invoice 729024
Page 2
BWW/1090833

|  |  |  |  |  |
|---|---|---|---|---|
|  | communications with C. Nelson regarding motion to approve settlement with Robert Bullock and exhibits to be attached (.1); review of Motion to Approve settlement with Robert Bullock (.2); filing of Motion to Approve Settlement of Robert Bullock (.4); review of Order approving settlement of Robert Bullock (.1); e-mail to opposing counsel for Robert Bullock (William Nortman) enclosing Motion to Approve Settlement, Order approving settlement, and schedule of payments (.2). | | | |
|  | ASSET | SK1 | 1.20 hrs. |
| 07/09/09 | Telephone conference with and e-mail to J. Kuyk regarding John Cart. | | | |
|  | ASSET | CRN | 0.60 hrs. |
| 07/09/09 | Review of documentation regarding investor John Cart and preparation of transaction summary and supporting documentation binder per conference with Mr. Nelson. | | | |
|  | ASSET | JCR | 0.50 hrs. |
| 07/09/09 | Work on second round of profiteer letters. | | | |
|  | ASSET | KLS | 1.30 hrs. |
| 07/09/09 | Communications with C. Nelson regarding preparation of settlement agreement for John Cart (.1); review of profiteer letter to John Cart in preparation for settlement agreement and drafting, review, and revisions of settlement agreement for John Cart (.4). | | | |
|  | ASSET | SK1 | 0.50 hrs. |
| 07/20/09 | Work on second round of profiteer letters. | | | |
|  | ASSET | KLS | 2.20 hrs. |
| 07/20/09 | Drafting, review, and revisions to Motion to approve settlement with James A. Carty Trust (.4); communications with D. Burnette regarding Receiver's Execution of settlement agreement with James A Carty Trust (.1); communications with C. Nelson regarding Motion to approve settlement with James A. Carty Trust (.1); e-mail to opposing counsel for James A. Carty Trust enclosing draft motion to approve settlement (.2). | | | |
|  | ASSET | SK1 | 0.80 hrs. |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery from Investors

November 3, 2009  
Invoice 729024  
Page 3  
BWW/1090833

| Date | Description | | | Hours |
|---|---|---|---|---|
| 07/21/09 | Review of e-mail from opposing counsel for John Carty Trust regarding draft of motion to approve settlement agreement (.1); filing of Motion to Approve settlement with John Carty Trust (.3); e-mail to opposing counsel for John Carty Trust enclosing motion to approve settlement agreement (.2).<br>ASSET  SK1 | | | 0.60 hrs. |
| 07/24/09 | Communication with forensic accountant regarding second round of profiteer aggregate account analysis.<br>ASSET  KLS | | | 0.60 hrs. |
| 07/30/09 | Considered complaint against profiteers.<br>ASSET  GM | | | 0.30 hrs. |
| 08/02/09 | Considered use of summary proceedings in connection with "clawback" suits.<br>ASSET  GM | | | 0.20 hrs. |
| 08/03/09 | Revised template complaint.<br>ASSET  GM | | | 0.50 hrs. |
| 08/11/09 | Reviewed outstanding commission demands (1.3); e-mail exchange with T. Schlegel regarding Yip settlement (.9); call from G. Kane regarding status of claims (.8); received and reviewed letter from M. MacPhail regarding S. Wood and emailed response (.8); letter to F. Moseley regarding settlement (.4).<br>ASSET  CRN | | | 4.20 hrs. |
| 08/11/09 | Communications with M. Lamont regarding clawback complaint.<br>ASSET  GM | | | 0.20 hrs. |
| 08/11/09 | Processing settlement payment from investor Day for depositing and communicate with Scoop Team and PDR regarding deposit (.2); review of correspondence from Mr. Snyderburn regarding investor Lee and retrieval of investor file for review (.2). | | | |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery from Investors

November 3, 2009  
Invoice 729024  
Page 4  
BWW/1090833

| Date | Description | Category | Atty | Hours |
|---|---|---|---|---|
| | | ASSET | JCR | 0.40 hrs. |
| 08/12/09 | Meeting with A. Trehan, M. Lamont, and J. Rizzo regarding facts necessary to prepare complaints. | ASSET | GM | 1.00 hrs. |
| 08/12/09 | Review of documentation related to investor K. Lee per conference with Mr. Nelson and communicate with Bill Price at PDR regarding back-up documentation. | ASSET | JCR | 3.00 hrs. |
| 08/18/09 | Communications with M. Lamont regarding template clawback complaint (.3); factual research regarding complaint (3.9). | ASSET | GM | 4.20 hrs. |
| 08/19/09 | E-mail exchange with T. Schlegel regarding Yip settlements. | ASSET | CRN | 0.30 hrs. |
| 08/19/09 | Work on preparation of clawback complaints. | ASSET | GM | 4.30 hrs. |
| 08/20/09 | Prepared Yip Settlement Agreement. | ASSET | CRN | 0.70 hrs. |
| 08/20/09 | Factual research and document review in connection with preparation of complaints. | ASSET | GM | 5.80 hrs. |
| 08/21/09 | Edited Settlement Agreement (.1); e-mail exchange with Yip's counsel (.1). | ASSET | CRN | 0.20 hrs. |
| 08/24/09 | Work on clawback complaints. | ASSET | GM | 2.80 hrs. |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery from Investors

