


Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602  

November 3, 2009  
Invoice 729026  
Tax # 59-1280172  
Page 1  
BWW/1091072  

Re: **1091072**
   **Scoop Legal Team - Recovery of Assets from Chris and Neil Moody**

### Professional Services Through 08/31/09

**Asset Analysis and Recovery**

| Date | Description | | | Hours |
|---|---|---|---|---|
| 07/01/09 | Worked on affidavit for Chris Moody regarding recovery of Bonds.com assets and Qwest Energy asset.<br>ASSET    CRN | | | 0.70 hrs. |
| 07/02/09 | Further work on recovery of Chris Moody's assets.<br>ASSET    CRN | | | 4.20 hrs. |
| 07/02/09 | Communicate with Mr. Nelson regarding Moody's interest in Bonds.com and review of records (.5); research regarding Viking Oil & Gas per conference with Mr. Nelson (.3); review of documentation regarding Quest and investments of Viking Oil & Gas (.2).<br>ASSET    JCR | | | 1.00 hrs. |
| 07/06/09 | Worked on recovery motions (2.7); further work on recovery of assets from Neil and Chris Moody (2.0).<br>ASSET    CRN | | | 4.70 hrs. |
| 07/06/09 | Review of materials related to Bonds.com per conferences with Mr. Nelson and Mr. Liu.<br>ASSET    JCR | | | 0.30 hrs. |
| 07/07/09 | Office conference with Chris Moody and David Knight (1.5); conferred with Burt Wiand regarding Bonds.com and Queen's Wreath Jewelry | | | |

FOWLER WHITE BOGGS P.A.  
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE  
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601  
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM  
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Burton W. Wiand
Re: Scoop Legal Team - Recovery of Assets from Chris and Neil Moody

November 3, 2009
Invoice 729026
Page 2
BWW/1091072

|  |  |  |  |
|---|---|---|---|
| (1.2). | | | |
| | ASSET | CRN | 2.70 hrs. |

07/07/09   Meeting with Receiver, Mr. Nelson, Mr. Knight and Chris Moody regarding transfer of assets (1.3); review of documentation regarding Viking Oil & Gas and Queen's Wreath per conference with Receiver (2.0); conferences with Bill Price at PDR and review of PDR reports and documentation regarding same (.5).
                              ASSET           JCR                     3.80 hrs.

07/08/09   Prepared motion to recover jewelry (.7); conferred with Burt Wiand regarding jewelry (.3); e-mail to Scott Masel and the Moodys' attorney regarding the jewelry (.3).
                              ASSET           CRN                     1.30 hrs.

07/08/09   Meeting with Chris Moody regarding review of financial documentation.
                              ASSET           JCR                     3.00 hrs.

07/08/09   Research Florida's secured transaction statutes and securitized stock transfer statutes regarding loan to Christopher Moody (3.6); conduct UCC search on Christopher Moody (1.5); meet with Mr. Wiand to discuss research finding in Christopher Moody securitized stock transfer (.4).
                              ASSET           KTA                     5.50 hrs.

07/09/09   Meeting with Chris Moody regarding analysis of assets (1.5); communicate with Morgan Bently regarding status of Paolino receivership per conference with Receiver (.2).
                              ASSET           JCR                     1.70 hrs.

07/10/09   Edited Viking Oil & Gas motion (.3); e-mail exchanges with Scott Masel regarding Moody assets (.3); further edits of jewelry motion (.3); e-mail to David Knight regarding Viking Oil & Gas motion filed 10/21 (.3); letter from S. Ellis regarding demand letter (.2); receipt and review of faxes from D. Blumberg regarding demand letter (.3); edited jewelry motion (4.6); office conference with Chris Moody and David Knight regarding recovery of assets (.4); telephone conference with Morgan Bentley regarding Moody assets (.4); e-mail to Morgan Bentley regarding

