


EXHIBIT
P

Burton W. Wiand
Fowler White Boggs P.A.
501 East Kennedy Blvd., Suite 1700
Tampa, Florida 33602

November 3, 2009
Invoice 729025
Tax # 59-1280172
Page 1
BWW/1091021

Re: **1091021**
**Scoop Legal Team - Recovery of Commissions**

## Professional Services Through 08/31/09

### Asset Analysis and Recovery

| Date | Description | | | Hours |
|---|---|---|---|---|
| 07/02/09 | Preparation of spreadsheet reflecting commissions and false profits received by commission recipients and potential settlement amounts (.9); update template profiteer letter (.2). ASSET ABT | | | 1.10 hrs. |
| 07/09/09 | Telephone call with John Chapman regarding former representation of Receivership Entities (.3); summarize same in memorandum to Receiver (.2); consider additional documents needed (.2); telephone call with recipient of commissions who also incurred a lost via investments with Nadel and review documents regarding same (.5). ASSET ABT | | | 1.20 hrs. |
| 07/09/09 | Worked on demand letter to Rowe. ASSET CRN | | | 0.30 hrs. |
| 07/20/09 | Communications with attorney for Don Rowe regarding confidentiality agreement (.1); review and sign subpoena for documents to new subpoena target (.1). ASSET ABT | | | 0.20 hrs. |
| 07/20/09 | Communication with B. Wiand and M. Lamont regarding whether void contracts for commission splitting with unregistered individuals are subject to rescission. | | | |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Commissions

November 3, 2009  
Invoice 729025  
Page 2  
BWW/1091021

| | | | |
|---|---|---|---|
| | ASSET | DH | 0.30 hrs. |

| Date | Description | | | |
|---|---|---|---|---|
| 07/20/09 | Meeting with Receiver regarding complaints to recover commissions (.4); analyze client documents (.6); analyze file in preparation of complaints (1.0). | | | |
| | | ASSET | ML | 2.00 hrs. |
| 07/21/09 | Analyze documents received from third parties (2.0); draft complaints (.5). | | | |
| | | ASSET | ML | 2.50 hrs. |
| 07/22/09 | Preparation of detailed chart regarding funds received from Rowe and related individuals and entities. | | | |
| | | ASSET | ABT | 0.60 hrs. |
| 07/22/09 | Demand letter to Mr. and Mrs. Rowe. | | | |
| | | ASSET | CRN | 0.40 hrs. |
| 07/22/09 | Legal research regarding fraudulent transfer (.5); void contract (.5). | | | |
| | | ASSET | ML | 1.00 hrs. |
| 07/23/09 | Conduct legal research regarding whether the Receiver may rescind and recover commissions pursuant to an illegal and void contract. | | | |
| | | ASSET | DH | 0.60 hrs. |
| 07/23/09 | Analyze documents produced by third parties. | | | |
| | | ASSET | ML | 1.50 hrs. |
| 07/24/09 | Conduct research regarding rescinding void commission sharing agreements. | | | |
| | | ASSET | DH | 0.40 hrs. |
| 07/27/09 | Communications with Michael Lamont regarding commissions recipients and entities that paid commissions. | | | |
| | | ASSET | ABT | 0.20 hrs. |

Burton W. Wiand
Re: Scoop Legal Team - Recovery of Commissions

November 3, 2009
Invoice 729025
Page 3
BWW/1091021

| Date | Description | Matter | Atty | Hours |
|---|---|---|---|---|
| 07/27/09 | Telephone conference with M. Lamont regarding drafting a complaint for clawback of commissions against certain individuals (.5); begin to review legal research regarding the remedy for a contract rendered void by virtue of illegal commission sharing (.5); brief office conference with B. Wiand concerning the initial research findings (.1). ASSET | | DH | 1.10 hrs. |
| 07/27/09 | Communications with M. Lamont regarding complaint against persons who received commissions. ASSET | | GM | 0.30 hrs. |
| 07/27/09 | Conference with G. Morello regarding complaint (.4); analyze documents produced by third parties (2.6); drafted complaints (3.5); legal research regarding void contracts (1.0). ASSET | | ML | 7.50 hrs. |
| 07/28/09 | Continue to review legal research regarding whether the receiver may rescind or obtain unjust enrichment for void agreements to share commissions with unregistered individuals. ASSET | | DH | 1.10 hrs. |
| 07/28/09 | Analyzed documents produced by third parties (2.5); drafted complaint (2.5). ASSET | | ML | 5.00 hrs. |
| 07/29/09 | Analyze documents produced by third parties. ASSET | | ML | 2.00 hrs. |
| 07/31/09 | No Charge: Analyze legal research needed with S. Kella regarding whether the Receiver has an actionable claim based on a void commission splitting arrangement. ASSET | | DH | 0.30 hrs. |
| 08/03/09 | Drafted complaints. ASSET | | ML | 0.50 hrs. |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Commissions

