**PDR Certified Public Accountants**
**Total Hours and Dollars by Timekeeper**
**July 1 - July 31, 2009**

| Initials | Name | Level | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| WEP | William Price | Partner | 240 | 34.00 | 8,160.00 |
| JPD | Jason Deirmenjian | Staff | 125 | 17.00 | 2,125.00 |
| GAH | Gail Heinold | Staff | 100 | 5.75 | 575.00 |
| SAO | Sharon O'Brien | Staff | 90 | 44.95 | 4,045.50 |
| MRM | Michelle Moyers | Staff | 55 | 47.25 | 2,598.75 |
| | **Totals** | | | **148.95** | **17,504.25** |



EXHIBIT
Q

Dockets.Justia.com

VALHALLA MANAGEMENT, INC
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 7/7/2009 | Accounting & Auditing | SAO | June bank rec | 0.25 | 90 | 22.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Review GL for fund report | 0.1 | 90 | 9.00 |
| 7/15/2009 | Accounting & Auditing | SAO | Prepare fund accounting report | 0.4 | 90 | 36.00 |
| | **Total Accounting & Auditing** | | | | | **67.50** |

**Total Valhalla Management, Inc.**      0.75      67.50

# SCOOP CAPITAL, LLC
## July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/1/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/2/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/7/2009 | Accounting & Auditing | SAO | June bank rec - Thomasville National Bank | 0.25 | 90 | 22.50 |
| 7/7/2009 | Accounting & Auditing | SAO | June bank rec - CD | 0.25 | 90 | 22.50 |
| 7/7/2009 | Accounting & Auditing | SAO | Send daily bank balance spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/8/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.35 | 90 | 31.50 |
| 7/9/2009 | Accounting & Auditing | SAO | Pay invoice / update QuickBooks / scan | 0.25 | 90 | 22.50 |
| 7/9/2009 | Accounting & Auditing | SAO | Send daily bank balance spreadsheet to Burt Wiand of Fowler White | 0.35 | 90 | 31.50 |
| 7/10/2009 | Accounting & Auditing | SAO | Send daily bank balance spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/13/2009 | Accounting & Auditing | SAO | Pay & scan invoice | 0.25 | 90 | 22.50 |
| 7/13/2009 | Accounting & Auditing | SAO | Pay invoice / update QuickBooks | 0.25 | 90 | 22.50 |
| 7/13/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/13/2009 | Accounting & Auditing | SAO | June Northern Trust Bank rec. | 0.25 | 90 | 22.50 |
| 7/13/2009 | Accounting & Auditing | SAO | Pay and scan invoice / update QuickBooks | 0.25 | 90 | 22.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Reviewing GL for fund balance report | 0.3 | 90 | 27.00 |
| 7/14/2009 | Accounting & Auditing | SAO | Reviewing GL for fund balance report | 0.35 | 90 | 31.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Pay and scan invoice / update QuickBooks | 0.25 | 90 | 22.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/15/2009 | Accounting & Auditing | GAH | Fund accounting statements | 0.75 | 100 | 75.00 |
| 7/15/2009 | Accounting & Auditing | SAO | Prepare fund accounting report | 0.6 | 90 | 54.00 |
| 7/15/2009 | Accounting & Auditing | SAO | Prepare fund accounting report for Burt Wiand at Fowler White | 0.6 | 90 | 54.00 |
| 7/15/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/16/2009 | Accounting & Auditing | GAH | Review fund statements info for Venice Jet Center statement | 2.5 | 100 | 250.00 |
| 7/16/2009 | Accounting & Auditing | SAO | Update Quickbooks | 0.25 | 90 | 22.50 |
| 7/17/2009 | Accounting & Auditing | GAH | Fund accounting statements | 2.5 | 100 | 250.00 |
| 7/17/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/20/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/21/2009 | Accounting & Auditing | SAO | Search QuickBooks for info for Jeff Rizzo at Fowler White | 1.25 | 90 | 112.50 |
| 7/21/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/22/2009 | Accounting & Auditing | SAO | Pay invoice / scan / FedEx to Jeff Rizzo at Fowler White | 0.35 | 90 | 31.50 |
| 7/22/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/23/2009 | Accounting & Auditing | SAO | Pay invoice / scan | 0.4 | 90 | 36.00 |
| 7/23/2009 | Accounting & Auditing | SAO | Update Quickbooks | 0.25 | 90 | 22.50 |
| 7/24/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/27/2009 | Accounting & Auditing | SAO | Filing deposit slips | 0.15 | 90 | 13.50 |
| 7/27/2009 | Accounting & Auditing | SAO | Deposit and scan Fruitville check to receiver account | 0.35 | 90 | 31.50 |
| 7/27/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/28/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/29/2009 | Accounting & Auditing | SAO | Entering invoices into Trust & Receivership and scan backup info | 0.4 | 90 | 36.00 |
| 7/29/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| 7/30/2009 | Accounting & Auditing | SAO | Daily bank balances spreadsheet to Burt Wiand of Fowler White | 0.25 | 90 | 22.50 |
| **Total Accounting & Auditing** | | | | | | **1,650.50** |

