

Phone: (908) 272-5558
Fax: (908) 272-5884
E-Mail: jd@riversidefinancial.com
312 North Avenue East, Suite 7
Cranford, NJ 07016

**INVOICE FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSABLE EXPENSES**

INVOICE NO: FW09016A

(For Analysis Prepared from 7/1/09 - 7/31/09)

DATE: August 24, 2009

### Nadel Trading Activity (Nadel Receivership)

| Date | Activity Category | Timekeeper* | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7/6/09 | Data Analysis | JD | James River Fd LP a/c # 788N | Create a Profit/Loss analysis for account including various summaries and notes. Change Buy to Buy Cover to match trades correctly. | 2.50 | $175/Hour | $437.50 |
| 7/6/09 | Data Analysis | JD | John Cloud a/c # 78B8 | Create a Profit/Loss analysis for account including various summaries and notes. Change Buy to Buy Cover to match trades correctly. | 2.00 | $175/Hour | $350.00 |
| 7/7/09 | Data Analysis | JD | Interco Tire a/c # 78MS Interco Tire a/c # 78MS | Create a Profit/Loss analysis for account including various summaries and notes. | 2.00 | $175/Hour | $350.00 |
| 7/7/09 | Data Analysis | JD | William Gordon a/c # 790G | Create a Profit/Loss analysis for account including various summaries and notes. | 2.00 | $175/Hour | $350.00 |
| 7/8/09 | Data Analysis | JD | Viking Master Fd a/c # 7AY6 | Create a Profit/Loss analysis for account including various summaries and notes. summaries and notes. | 3.00 | $175/Hour | $525.00 |
| 7/8/09 | Data Analysis | JD | Intex Trading Corp a/c # 7F7Y | Create a Profit/Loss analysis for account including various summaries and notes. | 2.50 | $175/Hour | $437.50 |
| 7/9/09 | Data Analysis | JD | Munson Fam Partners a/c # 719L | Create a Profit/Loss analysis for account including various summaries and notes. | 2.00 | $175/Hour | $350.00 |
| 7/15/09 | Data Analysis | JD | All Accounts Listed Above | Create an overall summary for all accounts above. All exhibits emailed to Burt Wiand. | 1.50 | $175/Hour | $262.50 |
| 7/27/09 | Data Analysis | JD | Viking Fund LLC SG Americas A/C # 85775949 | Enter transactional data from SG Americas monthly statements and create a Profit & Loss for the account. | 1.50 | $175/Hour | $262.50 |
| 7/27/09 | Data Analysis | JD | Viking Fund LLC SG Americas A/C # 85685239 | Extract data from Goldman data files, add cash and dividend data from monthly account statements and create a Profit & Loss for the account including various summaries. | 1.50 | $175/Hour | $262.50 |



EXHIBIT R

| Date | Activity Category | Timekeeper | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7/29/09 | Data Analysis | JD | Viking Fund LLC<br>SG Americas<br>A/C # 85577219 | Extract data from Goldman data files and create a Profit & Loss for the account. | 1.50 | $175/Hour | $262.50 |
| 7/31/09 | Data Analysis | JD | All Accounts Listed Above | Create a summary for all accounts above All exhibits emailed to Burt Wiand. | 1.00 | $175/Hour | $175.00 |
| 7/31/09 | Administrative | JD | All accounts | Copies, Printing, Scanning and Booklet Preparation for all accounts. | 2,308 | $0.15/copy | $346.20 |
| | | | | | | TOTAL | $4,371.20 |

**\* Timekeeper Information**

| Timekeeper | Jerry DeNigris |
|---|---|
| Rank | Principal |
| Rate | $175/Hour |

Please make payment to:
Riverside Financial Group
TAX ID (EIN) 22-3424382

If you have any questions concerning this invoice, please call:
Jerry DeNigris
( 908) 272-5558
Thank you.