# E-Hounds, Inc.
## Computer Evidence Services

All funds payable to:
**E-Hounds, Inc.**
2045 Lawson Road
Clearwater, Florida 33763
www.ehounds.com
Tel (727) 726-7864, Fax (727) 726-9645

## Invoice & Billing Statement

| Open Date | Close Date | Invoice # | Balance Due | Case Reference | Terms |
|---|---|---|---|---|---|
| 07/01/2009 | 07/15/2009 | 25055 | $43.75 | SEC vs Arthur Nadel / Scoop | Prepaid |

**Invoice to:**
501 E. Kennedy Boulevard
Suite 1700
Tampa, Florida 33602

**Job Contact:**
Fowler White
Burton Wiand
(813) 222-2029

| Q | Date | Expedited | All quantities are based Hourly unless otherwise noted | Price | Ext |
|---|---|---|---|---|---|
| .25 | 07/15/2009 | | Pull from inventory (Letter Folder) | $175.00 | $43.75 |

**Comments**

Please note: Our fees were last changed on February 2nd, 2008.

**Payments Applied**

| | |
|---|---|
| SUBTOTAL | $43.75 |
| TAX | |
| TOTAL | $43.75 |

**Balance Due**     **$43.75**

| Retainer Amount Remaining | $4000.00 |
|---|---|

## Statement of Limited Liability and Financial Responsibility

E-Hounds, Inc. Computer Evidence Services and Data Recovery Labs shall not be liable under any circumstances for any special, consequential, or exemplary damages arising from the use or misuse of data or equipment after it has been returned to the client and/or owner(s). E-Hounds shall not be liable for the continued storage of recovered data for more than 30 days unless otherwise specified in writing by the client. Any problems with recovered data must be reported to E-Hounds within 5 business days of receipt. 60 days after invoicing, any equipment not requested to be returned will become the property of EDRL., and any data will be wiped to DOD specifications. Property and/or equipment held for legal matters is held for 1 Year at the clients request. Additional storage fees may apply to extended storage/maintainence. ABSOLUTELY NO REFUNDS. This invoice is made under the fee agreement signed on behalf of the above listed client. As stated in the Fee Agreement for E-Hound's services, Final billing must be satisfied before the final release of equipment or findings/reporting. All billing is DUE ON RECEIPT, unless stated otherwise above. All unpaid balances over 30 days will be subject to a 1.5% fee per month. Any unpaid balances over 60 days will be subject to equipment liquidation, collection process and reasonable attorney's fees incurred in collection. Services by E-Hounds is rendered on behalf of the agency, agent, or party contracting for the services, and payment for such services is the sole liability and responsibility of that agency, agent, or party, and is not transferrable or assignable.

**EXHIBIT S**