EXHIBIT A

Sample Confidentiality Agreement

Documents that are responsive to your subpoena/discovery request and are within the Receiver's possession, custody, or control may include individuals' confidential personal information, such as social security and bank account numbers, and the confidentiality agreement essentially is intended to protect against the disclosure to the public of that sensitive information. By signing below, you acknowledge and agree to the following on behalf of the plaintiffs in the _____ Case ("Plaintiffs") and their counsel ("Plaintiffs' Attorneys"):

Plaintiffs and Plaintiffs' Attorneys recognize that documents and any other item produced by the Receiver may contain information that is personal and confidential to Receivership Entities[1] and investors in Receivership Entities and other individuals, including, but not limited to, financial account numbers, social security numbers, and other similar information, the disclosure of which may be harmful to their interests (the "Confidential Information").

As a result, Plaintiffs and Plaintiffs' Attorneys agree that any item produced by the Receiver that contains Confidential Information shall be treated as confidential in accordance with the terms of this agreement regardless of whether the item has been specifically designated as "confidential."

Plaintiffs and Plaintiffs' Attorneys agree that, subject to the exception below, Confidential Information shall be disclosed only to and shall be stored in a manner that reasonably makes it accessible only to Plaintiffs, Plaintiffs' Attorneys and their support staff, and any expert or consultant retained by Plaintiffs or Plaintiffs' Attorneys in connection with the _____ Case. Further, Plaintiffs and Plaintiffs' Attorneys agree to take all reasonable steps (1) to ensure that no person shall use, disclose, or record Confidential Information for any purpose other than in connection with prosecuting the _____ Case and (2) to ensure that anyone else with permission to access Confidential Information under the terms of this agreement shall comply with all requirements imposed by this agreement.

Plaintiffs and Plaintiffs' Attorneys agree that Confidential Information shall be treated in accordance with Rule 5.2 of the Federal Rules of Civil Procedure before it is filed with or otherwise disclosed to the Court in the _____ Case in a manner that makes it accessible to the public.

As noted above, Plaintiffs and Plaintiffs' Attorneys agree to limit the disclosure of Confidential Information. However, if disclosure of Confidential Information is required by

---

[1] "Receivership Entities" means all individuals and entities that have been placed in receivership in connection with *SEC v. A. Nadel et al.*, Case No. 8:09-cv-87-T-26TBM (U.S.D.C., M.D. Fla.), including Scoop Capital, LLC; Scoop Management, Inc.; Scoop Real Estate, L.P.; Valhalla Investment Partners, L.P.; Victory IRA Fund, Ltd.; Victory Fund, Ltd.; Viking IRA Fund, LLC; Viking Fund LLC; Valhalla Management, Inc.; Viking Management, LLC; Venice Jet Center, LLC; Tradewind, LLC; Laure Mountain Preserve, LLC; Laurel Preserve, LLC; Laurel Mountain Preserve Homeowners Association, Inc.; Marguerite J. Nadel Revocable Trust UAD 8/2/07; Guy-Nadel Foundation, Inc.; Lime Avenue Enterprises, LLC; A Victorian Garden Florist, LLC; Viking Oil & Gas, LLC; and Home Front Homes, LLC.

subpoena or court order, Plaintiffs or Plaintiffs' Attorneys shall notify the Receiver in writing of such subpoena or court order within 3 days of receipt by Plaintiffs or Plaintiffs' Attorneys of such subpoena or court order, so as to provide the Receiver sufficient time to object to such production, if such objection is warranted. To the extent disclosure is made pursuant to subpoena or court order, prior to such disclosure Plaintiffs or Plaintiffs' Attorneys shall make reasonable efforts to condition disclosure on each recipient's agreement to terms identical to those in this agreement.

Plaintiffs and Plaintiffs' Attorneys agree that no more than ninety days after final judgment is entered, all claims are dismissed with prejudice, or the last appeal is concluded in the _____ Case, whichever occurs last, all originals and copies of items containing Confidential Information produced by the Receiver pursuant to this agreement shall either be returned to the Receiver or, at the written direction of the Receiver or his counsel, be destroyed.

Plaintiffs and Plaintiffs' Attorneys agree that if the Receiver determines that this confidentiality agreement should be filed with any court in the form of a motion for a protective order or similar motion, they will enter into a stipulated confidentiality agreement and motion for protective order, or similar motion, containing the terms set forth in this letter.

Plaintiffs and Plaintiffs' Attorneys submit to the jurisdiction of the United States District Court, Middle District of Florida, Tampa Division, for enforcement of this confidentiality agreement, and they recognize the Receiver may seek enforcement of this confidentiality agreement by filing the appropriate papers in *SEC v. A. Nadel et al.*, Case No. 8:09-cv-87-T-26TBM (U.S.D.C., M.D. Fla.).

Please sign below to indicate agreement to be bound by the terms of the confidentiality agreement as set forth in this letter. Upon receipt of the executed agreement, the Receiver will produce the documents indicated above to you.