UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

v.

CASE NO. 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

          Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT

          Relief Defendants.
_____/

## PLAINTIFF'S RESPONSE TO ORDER DIRECTING COUNSEL'S RESPONSE

Plaintiff Securities and Exchange Commission, pursuant to the Court's December 8, 2009 Order Directing Counsel for Receiver and the Securities and Exchange Commission to file a response to non-party's Motion for Protective Order (DE 251), notifies the Court that it joins and adopts the Receiver's position in his response to Donald H. Rowe's Motion for Protective Order and Memorandum of Law (DE 250).

December 17, 2009                              Respectfully submitted,

                                       By:    s/ Scott A. Masel
                                              Scott A. Masel
                                              Senior Trial Counsel
                                              Florida Bar No. 0007110
                                              Direct Dial: (305) 982-6398
                                              E-mail: masels@sec.gov
                                              *Lead and Trial Counsel*
                                              Attorney for Plaintiff
                                              **SECURITIES AND EXCHANGE COMMISSION**
                                              801 Brickell Avenue, Suite 1800
                                              Miami, Florida 33131
                                              Telephone: (305) 982-6300
                                              Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Burton W. Wiand, Esq.
Wiand Guerra King P.L.
3000 Bayport Drive, Suite 600
Tampa, FL 33607
Telephone: (813) 347-5100
Facsimile: (813) 347-5199
*Court-appointed Receiver for Corporate Defendants*
*and Relief Defendants*

Gianluca Morello, Esq.
Wiand Guerra King P.L.
3000 Bayport Drive, Suite 600
Tampa, FL 33607
Telephone: (813) 347-5100
Facsimile: (813) 347-5199
Email: grmorello@wiandlaw.com
*Counsel for Receiver Burton W. Wiand*

Maya M. Lockwood, Esq.
Wiand Guerra King P.L.
3000 Bayport Drive, Suite 600
Tampa, FL 33607
Telephone: (813) 347-5100
Facsimile: (813) 347-5199
Email: mlockwood@wiandlaw.com
*Co-counsel for Receiver Burton W. Wiand*

      I further certify that on the same date I mailed the foregoing document and the notice of electronic filing by U.S. Mail or as indicated below to the following non-CM/ECF participant:

Arthur G. Nadel
Register No. 50690-018
MCC New York
Metropolitan Correctional Center
150 Park Row
New York, NY 10007
Via U.S. Mail

                                          s/ Scott A. Masel
                                          Scott A. Masel, Esq.