# EXHIBIT 1

𝒱

Workflow 9999-00252902

BOOK 3487
PAGES 9 - 10
Buncombe County, NC
Recorded 12/08/2003  01:11:05pm
No 9999-00252902  1 of  2 pages
Excise Tax:  $4,061.00
Otto W. DeBruhl, Register of Deeds

---

Excise Tax $4,061.00 ✓    Do NOT write above this line.    Recording: Time, Book and Page

## NORTH CAROLINA GENERAL WARRANTY DEED

This instrument prepared by: Wilder Wadford, Attorney at Law    Return to: See below
Brief description for the Index: _____
This Deed made this __4__ Day of __DECEMBER__, 2003, by and between Grantor and Grantee:
Enter in appropriate block for each party: Name, address, county, state and if appropriate entity (i.e. corporation, partnership). The designation Grantor and Grantee as used herein shall include all parties, their heirs, successors and assigns and shall include singular, plural, masculine, feminine or neuter as required by context.

**Grantor:** ECOHAB DEVELOPMENT COMPANY, LLC

**Grantee:** LAUREL MOUNTAIN PRESERVE, LLC

1668 Main Street, Sarasota, FL 34236

**Transfer of Ownership:** Grantor, for a valuable consideration paid by Grantee, the receipt of which is hereby acknowledged, conveys to Grantee in fee simple, the Property described below:

**Property:** City of _____,
Township of __NO. 28__ County of __BUNCOMBE__, North Carolina and Township of CROOKED CREEK County of __MCDOWELL__, North Carolina.
This property was acquired by Grantor by an instrument recorded in Book____, Page ____, _____ County.
A map showing the property is recorded in Plat Book _____, Page _____, _____ County.
The legal description of the Property is:

BEING 448.30 acres, more or less (426.653 acres after exception below), as shown in a plat recorded in Plat Book 90 at Page 62, Buncombe County Registry, and in Plat Book 9 at Page 41, McDowell County Registry, reference to which are made for a more particular description.

LESS AND EXCEPTING Lots 105, 107, 108 and 110 as shown in a plat recorded in Plat Book 46 at Page 163, Buncombe county Registry, reference to which is made for a more particular description.

REFERENCE is made to Deed Book 2457 at Page 726 and Deed Book 2500 at Page 532, Buncombe County Registry and Deed Book 641 at Page 258, McDowell County Registry.

TOGETHER WITH AND SUBJECT TO easements, restrictions and rights of way of record.

Continued on Page 2

| After recording mail to: (Box 81) (JRR) | Tax Lot No:_____ |
|---|---|
| John R. Rose  03-5243 | Parcel Identifier No._____ |
| Attorney at Law | Verified By _____ County |
| P. O. Box 7436 | On the ___ Day of _____, 2003. |
| Asheville, NC 28802 | By _____ |
| | Page 1 of 2 |

TO HAVE AND TO HOLD the said Property and all privileges and appurtenances (rights) belonging to Grantee, in fee simple.

**Promises by Grantor:** Grantor promises (covenants) with Grantee, that Grantor has title to the Property in fee simple; has the right to convey the title in fee simple; that the title is marketable and free and clear of all liens and encumbrances (i.e. mortgages and judgements), and Grantor will warrant and defend the title against the lawful claims of all persons, except for the following exceptions:

TOGETHER WITH AND SUBJECT TO easements, restrictions, rights of way of record and ad valorem taxes for 2003..

**Signatures:** Grantor has duly executed the foregoing instrument, as of the day and year first written above.

| Entity | Individual |
|---|---|
| Name: EcoHab Development Company, LLC | _____(SEAL) |
| By: _Allen W Tucker_ | _____(SEAL) |
| Title: Manager | _____(SEAL) |
| Name: _____ | _____(SEAL) |
| By: _____ | _____(SEAL) |
| Title: _____ | _____(SEAL) |

**INDIVIDUAL**
STATE OF _____ COUNTY OF _____
I, a Notary Public of the County and State aforesaid, certify that _____

Grantor personally came before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this ____ day of _____, 2003.
My Commission Expires: _____ _____ Notary Public

**INDIVIDUAL**
STATE OF _____ COUNTY OF _____
I, a Notary Public of the County and State aforesaid, certify that _____

Grantor personally came before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this ____ day of _____, 2003.
My Commission Expires: _____ _____ Notary Public

**ENTITY: Corporation, Limited Liability Company, General Partnership, or Limited Partnership**
STATE OF North Carolina COUNTY OF Buncombe
I, a Notary Public of the County and State aforesaid, certify that ALLEN W. TUCKER personally came before me this day and acknowledged that he is The Manager of EcoHab Development Company, LLC, a North Carolina limited liability company and that by authority duly given and as an act of the Entity, has signed the foregoing instrument in its name and on its behalf as its act and deed. Witness my hand and official stamp or seal, this 5 day of December, 2003.
My Commission Expires: 12/5/04 _Elizabeth B. Oliver_ Notary Public

The foregoing Certificate(s) of _Elizabeth B. Oliver_
is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page Shown on the first page hereof.
_Otto W. DeBruhl_ REGISTER OF DEEDS FOR Buncombe COUNTY
BY _Olivia B. Rogers_ Deputy/Assistant-Register of Deeds