# EXHIBIT 2

# Kieran Roe

**From:** Reggie Hall [reggie@carolinamountain.org]
**Sent:** Tuesday, November 23, 2004 6:06 PM
**To:** Holly Demuth
**Subject:** Fw: Holly Demuth

*****
Reggie Hall
Director of Land Protection
Carolina Mountain Land Conservancy
(828)-697-5777
www.carolinamountain.org
----- Original Message -----
From: "Art Nadel" <Art@scoopmanagement.com>
To: <info@carolinamountain.org>
Sent: Tuesday, November 23, 2004 11:45 AM
Subject: Att: Holly Demuth

Hello Holly:

It was good to talk with you this morning, however briefly, about our Laurel Mountain Preserve acreage near Route 9. It consists of 450 acres and lies about five miles north of Bat Cave. We have done preliminary planning and road construction for a ten-acre subdivision in two phases, and find at this point that we will have at least about 70 acres of conservation area. We are looking for some assistance in finalizing a master plan that will maximize the preservation aspects of the project.

Coincidentally, we operate a private foundation that is very interested in conservancy matters, and would consider recommending a contribution to your organization. I look forward to hearing from Reggie Hall at his earliest convenience, to further discussions, and possibly pay a visit to the site.
To recap our contact information, my wife Peg and I, and also our daughter Alexandra, can be reached this week at 828 628-3630 (Fairview, NC), and next week we will be at 941 366-0975 (office) and 941 927-3830 (res.) in Sarasota, Florida.

Thanks and have a Happy Thanksgiving.

Art Nadel