# EXHIBIT 3

## Kieran Roe

| | |
|---|---|
| **From:** | Reggie Hall [reggie@carolinamountain.org] |
| **Sent:** | Thursday, March 03, 2005 4:16 PM |
| **To:** | David Ray |
| **Subject:** | Fw: Laurel Mountain Preserve |
| **Attachments:** | color image.pdf; TEMP001.pdf; TEMP002.pdf; TEMP003.pdf |

*****
Reggie Hall
Director of Land Protection
Carolina Mountain Land Conservancy
(828)-697-5777
www.carolinamountain.org
----- Original Message -----
**From:** Kimberly Walker
**To:** Arthur Nadel (art@scoopmanagement.com)
**Cc:** reggie@carolinamountain.org
**Sent:** Friday, January 28, 2005 4:38 PM
**Subject:** Laurel Mountain Preserve


Following are pdfs that Kevin requested that I email to you for review.
If you have any problems, please call me.
Kevin will be back in the office Monday morning.
Have a great and safe weekend.


Kimberly Walker

**LandDesign I Asheville, NC**
38 Garfield Street, Suite C Asheville, NC 28803
V: 828.281.1447  F: 828.281.1449

The information transmitted in this message is only for the use of the Intended Recipient, for the sole purpose agreed upon with LandDesign, Inc. Recipient agrees to verify the information to ascertain accuracy and completeness for the intended use and to ensure that such information is free of all viruses and other defects prior to use. LandDesign, Inc. accepts no responsibility for loss or damage arising from the use of this information.



LAUREL MOUNTAIN PRESERVE
CONCEPT MASTER PLAN
PHASE 1 - PHASE 2



LAUREL MOUNTAIN PRESERVE
CONCEPT MASTER PLAN
PHASE 1 + PHASE 2

LandDesign



