

**Photograph**: #16c- View looking 150° at typical road conditions.

**Photograph**: #16d- View looking 0° at intact riparian forest along trail.

<u>**Waypoint 17:**</u> Lat./Long. 35.54984808, -82.23348149
**Location**: Main entry from southwestern boundary
**Land Cover**: Dirt Road/Montane Oak Hickory Forest

 

**Photograph**: #17a– View looking 40° into easement area at boundary.

**Photograph**: #17b– View looking 200° from Preserve into non-easement land.

 

**Photograph**: #17c- View looking 290° upslope of Mesic Oak forest

**Photograph**: #17d– View looking 140° of Mesic Oak forest, downslope.

**Waypoint 18:** Lat./Long. 35.55279390, -82.23303373
**Location:** Western Preserve area
**Land Cover:** Mesic Oak Forest



**Photograph:** #18- View of Broad-leaf Coreposis(NC Rare List) in Mesic Oak Forest.



**Photograph:** #18b View looking 270° of 3 ½ ft. diameter- Northern Red Oak in Rich Cove forest.

**Waypoint 19:** Lat./Long. 35.55724461, -82.23490910
**Location:** Northwestern Preserve (in McDowell County)
**Land Cover:** Sub-mesic Oak Forest



**Photograph:** #19a – View 290° of Sub-mesic Oak forest

**Additional Photograph**



**Photograph:** Juvenile box turtle found by Alex Nadel.

# Section E

# Resource Management

---

1. Management Issues and/or Recommendations

# 1. Management Issues and/or Recommendations

Invasive Exotic Plants & Animals
Invasive exotic plants are a major threat to habitat diversity within many of North Carolina's protected lands because they can out-compete and displace native plants and alter entire plant communities, thus jeopardizing many of the conservation values of the property. It is thought that invasive plant infestations are one of the most significant threats to long term natural heritage protection. Clear cuts and exposed areas such as some of those areas found along the logging roads are sites which could be colonized by invasive exotic plants. Invasive exotic plants found on the property include: Tree of Heaven, Japanese Honeysuckle, Japanese Stiltgrass, Chinese Silvergrass, Princess Tree, and Multiflora Rose. It is recommended that eradication of invasive exotic plants be pursued before they become well established on the property. It is also recommended that an Invasive Exotic Management Plan be created to address this potential problem and the property be monitored on a yearly basis for invasive exotic plants. Evidence of the presence of the Hemlock Woolly Adelgid (*Adelges tsugae*) was found on the property. Its capacity to alter & destroy the Eastern Hemlock component of the forests is tremendous and the resulting effects on the associated shaded forest ecosystem are likely to be profound. It is recommended that measures be taken to prevent its spread and eradication should be explored.

In-holding and Adjacent Properties
Within the Laurel Mountain Preserve, there exists two in-holding properties in the southern portion of the property, one of them containing 5 separate lots and the other consisting of approximately 10 acres. In addition, a campsite was observed just outside the northern property boundary along the trail parallel to Bird Creek. To avoid infringing on the conservation easement placed on the property, it is recommended that the conservation easement area be clearly marked and identified. The landowner might want to consider placing signs in key areas along the boundary indicating the property is in a conservation easement. As well, strategically located interpretive signs could be used to communicate the location and purposes of the conservation easement. These signs could be located at major entrances into sections of residential development. Ideally, the areas directly adjacent to the Property should be monitored overtime in case any potential violations occur along the boundary of the conservation easement and the in-holdings.

Sedimentation of Streams
In general, the Laurel Mountain Preserve exhibits excellent water quality. It was observed, however, that sediment from road construction in the adjacent development was entering these waterways. Sediment is a source of pollution that has the potential to fill in aquatic habitat and clog the gills of aquatic organisms. It is recommended that best management practices are used during construction of adjacent parcels in addition to roads and trails being properly maintained over time to avoid sediment runoff into streams.

Section F

# Conservation Easement

---

Section G

# Monitoring Reports, Notice, and Approvals

---

# Section H

# **Attachments**

---

1. Plant Status & Ranks
2. List of Plants Found on the Property
3. List of Wildlife Found on the Property
4. Rare Plants Potentially Occurring on the Property
5. Rare Animals Potentially Occurring on the Property
6. Concept Master Plan

# 1. Plant Status & Ranks

The following codes are explained below and have been taken directly from the NC Natural Heritage Program's web page http://www.ncsparksnet/nhp/codes.html

Plant status is determined by the Plant Conservation Program (NC Department of Agriculture) and the Natural Heritage Program (NC Department of Environment and Natural Resources). E, T, and SC species are protected by state law (Plant Protection and Conservation Act, 1979). C and SR designations indicate rarity and the need for population monitoring and conservation action. Species may have a double status (e.g., E-SC, indicates that while the plant is endangered, it is collected or sold under regulation). See the *Natural Heritage Program List of the Rare Plant Species of North Carolina* for further explanation of these statuses.

