# EXHIBIT 6



Book 100, Page 81, File Number