# EXHIBIT 7

# Minutes of Land Protection Committee Meeting on 7/13/05

Present: Reggie Hall, Josh Freeman, John Humphrey, Jon Calabria, Jack Drost, Tom Ferguson, Kareem ar-Rushdi, Shay Dumas, Alice Williamson, Tom Fanslow, Kieran Roe

**New CWMTF applications:**
Reggie updated the Committee on the recently submitted Clean Water Management Trust Fund projects: Dunn's Creek Lodge, Falling Creek Camp, World's Edge, and the Upper Broad River Watershed Protection Program. Tom Massie has conducted his field assessment, and the CWMTF will make a first cut in August. The CWMTF Acquisition Committee will meet in September to make a final selection that must be ratified by the CWMTF board in late November.

**Current projects:**

*Blue Ridge Metals (Town of Fletcher Park): Unless the current contractor starts work on the trail this month, we will probably switch to another contractor.

*Laurel Mountain Preserve (Black Mountain): currently Art Nadel's attorney is drafting covenants and restrictions to be placed on the lots in this conservation-based subdivision. Stewardship fees on the 200 acre conservation parcel will total $28,500.

*Buckner (adjacent to DuPont State Forest): we are waiting on completion of an opinion on title to help disengage the overlapping property lines on two sides. Closing on this CWMTF project is expected in August.

*Celadon Hills trade lands: CMLC has not signed the Form 8283 because the appraised value stated on the form does not take into account that all but one of the lots failed the perc test required for granting of a septic tank permit.

*World's Edge: CMLC offered $16 million to put the property under contract. The earnest money becomes non-refundable on July 20th, and closing is set for August 4th. The earnest money was contributed by David Eifrid, Bill May, and Bill Stanback. Although the Phase 1 located several dump sites, these are not of much concern to the NC Div. of Parks and Recreation. Of the $16 million purchase price, the Nature Conservancy is paying $10 million, and CMLC is paying $6 million. CMLC is borrowing $3 million each from the Open Space Institute and the Self Help Credit Union. Eventually, grants from the CWMTF, Parks and Recreation Trust Fund, and the Natural Heritage Trust Fund will be used to repay the lenders and buy out the Nature Conservancy. Then CMLC will transfer the property to the state for inclusion in the Hickory Nut Gorge State Park.

**New projects:**

*Gene Kopf property: this is an historic property with 6 acres of woods, a pond, and a horse pasture near Flat Rock. The conservation values of the property include preserving open space, water quality, and pasture. The Committee voted to move forward on this project.

**Farmland projects:** CMLC received a $499,000 grant from the National Research Initiative. This grant will allow CMLC to study farmland preservation methods, and work with partners to identify high-value crops and the viability of farming. CMLC is looking for individuals to join a farmland advisory committee.

*Ken Allison: Allison owns an extensive nursery operation in the French Broad River valley. He was very interested to learn about land conservation tools, and we may have an opportunity to work with him this year.

**Wrap-up:**

Reggie toured the 630-acre Jane Shuttleworth property. Shuttleworth, who attended the landowner's breakfast with Steve Small, is still not certain about her plans.

Wolf's Lair is on indefinite hold. The bankruptcy trustee is visiting soon to inspect the leaky dam.

Shay Dumas attended a nationwide call-in on open-space ballot initiatives. CMLC may be sponsoring such an initiative in Henderson County for placement on the 2006 ballot.

The next meeting is September 21, 2005.