# EXHIBIT 13

Form 8283 (Rev. 12-05)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

Name(s) shown on your income tax return: LAUREL MOUNTAIN PRESERVE, LLC

Identifying number: 77-06-9737

## Section B. Donated Property Over $5,000 (Except Certain Publicly Traded Securities)—
List in this section only items (or groups of similar items) for which you claimed a deduction of more than $5,000 per item or group (except contributions of certain publicly traded securities reported in Section A). An appraisal is generally required for property listed in Section B (see instructions).

### Part I — Information on Donated Property — To be completed by the taxpayer and/or appraiser

4  Check the box that describes the type of property donated.

- [ ] Art* (contribution of $20,000 or more)
- [ ] Art* (contribution of less than $20,000)
- [ ] Collectibles**
- [X] Qualified Conservation Contribution
- [ ] Other Real Estate
- [ ] Intellectual Property
- [ ] Equipment
- [ ] Securities
- [ ] Other

*Art includes paintings, sculptures, watercolors, prints, drawings, ceramics, antiques, decorative arts, textiles, carpets, silver, rare manuscripts, historical memorabilia, and other similar objects.

**Collectibles include coins, stamps, books, gems, jewelry, sports memorabilia, dolls, etc., but not art as defined above.

Note. If your total art contribution deduction was $20,000 or more, you must attach a complete copy of the signed appraisal. If your deduction for any donated property was more than $500,000, you must attach a qualified appraisal of the property. See instructions.

5

| | (a) Description of donated property (if you need more space, attach a separate statement) | (b) If tangible property was donated, give a brief summary of the overall physical condition of the property at the time of the gift | (c) Appraised fair market value |
|---|---|---|---|
| A | 169 WOODED ACRES | | 1,800,000. |
| B | | | |
| C | | | |
| D | | | |

| | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) For bargain sales, enter amount received | (h) Amount claimed as a deduction | (i) Average trading price of securities |
|---|---|---|---|---|---|---|
| A | 12/03/2003 | PURCHASE | | | 1,800,000. | |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |

### Part II — Taxpayer (Donor) Statement — List each item included in Part I above that the appraisal identifies as having a value of $500 or less. See instructions.

I declare that the following item(s) included in Part I above has to the best of my knowledge and belief an appraised value of not more than $500 (per item). Enter identifying letter from Part I and describe the specific item. See instructions. ▶

Signature of taxpayer (donor) ▶　　　　　　　　　　　　　　　　　　　　　　Date ▶

### Part III — Declaration of Appraiser

I declare that I am not the donor, the donee, a party to the transaction in which the donor acquired the property, employed by, or related to any of the foregoing persons, or married to any person who is related to any of the foregoing persons. And, if regularly used by the donor, donee, or party to the transaction, I performed the majority of my appraisals during my tax year for other persons.

Also, I declare that I hold myself out to the public as an appraiser or perform appraisals on a regular basis, and that because of my qualifications as described in the appraisal, I am qualified to make appraisals of the type of property being valued. I certify that the appraisal fees were not based on a percentage of the appraised property value. Furthermore, I understand that a false or fraudulent overstatement of the property value as described in the qualified appraisal or this Form 8283 may subject me to the penalty under section 6701(a) (aiding and abetting the understatement of tax liability). I affirm that I have not been barred from presenting evidence or testimony by the Office of Professional Responsibility.

**Sign Here**　Signature ▶　　　　　Title ▶　　　　　Date ▶

Business address (including room or suite no.)　　　　　Identifying number

City or town, state, and ZIP code

### Part IV — Donee Acknowledgment — To be completed by the charitable organization

This charitable organization acknowledges that it is a qualified organization under section 170(c) and that it received the donated property as described in Section B, Part I, above on the following date ▶ 12/6/05

Furthermore, this organization affirms that in the event it sells, exchanges, or otherwise disposes of the property described in Section B, Part I (or any portion thereof) within 2 years after the date of receipt, it will file Form 8282, Donee Information Return, with the IRS and give the donor a copy of that form. This acknowledgment does not represent agreement with the claimed fair market value.

Does the organization intend to use the property for an unrelated use? ▶ [ ] Yes  [X] No

Name of charitable organization (donee): CAROLINA MOUNTAIN LAND CONSERVANCY

Employer identification number: 56-6449365

Address (number, street, and room or suite no.): PO BOX 2822

City or town, state, and ZIP code: HENDERSONVILLE NC 28793-2822

Authorized signature: [signed]　　Title: Executive Director　　Date: 9/19/06

BCA　Copyright form software only, 2005 Universal Tax Systems, Inc. All rights reserved.　　US8203S2　Rev. 1