EXHIBIT 14

**Form 1040** Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2005** (99) IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2005, or other tax year beginning , 2005, ending , 20
OMB No. 1545-0074

**Label** (See instructions) Use the IRS label. Otherwise, please print or type.

Name: ARTHUR NADEL
Spouse's Name (if Joint Return): MARGUERITE J NADEL
Home Address: 3966 COUNTRY VIEW DRIVE
City, State, and ZIP Code: SARASOTA FL 34233-4128

Your social security number: ___
Spouse's social security no.: ___

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ [ ] You [ ] Spouse

**Filing Status** (Check only one box.)
1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
6b [X] Spouse
Boxes checked on 6a and 6b: **2**
No. of children on 6c who:
• lived with you: 0
• did not live with you due to divorce or separation (see instr.): 0
Dependents on 6c not entered above: 0
Add numbers on lines above ▶ **2**

d Total number of exemptions claimed

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 225,000. |
| 8a | Taxable interest. Attach Schedule B if required | 11,395. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | 310,094. |
| 9b | Qualified dividends (see instructions) | 307,791. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 9,668,050. |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions | |
| 15b | Taxable amount (see inst.) | |
| 16a | Pensions and annuities | |
| 16b | Taxable amount (see inst.) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 7,448,279. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 8,331. | |
| 20b | Taxable amount (see inst.) | 7,081. |
| 21 | Other income. List type and amount (see instr.) | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 17,669,899. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instr.) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid b Recipient's SSN ▶ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction (see instructions) | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 17,669,899. |

Copyright form software only, 2005 Universal Tax Systems, Inc. All rights reserved.
US1040$1 Rev. 1

BCA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see Instructions. Form **1040** (2005)

EXHIBIT C

Nadel Receivership
Zucker002744

| | | | | | |
|---|---|---|---|---|---|
| Form 1040 (2005) | | ARTHUR & MARGUERITE J NADEL | | | Page 2 |
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | | 38 | 17,669,899. |
| | 39a | Check if: [X] You were born before Jan. 2, 1941, [ ] Blind. [X] Spouse was born before Jan. 2, 1941, [ ] Blind. Total boxes checked ▶ 39a | | | 2 |
| Standard Deduction for - | b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ 39b [ ] | | | |
| • People who checked any box on line 39a or 39b or who can be claimed as a dependent, see instr. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | | 40 | 3,347,575. |
| | 41 | Subtract line 40 from line 38 | | 41 | 14,322,324. |
| | 42 | If line 38 is over $109,475, or you provided housing to a person displaced by Hurricane Katrina, see instructions. Otherwise, multiply $3,200 by the total no. of exemptions claimed on line 6d | | 42 | |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 14,322,324. |
| | 44 | Tax (see instr.). Check if any tax is from: a [ ] Form(s) 8814  b [ ] Form 4972 | | 44 | 4,925,318. |
| • All others: Single, or Married filing separately, $5,000 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | 45 | |
| | 46 | Add lines 44 and 45 ▶ | | 46 | 4,925,318 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child and dependent care exp. Attach Form 2441 | 48 | | |
| Married filing jointly or Qualifying widow(er), $10,000 | 49 | Credit for the elderly or the disabled. Attach Schedule R | 49 | | |
| | 50 | Education credits. Attach Form 8863 | 50 | | |
| | 51 | Retirement savings contributions credit. Attach Form 8880 | 51 | | |
| | 52 | Child tax credit (see inst.). Attach Form 8901 if required | 52 | | |
| Head of household, $7,300 | 53 | Adoption credit. Attach Form 8839 | 53 | | |
| | 54 | Credits from: a [ ] Form 8396  b [ ] Form 8859 | 54 | | |
| | 55 | Other credits. Check applicable box(es): a [ ] Form 3800 b [ ] Form 8801 c [ ] Form _____ | 55 | | |
| | 56 | Add lines 47 through 55. These are your total credits | | 56 | |
| | 57 | Subtract line 56 from line 46. If line 56 is more than line 46, enter -0- ▶ | | 57 | 4,925,318. |
| **Other Taxes** | 58 | Self-employment tax. Attach Schedule SE | | 58 | |
| | 59 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | | 59 | |
| | 60 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 60 | |
| | 61 | Advance earned income credit payments from Form(s) W-2 | | 61 | |
| | 62 | Household employment taxes. Attach Schedule H | | 62 | |
| | 63 | Add lines 57 through 62. This is your total tax ▶ | | 63 | 4,925,318. |
| **Payments** | 64 | Federal income tax withheld from Forms W-2 and 1099 | 64 | 70,000. | |
| | 65 | 2005 estimated tax pymts and amt applied from 2004 return | 65 | 4,900,000. | |
| If you have a qualifying child, attach Schedule EIC. | 66a | Earned income credit (EIC) | 66a | | |
| | b | Nontaxable combat pay election ▶ 66b | | | |
| | 67 | Excess social security and tier 1 RRTA tax withheld (see inst) | 67 | | |
| | 68 | Additional child tax credit. Attach Form 8812 | 68 | | |
| | 69 | Amount paid with request for extension to file (see inst) | 69 | | |
| | 70 | Payments from: a [ ] Form 2439  b [ ] Form 4136  c [ ] Form 8885 | 70 | | |
| | 71 | Add lines 64, 65, 66a, and 67 through 70. These are your total payments ▶ | | 71 | 4,970,000. |
| **Refund** | 72 | If line 71 is more than line 63, subtract line 63 from line 71. This is the amount you overpaid ▶ | | 72 | 44,682. |
| Direct deposit? See instructions and fill in 73b, 73c, and 73d. | 73a | Amount of line 72 you want refunded to you | | 73a | |
| | b | Routing number XXXXXXXXXXXXXXXXXXX ▶ c Type: [ ] Checking [ ] Savings | | | |
| | d | Account number XXXXXXXXXXXXXXXXXXXXXXXXX | | | |
| | 74 | Amount of line 72 you want applied to your 2006 est. tax ▶ | 74 | 44,682. | |
| **Amount You Owe** | 75 | Amount you owe. Subtract line 71 from line 63. For details on how to pay, see instructions ▶ | | 75 | |
| | 76 | Estimated tax penalty (see instructions) | 76 | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] Yes. Complete the following. [ ] No | | | | |
| | Designee's name ▶ MICHAEL D ZUCKER   Phone no. ▶ 941-379-0003   Personal identification number (PIN) ▶ 00103 | | | | |
| **Sign Here** Joint return? See instr. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | | |
| | Your signature | Date 10/16/2006 | Your occupation INVESTMENT CONSULTANT | Daytime phone number 941-366-0975 | |
| | Spouse's signature. If a joint return, both must sign. Marguerite Nadel | Date 10/13/06 | Spouse's occupation OFFICE MANAGER | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ | Date 10/13/2006 | Check if self-employed [X] | Preparer's SSN or PTIN | |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ MICHAEL D ZUCKER ACCTG & TAX SVCES  5037 WILLOW LEAF WAY  SARASOTA FL 34241-6234 | | EIN | | |
| | | | | Phone no. 941-379-0003 | |

