# COMPOSITE EXHIBIT 16

# Laurel Mountain Preserve
1 Laurel Mountain Trail
Black Mountain, North Carolina 28711
www.laurelmountainpreserve.com • 828-628-3630



Laurel and Wild Azelea In Spring

Waterfall in our Conservation Area

View from Lot 3 in Fall

View from Lot 10 in Winter

Art and Peg Nadel are proud to announce that in 2005, Laurel Mountain Preserve donated an Easement consisting of 169+ acres in to the Carolina Mountain Conservancy.

The remaining acres are offered in ten-acre parcels, ensuring minimal impact on this beautiful land. This development allows for a balanced interaction between our human community and the animal residents as well as safety for the rare plants and old growth trees found there.



Laurel Mountain
PRESERVE

# Live All the Magic Nature Has to Offer.

## Green Estates in a Mountain Preserve.



*Welcome to a pristine wilderness brimming with extraordinary natural beauty and wildlife.*

There's **430 acres** with seven unique types of forest, each canopied by distinctive, majestic varieties of vintage hardwood trees with vibrant wildlife and eclectic wildflowers, all protected by an innovative land preservation plan.

But to truly preserve it all, *our green land plan only allows properties for 29 privileged families.*

Most properties are estate-sized, next to a protected preserve entrusted to the residents and the Carolina Mountain Land Conservancy. This will ensure all the forests' extraordinary natural wealth is sustainable and continues to thrive. No wildlife will be evicted. No plant species will be lost. Residents will be able to fully appreciate the wonder of it all with the confidence their legacy remains intact for generations to come.



*Majestic Waterfalls and cascading creeks accent picturesque forests of Chestnut Oaks and Mesic Oaks plus a very rare Rich Cove and Old Growth forest,*



Panoramic Mountain Views

Forest Estates

Protected Preserve

Near Ashville, Appalachian & Blue Ridge Sites

Bounty of Wildlife

Estate Sites

Conservancy Partners

Contact Options

News/Press

Green Developers

Things to Do

*"We have yet to see a development in Western North Carolina where more care and thought was given in making each home site a haven of natural beauty, serenity and peace."*

Mr. David W. Welday III,
Florida

# Laurel Mountain Preserve
## Keep Black Mountain Green.

450 acres of pristine wilderness, rare forests and a bounty of endangered wildlife. Green Estate homes to sustain the natural paradise. Land Conservation Plan to preserve your legacy.



**Free Wildlife Guide**
Baseline survey identified 283 species, many rare or endangered.

CMLC led hike,
Saturday, June 14



**Founding Families Program**
Special monetary, construction and preserve related incentives for Carolina Mountain Land Conservancy members who are charter purchasers.
Call or e-mail for details.

For complete details, contact Greybeard Realty
(888) 228-8008 Toll Free, lmp@greybeardrealty.com
or visit www.laurelmountainpreserve.com

*Live All the Magic Nature Has to Offer.*



