# EXHIBIT 17

# Hike to Offer First 'Behind the Scenes' Tour of Exotic Nature Preserve on Black Mountain

## June 14 - 9:30

Laurel Mountain Preserve and the Carolina Mountain Land Conservancy are co-hosting a Nature Open House on June 14 that will offer the first guided trail tour of the Preserve's Rich and Old-growth forests. Both of these habitats are extremely rare to North America and home to a bounty of wildife, including many rare and endangered species.

Laurel Mountain Preserve serves as a natural haven for many exotic and endangered species of plant and wildlife. To date, environmentalists have identified 283 species who habitat the Preserve. The open house is designed to provide interested members community with an expert, insider's view of the wildlife and many of the habitat's other natural assets.

The Nature Open House will begin with an informative pre-hike reception. Both the Carolina Mountain Land Conservancy and Equinox Environmental will give hikers an brief overview of the Preserve, it trails and wildlife before embarking to the trails. It all takes place at Laurel Mountain Preserve, located on Black Mountain, on Saturday, June 14th, starting at 9:30 AM.

### Directions

From Asheville/I-40E: Exit 64, right onto Hwy 9S for 11 miles, left onto Old Fort Road, left onto to Bird Creek Estate Road, 1 mile to LMP.

From I-40W: Exit 73 Old Fort onto Bat Cave Road (away from Old Fort) for 12 miles (pass Gateway Mountain at 6 miles) to right onto Bird Creek Estates Rd, 1 mile to LMP.

For more details on hike:
Contact: Chip Craig
828-669-1072
Hike@laurelmountainpreserve.com

For more details on Laurel Mountain Preserve, visit
www.laurelmountainpreserve.com



*The Preserve has 5 miles of trails through rare Old Growth and Rich Cove Forests.*

*Vistas offer panoramic views of the Blue Ridge and Appalachian Mountains.*



*An environmental audit has identified 283 species of birds, animals, wildflowers and other wildlife.*