# EXHIBIT 18

# Sarasota Couple Honored Twice for Conservation Efforts to Protect Rare Forest

BLACK MOUNTAIN - Art and Peg Nadel have been honored by Buncombe County officials in North Carolina for their efforts to conserve land and the areas' natural heritage. In a separate event, the Carolina Mountain Land Conservancy also praised the couple for creating a conservancy amongst two rare forms of forests. Both tributes recognized the 169 acre preserve that the couple created at their development, Laurel Mountain Preserve, with a conservation easement that will protect a rare ecosystem, which is home to 283 species of wildlife.

The Buncombe County Board of Commissioners and county Land Conservation Advisory Board inducted the Nadels into the county's Hall of Fame to recognize the couple's dedication and efforts to conserve the county's natural assets, something that benefits all residents. The Carolina Mountain Land Conservancy applauded the Nadels for making preservation the priority in their land development efforts. Mr. Kieran Roe, Executive Director, presented the Nadels with a photo plaque thanking them for "helping us to preserve the places we love."

The Sarasota couple, who also have a home in Fairview NC near the Preserve, are developing the 430 acre forest track near Black Mountain, NC, that could have accommodated a couple of hundred homes.
Instead, they created an easement on nearly 40% of the property and limited the remaining area to just 29 home sites to ensure the overall sustainability of the preserve. Laurel Mountain Preserve was purposely designed to protect an increasingly rare Old-Growth forest that has never been logged. Adjoining it is a Rich Cove Forest, which is extremely rare in North America. The latter is valued for its atypically wide diversity of flora and fauna, which attracts and nurtures a broad mix of birds and other wildlife.

The Carolina Mountain Land Conservancy dedication coincided with the grand opening of seven trails in the preserve and the first guided hike lead by Conservancy members. Mr. Roe praised the Nadels for their generosity in making the preserve's trails accessible to the public, which would allow the community to share in this natural treasure.



Kieran Roe (middle), Executive Director of the Carolina Mountain Land Conservancy, honors developers Art and Peg Nadel for their preservation efforts before the Conservancy's inaugural guided hike of the newly completed trails at Laurel Mountain Preserve.

Art and Peg Nadel are actively involved in Sarasota County's green movement, including SCOPE's Environmental Summit. Among the local businesses they co-own are Home Front Homes and Green Building Systems, pioneers in structural insulated panel systems (SIPS) for the construction of energy-efficient homes and commercial buildings.
About Laurel Mountain Preserve. The 430-acre wilderness setting is near the town of Black Mountain, NC and is situated at an elevation ranging from 2300 to 3200 feet with panoramic vistas of the Blue Ridge and Appalachian Mountains. A 169-acre preserve with five miles of hiking trails is at the centerpiece of the property. The remaining 261 acres provides for only 29 lots. The home sites are purposely spacious to minimize mankind's footprint and allow residents the potential tax savings option of donating more land to help further ensure a sustainable plan for the preserve. For more details, visit http://www.LaurelMountainPreserve.com.