# COMPOSITE
# EXHIBIT 19



# CAROLINA MOUNTAIN LAND CONSERVANCY

PO Box 2822 · 317 N. Washington Street, Suite 1 · Hendersonville, NC
29793-2822

(828) 697-5777 (phone) · (828) 697-2602 (fax) · info@carolinamountain.org ·
www.carolinamountain.org

December 29, 2006

Laurel Mountain Preserve
131 Garren Creek Road
Fairview, NC 28730

Dear Mr. and Mrs. Nadel,

As part of Carolina Mountain Land Conservancy's stewardship responsibilities, earlier this fall we visited the property you placed under a conservation easement for our annual monitoring. We are enclosing for your information a copy of the monitoring report and photos (if any) from the visit. Please file this in your records regarding this property.

If you have any questions regarding the report or your conservation easement, please feel free to contact me at (828) 697-5777. Furthermore, feel free to call regarding any land management issues on your conserved property; last year we distributed an "Owner's Manual" with information on our stewardship program and contacts for various land management professionals and specialists who may be able to assist you with your management goals. If you would like another copy, please let us know.

Thank you for your time and cooperation with our annual monitoring process, as well as your continued commitment to land conservation in the area. CMLC looks forward to working with you well into the future.

Sincerely,

Bonnie Millar
Stewardship & Planning Coordinator

## Conservancy Board of Trustees

Jim Neal, President
Bob Youngerman, Vice-President
David Keller, Treasurer
Hilliard Staton, Secretary
John Humphrey, Past-President

Sara Bentley
Jon Calabria
David Efird
Reg Heinitsh

Suzanne Holbert
James Kessaris
Bill McAninch
Lee Mulligan

Brent O'Conner
Al Platt
Meridith Elliott Powell
Jerry Stone
Bob Wald



**2006**
**Carolina Mountain Land Conservancy**
**Monitoring Report**

**Easement Name:** Laurel Mountain Preserve

**Owner(s):** Art & Peg Nadel

**Monitor(s):** Bonnie Millar, Chase Milner, Sarah Pate, Bill McAninch

**Date of Visit:** November 16, 2006

**Time spent on property by monitor(s):** 2.25 hours

**Did owner/caretaker accompany inspection? Specify:** no, but met Alex Nadel for a few minutes during visit

**Contact person (if different from owner):** n/a

## Monitoring Questions
### (update since last annual monitoring visit)

Has the land or part of the land been transferred, leased, or sold? __ Yes _X_No

Has the property been subdivided? __ Yes _X_No

Were the conservation easement boundaries walked? __Yes __ No _X_ Partially

Were any structures, ponds, trails and/or any improvements made? __Yes _X_No

Is the property being actively logged? __ Yes _X_No

Is there a different caretaker/manager for the property? __ Yes _X_No

Have any reserved rights been activated? __ Yes _X_No

Are there any concerns of the landowner to be addressed at this site visit? __ Yes _X_No

**Notes:** Alex noted that they are thinking of perhaps constructing some loop trails in the future on the easement area, as allowed for recreational purposes.

## Monitoring Visit

### Areas in need of discussion or examination of easement language (check and describe below)

__ Ind./Commercial Activity
__ Home Occupation
__ Building/Structure Construction
__ Depositing/Dumping
__ Wetland or Stream Alteration

__ Excavation (soil, rock, etc.)
__ Pond Construction
__ Tree/Shrub Removal or Timbering
__ Road/Driveway Construction
__ Other _____

**Notes:** none

### Follow-up partnership actions or possible land management areas (check and/or describe below)

__ Erosion
__ Eutrophication
__ Overgrazing

__ Encroachment
__ Water Quality
__ Other _____

**Notes:** none

### General impression of inspected easement area
**(i.e. quality of vegetation, biodiversity, well-maintained land uses, property lines, and structures)**

**Notes:** Easement area appeared in good condition. Drove along Laurel Mtn. Preserve Road to explore the western part of the easement. Walked along Bird Creek trail to monitor eastern/middle parts of easement. No problems observed at this time.

