UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

Pending before the Court is the motion for protective order filed by Donald H. Rowe in response to a subpoena issued by the Receiver with regard to the production of Mr. Rowe's income tax returns.[1] The Receiver has filed a memorandum in opposition which Plaintiff has adopted.[2] After careful consideration of the parties' submissions, the

---

[1] See docket 250.

[2] See dockets 262 and 263.

Court agrees with the Receiver's position that the protections afforded by Rule 5.2 of the Federal Rules of Civil Procedure, coupled with the process the Receiver has utilized to date for handling sensitive information procured from non-parties in this case as described in his memorandum in opposition, is sufficient to mitigate the privacy concerns of Mr. Rowe and his wife. Accordingly, the Motion for Protective Order (Dkt. 250) is **denied** but with the understanding that this Court always retains jurisdiction to consider whether the Receiver, as an officer of this Court, has infringed the privacy rights of non-parties by the disclosure of sensitive information. In view of the disposition of the motion, the hearing scheduled for Monday, December 21, 2009, at 8:30 a.m. is cancelled.

**DONE AND ORDERED** at Tampa, Florida, on December 18, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record