# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.                                                                Case No. 8:09-cv-0087-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.

      Defendants,

SCOOP REAL ESTATE, L.P.
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT,

      Relief Defendants.
_____/

### UNOPPOSED MOTION FOR LEAVE TO REPLY TO NON-PARTY CAROLINA MOUNTAIN LAND CONSERVANCY'S RESPONSE TO ORDER TO SHOW CAUSE (DOC. 264)

      Burton W. Wiand, as Receiver, pursuant to Local Rule 3.01(c), seeks leave to file a reply on or before January 8, 2010, to the Response to Order to Show Cause and Opposition to Extinguishment of Conservation Easement (Doc. 264; the "Response") filed by Non-Party Carolina Mountain Land Conservancy (the "Conservancy"). In filing a reply, the Receiver seeks to clarify the pertinent law and facts. The Receiver believes such clarification would assist the Court.

**Memorandum in Support**

The Conservancy argues that summary proceedings are not an appropriate means for the Receiver to obtain the relief sought. The Conservancy also purports to raise "genuine issues of material fact." The Receiver wishes to reply to the legal and factual arguments raised in the Response.

WHEREFORE, the Receiver requests leave to file a reply to the Response on or before January 8, 2010.

Respectfully submitted,

s/ Carl R. Nelson
Carl R. Nelson, FBN 0280186
cnelson@fowlerwhite.com
Ashley Bruce Trehan, FBN 0043411
ashley.trehan@fowlerwhite.com
FOWLER WHITE BOGGS P.A.
P.O. Box 1438
Tampa, FL 33601
T: (813) 228-7411
F: (813) 229-8313

- and -

Gianluca Morello, FBN 034997
gmorello@wiandlaw.com
WIAND GUERRA KING P.L.
3000 Bayport Drive
Suite 600
Tampa, Florida 33607
T: (813) 347-5100
F: (813) 347-5199
Attorneys for the Receiver, Burton W. Wiand

**LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for the Receiver has conferred with counsel for the Conservancy, and the Conservancy does not object to the relief sought in this motion.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Arthur G. Nadel
Register No. 50690-018
Metropolitan Correctional Center, New York
150 Park Row
New York, NY  10007

                                          s/ Carl R. Nelson
                                          Carl R. Nelson, FBN 0280186

42448062v1