

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**　**Next on List**　**Return To List**　　　　　　　　　　　Entity Name Search

**No Events**　**No Name History**　　　　　　　　　　　　　　　　　　　　　Submit

## Detail by Entity Name

### Florida Limited Liability Company

TRISTATE AVIATION GROUP OF FLORIDA LLC

### Filing Information

**Document Number** L09000107299
**FEI/EIN Number** NONE
**Date Filed** 11/06/2009
**State** FL
**Status** ACTIVE
**Effective Date** 11/06/2009

### Principal Address

400 AIRPORT AVENUE
VENICE FL 34285

### Mailing Address

400 AIRPORT AVENUE
VENICE FL 34285

### Registered Agent Name & Address

MASCIA, PAUL N
605 EAST ROBINSON STREET
SUITE 640
ORLANDO FL 32801 US

### Manager/Member Detail

**Name & Address**

Title MGR

KRETCHAMAN, DONALD M
400 AIRPORT AVENUE
VENICE FL 34285

### Annual Reports

No Annual Reports Filed

### Document Images

11/06/2009 -- Florida Limited Liability　　View image in PDF format

Note: This is not official record. See documents if question or conflict.

**Previous on List**　**Next on List**　**Return To List**　　　　　　　　　　　Entity Name Search

**No Events**　**No Name History**　　　　　　　　　　　　　　　　　　　　　Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.