UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                               CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

**UPON DUE CONSIDERATION** and in order to afford the City of Venice sufficient time within which to undertake due diligence and to comply with the dictates of Florida law with regard to responding to the Receiver's motion to have this Court approve the sale of the assets of the Venice Jet Center to Tristate Aviation Group, as well as to approve an agreement with Northern Trust, N.A. which resolves outstanding obligations with Receivership Entities, it is **ORDERED AND ADJUDGED** that the City of Venice's

Opposed Emergency Motion for Enlargement of Time to Respond to Receiver's Asset Sale Motion (Dkt. 273) is **granted**. The City of Venice shall file its response no later than **January 15, 2010**.

    **DONE AND ORDERED** at Tampa, Florida, on December 21, 2009.

                       s/*Richard A. Lazzara*
                       **RICHARD A. LAZZARA**
                       **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record