# UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
### FILE NUMBER:  8:09-cv-00087-RAL-TBM

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) | |
| **Plaintiff,**   ) ) | |
| v.   ) ) | |
| ARTHUR NADEL, SCOOP CAPITAL, LLC, SCOOP MANAGEMENT, INC., SCOOP REAL ESTATE, L.P., VALHALLA INVESTMENT PARTNERS, L.P., VALHALLA MANAGEMENT, INC., VICTORY IRA FUND, LTD., VICTORY FUND, LTD., VIKING IRA FUND, LLC, VIKING FUND, LLC, VIKING MANAGEMENT, LLC,   ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF APPEAL** |
| **Defendants.**   ) | |

Notice is hereby given that Donald H. Rowe, a non-party in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from an order denying his motion for protective order (doc. # 267) entered in this action on the 18th day of December, 2009.

DATED:  December 22, 2009.

                                               s/ Edward O. Savitz
                                               Edward O. Savitz
                                               Florida Bar No. 0183867
                                               esavitz@bushross.com
                                               Anne-Leigh Gaylord Moe
                                               Florida Bar No. 18409
                                               amoe@bushross.com
                                               Attorneys for Donald H. Rowe
                                               BUSH ROSS, P.A.
                                               1801 North Highland Avenue
                                               Tampa, FL  33602

Ph.: (813) 224-9255
Fax: (813) 223-9620

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 22, 2009, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system. I FURTHER CERTIFY that I mailed the foregoing document and the notice of electronic filing by first-class U.S. Mail to the following non-CM/ECF participant: Arthur Nadel, #50690-018, Metropolitan Correctional Center, New York, 150 Park Row, New York, New York 10007.

                                               s/ Edward O. Savitz
                                               Edward O. Savitz
                                               Florida Bar No. 0183867
                                               esavitz@bushross.com
                                               Anne-Leigh Gaylord Moe
                                               Florida Bar No. 18409
                                               amoe@bushross.com
                                               BUSH ROSS, P.A.
                                               1801 North Highland Avenue
                                               Tampa, FL  33602
                                               Ph.:    (813) 224-9255
                                               Fax:    (813) 223-9620
                                               Attorneys for Donald H. Rowe

724376.01