## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

    **Plaintiff,**

                                **Case No.: 8:09-cv-00087-RAL-TBM**

v.

**ARTHUR NADEL, SCOOP CAPITAL, LLC, SCOOP MANAGEMENT, INC., SCOOP REAL ESTATE, L.P., VALHALLA INVESTMENT PARTNERS, L.P., VALHALLA MANAGEMENT, INC., VICTORY IRA FUND, LTD., VICTORY FUND, LTD., VIKING IRA FUND, LLC, VIKING FUND, LLC, VIKING MANAGEMENT, LLC,**

    **Defendants.**

_____/

## NOTICE OF APPEARANCE

COMES NOW, Edward O. Savitz, Esquire, of Bush Ross, P.A., and hereby notices entry of his appearance as lead counsel for non-party DONALD H. ROWE in the above-referenced action, and requests that he be served with copies of all future correspondence and pleadings and any other documents in connection with the above-styled cause.

DATED: December 23, 2009.

                                                                s/ Edward O. Savitz
                                                               Edward O. Savitz
                                                               Florida Bar No. 0183867
                                                               esavitz@bushross.com
                                                               Anne-Leigh Gaylord Moe
                                                               Florida Bar No. 18409
                                                               amoe@bushross.com
                                                               Attorneys for Donald H. Rowe

BUSH ROSS, P.A.
1801 North Highland Avenue
Tampa, FL  33602
Ph.:    (813) 224-9255
Fax:    (813) 223-9620

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 23, 2009, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system. I FURTHER CERTIFY that I mailed the foregoing document and the notice of electronic filing by first-class U.S. Mail to the following non-CM/ECF participant: Arthur Nadel, #50690-018, Metropolitan Correctional Center, New York, 150 Park Row, New York, New York 10007.

                                                  s/ Edward O. Savitz
                                                  Edward O. Savitz
Florida Bar No. 0183867
esavitz@bushross.com
Anne-Leigh Gaylord Moe
Florida Bar No. 18409
amoe@bushross.com
BUSH ROSS, P.A.
1801 North Highland Avenue
Tampa, FL  33602
Ph.:     (813) 224-9255
Fax:    (813) 223-9620
Attorneys for Donald H. Rowe

724569.01