UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                            CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL, SCOOP CAPITAL, LLC,
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD.,
VICTORY FUND, LTD.,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that Non-Party Donald H. Rowe's Motion for Stay Pending Appeal (Dkt. 279) is denied for failure to comply with the requirements of Local Rule 3.01(g). In the event Rowe refiles the motion, and because one of the factors this Court must consider is the likelihood of success on appeal, he shall address why the Eleventh Circuit Court of Appeals has jurisdiction to hear his appeal inasmuch as he has not been cited for

contempt for refusing to honor the Receiver's subpoena. See Branch v. Phillips Petroleum Co., 638 F.2d 873, 877 (5th Cir. 1981) (observing that "[o]rdinarily, the subpoenaed party must either comply with the terms of the subpoena or refuse to do so and contest its validity if he is subsequently cited for contempt for his refusal to obey.").[1]

**DONE AND ORDERED** at Tampa, Florida, on December 29, 2009.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record

---

[1] The Eleventh Circuit adopted as binding precedent all decision of the Fifth Circuit decided prior to October 1, 1981. See Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*).