# SETTLEMENT AGREEMENT

WHEREAS, by order dated January 21, 2009, the Court in <u>Securities & Exch. Comm'n v. Arthur Nadel, et al.</u>, Case No. 8:09-cv-87-T-26TBM (M.D. Fla.) (the "SEC Receivership Action"), appointed Burton W. Wiand as Receiver (the "Receiver") for Scoop Capital, LLC; Scoop Management, Inc.; Scoop Real Estate, L.P.; Valhalla Investment Partners, L.P.; Valhalla Management, Inc.; Victory IRA Fund, LTD; Victory Fund, LTD; Viking IRA Fund, LLC; Viking Fund, LLC; and Viking Management, LLC and all of their subsidiaries, successors, and assigns (collectively, the "Receivership Entities"); and

WHEREAS, the Receiver intends to commence a lawsuit in the United States District Court for the Middle District seeking the return of certain funds received from or at the direction of one or more of the Receivership Entities by Frank Moseley, Jr. in excess of his investment; and

WHEREAS, Frank Moseley, Jr., without admitting liability, wishes to resolve these matters amicably; and

WHEREAS, any resolution of this action by agreement of the Receiver and Frank Moseley, Jr. is subject to approval by the Court presiding over the SEC Receivership Action (the "SEC Receivership Court");

NOW, THEREFORE, and subject to the approval of the SEC Receivership Court, Frank Moseley, Jr. has agreed to pay and the Receiver has agreed to accept a total of $207,000 in full settlement of the claims to be asserted in the lawsuit, to be paid in four equal payments as follows: a first payment of $51,750 to be paid within 14 days after approval of this settlement by the SEC Receivership Court, a second payment of $51,750 to be paid by December 1, 2010, a third payment of $51,750 to be paid by December 1,

Securities and Exchange Commission v. Nadel et al

Dockets.Justia.com

**EXHIBIT A**

2011, and a fourth and final payment of the balance of $51,750 to be paid by December 1, 2012. Upon receipt and clearing of the fourth and final settlement payment, the Receiver, on behalf of the Receivership Entities and their employees, agents, representatives, beneficiaries, and assigns, shall be deemed to have released and forever discharged Frank Moseley, Jr. of and from any and all claims which could have been asserted by the Receiver, as well as any and all other claims, demands, rights, promises, and obligations arising from or related in any way to Frank Moseley, Jr.'s investment in any product, fund, entity, or venture established, operated, or controlled by Arthur Nadel and Receivership Entities.

In further consideration of the release of claims described above, Frank Moseley, Jr. warrants that $230,000 is the total amount of money or value Frank Moseley, Jr. received from Receivership Entities in excess of his investment, and Frank Moseley, Jr. agrees to waive and does hereby waive any claim that he had, has, or hereafter may have against the Receiver and/or the Receivership Estate.

The Receiver and Frank Moseley, Jr. understand and agree that, subject to the approval of the SEC Receivership Court, the payment of the aforesaid total sum and waiver of claims is in full accord and satisfaction of and in compromise of disputed claims, and the payment and waiver are not an admission of liability, which is expressly denied, but are made for the purpose of terminating a dispute and avoiding litigation.

After execution of this Settlement Agreement by all parties, the Receiver will promptly move the SEC Receivership Court for approval of this settlement. To the extent necessary, Frank Moseley, Jr. agrees to assist the Receiver in seeking the SEC Receivership Court's approval of this settlement. Frank Moseley, Jr. understands and

agrees that each party shall bear his own individual costs and attorney fees incurred in the resolution of this matter.

The Receiver and Frank Moseley, Jr. agree this Settlement Agreement shall be governed by and be enforceable under Florida law in the United States District Court for the Middle District of Florida, Tampa Division.

The Receiver and Frank Moseley, Jr. also agree that electronically transmitted copies of signature pages will have the full force and affect of original signed pages.

In witness whereof the parties have set their hands as of the dates indicated.

By: _____
Frank Moseley, Jr.

Date: 12.18.2009

_____
Burton W. Wiand, as Receiver
of the Receivership Entities

Date: 12/20/2009

42381600v1