[Securities and Exchange Commission v. Nadel et al](#) Doc. 290

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                            CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## **O R D E R**

**UPON DUE CONSIDERATION**, it is **ORDERED AND ADJUDGED** that the Receiver's Motion to Approve Settlement (Dkt. 289) is **granted**. The Court specifically approves the written settlement agreement attached to the motion entered into between the Receiver and Frank Moseley, Jr., with regard to the return of what the Receiver describes as "false profits," in the amount of and within the time period provided for in the agreement.

[Dockets.Justia.com](https://dockets.justia.com/)

**DONE AND ORDERED** at Tampa, Florida, on December 31, 2009.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record