UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                                             CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## **O R D E R**

Upon due consideration of the court file and the Receiver's submission, it is ordered and adjudged that the Receiver's Motion for Leave to Pay Civil Filing Fees Directly From Receivership Estate (Dkt. 297) is granted. The Receiver is authorized to pay directly from the funds of the Receivership Estate the Clerk's filing fees incurred for the institution of civil lawsuits against investors whom the Receiver has reason to believe received transfers from the Receivership Entities that exceeded the amounts those investors invested.

**DONE AND ORDERED** at Tampa, Florida, on January 11, 2010.

       s/*Richard A. Lazzara*
      **RICHARD A. LAZZARA**
      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record