November 3, 2009  
Invoice 729024  
Page 5  
BWW/1090833

| Date | Description | | | Hours |
|---|---|---|---|---|
| 08/25/09 | Reviewed documents in connection with preparation of complaint. | | | |
| | | ASSET | GM | 4.50 hrs. |
| 08/26/09 | E-mail exchange with T. Schlegel regarding Yip (.7); edited settlement agreement (.5); considered appropriateness of waiver (.2). | | | |
| | | ASSET | CRN | 1.40 hrs. |
| 08/26/09 | Work on clawback complaints. | | | |
| | | ASSET | GM | 5.30 hrs. |
| 08/27/09 | Reviewed documents in connection with clawback complaints. | | | |
| | | ASSET | GM | 4.10 hrs. |
| 08/28/09 | Conferred with Burt Wiand regarding Yip settlement (.2); e-mail exchange with T. Schlegel regarding Yip (.3); edited settlement agreement (.2). | | | |
| | | ASSET | CRN | 0.70 hrs. |
| **TOTAL Asset Analysis and Recovery** | | | **$16,026.85** | **59.90 hrs.** |

**Case Administration**

| Date | Description | | | Hours |
|---|---|---|---|---|
| 07/14/09 | Communicate with John Coleman at Johnson Pope regarding claimant Roger Johnson and deposition transcript of Andrew Martin. | | | |
| | | CASE | JCR | 0.20 hrs. |
| 07/21/09 | Receipt and review of e-mail / website communication of investor Catherine Cloud. | | | |
| | | CASE | JCR | 0.10 hrs. |
| 07/29/09 | Receipt and review of correspondence from Robert Banks, Esq. regarding investor lawsuit vs. Holland & Knight and request for records. | | | |
| | | CASE | JCR | 0.10 hrs. |
| 08/05/09 | Receipt and review of correspondence and first check / payment from | | | |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery from Investors

November 3, 2009  
Invoice 729024  
Page 6  
BWW/1090833

|  |  |  |  |
|---|---|---|---|
|  | Investor Bullock in connection with settlement (.1); conferences with Mr. Nelson, Ms. Kella and Receiver regarding depositing of check (.1); preparation of correspondence to Ms. Starr acknowledging receipt of check per conference with Receiver (.2); notification of receipt of check and deposit to PDR (.1).<br>CASE    JCR | | 0.50 hrs. |
| 08/07/09 | Receipt and processing of false profits settlement checks Brooks and Carty (.1); notification to team of receipt (.1); notification to PDR of deposits (.1).<br>CASE    JCR | | 0.30 hrs. |
| 08/10/09 | Receipt and review of correspondence from investor Phil Stull and response from Receiver.<br>CASE    JCR | | 0.10 hrs. |
| 08/18/09 | Communicate with John Coleman, Esq. regarding investor information (.1); communicate with Richard Lindwall, investor, regarding contact information (.1).<br>CASE    JCR | | 0.20 hrs. |
| 08/25/09 | Receipt and review of investor settlement spreadsheet from Ms. Rehaus (.2); receipt and review of correspondence and spreadsheet from investor Phil Stull and communicate with Bill Price at PDR regarding same (.2).<br>CASE    JCR | | 0.40 hrs. |
| 08/28/09 | Communicate with Adam Sharp at E-Hounds regarding B. Karlson (.1); review and retrieval of documentation related to investor J. Cart per request of Mr. Nelson (.2); review of Bell v. Moody complaint filed by Williams Parker (.2).<br>CASE    JCR | | 0.50 hrs. |
| **TOTAL Case Administration** | | **$336.00** | **2.40 hrs.** |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery from Investors

November 3, 2009  
Invoice 729024  
Page 7  
BWW/1090833

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Carl R Nelson | 9.00 | 325.00 | 2,925.00 |
| Kathryn Salo | 10.40 | 140.00 | 1,456.00 |
| Gianluca Morello | 33.20 | 315.00 | 10,458.00 |
| Jeffrey C Rizzo | 6.60 | 140.00 | 924.00 |
| Seema Kella | 3.10 | 193.50 | 599.85 |
| TOTAL | 62.30 |  | 16,362.85 |

Fees for Professional Services Rendered..................................................... $ 16,362.85

Disbursements Through 08/31/09

| 08/19/09 | IKON Office Solutions - Invoice #C0634935 Date: 07/21/2009 - Billing Period 07/01/2009 to 07/31/2009 - Color Reproduction | 4.92 |
|---|---|---|

Total Disbursements ..................................................................................... $ 4.92

### TOTALS FOR THIS INVOICE

Fees for Professional Services.......................................................... 16,362.85  
Disbursements ................................................................................... 4.92  
**TOTAL DUE FOR THIS INVOICE**................................................ $ 16,367.77