| Date | Description | | | Hours |
|---|---|---|---|---|
| | Moodys (.3). | | | |
| | | ASSET | CRN | 7.40 hrs. |
| 07/10/09 | Conference with receiver, Mr. Nelson and Morgan Bentley regarding jewels and other assets of Moody's being including in the receivership (.6); review of materials related to Queen's Wreath and conference with Mr. Nelson (.4); Review of materials related to Callahan Energy Partners and conference with Receiver and Mr. Nelson (.4); meeting with Chris Moody regarding asset analysis (2.0); conference with David Knight, Carl Nelson and Chris Moody regarding Queen's Wreath transaction (.3); conference with Tina Little at Queen's Wreath regarding transaction documentation (.2); review of Agreement to Transfer Stock and Mutual Release and conference with Mr. Nelson and Ms. Little regarding same (.2). | | | |
| | | ASSET | JCR | 4.10 hrs. |
| 07/13/09 | Meeting with Chris Moody regarding review of documentation / collection of assets (1.5); communicate with Tina Little at Queen's Wreath Jewels regarding documentation regarding transfer of stock and jewels (.2). | | | |
| | | ASSET | JCR | 1.70 hrs. |
| 07/14/09 | Edited motion to bring Viking Oil and Gas within receivership (.4); numerous e-mail exchanges with Mark Donzi and David Knight regarding Viking Oil & Gas (1.1). | | | |
| | | ASSET | CRN | 1.50 hrs. |
| 07/14/09 | Meeting with Chris Moody regarding collection of assets. | | | |
| | | ASSET | JCR | 1.50 hrs. |
| 07/15/09 | Worked on motion to recover Bonds.com assets (2.5); meeting with D. Knight, R. Glenn, and C. Postler regarding the Moody's (2.1). | | | |
| | | ASSET | CRN | 4.60 hrs. |
| 07/15/09 | Review of records and communicate with Mr. Nelson regarding Bonds.com and landmark Bank transaction (.3); communicate with Lori Vaughan, Esq regarding Viking Oil & Gas, LLC bank account per | | | |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Assets from Chris and Neil Moody

November 3, 2009  
Invoice 729026  
Page 4  
BWW/1091072

|  |  |  |  |
|---|---|---|---|
| | conference with Receiver (.2); communicate with Paul & Jeff Downey at Quest Energy regarding Viking Oil & Gas, LLC per conference with Receiver (.2); telephone call to John Compton, Esq. regarding Viking Oil & Gas, LLC (.1); meeting with Receiver, Mr. Nelson, Mr. Knight, Mr. Prosser and Mr. Glenn regarding accounting of and transfer of Moody's assets (1.0).<br>ASSET    JCR | | 1.80 hrs. |
| 07/16/09 | Worked on motion to recover jewelry (1.9); further work on Bonds.com motion (1.8); numerous telephone conversations with Mark Danzi (.6).<br>ASSET    CRN | | 4.30 hrs. |
| 07/16/09 | Communicate with Jason Liu, Esq. regarding Bonds.com stock certificates and original documentation and review of communications with Bonds.com (.2); meeting with Chris Moody regarding review of documentation (1.5); communicate with Jeff Downey at Quest regarding arranging conference call (.1); preparation of spreadsheet of Chris Moody's assets and interests (1.5).<br>ASSET    JCR | | 3.30 hrs. |
| 07/17/09 | Meet with Chris Moody regarding review of documentation and assets.<br>ASSET    JCR | | 0.50 hrs. |
| 07/20/09 | Received and reviewed LandMark Bank's objection (1.1); considered response (.7); further consideration of recovery of jewelry (.9).<br>ASSET    CRN | | 2.70 hrs. |
| 07/20/09 | Communicate with Sarah Wakefield at Norton Hammersley and review of documentation provided elating to Viking Oil & Gas (.2); communicate with Jeff & Paul Downey at Quest regarding conference call (.1).<br>ASSET    JCR | | 0.30 hrs. |
| 07/21/09 | Legal research regarding interplay between All Writs Act and Anti-Injunction Act in an SEC enforcement proceeding.<br>ASSET    ABT | | 0.70 hrs. |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Assets from Chris and Neil Moody

November 3, 2009  
Invoice 729026  
Page 5  
BWW/1091072

| | | | | |
|---|---|---|---|---|
| 07/21/09 | Call to Chambers regarding procedure (.2); worked on motion for leave to reply to LandMark's objection (.9); telephone conference with David Knight (.3); worked on Moody affidavit (.4).<br>ASSET    CRN | | | 1.80 hrs. |
| 07/21/09 | Review of e-mails regarding documentation related to Landmark communication with Chris Moody (.5); receipt and review of correspondence and documents from Mr. Merritt at SeaGate Enterprises X, Inc. in resopnse to subpoena (.2).<br>ASSET    JCR | | | 0.70 hrs. |
| 07/22/09 | Legal research regarding All Writs Act and Anti-Injunction Act.<br>ASSET    ABT | | | 1.50 hrs. |
| 07/23/09 | Further work on Bonds.com assets.<br>ASSET    CRN | | | 2.00 hrs. |
| 07/24/09 | Further work on Bonds.com assets.<br>ASSET    CRN | | | 7.80 hrs. |
| 07/24/09 | Communicate with Ashley Trehan, Esq. regarding Moody investments - Viking Oil & Gas & Queen Wreath - in preparation of filing motion in state court action (.3); communicate with Mr. Nelson and review of records regarding Chirs Moody Northern Trust and Landmark accounts (.4).<br>ASSET    JCR | | | 0.70 hrs. |
| 07/27/09 | Telephone conference with K. Hoeck and T. Cardwell regarding Landmark Bank's claim against Chris Moody assets (.3); e-mail exchange with David Knight and Chris Moody regarding Landmark Bank (.3).<br>ASSET    CRN | | | 0.60 hrs. |
| 07/27/09 | Communicate with Jason Liu, Esq. regarding status of Schedule 13D filing regarding bonds.com (.1); retrieval of documentation prepared by Chris Moody related to Bonds.com per conference with Mr. Nelson (.1). | | | |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Assets from Chris and Neil Moody