November 3, 2009  
Invoice 729025  
Page 4  
BWW/1091021

| Date | Description | | | Hours |
|---|---|---|---|---|
| 08/03/09 | Conference with D. Pearlman regarding research in connection with recovery of commissions from commission splitting scheme from unregistered brokers. | ASSET | SK1 | 0.50 hrs. |
| 08/05/09 | Reviewed correspondence from D. Blumberg regarding our claim for commission (.3); received and reviewed Blumberg account documents (1.9). | ASSET | CRN | 2.20 hrs. |
| 08/07/09 | Legal research regarding unjust enrichment. | ASSET | ML | 0.50 hrs. |
| 08/10/09 | Revised Complaint. | ASSET | GM | 2.50 hrs. |
| 08/11/09 | Analyze documents produced by third parties. | ASSET | ML | 0.40 hrs. |
| 08/12/09 | Reviewed Kevin Lee account documents. | ASSET | CRN | 0.20 hrs. |
| 08/12/09 | Review of documentation provided by Kelvin Lee in response to subpoena. | ASSET | JCR | 0.30 hrs. |
| 08/12/09 | Meeting with Receivership team regarding legal strategy and case status (1.0); telephone call with R. Sterns regarding Rowe documents (.3); drafted complaints (1.7); analyze third party documents (.8). | ASSET | ML | 3.80 hrs. |
| 08/13/09 | Analyze third party documents (2.0); analyze private placement memorandum for hedge funds (1.5); drafted complaint (3.5). | ASSET | ML | 7.00 hrs. |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Commissions

November 3, 2009  
Invoice 729025  
Page 5  
BWW/1091021

| Date | Description | | | Hours |
|---|---|---|---|---|
| 08/14/09 | Revised template complaint. | | | |
| | | ASSET | GM | 3.50 hrs. |
| 08/14/09 | Drafted complaints (1.5); analyze third party documents (.5). | | | |
| | | ASSET | ML | 2.00 hrs. |
| 08/17/09 | Reviewed documents regarding D. Rowe (3.8); factual research relating to drafting clawback complaint (3.5). | | | |
| | | ASSET | GM | 7.30 hrs. |
| 08/18/09 | Analyze documents produced by third parties (2.0); drafted complaints (2.0). | | | |
| | | ASSET | ML | 4.00 hrs. |
| 08/19/09 | Drafted complaint. | | | |
| | | ASSET | ML | 3.00 hrs. |
| 08/20/09 | Drafted complaints. | | | |
| | | ASSET | ML | 1.00 hrs. |
| 08/24/09 | Drafted complaints (1.5); analyze third party documents (1.5). | | | |
| | | ASSET | ML | 3.00 hrs. |
| 08/25/09 | Analyze client documents (.8); telephone call with R. Sterns regarding documents (.2). | | | |
| | | ASSET | ML | 1.00 hrs. |
| 08/26/09 | Receive and review Response to Enjoin State Court Proceeding (.4); conference with G. Morello regarding status (.3). | | | |
| | | ASSET | ML | 0.70 hrs. |
| 08/27/09 | Analyze documents produced by third parties. | | | |
| | | ASSET | ML | 3.00 hrs. |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Commissions

| | | | | |
|---|---|---|---|---|
| 08/28/09 | Receive and review correspondence from R. Sterns regarding confidentiality (.1); analyzes cases cited therein (.3). | | | |
| | ASSET | ML | | 0.40 hrs. |

**TOTAL Asset Analysis and Recovery**     **$20,732.05**    **76.40 hrs.**

**Case Administration**

| | | | | |
|---|---|---|---|---|
| 07/30/09 | Receipt and review of correspondence, documents and CD of e-mails from John Chapman, Esq. at Norton, Hammersley, et al regarding Scoop/Rowe dispute in 2005 over commissions. | | | |
| | CASE | JCR | | 1.00 hrs. |

**TOTAL Case Administration**     **$140.00**    **1.00 hrs.**

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Carl R Nelson | 3.10 | 325.00 | 1,007.50 |
| Michael Lamont | 51.80 | 270.00 | 13,986.00 |
| Ashley Bruce Trehan | 3.30 | 193.50 | 638.55 |
| Dominique Pearlman | 0.30 | 0.00 | 0.00 |
| Dominique Pearlman | 3.50 | 193.50 | 677.25 |
| Gianluca Morello | 13.60 | 315.00 | 4,284.00 |
| Jeffrey C Rizzo | 1.30 | 140.00 | 182.00 |
| Seema Kella | 0.50 | 193.50 | 96.75 |
| TOTAL | 77.40 | | 20,872.05 |

**Fees for Professional Services Rendered**..........................................................  $   20,872.05

Disbursements Through 08/31/09

| | | |
|---|---|---|
| 07/31/09 | Westlaw Online Charges for July, 2009 | 0.00 |
| 08/25/09 | Photocopies 331 pages | 49.65 |
| 08/31/09 | Westlaw Online Research - August 2009 | 0.00 |

Burton W. Wiand  
Re: Scoop Legal Team - Recovery of Commissions

November 3, 2009  
Invoice 729025  
Page 7  
BWW/1091021

Total Disbursements ................................................................................................ $   49.65

### TOTALS FOR THIS INVOICE

| | |
|---|---:|
| Fees for Professional Services...................................................................................... | 20,872.05 |
| Disbursements ................................................................................................................ | 49.65 |
| **TOTAL DUE FOR THIS INVOICE**............................................................................. $ | **20,921.70** |