| Date | Category | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/13/2009 | Data Analysis | WEP | Analysis for source of Nadel money to bring Vermont property into receivership | 1.25 | 240 | 300.00 |
| | **Total Data Analysis** | | | | | **300.00** |
| 7/1/2009 | Forensic Accounting | WEP | Review files for payments to promoters to be recovered | 1.25 | 240 | 300.00 |
| 7/1/2009 | Forensic Accounting | WEP | Assist staff with Profiteer schedule for recover | 0.75 | 240 | 180.00 |
| 7/1/2009 | Forensic Accounting | JPD | Emails | 0.25 | 125 | 31.25 |
| 7/2/2009 | Forensic Accounting | WEP | Investigate MKM and UBS transfer to find funds | 1.5 | 240 | 360.00 |
| 7/2/2009 | Forensic Accounting | MRM | Related party transaction | 4 | 55 | 220.00 |
| 7/6/2009 | Forensic Accounting | MRM | Related party transaction | 7 | 55 | 385.00 |
| 7/6/2009 | Forensic Accounting | JPD | Bank statement analysis | 4 | 125 | 500.00 |
| 7/7/2009 | Forensic Accounting | JPD | Bank statement summary | 1 | 125 | 125.00 |
| 7/7/2009 | Forensic Accounting | MRM | Funds into Shoreline per email from Jeff Rizzo at Fowler White | 4 | 55 | 220.00 |
| 7/8/2009 | Forensic Accounting | MRM | Fowler White excel update subtotals for advent and QuickBooks per investor code | 2.5 | 55 | 137.50 |
| 7/8/2009 | Forensic Accounting | WEP | Work on grouping profiteers | 2.5 | 240 | 600.00 |
| 7/8/2009 | Forensic Accounting | JPD | Valhalla bank statement analysis | 3.75 | 125 | 468.75 |
| 7/9/2009 | Forensic Accounting | WEP | Research source of funds for Vermont house for receiver to take possession in receivership | 0.75 | 240 | 180.00 |
| 7/9/2009 | Forensic Accounting | JPD | Bank statement analysis | 0.5 | 125 | 62.50 |
| 7/9/2009 | Forensic Accounting | MRM | Ashley T. - client information for Blumberg | 1 | 55 | 55.00 |
| 7/10/2009 | Forensic Accounting | WEP | Grouping profiteers | 1.75 | 240 | 420.00 |
| 7/13/2009 | Forensic Accounting | WEP | Schedules to Ashley Trehan to file motion on Moody to recover money | 1.25 | 240 | 300.00 |
| 7/14/2009 | Forensic Accounting | JPD | Home Front Homes contributions from Scoop Capital analysis | 1.25 | 125 | 156.25 |
| 7/16/2009 | Forensic Accounting | MRM | Addresses and related party bank account transactions | 4 | 55 | 220.00 |
| 7/16/2009 | Forensic Accounting | WEP | Grouping investors by checking addresses for recovery from profiteers | 1.25 | 240 | 300.00 |
| 7/17/2009 | Forensic Accounting | MRM | Addresses, individual Goldman Sachs accounts, related party info | 5.5 | 55 | 302.50 |
| 7/20/2009 | Forensic Accounting | MRM | Address for related party confirmation and Co. investor transaction filing tracing | 2 | 55 | 110.00 |
| 7/23/2009 | Forensic Accounting | MRM | Address confirmation for related parties | 4 | 55 | 220.00 |
| 7/28/2009 | Forensic Accounting | MRM | Address and related party verification | 4 | 55 | 220.00 |
| 7/28/2009 | Forensic Accounting | WEP | Work on profiteer grouping with Michelle Moyers of PDR to recover money | 2.5 | 240 | 600.00 |
| | **Total Forensic Accounting** | | | | | **6,673.75** |
| 7/8/2009 | Litigation Consulting | MRM | Jeffrey Rizzo transfer into Goldman Sachs and purchase of Nadel property | 4.25 | 55 | 233.75 |
| 7/9/2009 | Litigation Consulting | MRM | Rizzo, tracing transaction and funds used to purchase property | 2 | 55 | 110.00 |
| | **Total Litigation Consulting** | | | | | **343.75** |
| 7/8/2009 | Status Reports | WEP | Third interim status report for receiver for 6/30 period | 1.25 | 240 | 300.00 |
| 7/15/2009 | Status Reports | WEP | Work on third interim report | 1.5 | 240 | 360.00 |
| 7/16/2009 | Status Reports | WEP | Work on third interim report | 1.25 | 240 | 300.00 |
| | **Total Status Reports** | | | | | **960.00** |

**Total Scoop Capital, LLC**    91.45    **9,928.00**

## SCOOP MANAGEMENT, INC.
## July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 7/10/2009 | Accounting & Auditing | SAO | June Northern Trust bank rec | 0.25 | 90 | 22.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Reviewing GL for fund balance report | 0.25 | 90 | 22.50 |
| 7/15/2009 | Accounting & Auditing | SAO | Update Quickbooks | 0.4 | 90 | 36.00 |
| 7/29/2009 | Accounting & Auditing | SAO | Letter sent to FL Dept of Revenue regarding sales tax notice | 0.35 | 90 | 31.50 |
| | **Total Accounting & Auditing** | | | | | **112.50** |
| | | | | 1.25 | | 112.50 |

**Total Scoop Management, Inc.**

SCOOP REAL ESTATE, L.P.
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 7/7/2009 | Accounting & Auditing | SAO | Update QuickBooks with deposit and scan | 0.25 | 90 | 22.50 |
| 7/10/2009 | Accounting & Auditing | SAO | Emails to Roger Jernigan at Venice Jet Center regarding invoice | 0.15 | 90 | 13.50 |
| 7/10/2009 | Accounting & Auditing | SAO | June Northern Trust Bank rec | 0.25 | 90 | 22.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Reviewing GL for fund balance report | 0.25 | 90 | 22.50 |
| 7/15/2009 | Accounting & Auditing | SAO | Update QuickBooks | 0.6 | 90 | 54.00 |
| 7/15/2009 | Accounting & Auditing | SAO | Pay and scan invoice / update QuickBooks | 0.25 | 90 | 22.50 |
| 7/23/2009 | Accounting & Auditing | SAO | Scan Coweta County tax assessor's office assessment | 0.25 | 90 | 22.50 |
| 7/29/2009 | Accounting & Auditing | SAO | Enter deposits into QuickBooks and scan | 0.35 | 90 | 31.50 |
| | Total Accounting & Auditing | | | 5.35 | | 211.50 |
| 7/24/2009 | Forensic Accounting | MRM | Rental income for EDS | 3 | 55 | 165.00 |
| | Total Forensic Accounting | | | | | 165.00 |
| | Total Scoop Real Estate, L.P. | | | | | 376.50 |

TRADEWIND, LLC
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/7/2009 | Accounting & Auditing | SAO | Phone call / email to Roger Jernigan at Venice Jet Center regarding withdrawal | 0.3 | 90 | 27.00 |
| 7/7/2009 | Accounting & Auditing | SAO | June bank rec - Bank of Coweta | 0.35 | 90 | 31.50 |
| 7/7/2009 | Accounting & Auditing | SAO | Phone call from Roger Jernigan from Venice Jet Center regarding Tradewinds deposits | 0.35 | 90 | 31.50 |
| 7/7/2009 | Accounting & Auditing | SAO | Pay and scan invoice / update QuickBooks | 0.25 | 90 | 22.50 |
| 7/9/2009 | Accounting & Auditing | SAO | Enter deposits into QuickBooks / update spreadsheet and scan | 0.5 | 90 | 45.00 |
| 7/10/2009 | Accounting & Auditing | SAO | June Northern Trust Bank rec | 0.25 | 90 | 22.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Reviewing GL for fund balance report | 0.35 | 90 | 31.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Pay and scan invoice / update QuickBooks | 0.25 | 90 | 22.50 |
| 7/15/2009 | Accounting & Auditing | SAO | Prepare fund accounting report | 0.6 | 90 | 54.00 |
| 7/16/2009 | Accounting & Auditing | SAO | Entering deposits / updating Excel / scanning | 0.6 | 90 | 54.00 |
| 7/17/2009 | Accounting & Auditing | SAO | Void transaction and update QuickBooks per Jeff Rizzo at Fowler White | 0.25 | 90 | 22.50 |
| 7/20/2009 | Accounting & Auditing | SAO | GL to Jeff Rizzo at Fowler White | 0.25 | 90 | 22.50 |
| 7/20/2009 | Accounting & Auditing | SAO | Detail report to Jeff Rizzo at Fowler White | 0.25 | 90 | 22.50 |
| 7/20/2009 | Accounting & Auditing | SAO | Send P&L to Jeff Rizzo at Fowler White for Bank of Coweta | 0.25 | 90 | 22.50 |
| 7/20/2009 | Accounting & Auditing | SAO | Pay invoice and scan / update QuickBooks | 0.5 | 90 | 45.00 |
| 7/23/2009 | Accounting & Auditing | SAO | Letter to FL Dept of Revenue regarding sales tax notice | 0.4 | 90 | 36.00 |
| 7/23/2009 | Accounting & Auditing | SAO | Sent sales tax notice to Jeff Rizzo at Fowler White | 0.25 | 90 | 22.50 |
| 7/24/2009 | Accounting & Auditing | SAO | Phone call from Roger Jernigan at Venice Jet Center regarding Tradwinds A/R | 0.25 | 90 | 22.50 |
| 7/27/2009 | Accounting & Auditing | SAO | Record loan payment to Bank of Coweta | 0.25 | 90 | 22.50 |
| | **Total Accounting & Auditing** | | | | | **580.50** |
| 7/7/2009 | Tax Issues | WEP | Work on 2008 tax return | 1.75 | 240 | 420.00 |
| 7/9/2009 | Tax Issues | JPD | Work on 2008 tax return | 1.5 | 125 | 187.50 |
| 7/18/2009 | Tax Issues | WEP | Review and sign 2008 partnersip return for filing | 0.5 | 240 | 120.00 |
| | **Total Tax Issues** | | | | | **727.50** |