Animal status that indicates state protection (E, T, and SC) is published in *Endangered Wildlife of North Carolina*, March 16, 1992, Nongame and Endangered Wildlife Program (NC Department of Environment and Natural Resources). SR and EX statuses are Natural Heritage Program designations. SR indicates rarity and the need for population monitoring and conservation action. See the *Natural Heritage Program List of the Rare Animal Species of North Carolina* for further explanation of these statuses.

## GLOBAL AND STATE STATUS

| CODE | STATUS | CODE | STATUS |
|---|---|---|---|
| E | Endangered | SR | Significantly Rare |
| T | Threatened | EX | Extirpated |
| SC | Special Concern | D | De-listed |
| C | Candidate | P_ | Proposed (E, T, SC, EX or D) |

## FEDERAL STATUS
These ranks are determined by The Nature Conservancy's system of measuring rarity and threat status. "Global" refers to worldwide ranks and "State" to statewide ranks.

**CODE**    **DEFINITION**

LE — A taxon "in danger of extinction throughout all or a significant portion of its range." (Listed at the Federal level.)

LT — A taxon "likely to become an endangered species within the foreseeable future throughout all or a significant portion of its range." (Listed at the Federal level.)

C — A taxon under consideration for which there is sufficient information to support listing. This category was formerly designated as a Candidate 1 (C1) species.

LEXN — Endangered, nonessential experimental population. The Endangered Species Act permits the reintroduction of endangered animals as "nonessential experimental" populations. Such populations, considered nonessential to the survival of the species, are managed with fewer restrictions than populations listed as endangered.

FSC — Federal "Species of Concern" (also called "Species at Risk"). Formerly defined as a taxon

|   |   |
|---|---|
|   | under consideration for which there is insufficient information to support listing; formerly designated as a Candidate 2 (C2) species. Currently, the US Fish and Wildlife Service does not recognize this as an official designation. |
| T(S/A) | Threatened due to Similarity of Appearance. The Endangered Species Act authorizes the treatment of a species (subspecies or population segment) as threatened even though it is not otherwise listed as threatened if: (a) The species so closely resembles in appearance a threatened species that enforcement personnel would have substantial difficulty in differentiating between the listed and unlisted species; (b) the effect of this substantial difficulty is an additional threat to a threatened species; and (c) such treatment of an unlisted species will substantially facilitate the enforcement and further the policy of the Act. The American Alligator has this designation due to similarity of appearance to other rare crocodilians. The Bog Turtle (southern population) has this designation due to similarity of appearance to Bog Turtles in the threatened northern population. |
| PE | Species has been proposed for listing as endangered. |
| PDL | Species has been proposed for de-listing. |

| STATE RANK | DEFINITIONS |
|---|---|
| S1 | Critically imperiled in North Carolina because of extreme rarity or otherwise very vulnerable to extirpation in the state. |
| S2 | Imperiled in North Carolina because of rarity or otherwise vulnerable to extirpation in the state. |
| S3 | Rare or uncommon in North Carolina. |
| S4 | Apparently secure in North Carolina, with many occurrences. |
| S5 | Demonstrably secure in North Carolina and essentially ineradicable under present conditions. |
| SA | Accidental or casual; one to several records for North Carolina, but the state is outside the normal range of the species. |
| SH | Of historical occurrence in North Carolina, perhaps not having been verified in the past 25 years, and suspected to be still extant in the state. |
| SR | Reported from North Carolina, but without persuasive documentation for either accepting or rejecting the report. |
| SX | Believed to be extirpated from North Carolina. |
| SU | Possibly in peril in North Carolina, but status uncertain; more information is needed. |
| S? | Unranked, or rank uncertain. |
| S_B | Rank of breeding population in the state. Used for migratory species only. |
| S_N | Rank of non-breeding population in the state. Used for migratory species only. |
| SZ_ | Population is not of significant conservation concern; applies to transitory, migratory species. |