BCA  Copyright form software only, 2005 Universal Tax Systems, Inc. All rights reserved.   US1040S2   Rev. 1   Form **1040** (2005)

Nadel Receivership
Zucker002745

| SCHEDULES A&B (Form 1040) | Schedule A - Itemized Deductions | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Schedule B is on page 2) ▶ Attach to Form 1040. ▶ See Instructions for Schedules A & B (Form 1040). | 2005 Attachment Sequence No. 07 |

Name(s) shown on Form 1040: ARTHUR & MARGUERITE J NADEL

Your social security no.

### Medical and Dental Expenses

Caution. Do not include expenses reimbursed or paid by others.
1. Medical and dental expenses (see instructions) .............. 1
2. Enter amt. from Form 1040, line 38 | 2 |
3. Multiply line 2 by 7.5% (.075) ............... 3
4. Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- ......... 4

### Taxes You Paid (See instructions.)

5. State and local (check only one box):
   a. ☐ Income taxes, or
   b. ☒ General sales taxes (see instructions) ............ 5  5,280.
6. Real estate taxes (see instructions) ............... 6  4,155.
7. Personal property taxes ............... 7
8. Other taxes. List type and amount ▶ ............... 8
9. Add lines 5 through 8 ............... 9  9,435.

### Interest You Paid (See instructions.)

Note. Personal interest is not deductible.

10. Home mortg. interest & points reported to you on Form 1098 ..... 10  30,421.
11. Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see inst. and show that person's name, identifying no., and address ▶ ............... 11
12. Points not reported to you on Form 1098. See instructions for special rules ............... 12
13. Investment interest. Attach Form 4952 if required. (See instructions.) ............... 13  638.
14. Add lines 10 through 13 ............... 14  31,059.

### Gifts to Charity

If you made a gift and got a benefit for it, see instructions.

15a. Total gifts by cash or check. If you made any gift of $250 or more, see instructions ............... 15a  2,032,174.
15b. Gifts by cash or check after August 27, 2005, that you elect to treat as qualified contributions (see instructions) ............ 15b
16. Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 ............. 16  1,800,625.
17. Carryover from prior year ............... 17
18. Add lines 15a, 16, and 17 ............... 18  3,832,799.