## Post-Monitoring

**Any follow-up required? Specify:** no

**Any actions needed regarding partnership information? Specify:** no

**Were photographs taken of the site while monitoring?** __Yes _X_ No

If photographs were taken during the site visit, provide a copy of, and supporting text describing, each photo, as well as a map showing the location where each photo was taken.

**File the monitoring photos with the supporting text and map in the property's baseline binder in the Conservancy archives and attach a copy of the photos and map to this form.**

**Report Completed by:**

_Chase Milner_____ Land Program Associate_____ Dec. 21, 2006__
**Monitor**                                  **Position**                                       **Date**

**Report Reviewed and Approved by:**

_Bonnie Wilon_____            12/27/06
**Stewardship Coordinator**                           **Date**



# CAROLINA MOUNTAIN LAND CONSERVANCY

317 N. Washington Street, Suite 1 • PO Box 2822 • Hendersonville, NC 28793-2822
(828) 697-5777 • info@carolinamountain.org • www.carolinamountain.org

*Saving the places you love*

October 15, 2007

Art & Peg Nadel
Laurel Mountain Preserve
131 Garren Creek Road
Fairview, NC 28730

Dear Mr. & Mrs. Nadel,

As part of Carolina Mountain Land Conservancy's stewardship responsibilities, we will soon be undertaking this year's fall season monitoring of properties protected with conservation easements. As someone who owns protected land, I am sure you understand that CMLC has a perpetual obligation to uphold the provisions of each conservation easement that we have accepted. The most important tool we use to meet this obligation is the monitoring of all conserved lands on an annual basis. A monitoring visit provides a good opportunity for you as the landowner to ask questions and discuss your immediate and long-term goals for your property. We are also available to talk with property managers if desired.

With the arrival of cooler weather, we will conduct the annual monitoring of conserved properties during the month of November. A CMLC staff person will contact you via telephone, one to two weeks in advance, to confirm a monitoring visit to your property and administer a brief landowner questionnaire. The site visits will occur between the hours of 9:00 AM to 5:00 PM on weekdays, unless you would like to schedule a special visit during a weekend. We welcome your company during our site visit though it is not required.

In the meantime, if you have any questions regarding your conservation easement, please feel free to contact us at (828) 697-5777. Furthermore, feel free to call regarding any land management issues on your conserved property; we have compiled an "Owner's Manual" as a resource for our landowners and sent you a copy with the monitoring report from our 2006 visit. Please let us know if you would like another copy or if we can assist you in any way.

Thank you for your time and cooperation with our annual monitoring process, as well as your continued commitment to land conservation in the area. CMLC looks forward to working with you well into the future.

Sincerely,

Bonnie Millar
Bonnie Millar
Stewardship and Planning Coordinator



### Carolina Mountain Land Conservancy
### Annual Questionnaire for Landowners

1. Is your address correct?  Have you sold or transferred any part of your land?
Please use this address: 1618 Main Street, Sarasota FL 34236
They did not receive last year's report, please send a copy to the above address.
No land has been sold or transferred.

2. Has the property been subdivided?  Any shares given to children or other family members?
No

3. Have you changed the management or uses of your land?
No

4. Would you like any information regarding land management?  (e.g. how to contact consulting forester, cooperative extension service, etc...)
Yes, interested in receiving information on HWA treatment (specifically how to select which trees to treat or harvest) Please send information to:
art@scoopmanagement.com and peg@scoopmanagement.com

5. Are you planning on exercising any of your reserved rights?
Forestry-remove affected hemlocks.
Recreation-continuing to develop trails and signage. Might consider "nature cabin" in future.

6. Have you seen any unusual or interesting wildlife or plants?
Lady slipper and ginseng.

7. Have there been any alterations of your property as a result of natural disasters?
No

8. Are there any recreational uses of your land by the public?  If so, have there been any problems?
No problems with trespassers.