November 3, 2009  
Invoice 729026  
Page 6  
BWW/1091072

| Date | Description | Category | Atty | Hours |
|---|---|---|---|---|
| | | ASSET | JCR | 0.20 hrs. |
| 07/30/09 | Office conference with Chris Moody and David Knight regarding recovery of assets (2.7); extensive review of UCC provisions (3.0). | ASSET | CRN | 5.70 hrs. |
| 07/30/09 | Meeting with Chris Moody regarding review of Landmark Bank documentation. | ASSET | JCR | 0.30 hrs. |
| 07/31/09 | Worked on Bonds.com affidavit and reply (.6); office conference with Chris Moody and David Knight (.9); e-mail to Scott Masel regarding SEC's position regarding Bonds.com assets (.2). | ASSET | CRN | 1.70 hrs. |
| 07/31/09 | Review of documentation provided by Chris Moody in response to subpoena for tax return and accountant information per conference with Mr. Nelson. | ASSET | JCR | 0.30 hrs. |
| 08/03/09 | Worked on reply regarding Landmark Bank. | ASSET | CRN | 1.80 hrs. |
| 08/03/09 | Review of website communication regarding Moody assets and research and review property records related to properties. | ASSET | JCR | 1.00 hrs. |
| 08/04/09 | Further work on reply (.9); call from Judge's law clerk (.2); call to and from K. Hoeck regarding Landmark(.3); call to law clerk regarding Landmark (.4). | ASSET | CRN | 1.80 hrs. |
| 08/05/09 | Further work on recovery of jewelry (.7); e-mail exchange with David Knight regarding jewelry (.4). | ASSET | CRN | 1.10 hrs. |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Assets from Chris and Neil Moody

November 3, 2009  
Invoice 729026  
Page 7  
BWW/1091072

| Date | Description | Type | Atty | Hours |
|---|---|---|---|---|
| 08/05/09 | Review of Notes and Warrants related to Bonds.com per conference with Mr. Liu and conference with Mr. Liu and Mr. Wiand regarding preparation of Schedule 13D (.7); communicate with Carl Nelson regarding summary of Queen's Wreath investment of Moody (.1). | ASSET | JCR | 0.80 hrs. |
| 08/06/09 | Call from Kay Hoeck regarding Landmark Bank's interest in Bonds.com assets (.3); further work on jewelry (.8). | ASSET | CRN | 1.10 hrs. |
| 08/07/09 | Call to David Knight regarding Neil Moody's interest in Bonds.com (.2); conferred with Burt Wiand regarding recovery of additional assets (.2). | ASSET | CRN | 0.40 hrs. |
| 08/10/09 | E-mail from Mark Danzi and to Jason Liu regarding Bonds.com warrants. | ASSET | CRN | 0.20 hrs. |
| 08/10/09 | Communicate with Jason Liu regarding modified Schedule 13D (.1); communicate with Jason Liu, Rich Glazier regarding conference call and review communicate with Mr. Liu and Bonds.com regarding conference call (.2); review of documentation related to Chris Moody for December 2008 Warrant (.5); telephone conference with Mr. Liu and Rich Glazier and Kim Roman at Wachovia Brokerage regarding transfer of stock, etc. (.7). | ASSET | JCR | 1.50 hrs. |
| 08/11/09 | Communicate with Jason Liu regarding Westlaw/Edgar training to handle Bonds.com. | ASSET | JCR | 0.20 hrs. |
| 08/12/09 | Office conference with Chris Moody (.9); letter to Bentley Morgan regarding jewelry (.4); telephone conference with David Knight regarding Paolino action (.7); reviewed motion to enjoin state court proceeding (.7). | ASSET | CRN | 2.70 hrs. |

Burton W. Wiand
Re: Scoop Legal Team - Recovery of Assets from Chris and Neil Moody