**Total Tradewind, LLC**           10.2           1,308.00

VALHALLA INVESTMENT PARTNERS, L.P.
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 7/7/2009 | Accounting & Auditing | SAO | Update QuickBooks with deposit and scan | 0.25 | 90 | 22.50 |
| 7/7/2009 | Accounting & Auditing | SAO | June bank rec | 0.25 | 90 | 22.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Review GL for fund report | 0.25 | 90 | 22.50 |
| 7/15/2009 | Accounting & Auditing | SAO | File hard copies | 0.4 | 90 | 36.00 |
| | **Total Accounting & Auditing** | | | | | **103.50** |
| 7/1/2009 | Forensic Accounting | WEP | Review old fund bank statements to use in profiteer analysis | 1.5 | 240 | 360.00 |
| | **Total Forensic Accounting** | | | | 55 | **360.00** |

**Total Valhalla Investment Partners, LP**               2.65               463.50

VICTORY IRA FUND, LTD
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 7/7/2009 | Accounting & Auditing | SAO | June bank rec | 0.25 | 90 | 22.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Review GL for fund report | 0.25 | 90 | 22.50 |
| 7/15/2009 | Accounting & Auditing | SAO | File hard copies | 0.4 | 90 | 36.00 |
| | **Total Accounting & Auditing** | | | | 55 | **81.00** |

**Total Victory IRA Fund, Ltd.**                                    0.9                    81.00

VIKING IRA FUND, LLC
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 7/7/2009 | Accounting & Auditing | SAO | June bank rec | 0.25 | 90 | 22.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Review GL for fund report | 0.25 | 90 | 22.50 |
| 7/15/2009 | Accounting & Auditing | SAO | File hard copies | 0.4 | 90 | 36.00 |
| | **Total Accounting & Auditing** | | | | | **81.00** |

**Total Viking IRA Fund, LLC**                    0.9                    81.00

VIKING FUND, LLC
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/7/2009 | Accounting & Auditing | SAO | June bank rec | 0.25 | 90 | 22.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Update Quickbooks | 0.25 | 90 | 22.50 |
| 7/15/2009 | Accounting & Auditing | SAO | Update Quickbooks | 0.4 | 90 | 36.00 |
| | Total Accounting & Auditing | | | | | 81.00 |
| 7/1/2009 | Forensic Accounting | WEP | Review activity of Viking Intl fund to determine additional assets for recovery | 1.25 | 240 | 300.00 |
| 7/7/2009 | Forensic Accounting | WEP | Track down investment in Viking Oil and Gas for receiver to take over | 1.75 | 240 | 420.00 |
| | Total Forensic Accounting | | | | | 720.00 |
| | | | | | | |
| | Total Viking Fund, LLC | | | 3.9 | | 801.00 |

VIKING MANAGEMENT, LLC
July 1 – July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 7/7/2009 | Accounting & Auditing | SAO | June bank rec | 0.25 | 90 | 22.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Review GL for fund report | 0.25 | 90 | 22.50 |
| 7/15/2009 | Accounting & Auditing | SAO | Update Quickbooks | 0.4 | 90 | 36.00 |
| | **Total Accounting & Auditing** | | | | | **81.00** |

**Total Viking Management, LLC**              0.9              **81.00**

LAUREL MOUNTAIN PRESERVE, LLC
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 7/7/2009 | Accounting & Auditing | SAO | June bank rec | 0.25 | 90 | 22.50 |
| 7/13/2009 | Accounting & Auditing | SAO | Pay and scan invoice | 0.35 | 90 | 31.50 |
| 7/13/2009 | Accounting & Auditing | SAO | Phone call from Roger Jernigan at Venice Jet Center and Progress Energy regarding invoices | 0.35 | 90 | 31.50 |
| 7/13/2009 | Accounting & Auditing | SAO | Phone call from Roger Jernigan at Venice Jet Center and Progress Energy regarding refunds | 0.25 | 90 | 22.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Reviewing GL for fund balance report | 0.25 | 90 | 22.50 |
| 7/15/2009 | Accounting & Auditing | SAO | Update Quickbooks | 0.4 | 90 | 36.00 |
| 7/24/2009 | Accounting & Auditing | SAO | Conference call with Roger Jernigan from Venice Jet Center and gas company | 0.35 | 90 | 31.50 |
| 7/27/2009 | Accounting & Auditing | SAO | Email to Jeff Rizzo at Fowler White regarding reimbursement of Roger Jernigan | 0.25 | 90 | 22.50 |
| 7/27/2009 | Accounting & Auditing | SAO | Call to Blossom Propane to pay outstanding invoice for reconnection | 0.5 | 90 | 45.00 |
| 7/27/2009 | Accounting & Auditing | SAO | Phone calls with Roger Jernigan and Blossom Propane regarding invoices | 0.5 | 90 | 45.00 |
| | **Total Accounting & Auditing** | | | **3.45** | | **310.50** |

**Total Laurel Mountain Preserve, LLC**          3.45          310.50

## LAUREL PRESERVE, LLC
### July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 7/10/2009 | Accounting & Auditing | SAO | June Northern Trust Bank rec | 0.25 | 90 | 22.50 |
| 7/13/2009 | Accounting & Auditing | SAO | Pay and scan several invoices / update QuickBooks | 0.5 | 90 | 45.00 |
| 7/14/2009 | Accounting & Auditing | SAO | Reviewing GL for fund balance report | 0.35 | 90 | 31.50 |
| 7/15/2009 | Accounting & Auditing | SAO | Prepare fund accounting report | 0.5 | 90 | 45.00 |
| **Total Accounting & Auditing** | | | | | | **144.00** |