# 2. List of Plants Found on the Property

*** - indicates exotic plant species      S – Southern Appalachian Endemic species

| FORM | COMMON NAME | SCIENTIFIC NAME | NCNHP LISTING | STATUS / RANK |
|---|---|---|---|---|
| Tree | Striped Maple | Acer pensylvanicum | | |
| Tree | Red Maple | Acer rubrum var rubr | | |
| Tree | Yellow Buckeye | Aesculus flava (S) | | |
| Tree | Tree-of-Heaven*** | Ailanthus altissima*** | | |
| Tree | Serviceberry | Amelanchier arborea | | |
| Tree | Black Birch | Betula lenta | | |
| Tree | Bitternut Hickory | Carya cordiformis | | |
| Tree | Pignut Hickory | Carya glabra | | |
| Tree | Mockernut Hickory | Carya tomentosa | | |
| Tree | American Chestnut | Castanea dentata | | |
| Tree | Dogwood | Cornus florida | | |
| Tree | American Beech | Fagus grandifolia | | |
| Tree | White Ash | Fraxinus americana | | |
| Tree | Silverbell | Halesia tetraptera var monticola (S) | | |
| Tree | American Holly | Ilex opaca | | |
| Tree | Tulip Poplar | Liriodendron tulipifera | | |
| Tree | Fraser Magnolia | Magnolia fraseri (S) | | |
| Tree | Black Gum | Nyssa sylvatica | | |
| Tree | Sourwood | Oxydendron arboreum | | |
| Tree | Princess Tree*** | Paulownia tomentosa* | | |
| Tree | Pitch Pine | Pinus rigida | | |
| Tree | White Oak | Quercus alba | | |
| Tree | Scarlet Oak | Quercus coccinea | | |
| Tree | Chestnut Oak | Quercus montana | | |
| Tree | Northern Red Oak | Quercus rubra | | |
| Tree | Black Oak | Quercus velutina | | |
| Tree | Black Locust | Robinia psuedoacacia | | |
| Tree | Sassafras | Sassafras albidum | | |
| Tree | White Basswood | Tilia heterophylla | | |
| Tree | Canada Hemlock | Tsuga canadensis | | |
| **Tree** | **Carolina Hemlock** | **Tsuga caroliniana (S)** | **Watch** | **W5A/ - /S3/G3** |
| Shrub | Tag Alder | Alnus serrulata | | |
| Shrub | Sweetshrub | Calycanthus floridus | | |
| Shrub | Sweet Pepperbush | Clethra acuminata (S) | | |
| Shrub | Silky Dogwood | Cornus amomum | | |
| Shrub | Huckleberry | Gaylussacia baccata | | |
| Shrub | Witch Hazel | Hammamelis virginian | | |
| Shrub | Wild Hydrangea | Hydrangea arborescens | | |
| Shrub | Mountain Laurel | Kalmia latifolia | | |
| Shrub | Doghobble | Leucothoe fontansiana (S) | | |
| Shrub | Spicebush | Lindera benzoin | | |
| Shrub | Buffalo Nut | Pyrularia pubera | | |
| Shrub | Flame Azalea | Rhododendron calendulaceum | | |
| Shrub | Rosebay rhodendron | Rhododendron maximum | | |
| Shrub | Elderberry | Sambucus canadensis | | |
| Shrub | Horse Sugar | Symplocos tinctoria | | |
| Shrub | Smooth Highbush Blueberry | Vaccinium corymbosum | | |

| | | | | |
|---|---|---|---|---|
| Shrub | Hillside Blueberry | Vaccinium pallidum | | |
| Shrub | Appalachian Deerberry | Vaccinium staminium | | |
| Shrub | Mapleleaf Viburnum | Viburnum acerfolium | | |
| | | | | |
| Vine | Virgin's Bower | Clematis virginiana | | |
| Vine | Partridgeberry | Mitchella repens | | |
| Vine | Virginia creeper | Parthenocissus quinq | | |
| Vine | Multiflora Rose*** | Rosa multiflora*** | | |
| Vine | Smooth Blackberry | Rubus canadensis (A) | | |
| Vine | Wineberry*** | Rubus phoenicolasius*** | | |
| **Vine** | **Biltmore Carrionflower** | **Smilax bitmoreana (S)** | **Watch** | **W1/ - /S3/G4?** |
| Vine | White Greenbrier | Smilax glauca | | |
| Vine | Greenbrier | Smilax hispida | | |
| Vine | Common Greenbrier | Smilax rotundifolia | | |
| Vine | Poison Ivy | Toxicodendron radica | | |
| Vine | Fox Grape | Vitis labrusca | | |
| | | | | |
| Wildflower | Monk's Hood | Aconitum uncinatum (S) | | |
| **Wildflower** | **Black Cohosh** | **Actaea racemosa** | **Watch "Exploited"** | **W5B/ - /S4/G4** |
| Wildflower | Wingstem | Actinomeris alteranifolia | | |
| Wildflower | White Snakeroot | Ageratina altissima | | |
| Wildflower | Woodland Agrimony | Agrimonia rostellata | | |
| **Wildflower** | **Colic Root** | **Aletris farinosa** | **Watch "Exploited"** | **W5B/ - /S5/G5** |
| Wildflower | Amaranth | Amaranthus sp. | | |
| Wildflower | Canada Sicklepod | Arabis canadensis | | |
| Wildflower | Spikenard | Aralia racemosa | | |
| Wildflower | Common Jack in the Pulpit | Arisaema triphyllum | | |
| Wildflower | Small Jack in the Pulpit | Arisaema triphyllum spp glauca | | |
| Wildflower | Giant Indian Plantain | Arnoglossum muhlenbergia | | |
| Wildflower | Woodland Milkweed | Asclepias incarnata | | |
| Wildflower | Heartleaf Aster | Aster cordifolius | | |
| Wildflower | White Wood Aster | Aster divaricatus | | |
| Wildflower | Heath Aster | Aster pilosus | | |
| Wildflower | Wavy Aster | Aster undulatus | | |
| Wildflower | Native Astilbe | Astilbe biternatum (S) | | |
| Wildflower | Begger's Tick | Bidens bipinnata | | |
| Wildflower | Cutleaf Toothwort | Cardamine concatenat | | |
| Wildflower | Large Toothwort | Cardamine diphylla | | |
| Wildflower | Blue Cohosh | Caulophyllum thalictroides | | |
| **Wildflower** | **Devils Bit** | **Chamaelarium luteum** | **Watch "Exploited"** | **W5B/ - /S4/G5** |
| Wildflower | Lamb's Quarters | Chenopodium album | | |
| Wildflower | Enchanters Nightshade | Circaea quadrisculata | | |
| Wildflower | Corn Lily | Clintonia umbellata (S) | | |
| Wildflower | Stone-root | Collinsonia canadensis | | |
| Wildflower | Asiatic Dayflower*** | Commelina virginica*** | | |
| Wildflower | Cancer Root | Conophilis americana | | |
| **Wildflower** | **Broadleaf Coreopsis** | **Coreopsis latifolia** | **Rare** | **SR/ - /S3/G3** |
| Wildflower | Greater Coreopsis | Coreopsis major var major | | |
| Wildflower | Honewort | Cryptotaenia canaden | | |
| Wildflower | Naked-flower Trefoil | Desmodium nudiflorum | | |
| Wildflower | Whorled Wild Yam | Dioscorea quaternata | | |