### Casualty and Theft Losses

19. Casualty or theft loss(es). Attach Form 4684. (See instructions.) ............... 19

### Job Expenses and Certain Miscellaneous Deductions (See instructions.)

20. Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. ▶ ............... 20
21. Tax preparation fees ............... 21
22. Other expenses - investment, safe deposit box, etc. ▶ ............... 22
23. Add lines 20 through 22 ............... 23
24. Enter amt. from Form 1040, line 38 | 24 |
25. Multiply line 24 by 2% (.02) ............... 25
26. Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- ............... 26

### Other Miscellaneous Deductions

27. Other - from list in the inst. List type and amount ..... ▶ ............... 27

### Total Itemized Deductions

28. Is Form 1040, line 38, over $145,950 (over $72,975 if married filing separately)?
   ☐ No. Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 40.
   ☒ Yes. Your deduction may be limited. See instructions for the amount to enter.  ▶  28  3,347,575.
29. If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐

For Paperwork Reduction Act Notice, see Form 1040 Instructions.        Schedule A (Form 1040) 2005

BCA   Copyright form software only, 2005 Universal Tax Systems, Inc. All rights reserved.   USSCHA$1 Rev. 1

Nadel Receivership
Zucker002746

US Schedule A — Itemized Deduction Detail Worksheet — 2005

Name: ARTHUR & MARGUERITE J NADEL    SSN:

| Medical Expenses | Medical miles: | X .15 = | Medical miles: | X .22 = | |
|---|---|---|---|---|---|
| Insurance premiums paid (not pre-tax) | | | Medicare from 1040 worksheet | | |
| Taxpayer | | | Remainder from worksheets | | |
| Spouse | | | Taxpayer | | |
| Qualified long term care contracts | | | Spouse | | |
| Taxpayer | | | Self-employed health insurance | | |
| Spouse | | | Taxpayer | | |
| Other medical expenses | | | Spouse | | |
| | | | Amount from additional worksheets | | |
| | | | Total | | |

| Cash Contributions | Hurricane Katrina miles | X .29 = | | X .34 = | |
|---|---|---|---|---|---|
| 50% Limit Organizations | | | Other Charitable miles: | X .14 = | |
| SEE SCHEDULE | 2,031,174. | | | | |
| | | | From Schedules K-1 | | 1,000. |
| | | | Amount from additional worksheets | | |
| | | | Total | | 2,032,174. |
| 30% Limit Organizations | | | Charitable miles: | X .14 = | |
| | | | Schedules K-1 | | |
| | | | Amount from additional worksheets | | |
| | | | Total | | |

| Other Than Cash Contributions | 50% Limit Organizations | | |
|---|---|---|---|
| | | From Forms 8283 | 625. |
| | | Amount from additional worksheets | |
| From Schedules K-1 | | Total | 625. |
| 30% Limit  Capital gain property donated to 50% limit organizations. | | | |
| | | From Forms 8283 | |
| From Schedules K-1 | | Total | |
| 30% Limit  Not capital gain property donated to 30% limit organizations. | | | |
| | | From Forms 8283 | |
| From Schedules K-1 | 1,800,000. | Total | 1,800,000. |
| 20% Limit Organization  Capital gain property donated to 30% limit organizations. | | | |
| | | From Forms 8283 | |
| From Schedules K-1 | | Total | |

Contribution Carryovers

| | From years 2000 through 2004 | | | | To 2006 tax year | | | |
|---|---|---|---|---|---|---|---|---|
| | Cash and other property | | Capital gain property | | Cash and other property | | Capital gain property | |
| | 50% | 30% | 30% | 20% | 50% | 30% | 30% | 20% |
| 2000 | | | | | | | | |
| 2001 | | | | | | | | |
| 2002 | | | | | | | | |
| 2003 | | | | | | | | |
| 2004 | | | | | | | | |
| 2005 | | | | | | | | |

Contributions allowed this year

| | | |
|---|---|---|
| 50% of adjusted gross income | 8,834,950. | |
| This year's 50% organization cash contributions allowed | | 2,032,799. |
| 30% of adjusted gross income | 5,300,970. | |
| This year's capital gain contributions to 50% organizations limited to 30% | | |
| 50% cash carryover allowed | | |
| 50% capital gain carryover limited to 30% | | |
| This year's 30% organization cash and other property contributions allowed | | 1,800,000. |
| 30% organizations cash and other property carryover | | |
| 20% of adjusted gross income | 3,533,980. | |
| This year's capital gain contributions to 30% organizations limited to 20% | | |
| 30% capital gain carryover limited to 20% AGI | | |
| Total contributions allowed this year | | 3,832,799. |

Nadel Receivership
Zucker002747