9. Have any of your neighbors engaged in any activities that could potentially affect your conserved land?
No

10.  Are you or your neighbors interested in conserving any additional land?  Any
neighbors or friends we should invite to upcoming CMLC events?
Art spoke with Kieran about potentially interested landowners with 10 acre lots adjacent
to property.


11.  Is there anything else you would like to know about CMLC or your easement?
No.
They are interested in using the CMLC for marketing purposes, is this a problem? I f not,
please send the updated logo via email.
They are considering purchasing a one year membership for new buyers.



# CAROLINA MOUNTAIN LAND CONSERVANCY

317 N. Washington Street, Suite 1 • PO Box 2822 • Hendersonville, NC 28793-2822
(828) 697-5777 • info@carolinamountain.org • www.carolinamountain.org

*Saving the places you love*

November 20, 2007

Art & Peg Nadel
1618 Main Street
Sarasota, FL 34236

Dear Mr. and Mrs. Nadel,

As part of Carolina Mountain Land Conservancy's stewardship responsibilities, earlier this fall we visited the property you placed under a conservation easement for our annual monitoring. We are enclosing for your information a copy of the monitoring report and photos (if applicable) from the visit. Please file this in your records regarding this project.

If you have any questions regarding the report or your conservation easement, please feel free to contact me at (828) 697-5777. Furthermore, feel free to call regarding any land management issues on your conserved property; we have previously distributed an "Owner's Manual" with information on our stewardship program and contacts for various land management professionals and specialists who may be able to assist you with your management goals. If you would like another copy of this, please let us know.

Thank you for your time and cooperation with our annual monitoring process, as well as your continued commitment to land conservation in the area. CMLC looks forward to working with you well into the future.

Sincerely,

Bonnie Millar
Bonnie Millar
Stewardship & Planning Coordinator

printed on recycled paper



**2007**
**Carolina Mountain Land Conservancy**
**Monitoring Report**

**Easement Name:  Laurel Mountain Preserve**

**Owner(s):  Art & Peg Nadel**

**Monitor(s):  Bonnie Millar, Jennifer Beck & Diana Richards**

**Date of Visit:  November 9, 2007**

**Time spent on property by monitor(s):  2 hours**

**Did owner/caretaker accompany inspection? Specify: No**

**Contact person (if different from owner): n/a**

## Monitoring Questions
### (update since last annual monitoring visit)

Has the property or part of the property been transferred, leased, or sold?  __ Yes _x_No

Has the property been subdivided?  __ Yes _x_No

Were the conservation easement boundaries walked?  __Yes _x_ No __ Partially

Were any structures, ponds, trails, or other improvements built?  _x_Yes __No
            *new trails cleared on eastern side of easement
Is the property being actively logged?  __ Yes _x_No

Is there a different caretaker/manager for the property?  __ Yes _x_No

Have any reserved rights been activated?  _x_ Yes __No
            *new trails, as allowed by Article III, Section 1.1 of the easement document
Are there any concerns of the landowner to be addressed at this site visit?  __ Yes _x_No

**Notes:**

## Monitoring Visit

### Areas in need of discussion or examination of easement language (check and describe below)

__ Ind./Commercial Activity
__ Home Occupation
__ Building/Structure Construction
__ Depositing/Dumping
__ Wetland or Stream Alteration

__ Excavation (soil, rock, etc.)
__ Pond Construction
__ Tree/Shrub Removal or Timbering
__ Road/Driveway Construction
__ Other _____

**Notes:**

### Follow-up partnership actions or possible land management areas (check and/or describe below)

__ Erosion
__ Eutrophication
__ Overgrazing

__ Encroachment
__ Water Quality
__ Other _____

**Notes:**

### General impression of inspected easement area
#### (i.e. quality of vegetation, biodiversity, well-maintained land uses, property lines, and structures)

**Notes:**

Easement area appears in good condition; monitors walked through established trail systems in eastern and central parts of easement area. New trail clearing activity has taken place near boundary along old logging roadbeds, ending at flat space next to stream. Cut vegetation has been piled up at intersection of trails. Monitors also drove through development to access point for western easement area and walked through forested slopes on that side. No problems were noted during the visit.