November 3, 2009
Invoice 729026
Page 8
BWW/1091072

| Date | Description | Category | Atty | Hours |
|---|---|---|---|---|
| 08/12/09 | Conference with Jason Liu and West representative regarding Edgar online filings (.6); communicate with Rich Glaizer at Wachovia regarding brokerage account (.2). | ASSET | JCR | 0.80 hrs. |
| 08/13/09 | Review of documentation related to Moody's loan to Segreti. | ASSET | JCR | 0.50 hrs. |
| 08/17/09 | Communicate with Jason Liu regarding shares of Drinks America held by Neil and Chris Moody (.1); review of materials from Bonds.com for note related to Neil Moody per request of Mr. Liu (.2); communicate with Rich Glazier at Wachovia securities regarding brokerage account information (.2). | ASSET | JCR | 0.50 hrs. |
| 08/18/09 | Worked on jewelry motion (.2); conferred with Burt Wiand regarding jewelry motion (.2). | ASSET | CRN | 0.40 hrs. |
| 08/20/09 | Prepared briefing memo to Burt Wiand regarding enjoining Paolino action. | ASSET | CRN | 0.10 hrs. |
| 08/21/09 | Conferred with Wiand regarding Paolino (1.0); worked on affidavit for Chris Moody (.8); e-mail exchange with Morgan Bentley (.6). | ASSET | CRN | 2.40 hrs. |
| 08/24/09 | Worked on Paolino enjoinder. | ASSET | CRN | 0.40 hrs. |
| 08/25/09 | Edited Paolino stay motion (.6); call to Judge Williams' chambers (.3); e-mail to Williams chambers with copy of enjoinder motion (.4). | ASSET | CRN | 1.30 hrs. |
| 08/26/09 | Received and reviewed Order for Hearing (.3); call to Chambers regarding hearing date (.4); e-mail to Judge Williams forwarding Order | | | |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Assets from Chris and Neil Moody

November 3, 2009  
Invoice 729026  
Page 9  
BWW/1091072

|  |  |  |  |
|---|---|---|---|
|  | (.3); faxed Order to state Receiver Robert Elliott (.3); returned call from David Knight (.8). ASSET CRN | | 2.10 hrs. |
| 08/26/09 | Communicate with Mark Danzi, Esq. regarding documentation and assets of Moody (.2); communicate with Rich Glazier at Wachovia and Jason Liu regarding Bonds.com Warrants (.2). ASSET JCR | | 0.40 hrs. |
| 08/27/09 | Received and reviewed Paolino's response in opposition to receiver's motion to enjoin state court action (.3); prepared motion for leave to reply to Paolino (.8); call to Scott Masel regarding Paolino (.2). ASSET CRN | | 1.30 hrs. |
| 08/28/09 | Conferred with Burt Wiand regarding Paolino (.1); call to David Knight regarding Paolino (.2). ASSET CRN | | 0.30 hrs. |
| 08/28/09 | Communicate with Mark Danzi, Esq. regarding Segreti loan to Moody and files from Norton Hamersly firm. ASSET JCR | | 0.10 hrs. |
| 08/31/09 | Call to and e-mail to Scott Masel regarding Moody (.2); letter from David Knight (.1); telephone conference with David Knight (.2); e-mail exchange with Mark Danzi all regarding Moodys' assets (.2). ASSET CRN | | 0.70 hrs. |
| 08/31/09 | Review of files for original warrants per conference with Mr. Liu and Mr. Glazier. ASSET JCR | | 0.30 hrs. |

**TOTAL Asset Analysis and Recovery**          $29,256.45          110.80 hrs.

## Case Administration

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Assets from Chris and Neil Moody

November 3, 2009  
Invoice 729026  
Page 10  
BWW/1091072

| Date | Description | | | Hours |
|---|---|---|---|---|
| 08/05/09 | Receipt and review of Order granting Motion for Possession of Bonds.com assets and communicate with Jason Liu regarding preparation of Schedule 13D and notice to Bonds.com.  CASE  JCR | | | 0.20 hrs. |
| 08/18/09 | Receipt and review of correspondence from Morgan Bentley, Esq. regarding suing Moodys.  CASE  JCR | | | 0.10 hrs. |
| 08/25/09 | Communicate with Andre Zamorano at SEC regarding complaint preparation and statements of investors needed.  CASE  JCR | | | 0.10 hrs. |

**TOTAL Case Administration**              **$56.00**              **0.40 hrs.**

### Summary of Fees

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Carl R Nelson | 71.80 | 325.00 | 23,335.00 |
| Keith T Appleby | 5.50 | 202.50 | 1,113.75 |
| Ashley Bruce Trehan | 2.20 | 193.50 | 425.70 |
| Jeffrey C Rizzo | 31.70 | 140.00 | 4,438.00 |
| TOTAL | 111.20 |  | 29,312.45 |

**Fees for Professional Services Rendered**...................................................... $     29,312.45

Disbursements Through 08/31/09

| 07/10/09 | Long Distance Telephone | 3.45 |
|---|---|---|

Total Disbursements ......................................................................................... $     3.45

### TOTALS FOR THIS INVOICE

Fees for Professional Services............................................................................ 29,312.45

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Assets from Chris and Neil Moody

November 3, 2009  
Invoice 729026  
Page 11  
BWW/1091072

| | |
|---|---:|
| Disbursements........................................................................................................ | 3.45 |
| **TOTAL DUE FOR THIS INVOICE**................................................................. $ | **29,315.90** |