**Total Laurel Preserve, LLC**      **1.6**      **144.00**

VENICE JET CENTER, LLC
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | | Hours | Rate | Amount |
|------|-------------------|------------|---|-------|------|--------|
| 7/2/2009 | Data Analysis | SAO | Received fax from Roger Jernigan at Venice Jet Center regarding tax notice received | 0.25 | 90 | 22.50 |
| | **Total Data Analysis** | | | | | **22.50** |
| 7/17/2009 | Tax Issues | JPD | preparation of 2007 partnership return | 2.25 | 125 | 281.25 |
| 7/31/2009 | Tax Issues | JPD | preparation of 2007 partnership return | 2.25 | 125 | 281.25 |
| 7/31/2009 | Tax Issues | WEP | garner tax credit to get money for receiver | 0.75 | 240 | 180.00 |
| | **Total Tax Issues** | | | | | **742.50** |

**Total Venice Jet Center, LLC**                    5.5                    765.00

GUY-NADEL FOUNDATION, INC.
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 7/7/2009 | Accounting & Auditing | SAO | June bank rec | 0.25 | 90 | 22.50 |
| 7/15/2009 | Accounting & Auditing | SAO | Prepare Fund Accounting Report | 0.4 | 90 | 36.00 |
| | **Total Accounting & Auditing** | | | | | **58.50** |

**Total Guy-Nadel Foundation, Inc.** 0.65 58.50

HOME FRONT HOME, LLC
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/9/2009 | Data Analysis | WEP | Determine payroll annual cost for receiver to evaluate operation | 1 | 240 | 240.00 |
| 7/14/2009 | Data Analysis | WEP | Determine Scoop investment for purposes of potential sale | 1.25 | 240 | 300.00 |
| 7/23/2009 | Data Analysis | WEP | Assist receiver with data to enable interest to be sold to raise money | 0.75 | 240 | 180.00 |
| | **Total Data Analysis** | | | | | **720.00** |
| 7/8/2009 | Forensic Accounting | JPD | Payroll report | 0.25 | 125 | 31.25 |
| | **Total Forensic Accounting** | | | | | **31.25** |
| 7/7/2009 | Tax Issues | WEP | 2008 partnership tax return preparation | 0.5 | 240 | 120.00 |
| 7/9/2009 | Tax Issues | WEP | Preparation of 2008 tax return for filing by receiver in order to provide to prospective buyers | 1 | 240 | 240.00 |
| | **Total Tax Issues** | | | | | **360.00** |

**Total Home Front Home, LLC**

4.75

1,111.25

LIME AVENUE ENTERPRISES, LLC
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 7/7/2009 | Accounting & Auditing | SAO | June bank rec | 0.25 | 90 | 22.50 |
| 7/15/2009 | Accounting & Auditing | SAO | File Hard copies | 0.3 | 90 | 27.00 |
| 7/16/2009 | Accounting & Auditing | SAO | Preparing fund account report | 0.25 | 90 | 22.50 |
| | **Total Accounting & Auditing** | | | | | **72.00** |

**Total Lime Avenue Enterprises, LLC**                0.8                72.00

VICTORY FUND, LTD.
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 7/7/2009 | Accounting & Auditing | SAO | June bank rec | 0.25 | 90 | 22.50 |
| 7/14/2009 | Accounting & Auditing | SAO | Review GL for fund report | 0.25 | 90 | 22.50 |
| 7/15/2009 | Accounting & Auditing | SAO | Preparing Fund accounting report | 0.4 | 90 | 36.00 |
| **Total Accounting & Auditing** | | | | | | 81.00 |

**Total Victory Fund, Ltd.** | | | | 0.9 | | 81.00 |

# A VICTORIAN GARDEN FLORIST, LLC
## July 1 – July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 7/1/2009 | Accounting & Auditing | SAO | Pay and scan invoice / update QuickBooks | 0.25 | 90 | 22.50 |
| 7/2/2009 | Accounting & Auditing | SAO | Pay and scan invoice / update QuickBooks | 0.3 | 90 | 27.00 |
| 7/7/2009 | Accounting & Auditing | SAO | Scan and email invoices to Jeff Rizzo at Fowler White | 0.35 | 90 | 31.50 |
| 7/8/2009 | Accounting & Auditing | SAO | Call vendor per Jeff Rizzo at Fowler White to get correct balance | 0.25 | 90 | 22.50 |
| 7/8/2009 | Accounting & Auditing | SAO | Updata A/P spreadsheet and send to Jeff Rizzo at Fowler White | 0.5 | 90 | 45.00 |
| 7/8/2009 | Accounting & Auditing | SAO | Entering deposit / email to Jeff Rizzo at Fowler White | 0.6 | 90 | 54.00 |
| 7/8/2009 | Accounting & Auditing | SAO | June bank rec / emails to Jeff Rizzo at Fowler White regarding missing items | 0.5 | 90 | 45.00 |
| 7/8/2009 | Accounting & Auditing | SAO | May bank rec | 0.35 | 90 | 31.50 |
| 7/13/2009 | Accounting & Auditing | SAO | Research info for Roger Jernigan at Venice Jet Center | 0.5 | 90 | 45.00 |
| 7/14/2009 | Accounting & Auditing | SAO | File hard copies | 0.4 | 90 | 36.00 |
| 7/15/2009 | Accounting & Auditing | SAO | Prepare fund accounting report for Burt Wiand receiver account | 0.3 | 90 | 27.00 |
| 7/16/2009 | Accounting & Auditing | SAO | Prepare fund account report | 0.35 | 90 | 31.50 |
| 7/16/2009 | Accounting & Auditing | SAO | Email to Jeff Rizzo at Fowler White regarding check register | 0.25 | 90 | 22.50 |
| 7/29/2009 | Accounting & Auditing | SAO | Letters to vendors | 0.55 | 90 | 49.50 |
| 7/29/2009 | Accounting & Auditing | SAO | Entering deposits / sending letters to vendors regarding receivership | 3.3 | 90 | 297.00 |
| 7/30/2009 | Accounting & Auditing | SAO | Letters to vendors | 0.35 | 90 | 31.50 |
| 7/30/2009 | Accounting & Auditing | SAO | Emails to Jeff Rizzo at Fowler White regarding sales tax | 0.35 | 90 | 31.50 |
| 7/30/2009 | Accounting & Auditing | SAO | Sales tax notice | 0.35 | 90 | 31.50 |
| | **Total Accounting & Auditing** | | | | | **882.00** |

**Total A Victorian Garden Florist, LLC**                                      9.8                882.00

HARMONY INVESTMENT CLUB
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/2/2009 | Data Analysis | WEP | Review old tax returns | 1 | 240 | 240.00 |
| | **Total Data Analysis** | | | | | **240.00** |

**Total Harmony Investment Club**     **1**     **240.00**

INDIGO INVESTMENT CLUB
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 7/2/2009 | Data Analysis | WEP | Review old tax returns | 1 | 240 | 240.00 |
| | **Total Data Analysis** | | | | | **240.00** |

**Total Indigo Investment Club**    1    **240.00**

VIKING OIL & GAS, LLC
July 1 - July 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 7/17/2009 | Forensic Accounting | WEP | Determine source of money for Quest for receiver to take over | 1.25 | 240 | 300.00 |
| | **Total Forensic Accounting** | | | | | **300.00** |