| | | | | |
|---|---|---|---|---|
| Wildflower | Epilobium | Epilobium coloratum | | |
| Wildflower | Robins Plantain | Erigeron pulchellus | | |
| Wildflower | Daisy Fleabane | Erigeron strigosus | | |
| Wildflower | Woodland Joe Pye | Eupatorium purpureaum | | |
| Wildflower | Upland Boneset | Eupatorium sessilifolia | | |
| Wildflower | Flowering Spurge | Euphorbia corallata | | |
| Wildflower | Wild Strawberry | Fragaria virginiana | | |
| **Wildflower** | **Galax** | **Galax aphylla** | Watch "Exploited" | W5B/ - /S5/G5 |
| Wildflower | Bedstraw | Galium aparine | | |
| Wildflower | Wild Licorice | Galium circazeans | | |
| Wildflower | Wideleaf Bedstraw | Galium latifolium | | |
| Wildflower | A Galium | Galium orizabense | | |
| Wildflower | Sampson's Snakeroot | Gentiana villosa | | |
| Wildflower | Wild Gernanium | Geranium maculatum | | |
| Wildflower | Common Avens | Geum canadense | | |
| Wildflower | Bowman's Root | Gillenia trifoliata | | |
| Wildflower | Rattlesnake Orchid | Goodyera pubescens | | |
| Wildflower | Forest Sunflower | Helianthus decapetalus | | |
| **Wildflower** | **White-leaf Sunflower** | **Helianthus glaucophyllus** | Watch | W1/ - /S3/G3 |
| Wildflower | Quaker Bonnet Bluets | Houstonia caerulea | | |
| Wildflower | Large Houstonia | Houstonia purpurea (S) | | |
| Wildflower | Virginia Wateleaf | Hydrophyllum virginiana (S) | | |
| Wildflower | Common St. Johnswort | Hypericum perforatum | | |
| Wildflower | Yellow Star Grass | Hypoxis hirsuta | | |
| Wildflower | Touch Me Not | Impatiens capensis | | |
| Wildflower | Wild Iris | Iris cristata | | |
| Wildflower | Wood Nettle | Laportea canadensis | | |
| Wildflower | Korean Clover*** | Lespedeza cuneata*** | | |
| Wildflower | Sweet Lovage | Ligusticum canadense | | |
| Wildflower | Turks Cap Lily | Lilium superbum | | |
| Wildflower | Great Lobelia | Lobelia siphilicata | | |
| Wildflower | Bugleweed | Lycopus uniflorus | | |
| Wildflower | Whorled Loostrife | Lysimachia quadrifolia | | |
| Wildflower | Solomon's Plume | Maianthemum racemosum | | |
| Wildflower | Indian Cucumber Root | Medeola virginiana | | |
| Wildflower | Cow-wheat | Melampyrum lineare | | |
| Wildflower | Bunchflower | Melanthium parviflora (A) | | |
| Wildflower | Indian Pipes | Monotropa uniflora | | |
| Wildflower | Evening Primrose | Oenothera biennis | | |
| Wildflower | Sweet Cicely | Osmorhiza claytonii | | |
| Wildflower | Sweet Cicely | Osmorhiza longistyli | | |
| Wildflower | Great Wood Sorrel | Oxalis grandis | | |
| Wildflower | Cowbane | Oxipolis rigidoir | | |
| **Wildflower** | **American Ginseng** | **Panax quinquefolius** | Watch | W5B/SC/ - /S4/G4 |
| Wildflower | Lopseed | Phryma leptostachya | | |
| Wildflower | Pokeweed | Phytolacca americana | | |
| Wildflower | Clearweed | Pilea pumila | | |
| Wildflower | English Plantain*** | Plantago major*** | | |
| Wildflower | Mayapple | Podophyllum peltatum | | |
| Wildflower | Smooth Solomons Seal | Polygonatum biflorum | | |
| Wildflower | Common Knotweed*** | Polygonum cespitosum | | |
| Wildflower | Five Fingers | Potentilla canadensis | | |
| Wildflower | Large Five Fingers | Potentilla simplex | | |