## Post-Monitoring

**Any follow-up required? Specify:**

no


**Any actions needed regarding partnership information? Specify:**

no



**Were photographs taken of the site while monitoring? _X_Yes __No**
If so, attached please find a copy of, and supporting text describing, each photo, as well as a map showing the location where each photo was taken.



**Report Completed by:**

_Bonnie Wilbar_                                                    _11/20/07_
**CMLC Stewardship Coordinator**                          **Date**

Landowner: Art & Peg Nadel
Date: November 9, 2007

Project: Laurel Mountain Preserve
Photographer: Bonnie Millar



Photo 1.  Looking back towards new trail from cleared area near
stream at eastern easement boundary (facing SW).



Photo 2.  View of brush pile from trail clearing near eastern easement
boundary (facing N).



# Laurel Mountain Preserve
# 11.9.07 Monitoring Photopoints

USGS Asheville 100K Topo
Locations & Boundaries Approximate







CMLC
CAROLINA MOUNTAIN
LAND CONSERVANCY



**CMLC**

CAROLINA MOUNTAIN
LAND CONSERVANCY

September 9, 2008

Art & Peg Nadel
1618 Main Street
Sarasota, FL 34236

Dear Mr. & Mrs. Nadel,

As part of Carolina Mountain Land Conservancy's stewardship responsibilities, we will soon be undertaking this year's annual monitoring of properties protected with conservation easements. As someone who owns protected land, I am sure you understand that CMLC has a perpetual obligation to uphold the provisions of our conservation easements. To meet this obligation, we monitor all of our conserved lands on an annual basis. A monitoring visit provides a good opportunity for you to ask questions and discuss your immediate and long-term goals for your property. We are also available to talk with property managers if desired.

With the arrival of cooler weather, we will conduct the annual monitoring of conserved properties during the months of October and November. A CMLC staff person will contact you via telephone, one to two weeks in advance, to confirm a monitoring visit to your property and administer a brief landowner questionnaire. The site visits will occur between the hours of 9:00 AM to 5:00 PM on weekdays. We certainly welcome your presence during our site visit, though it is not necessary.

In the meantime, if you have any questions regarding your conservation easement, please feel free to contact us at (828) 697-5777. Furthermore, feel free to call regarding any land management issues on your conserved property; we have compiled an "owner's manual" as a resource for our landowners and sent you a copy with the monitoring report from our 2007 visit. Please let us know if you would like another copy.

Thank you for your time and cooperation with our annual monitoring process, as well as your continued commitment to land conservation in the area. CMLC looks forward to working with you well into the future.

Sincerely,

Bonnie Millar
Stewardship Director



**CMLC**

CAROLINA MOUNTAIN
LAND CONSERVANCY

December 16, 2008

Art & Peg Nadel
1618 Main Street
Sarasota, FL 34236

Dear Mr. & Mrs. Nadel,

As part of Carolina Mountain Land Conservancy's stewardship responsibilities, earlier this fall we visited your conservation easement property for our annual monitoring. We are enclosing for your information a copy of the monitoring report and photos (if applicable) from the visit. Please file this in your records regarding your easement project. We are also enclosing the latest edition of the "Landowner Connection" newsletter for your enjoyment.

If you have any questions regarding the report or your conservation easement, please feel free to contact me at (828) 697-5777. Furthermore, feel free to call regarding any land management issues on your conserved property; we have contacts for various professionals and specialists who may be able to assist you with your management goals.

Thank you for your time and cooperation with our annual monitoring process, as well as your continued commitment to land conservation in the area. CMLC looks forward to working with you well into the future.