**Total Viking Oil & Gas, LLC**      1.25      **300.00**

**GRAND TOTAL JULY 1 - JULY 31, 2009**      148.95      **$ 17,504.25**

**Scoop Capital Consolitated**
**By Entity**
**July 1 - July 31, 2009**

| Activity Category | Amount |
|---|---|
| Accounting & Auditing Total | 4,598.00 |
| Data Analysis Total | 1,522.50 |
| Forensic Accounting Total | 8,250.00 |
| Litigation Consulting Total | 343.75 |
| Status Reports | 960.00 |
| Tax Issues Total | 1,830.00 |
| **Grand Total** | **$ 17,504.25** |

| Initials | Name | Level | Rate | Hours | Amount |
|----------|------|-------|------|-------|--------|
| WEP | William Price | Partner | 240 | 43.75 | 10,500.00 |
| JPD | Jason Deirmenjian | Staff | 125 | 63.60 | 7,950.00 |
| GAH | Gail Heinold | Staff | 100 | 1.00 | 100.00 |
| SAO | Sharon O'Brien | Staff | 90 | 41.80 | 3,739.50 |
| MRM | Michelle Moyers | Staff | 100 | 1.00 | 100.00 |
| CLM | Cindy McCloud | Staff | 100 | 0.25 | 25.00 |
| | **Totals** | | | **151.40** | **22,414.50** |

## VALHALLA MANAGEMENT, INC
### August 1 - August 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/3/2009 | Accounting & Auditing | SAO | Fund account report set up | 0.25 | 90 | 22.50 |
| 8/11/2009 | Accounting & Auditing | SAO | July Northern Trust bank rec | 0.25 | 90 | 22.50 |
| 8/11/2009 | Accounting & Auditing | SAO | July Northern Trust bank rec | 0.25 | 90 | 22.50 |
| | **Total Accounting & Auditing** | | | | | **67.50** |

**Total Valhalla Management, Inc.** 　　　　　　0.75 　　　　　　67.50

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/3/2009 | Accounting & Auditing | SAO | Filing hard copies | 0.35 | 90 | 31.50 |
| 8/3/2009 | Accounting & Auditing | SAO | Record CD interest and scan backup | 0.25 | 90 | 22.50 |
| 8/3/2009 | Accounting & Auditing | SAO | Pay and scan invoice | 0.25 | 90 | 22.50 |
| 8/3/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| 8/4/2009 | Accounting & Auditing | SAO | Filing hard copies of fund account reports | 0.5 | 90 | 45.00 |
| 8/4/2009 | Accounting & Auditing | SAO | Pay invoice for receiver account and scan | 0.25 | 90 | 22.50 |
| 8/4/2009 | Accounting & Auditing | SAO | Correct income statement for receiver account | 0.25 | 90 | 22.50 |
| 8/4/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| 8/5/2009 | Accounting & Auditing | SAO | Update Quickbooks with deposit - scan backup | 0.25 | 90 | 22.50 |
| 8/5/2009 | Accounting & Auditing | SAO | Pay invoice for receiver account and scan backup | 0.25 | 90 | 22.50 |
| 8/5/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| 8/6/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| 8/7/2009 | Accounting & Auditing | SAO | Paying invoice out of receiver account/scanning backup info | 0.25 | 90 | 22.50 |
| 8/7/2009 | Accounting & Auditing | SAO | Entering deposits into receiver account/scanning backup info | 0.35 | 90 | 31.50 |
| 8/7/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| 8/10/2009 | Accounting & Auditing | SAO | Filing hard copies | 0.35 | 90 | 31.50 |
| 8/10/2009 | Accounting & Auditing | SAO | Thomasville July bank rec | 0.35 | 90 | 31.50 |
| 8/10/2009 | Accounting & Auditing | SAO | Filing hard copies for receiver account | 0.3 | 90 | 27.00 |
| 8/10/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.35 | 90 | 31.50 |
| 8/11/2009 | Accounting & Auditing | SAO | Enter deposit into Quickbooks and scan backup | 0.3 | 90 | 27.00 |
| 8/11/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| 8/11/2009 | Accounting & Auditing | SAO | Pay invoice and scan backup | 0.25 | 90 | 22.50 |
| 8/12/2009 | Accounting & Auditing | CLM | Review beginning balance of funds at time of receivership | 0.25 | 100 | 25.00 |
| 8/18/2009 | Accounting & Auditing | SAO | August Northern Trust bank rec | 0.25 | 90 | 22.50 |
| 8/18/2009 | Accounting & Auditing | SAO | July Northern Trust bank rec | 0.25 | 90 | 22.50 |
| 8/18/2009 | Accounting & Auditing | SAO | August Northern Trust receiver bank rec | 0.35 | 90 | 31.50 |
| 8/18/2009 | Accounting & Auditing | SAO | Pay invoice for receiver account and scan backup | 0.35 | 90 | 31.50 |
| 8/18/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| 8/19/2009 | Accounting & Auditing | SAO | Filing hard copies for receiver account | 0.25 | 90 | 22.50 |
| 8/19/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.35 | 90 | 31.50 |
| 8/20/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| 8/21/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| 8/24/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| 8/25/2009 | Accounting & Auditing | SAO | Paying invoices and scanning backup | 0.25 | 90 | 22.50 |
| 8/25/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| 8/26/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| 8/27/2009 | Accounting & Auditing | SAO | Pay invoice out of receiver account and scan backup | 0.25 | 90 | 22.50 |
| 8/27/2009 | Accounting & Auditing | SAO | Pay invoice & scan backup for receiver account | 0.25 | 90 | 22.50 |
| 8/27/2009 | Accounting & Auditing | SAO | Pay invoice & scan backup for receiver account | 0 | 90 | (22.50) |
| 8/28/2009 | Accounting & Auditing | SAO | Filing hard copies | 0.25 | 90 | 22.50 |
| 8/28/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| 8/31/2009 | Accounting & Auditing | SAO | Pay invoice out of receiver account and scan backup | 0.25 | 90 | 22.50 |
| 8/31/2009 | Accounting & Auditing | SAO | Update Quickbooks with deposits for receiver acct and scan backup | 0.25 | 90 | 22.50 |
| 8/31/2009 | Accounting & Auditing | SAO | Scanning info on CD renewal notice | 0.25 | 90 | 22.50 |