| Type | Common Name | Scientific Name | Status | Code |
|---|---|---|---|---|
| Wildflower | Tall Rattlesnake Root | Prenanthes altissima | | |
| Wildflower | Lion's Foot | Prenanthes serpentar | | |
| Wildflower | Orange Mandarin | Prosartes lanuginosum (A) | | |
| Wildflower | Self Heal*** | Prunella vulgaris*** | | |
| Wildflower | Mountain Mint | Pycnanthemum incanum | | |
| Wildflower | Crowfoot | Ranunculus arbortivus | | |
| Wildflower | Giant Coneflower | Rudbeckia laciniata | | |
| Wildflower | Giant Coneflower | Rudbeckia laciniata | | |
| **Wildflower** | **Bloodroot** | **Sanguinaria canadensis** | **Watch "Exploited"** | **W5B/ - /S5/G5** |
| Wildflower | Black Snakeroot | Sanicula canadensis | | |
| Wildflower | Common Skullcap | Scutellaria elliptic | | |
| Wildflower | Marchflower | Senecia aureus | | |
| Wildflower | Fire Pink | Silene virginica | | |
| Wildflower | Blue Eye Grass | Sisyrinchium angustifolia | | |
| Wildflower | Tall Goldenrod | Solidago altisssima | | |
| Wildflower | Bluestem Goldenrod | Solidago caesia | | |
| Wildflower | Curtis' Goldenrod | Solidago curtisii | | |
| Wildflower | Zigzag Goldenrod | Solidago flexicaulis | | |
| Wildflower | Bog Goldenrod | Solidago patula | | |
| Wildflower | Roundleaf Goldenrod | Solidago sphacelata | | |
| Wildflower | Hedge nettle | Stachys cordata | | |
| Wildflower | Chickweed | Stellaria pubera | | |
| Wildflower | Seep Rue | Thalictrum clavatum (S) | | |
| Wildflower | Spring Woods Rue | Thalictrum dioicum | | |
| Wildflower | Foamflower | Tiarella cordifolia | | |
| Wildflower | Jumpseed | Tovara virginiana | | |
| Wildflower | Spiderwort | Tradescantia subaspera | | |
| Wildflower | Red Clover | Trifolium pratense** | | |
| **Wildflower** | **Toad Trillium** | **Trillium cuneatum** | **Watch "Exploited"** | **W5B/ - /S3/G5** |
| **Wildflower** | **Wake Robin** | **Trillium erectum** | **Watch "Exploited"** | **W5B/ - /S5/G5** |
| **Wildflower** | **Large-flowered Trillium** | **Trillium grandiflorum** | **Watch "Exploited"** | **W5B/ - /S4/G4** |
| **Wildflower** | **Painted Trillium** | **Trillium undulatam** | **Watch "Exploited"** | **W5B/ - /S4/G4** |
| Wildflower | Perfoliate Bellwort | Uvularia perfoliata | | |
| Wildflower | Common Bellwort | Uvularia puberula | | |
| Wildflower | Bellwort | Uvularia sessilifolia | | |
| Wildflower | Sweet White Violet | Viola blanda | | |
| Wildflower | Canada Violet | Viola canadensis | | |
| Wildflower | Red Veined Violet | Viola cucullata | | |
| Wildflower | Halberd-leaf Violet | Viola hastata | | |
| Wildflower | Wideleaf Wood Violet | Viola latiscula | | |
| Wildflower | Northern White Violet | Viola pallens | | |
| Wildflower | Primrose-leaf Violet | Viola primulifolia | | |
| Wildflower | Roundleaf Violet | Viola rotundifolia | | |
| Wildflower | Common Violet | Viola sororia | | |
| Wildflower | Yellow-eye grass | Xyris torta | | |
| Wildflower | Common Alexanders | Zizia aurea | | |
| | | | | |
| Sedge | Bunched Seep Sedge | Carex aestivalis | | |
| Sedge | S. Carolina Sedge | Carex austro-carolin | | |
| Sedge | Brown Sedge | Carex brunnescens | | |
| Sedge | Crown Sedge | Carex laxiculmis var | | |
| Sedge | Pennsylvania sedge | Carex pennsyvanica | | |
| Sedge | Broadleaf Sedge | Carex platyphylla | | |
| Sedge | Rosy Sedge | Carex rosea | | |