Sincerely,

Bonnie Millar
Stewardship Director



**2008**
## Carolina Mountain Land Conservancy
## Monitoring Report

**Easement Name:  Laurel Mountain Preserve**

**Owner(s):  Art & Peg Nadel**

**Monitor(s):  Bonnie Millar, Sam Carlin**

**Date of Visit:  October 30, 2008**

**Time spent on property by monitor(s):  3.5 hours**

**Did owner/caretaker accompany inspection? Specify: no**

**Contact person (if different from owner):  n/a**

### Monitoring Questions
### (update since last annual monitoring visit)

Has the property or part of the property been transferred, leased, or sold?  __ Yes _x_ No

Has the property been subdivided?  __ Yes _x_ No

Were the conservation easement boundaries walked?  __Yes __ No _x_ Partially

Were any structures, ponds, trails, or other improvements built?  _x_ Yes __No

Is the property being actively logged?  __ Yes _x_ No

Is there a different caretaker/manager for the property?  __ Yes _x_ No

Have any reserved rights been activated?  _x_ Yes __No

*Construction of trails, as allowed by easement.

Are there any concerns of the landowner to be addressed at this site visit?  __ Yes _x_ No

**Notes:**

## Monitoring Visit

**Areas in need of discussion or examination of easement language (check and describe below)**

\_\_ Ind./Commercial Activity
\_\_ Home Occupation
\_\_ Building/Structure Construction
\_\_ Depositing/Dumping
\_\_ Wetland or Stream Alteration

\_\_ Excavation (soil, rock, etc.)
\_\_ Pond Construction
\_\_ Tree/Shrub Removal or Timbering
\_\_ Road/Driveway Construction
\_\_ Other _____

**Notes:**
None.

**Follow-up partnership actions or possible land management areas (check and/or describe below)**

\_x\_ Erosion
\_\_ Eutrophication
\_\_ Overgrazing

\_\_ Encroachment
\_\_ Water Quality
\_\_ Other _____

**Notes:**

Some concern about steepness of certain sections of trails; erosion/sedimentation could occur.

## General impression of inspected easement area
### (i.e. quality of vegetation, biodiversity, well-maintained land uses, property lines, and structures)

**Notes:**

Easement area appeared in good condition; monitors walked majority of trail system and noted no major problems on the property. Wood aster, frost aster, and Canadian violets were blooming along the eastern trail in the Bird Creek drainage. Some sections of the trail are very steep on western side of easement; potential erosion on hillsides from heavy rain events and sedimentation into streams.

<u>**Post-Monitoring**</u>

**Any follow-up required? Specify:**

No.

**Any actions needed regarding partnership information? Specify:**

Can provide contact information for trail builders/designers for consultation about erosion concerns, if desired.

**Were photographs taken of the site while monitoring?** _x_ Yes __No
If so, attached please find a copy of, and supporting text describing, each photo, as well as a map showing the location where each photo was taken.

**Report Completed by:**

*Bonnie Millar*                                                         12/16/08

**Bonnie Millar, CMLC Stewardship Director**                    **Date**

# Annual Monitoring Report Photographs

Landowner: Art and Peg Nadel
Date: October 30, 2008

Project: Laurel Mountain Preserve
Photographer: Sam Carlin



Photo 1. "Main Trail" sign at trailhead outside easement (facing NNW).



Photo 2. Intersection with Cherokee Rock Trail (facing SSE).



Photo 3. Birdsong Trail sign (facing S).



Photo 4. Top of Cherokee Rock Trail (facing N).



MC DOWELL CO
BUNCOMBE CO

3023

3
☆

2
☆

1
☆

4
☆

Dutchman

2882

2687
☆

| 0.125 | 0.25 | | 0.5 Miles |

# Laurel Mountain Preserve Conservation Easement
## Annual Monitoring Photos - Fall 2008


N

Locations and Boundaries Approximate

CMLC
CAROLINA MOUNTAIN
LAND CONSERVANCY