| Date | Category | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/31/2009 | Accounting & Auditing | SAO | Daily bank balance spreadsheet to Burt Wiand at Fowler White | 0.25 | 90 | 22.50 |
| | **Total Accounting & Auditing** | | | **12.15** | | **1,073.50** |
| 8/4/2009 | Forensic Accounting | WEP | Refining profiteer analysis for recovery of funds by receiver | 1.25 | 240 | 300.00 |
| 8/6/2009 | Forensic Accounting | JPD | Loan amortization analysis - Jefferson Pines condo | 0.5 | 125 | 62.50 |
| 8/6/2009 | Forensic Accounting | WEP | Refining profiteer analysis for recovery of funds | 3.5 | 240 | 840.00 |
| 8/7/2009 | Forensic Accounting | JPD | Scanning | 0.25 | 125 | 31.25 |
| 8/7/2009 | Forensic Accounting | WEP | Work with Michelle Moyers of PDR on address of like profiteers | 3.75 | 240 | 900.00 |
| 8/10/2009 | Forensic Accounting | WEP | Updating profiteer analysis | 1.75 | 240 | 420.00 |
| 8/11/2009 | Forensic Accounting | JPD | Scanning | 0.25 | 125 | 31.25 |
| 8/12/2009 | Forensic Accounting | JPD | Reconciling address verification worksheet and responding to Kelvin Lee emails | 4.5 | 125 | 562.50 |
| 8/12/2009 | Forensic Accounting | WEP | Refine profiteer analysis | 1.75 | 240 | 420.00 |
| 8/12/2009 | Forensic Accounting | WEP | Kelvin Lee - profiteer and promoter | 1 | 240 | 240.00 |
| 8/13/2009 | Forensic Accounting | JPD | Group account reconciliation | 6.5 | 125 | 812.50 |
| 8/13/2009 | Forensic Accounting | WEP | Updating profiteer analysis | 3 | 240 | 720.00 |
| 8/14/2009 | Forensic Accounting | JPD | Investor gain/loss reconciliation | 6.5 | 125 | 812.50 |
| 8/17/2009 | Forensic Accounting | WEP | Work with PDR staff on accounting for back up on profiteer gains for suit for recovery | 2.5 | 240 | 600.00 |
| 8/18/2009 | Forensic Accounting | JPD | Profiteer analysis | 8 | 125 | 1,000.00 |
| 8/19/2009 | Forensic Accounting | JPD | Profiteer analysis | 1.5 | 125 | 187.50 |
| 8/19/2009 | Forensic Accounting | WEP | Follow up on profiteer schedules and coordinating backup from Quickbooks for receiver to sue to recover funds | 3.5 | 240 | 840.00 |
| 8/20/2009 | Forensic Accounting | JPD | Investment gain reconciliation | 0.25 | 125 | 31.25 |
| 8/20/2009 | Forensic Accounting | WEP | Review profiteer schedules to date and send to law firm to initiate lawsuit for recovery | 2.75 | 240 | 660.00 |
| 8/21/2009 | Forensic Accounting | JPD | Investment gain reconciliation | 4.5 | 125 | 562.50 |
| 8/21/2009 | Forensic Accounting | WEP | Additional work on profiteer schedules | 4.5 | 240 | 1,080.00 |
| 8/24/2009 | Forensic Accounting | JPD | Investor gain reconciliation | 3.75 | 125 | 468.75 |
| 8/25/2009 | Forensic Accounting | JPD | Investment gain reconciliation | 6 | 125 | 750.00 |
| 8/25/2009 | Forensic Accounting | WEP | Information on profiteers from investor files for receiver to recover money | 2.5 | 240 | 600.00 |
| 8/26/2009 | Forensic Accounting | JPD | Investor gain reconciliation | 3.25 | 125 | 406.25 |
| 8/26/2009 | Forensic Accounting | WEP | Work with staff - Jason Deirmenjian - on backup needs for profiteers for receiver to sue for clawback | 3 | 240 | 720.00 |
| 8/27/2009 | Forensic Accounting | JPD | Investor gain reconciliation | 4.1 | 125 | 512.50 |
| 8/27/2009 | Forensic Accounting | WEP | Coordinate old bank statements to track Nadel funds | 3 | 240 | 720.00 |
| 8/28/2009 | Forensic Accounting | JPD | Investor gain reconciliation | 6.25 | 125 | 781.25 |
| 8/31/2009 | Forensic Accounting | JPD | Investor gain reconciliation | 6 | 125 | 750.00 |
| | **Total Forensic Accounting** | | | **99.85** | | **16,822.50** |
| 8/11/2009 | Litigation Consulting | WEP | Gather info for U.S. attorney | 0.75 | 240 | 180.00 |
| | **Total Litigation Consulting** | | | **0.75** | | **180.00** |
| 8/17/2009 | Tax Issues | JPD | Emails and profit tracing | 1.5 | 125 | 187.50 |
| 8/26/2009 | Tax Issues | WEP | Investigating contact for IRS for receiver liability | 1.25 | 240 | 300.00 |
| 8/31/2009 | Tax Issues | MRM | Form 65 preparation | 1 | 100 | 100.00 |
| | **Total Tax Issues** | | | **3.75** | | **587.50** |

**Total Scoop Capital, LLC**                116.5                18,663.50

SCOOP MANAGEMENT, INC.
August 1 - August 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|------------------|-----------|-------------|-------|------|--------|
| 8/11/2009 | Accounting & Auditing | SAO | Eamil to Jeff Rizzo at Fowler White regarding question on bank statement | 0.35 | 90 | 31.50 |
| 8/11/2009 | Accounting & Auditing | SAO | Email to Jeff Rizzo at Fowler White regarding deposit into Mgmt account | 0.35 | 90 | 31.50 |
| | **Total Accounting & Auditing** | | | | | **63.00** |

**Total Scoop Management, Inc.**     0.7     **63.00**

SCOOP REAL ESTATE, L.P.
August 1 - August 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 8/3/2009 | Accounting & Auditing | SAO | Update Quickbooks with deposit and scan backup | 0.25 | 90 | 22.50 |
| 8/4/2009 | Accounting & Auditing | SAO | Filing hard copies | 0.25 | 90 | 22.50 |
| 8/5/2009 | Accounting & Auditing | SAO | Pay invoices / scan backup | 0.35 | 90 | 31.50 |
| 8/5/2009 | Accounting & Auditing | SAO | Emails from Jeff Rizzo at Fowler White regarding bank balance | 0.25 | 90 | 22.50 |
| 8/5/2009 | Accounting & Auditing | SAO | Update Quickbooks with deposits and scan backup | 0.25 | 90 | 22.50 |
| 8/5/2009 | Accounting & Auditing | SAO | Pay invoice / scan backup | 0.25 | 90 | 22.50 |
| 8/5/2009 | Accounting & Auditing | WEP | Recording activity in Quickbooks | 0.5 | 240 | 120.00 |
| 8/11/2009 | Accounting & Auditing | SAO | Northern Trust - July bank rec | 0.35 | 90 | 31.50 |
| 8/11/2009 | Accounting & Auditing | SAO | Pay invoice / scan backup | 0.3 | 90 | 27.00 |
| 8/17/2009 | Accounting & Auditing | GAH | Check for Starbucks taxes | 0.25 | 100 | 25.00 |
| 8/17/2009 | Accounting & Auditing | WEP | Real estate taxes on Starbucks | 0.75 | 240 | 180.00 |
| 8/18/2009 | Accounting & Auditing | SAO | Email invoice to Jeff Rizzo at Fowler White | 0.25 | 90 | 22.50 |
| 8/27/2009 | Accounting & Auditing | SAO | Pay invoice / scan backup | 0.25 | 90 | 22.50 |
| 8/28/2009 | Accounting & Auditing | SAO | Filing hard copies | 0.25 | 90 | 22.50 |
| | **Total Accounting & Auditing** | | | | | **595.00** |