| | | | | |
|---|---|---|---|---|
| Sedge | Common Seep Sedge | Carex scabrata | | |
| | | | | |
| Grass | Mountain Oat Grass | Danthonia compressa | | |
| Grass | Deertongue Grass | Dicanthelium clandestinium | | |
| Grass | Japanese Stiltgrass*** | Microstegium vimineum*** | | |
| Grass | Silvergrass*** | Miscanthus sinensis*** | | |
| Grass | Muhly Grass | Muhlenbergia tenuifl | | |
| | | | | |
| Rush | Needle Rush | Juncus effusus | | |
| Rush | Path Rush | Juncus tenuis | | |
| Rush | Wood Rush | Luzula acuminata | | |
| | | | | |
| Fern Ally | Common Clubmoss | Huperzia lucidula | | |
| Fern | Maidenhair Fern | Adiantum pedatum | | |
| Fern | Southern Lady Fern | Athyrium asplenoides | | |
| Fern | Rattlesnake Fern | Botrychium virginiana | | |
| Fern | Fragile Fern | Cystopteris fragilis | | |
| Fern | Hayscented Fern | Dennstaedtia punctilobula | | |
| Fern | Silvery Glade Fern | Deparia acrostichoides | | |
| Fern | Broad Beech Fern | Hexagonoptera thelyptris | | |
| Fern | Cinnamon Fern | Osmunda cinnamomea | | |
| Fern | Interrupted Fern | Osmunda interuptus | | |
| Fern | Rock Cap Fern | Polypodium virginiana | | |
| Fern | Christmas Fern | Polystichum acrosticoides | | |
| Fern | New York Fern | Thelypteris nova-boracensis | | |
| Fern Ally | Running Cedar | Diphasiastrum digita | | |

## 3. Wildlife Existing on the Property

| BIRDS | | | |
|---|---|---|---|
| | | PIF Priority Ranking | |
| | | Total Score / | Tier |
| Acadian Flycatcher | *Empidonax virescens* | 24 | I. |
| American Crow | *Corvus brachyrhynchos* | 11 | - |
| American Goldfinch | *Carduelis tristis* | 13 | - |
| American Redstart | *Setophaga ruticilla* | 15 | - |
| Barred Owl | *Strix varia* | 15 | - |
| Black-and-white Warbler | *Mniotilta varia* | 21 | II.A. |
| Black-throated Green Warbler | *Dendroica virens* | 21 | II.A. |
| Blue-headed Vireo | *Vireo solitarius* | 19 | - |
| Broad-winged Hawk | *Buteo platypterus* | 18 | - |
| Carolina Chickadee | *Poecile carolinensis* | 18 | III.A. |
| Carolina Wren | *Thryothorus ludovicianus* | 18 | - |
| Downy Woodpecker | *Picoides pubescens* | 19 | II.A. |
| Eastern Towhee | *Pipilo erythrophthalmus* | 20 | II.A. |
| Eastern Wood-Pewee | *Contopus virens* | 20 | II.A. |
| Great Crested Flycatcher | *Myiarchus crinitus* | 17 | - |
| Hooded Warbler | *Wilsonia citrina* | 22 | I. |
| House Wren | *Troglodytes aedon* | 12 | - |
| Indigo Bunting | *Passerina cyanea* | 18 | III.A. |
| Louisiana Waterthrush | *Zenaida macroura* | 24 | I. |
| Mourning Dove | *Seiurus motacilla* | 10 | - |
| Northern Cardinal | *Cardinalis cardinalis* | 11 | - |
| Northern Flicker | *Colaptes auratus* | 14 | - |
| Northern Parula | *Parula americana* | 20 | II.B. |
| Ovenbird | *Seiurus aurocapillus* | 20 | II.A. |
| Pileated Woodpecker | *Dryocopus pileatus* | 18 | III.A. |
| Red-bellied Woodpecker | *Melanerpes carolinus* | 14 | - |
| Red-eyed Vireo | *Vireo olivaceous* | 17 | - |
| Red-tailed Hawk | *Buteo jamaicensis* | 13 | - |
| Ruffed Grouse | *Bonasa umbellus* | 18 | - |
| Scarlet Tanager | *Piranga olivacea* | 23 | I. |
| Song Sparrow | *Melospiza melodia* | 16 | - |
| Tufted Titmouse | *Baeolophus bicolor* | 15 | - |
| White-breasted Nuthatch | *Sitta carolinensis* | 15 | - |
| Wood Thrush | *Hylocichla mustelina* | 25 | I. |
| Worm-eating Warbler | *Helmitheros vermivorus* | 26 | I. |
| **Yellow-bellied Sapsucker** | ***Sphyrapicus varius*** | 15 | - |
| Yellow-billed Cuckoo | *Coccyzus americanus* | 17 | - |
| Yellow-throated Vireo | *Vireo flavifrons* | 24 | I. |
| | | | |
| **BUTTERFLIES** | | | |
| American Lady | *Vanessa virginiensis* | | |
| Eastern Tiger Swallowtail | *Papilio glaucus* | | |
| Zebra Swallowtail | *Eurytides marcellus* | | |