**Total Scoop Real Estate, L.P.**                         4.5                    595.00

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/3/2009 | Accounting & Auditing | SAO | Research deposit for Jeff Rizzo at Fowler White | 0.4 | 90 | 36.00 |
| 8/3/2009 | Accounting & Auditing | SAO | Pay invoice and scan | 0.35 | 90 | 31.50 |
| 8/3/2009 | Accounting & Auditing | SAO | Pay invoices / emails regarding E. Loughlin at Tradewinds reimbursement | 0.55 | 90 | 49.50 |
| 8/3/2009 | Accounting & Auditing | SAO | Enter deposits into Quickbooks, scan and update Excel rental deposit spreadsheet | 0.5 | 90 | 45.00 |
| 8/3/2009 | Accounting & Auditing | SAO | Pay and scan invoice | 0.25 | 90 | 22.50 |
| 8/7/2009 | Accounting & Auditing | SAO | Correcting date of deposits per email from E. Loughlin at Tradewinds | 0.15 | 90 | 13.50 |
| 8/7/2009 | Accounting & Auditing | SAO | Research on deposit received | 0.35 | 90 | 31.50 |
| 8/7/2009 | Accounting & Auditing | SAO | Emails to Jeff Rizzo at Fowler White regarding refund received | 0.25 | 90 | 22.50 |
| 8/7/2009 | Accounting & Auditing | SAO | Updating rental income spreadsheet/sending letters to all clients regarding new payment address | 2.25 | 90 | 202.50 |
| 8/7/2009 | Accounting & Auditing | SAO | Bank of Coweta bank rec - email to E. Loughlin at Tradewinds with questions on deposits | 0.35 | 90 | 31.50 |
| 8/10/2009 | Accounting & Auditing | SAO | Update Quickbooks with deposits; update Excel, scan all backup | 0.6 | 90 | 54.00 |
| 8/11/2009 | Accounting & Auditing | SAO | July - Northern Trust bank rec | 0.25 | 90 | 22.50 |
| 8/18/2009 | Accounting & Auditing | SAO | Adding deposits to Quickbooks and scanning backup | 0.25 | 90 | 22.50 |
| 8/18/2009 | Accounting & Auditing | SAO | Update Quickbooks with deposits; update Excel, scan all backup | 0.35 | 90 | 31.50 |
| 8/19/2009 | Accounting & Auditing | SAO | Letters to hanger renters regarding new address | 0.5 | 90 | 45.00 |
| 8/19/2009 | Accounting & Auditing | SAO | Paying invoice and scanning backup | 0.5 | 90 | 45.00 |
| 8/19/2009 | Accounting & Auditing | SAO | Updating Excel and Quickbooks with new rental income information | 0.25 | 90 | 22.50 |
| 8/19/2009 | Accounting & Auditing | SAO | Filing hard copies | 0.25 | 90 | 22.50 |
| 8/21/2009 | Accounting & Auditing | SAO | Phone call from Roger Jernigan regarding closing Bank of Coweta bank account | 0.25 | 90 | 22.50 |
| 8/24/2009 | Accounting & Auditing | SAO | Call regarding new address for rental payments | 0.25 | 90 | 22.50 |
| 8/24/2009 | Accounting & Auditing | SAO | Paying invoice and scanning backup / email to Jeff Rizzo at Fowler White regarding invoices | 0.35 | 90 | 31.50 |
| 8/24/2009 | Accounting & Auditing | SAO | Rental spreadsheet to Roger Jernigan at Venice Jet Center | 0.25 | 90 | 22.50 |
| 8/25/2009 | Accounting & Auditing | SAO | Pay invoice and scan backup | 0.25 | 90 | 22.50 |
| 8/25/2009 | Accounting & Auditing | SAO | Research for Jeff Rizzo at Fowler White regarding bank balance spreadsheet | 0.25 | 90 | 22.50 |
| 8/25/2009 | Accounting & Auditing | SAO | Paying invoices and scanning backup | 0.5 | 90 | 45.00 |
| 8/25/2009 | Accounting & Auditing | SAO | Enter loan payment into Quickbooks and scan backup | 0.25 | 90 | 22.50 |
| 8/27/2009 | Accounting & Auditing | SAO | Setting up invoice and mailing for rental payment | 0.5 | 90 | 45.00 |
| 8/27/2009 | Accounting & Auditing | SAO | Enter deposits into Quickbooks, scan and update Excel rental deposit spreadsheet | 0.6 | 90 | 54.00 |
| 8/28/2009 | Accounting & Auditing | SAO | Filing hard copies | 0.25 | 90 | 22.50 |
| 8/31/2009 | Accounting & Auditing | SAO | Research and send letter regarding new mailing address | 0.35 | 90 | 31.50 |
| 8/31/2009 | Accounting & Auditing | SAO | Update Quickbooks with deposits; update Excel, scan all backup | 0.4 | 90 | 36.00 |
| 8/31/2009 | Accounting & Auditing | SAO | Paying invoice and scanning backup | 0.25 | 90 | 22.50 |
| | **Total Accounting & Auditing** | | | **13.05** | | **1,174.50** |
| 8/28/2009 | Data Analysis | WEP | Change NOL computation for receiver to sell | 0.75 | 240 | 180.00 |
| | **Total Data Analysis** | | | **0.75** | | **180.00** |

**Total Tradewind, LLC**     13.8     1,354.50

VALHALLA INVESTMENT PARTNERS, L.P.
August 1 - August 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/5/2009 | Accounting & Auditing | SAO | Update Quickbooks with deposits and scan backup | 0.25 | 90 | 22.50 |
| 8/5/2009 | Accounting & Auditing | WEP | Recording activity in Quickbooks | 0.5 | 240 | 120.00 |
| 8/11/2009 | Accounting & Auditing | SAO | July - Northern Trust bank rec | 0.25 | 90 | 22.50 |
| | **Total Accounting & Auditing** | | | | | **165.00** |

**Total Valhalla Investment Partners, LP**     1     **165.00**

## LAUREL MOUNTAIN PRESERVE, LLC
### August 1 - August 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 8/7/2009 | Accounting & Auditing | SAO | Paying invoices and scanning backup | 0.5 | 90 | 45.00 |
| 8/11/2009 | Accounting & Auditing | SAO | Northern Trust bank rec - July | 0.3 | 90 | 27.00 |
| | **Total Accounting & Auditing** | | | | | **72.00** |

**Total Laurel Mountain Preserve, LLC**    0.8    72.00

LAUREL PRESERVE, LLC
August 1 - August 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 8/4/2009 | Accounting & Auditing | SAO | Paying invoices and scanning backup | 0.6 | 90 | 54.00 |
| 8/7/2009 | Accounting & Auditing | SAO | Paying invoices and scanning backup | 0.25 | 90 | 22.50 |
| 8/11/2009 | Accounting & Auditing | SAO | Northern Trust bank rec - July | 0.35 | 90 | 31.50 |
| 8/11/2009 | Accounting & Auditing | SAO | Scan Wachovia Bank statement and send to Roger Jernigan | 0.25 | 90 | 22.50 |
| 8/11/2009 | Accounting & Auditing | SAO | Paying invoices and scanning backup | 0.4 | 90 | 36.00 |
| **Total Accounting & Auditing** | | | | **1.85** | | **166.50** |