| | | | |
|---|---|---|---|
| Isabella Tiger Moth (caterpillar) | *Pyrrharctia isabella* | | |
| Mourning Cloak | *Nymphalis antiopa* | | |
| Silver-spotted Skipper | *Epargyrenus clarus* | | |
| Spicebush Swallowtail (instar) | *Papilio troilous* | | |
| | | | |
| **MAMMALS** | | | |
| Black Bear (scat, digging) | *Ursus americanus* | | |
| Eastern Chipmunk (call) | *Tamias striatus* | | |
| Eastern Cottontail (browse, scat) | *Sylvilagus floridanus* | | |
| Eastern Grey Squirrel (sight) | *Sciurus carolinensis* | | |
| Raccoon (track) | *Procyon lotor* | | |
| White-tailed Deer (browse, track) | *Odocoileus virginianus* | | |
| | | | |
| **AMPHIBIANS** | | | |
| Blackbelly salamander | *Desmognathus quadramaculatus* | | |
| Mountain dusky | *Desmognathus orestes* | | |
| So. Redback salamander | *Plethodon serratus* | | |
| White-spotted slimy salamander | *Plethodon cylindraceus* | | |
| Spring peeper | *Hyla crucifer* | | |
| | | | |
| **REPTILES** | | | |
| Eastern Box Turtle (obs.) | *Terrapine carolina* | | |
| Copperhead (obs.) | *Agkistrodon contortrix* | | |

# 4. Rare Plants Potentially Occurring on the Property
See NCNHP Rare Species Listing Manuals for Status and Rank Codes.

| LIFE FORM | COMMON NAME | SCIENTIFIC NAME | HABITAT |
|---|---|---|---|
| Vascular Plant | Climbing Fumitory | Adlumia fungosa | M: coves and cliffs |
| Vascular Plant | Creamy Wild Indigo | Baptisia bracteata var bracteata | P: open woodlands |
| Vascular Plant | Alabama Grape Fern | Botrychium jenmanii | MP: moist woods |
| Vascular Plant | Blunt-lobed Grape Fern | Botrychium oneidense | MP: cove forests, bogs |
| Vascular Plant | Hitchcock's Sedge | Carex hitchcockiana | M: moist to dryish forests over calcareous or mafic rocks |
| Vascular Plant | a wood sedge | Carex leptonervia | M: rich cove forests and seepage slopes |
| Vascular Plant | Roan Sedge | Carex roanensis | M: forests |
| Vascular Plant | Branching Draba | Draba ramosissima | MP: calcareous and mafic rock outcrops |
| Vascular Plant | Godfrey's Thoroughwort | Eupatorium godfreyanum | PM: woodlands, especially over mafic rocks |
| Vascular Plant | Glade Spurge | Euphorbia purpurea | M: forests, especially over mafic rock |
| Vascular Plant | Mountain Heartleaf | Hexastylis contracta | M: acidic forests under rhododendron |
| Vascular Plant | French Broad Heartleaf | Hexastylis rhombiformis | MP: cove forests |
| Vascular Plant | Goldenseal | Hydrastis canadensis | MP: cove forests, other rich deciduous forests |
| Vascular Plant | Largeleaf Waterleaf | Hydrophyllum macrophyllum | M: rich woods, especially rocky calcareous forests and cliffs |
| Vascular Plant | Small Whorled Pogonia | Isotria medeoloides | MPS: forests, especially with white pine |
| Vascular Plant | American Fly-honeysuckle | Lonicera canadensis | M: bogs, moist woods |
| Vascular Plant | Fraser's Loosestrife | Lysimachia fraseri | M: forests, roadsides |
| Vascular Plant | Appalachian Adder's-mouth | Malaxis bayardii | MP: upland forests |
| Vascular Plant | Sweet Pinesap | Monotropsis odorata | PM: dry forests and bluffs |
| Vascular Plant | Northern Green Orchid | Platanthera flava var herbiola | M: bogs and moist forests |
| Vascular Plant | Purple Fringeless Orchid | Platanthera peramoena | MP: bogs, forests |
| Vascular Plant | Mountain Catchfly | Silene ovata | M: rich slopes, cove forests, montane oak-hickory forests |
| Vascular Plant | Ash-leaved Golden-banner | Thermopsis fraxinifolia | MP: dry ridges |
| Vascular Plant | Appalachian Golden-banner | Thermopsis mollis sensu stricto | PM: dry ridges and open woodlands |
| Vascular Plant | Sweet White Trillium | Trillium simile | MP: rich coves |

| | | | |
|---|---|---|---|
| Moss | **Rota's Feather Moss** | Brachythecium rotaeanum | M: on bark or rock in cove forests |
| Moss | **Sullivant's Entodon** | Entodon sullivantii | M: on rocks or bark in humid gorges and cove forests |
| Moss | **Closter's Brook-hypnum** | Hygrohypnum closteri | MP: on rocks submersed in streams |
| Moss | **Budding Tortula** | Rhachithecium perpusillum | PM: bark of hardwoods |