**Total Laurel Preserve, LLC**          166.50

## VENICE JET CENTER, LLC
### August 1 - August 31, 2009

| Date | Activity Category | Timekeeper | | Hours | Rate | Amount |
|------|------------------|-----------|---|-------|------|--------|
| 8/14/2009 | Accounting & Auditing | GAH | With Bob & Roger - questions on sale of fixed asset | 0.5 | 100 | 50.00 |
| | Total Accounting & Auditing | | | | | 50.00 |
| | | | | | | |
| | Total Venice Jet Center, LLC | | | 0.5 | | 50.00 |

GUY-NADEL FOUNDATION, INC.
August 1 - August 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 8/10/2009 | Accounting & Auditing | SAO | Thomasville bank rec - July | 0.25 | 90 | 22.50 |
| 8/11/2009 | Accounting & Auditing | SAO | Northern Trust bank rec - July | 0.25 | 90 | 22.50 |
| | **Total Accounting & Auditing** | | | | | 45.00 |

**Total Guy-Nadel Foundation, Inc.**                0.5                45.00

HOME FRONT HOME, LLC
August 1 - August 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 8/3/2009 | Data Analysis | WEP | Determine money invested to aid receiver in sale | 0.75 | 240 | 180.00 |
| | **Total Data Analysis** | | | | | **180.00** |

**Total Home Front Home, LLC**      0.75      180.00

LIME AVENUE ENTERPRISES, LLC
August 1 - August 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 8/11/2009 | Accounting & Auditing | SAO | Northern Trust bank rec - July | 0.25 | 90 | 22.50 |
| | **Total Accounting & Auditing** | | | | | **22.50** |

**Total Lime Avenue Enterprises, LLC**          0.25          22.50

## BURT WIAND RECEIVER ACCOUNT
### August 1 - August 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 8/11/2009 | Accounting & Auditing | WEP | Recording recovery of profiteers | 0.75 | 240 | 180.00 |
| 8/31/2009 | Accounting & Auditing | SAO | Paying invoice and scanning backup | 0.25 | 90 | 22.50 |
| | **Total Accounting & Auditing** | | | | | **202.50** |

**Total Burt Wiand Receiver Account**      1      **202.50**

VICTORY FUND, LTD.
August 1 - August 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 8/11/2009 | Accounting & Auditing | SAO | Northern Trust bank rec - July | 0.25 | 90 | 22.50 |
| | **Total Accounting & Auditing** | | | | | **22.50** |

**Total Victory Fund, Ltd.**                                          0.25                 22.50

# A VICTORIAN GARDEN FLORIST, LLC
## August 1 - August 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|------|-------------------|------------|-------------|-------|------|--------|
| 8/7/2009 | Accounting & Auditing | SAO | Research for Jeff Rizzo at Fowler White | 0.35 | 90 | 31.50 |
| 8/10/2009 | Accounting & Auditing | SAO | Filing hard copies | 0.4 | 90 | 36.00 |
| 8/11/2009 | Accounting & Auditing | SAO | Closing sales tax account and paying for June | 0.5 | 90 | 45.00 |
| 8/11/2009 | Accounting & Auditing | SAO | Email to Jeff Rizzo at Fowler White regarding questions on Northern Trust bank statement | 0.25 | 90 | 22.50 |
| 8/18/2009 | Accounting & Auditing | SAO | August - Northern Trust bank rec | 0.25 | 90 | 22.50 |
| 8/18/2009 | Accounting & Auditing | SAO | Pay invoice and scan backup | 0.25 | 90 | 22.50 |
| 8/19/2009 | Accounting & Auditing | SAO | Filing hard copies / updating Excel accounts payable | 0.5 | 90 | 45.00 |
| 8/21/2009 | Accounting & Auditing | SAO | Email to Jeff Rizzo at Fowler White regarding Waste Svs invoice received | 0.25 | 90 | 22.50 |
| 8/25/2009 | Accounting & Auditing | SAO | Update accounts payable spreadsheet and send to Jeff Rizzo at Fowler White | 0.25 | 90 | 22.50 |
| 8/25/2009 | Accounting & Auditing | SAO | Pay invoice and scan backup | 0.35 | 90 | 31.50 |
| 8/25/2009 | Accounting & Auditing | SAO | Email from Jeff Rizzo at Fowler White regarding accounts payable | 0.25 | 90 | 22.50 |
| 8/25/2009 | Accounting & Auditing | SAO | Letters to vendors regarding accounts payable | 0.5 | 90 | 45.00 |
| 8/26/2009 | Accounting & Auditing | SAO | Emails from Jeff Rizzo at Fowler White regarding accounts receivable | 0.25 | 90 | 22.50 |
| 8/27/2009 | Accounting & Auditing | SAO | Updating spreadsheet and filing hard copies | 0.5 | 90 | 45.00 |
| 8/27/2009 | Accounting & Auditing | SAO | Update Quickbooks and scan backup | 0.35 | 90 | 31.50 |
| 8/27/2009 | Accounting & Auditing | SAO | Letters to vendors | 0.5 | 90 | 45.00 |
| 8/27/2009 | Accounting & Auditing | SAO | Update accounts payable spreadsheet and send letters to vendors | 1.25 | 90 | 112.50 |
| 8/28/2009 | Accounting & Auditing | SAO | Filing hard copies | 0.25 | 90 | 22.50 |
| 8/28/2009 | Accounting & Auditing | SAO | Phone call from vendor regarding invoice | 0.25 | 90 | 22.50 |
| | **Total Accounting & Auditing** | | | **7.45** | | **670.50** |

**Total A Victorian Garden Florist, LLC**      670.50

## VIKING OIL & GAS, LLC
### August 1 - August 31, 2009

| Date | Activity Category | Timekeeper | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 8/20/2009 | Accounting & Auditing | GAH | Set up Quickbooks file | 0.25 | 100 | 25.00 |
| 8/20/2009 | Accounting & Auditing | SAO | Adding and scanning deposit; setting up account in Quickbooks | 0.3 | 90 | 27.00 |
| 8/20/2009 | Accounting & Auditing | SAO | July - Northern Trust bank rec | 0.25 | 90 | 22.50 |
| | **Total Accounting & Auditing** | | | | | **74.50** |

**Total Viking Oil & Gas, LLC**          0.8                    74.50

**GRAND TOTAL August 1 - August 31, 2009**     151.4              $ 22,414.50

## Scoop Capital Consolitated
## By Entity
## August 1 - August 31, 2009

| Activity Category | Amount |
|---|---|
| Accounting & Auditing Total | 4,464.50 |
| Data Analysis Total | 360.00 |
| Forensic Accounting Total | 16,822.50 |
| Litigation Consulting Total | 180.00 |
| Tax Issues Total | 587.50 |
| | |
| **Grand Total** | **$ 22,414.50** |