## 5. Rare Animals Potentially Occurring on the Property
See NCNHP Rare Species Listing Manuals for Status and Rank Codes

| LIFE FORM | COMMON NAME | SCIENTIFIC NAME | HABITAT |
|---|---|---|---|
| Bird | Cooper's Hawk | Accipiter cooperii | MPSC: forests and woodlands (for nesting) [breeding evidence only] |
| Bird | Black Vulture | Coragyps atratus | MPSC: forested areas for nesting; forests or open country for foraging [roosting and nesting sites only] |
| Bird | Cerulean Warbler | Dendroica cerulea | MC: mature hardwood forests; steep slopes and coves in mountains, natural levees in Coastal Plain [breeding season only] |
| Bird | Appalachian Yellow-bellied Sapsucker | Sphyrapicus varius appalachiensis | M: mature, open hardwoods with scattered dead trees [breeding season only] |
| Fish | Santee Chub - Piedmont Population | Cyprinella zanema pop 1 | P: Catawba and Broad drainages |
| Insect | Frosted Elfin | Callophrys irus | MPSC: open woods and borders, usually in dry situations; host plants -- lupines (Lupinus) and wild indigos (Baptisia) |
| Insect | Appalachian Azure | Celastrina neglectamajor | M: rich deciduous forests; host plant -- black cohosh (Cimicifuga) |
| Insect | Dusky Azure | Celastrina nigra | M: rich, moist deciduous forests; host plant -- goat's-beard (Aruncus dioicus) |
| Insect | Smyth's Green Comma | Polygonia faunus smythi | M: spruce, fir, or hemlock forests, where mixed with hardwoods; host plants -- varied, but mainly birches, willows, and alders |
| Insect | Hickory Hairstreak | Satyrium caryaevorum | M: deciduous forests; host plants -- primarily hickories (Carya), but other trees also |
| Insect | Diana Fritillary | Speyeria diana | MP: rich woods and adjacent edges and openings; believed extirpated from the lower Piedmont; host plants -- violets (Viola) |
| Mammal | Eastern Small-footed Bat | Myotis leibii | M: roosts in hollow trees (warmer months), in caves and mines (winter) |
| Mammal | Northern Long-eared Bat | Myotis septentrionalis | MP: roosts in hollow trees and buildings (warmer months), in caves and mines (winter) |
| Mammal | Eastern Woodrat (=Southern Appalachian Woodrat) | Neotoma floridana haematoreia | MP: rocky places in deciduous or mixed forests, in southern mountains and adjacent Piedmont |
| Mammal | Southern Pygmy Shrew | Sorex hoyi winnemana | MC: montane deciduous forests; old fields and forests in northeastern Coastal Plain |
| Mammal | Southern Water Shrew | Sorex palustris punctulatus | M: stream banks in montane forests |



# CAROLINA MOUNTAIN LAND CONSERVANCY

PO Box 2822 • 317 N. Washington Street, Suite 1 • Hendersonville, NC 28793-2822
(828) 697-5777 (phone) • (828) 697-2602 (fax) • info@carolinamountain.org • www.carolinamountain.org

**For Immediate Release**
June 4, 2008
Contact: Suzanne (Hohn) Mwengi, Carolina Mountain Land Conservancy Outreach Coordinator
(828) 697-5777

## Hike at Laurel Mountain Preserve offers tour of 169-acre nature preserve

On Saturday, June 14th at 10AM, Carolina Mountain Land Conservancy (CMLC) and Laurel Mountain Preserve are co-hosting a Nature Open House that will offer the first guided trail tour of Laurel Mountain Preserve's beautiful—and rare—rich cove and old-growth forests. In 2005, CMLC completed a conservation agreement with Laurel Mountain Preserve, protecting forever 169 acres of the Laurel Mountain Preserve property.

Laurel Mountain Preserve, located on Black Mountain, serves as a natural haven for many native plant and wildlife species. A baseline inventory by Equinox Environmental identified 233 species that reside on the property. Equinox concluded "additional wildlife inventories would easily provide a much larger yield of wildlife, especially amphibians, mammals and fish, and potentially a few additional rare species," mentioning 49 rare species indigenous to the region that are among the most likely to be discovered.

The Nature Open House is designed to provide interested members of the community with a chance to view and appreciate the Preserve's unique natural assets. We'll begin with a pre-hike reception where both CMLC and Equinox Environmental will join the owners in giving hikers a brief overview of Laurel Mountain Preserve's ecological significance. Following the reception, we'll enjoy a moderately strenuous hike through the preserve.

To sign up and receive more details, please contact Carolina Mountain Land Conservancy at (828) 697-5777 or by email at outreach@carolinamountain.org.

Carolina Mountain Land Conservancy helps landowners protect local land and water resources vital to our natural heritage and quality of life. As a local nonprofit organization dedicated to saving the places you love, CMLC is helping to create a regional network of more than 17,700 acres of protected farm, forest, park and natural lands. To become a member or learn about other ways to support CMLC, visit www.carolinamountain.org or call 697-5777.

###

CMLC Board of Trustees

Bob Wald, President
Rick Merrill, Treasurer
Hilliard Staton, Secretary
Jim Neal, Past-President

Jon Calabria
David Efird
Reg Heinitsh
Suzanne Holbert
John Humphrey

James Kessaris
Bill McAninch
Lee Mulligan
Brent O'Conner
Al Platt

Diana Richards
Jerry Stone
Mark Tooley
Bob Youngerman