# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                                                                          CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD.,
VICTORY FUND, LTD.,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

# **O R D E R**

Upon due and careful consideration of the Receiver's submissions, it is ordered and adjudged that the Receiver's Unopposed Motion to Approve the Sale of Real Property Located in Newnan, Coweta County, Georgia (Dkt. 299) is granted. The receiver is authorized to consummate the sale of real property located at 5 McCollum Station in Newnan, Coweta County,

Georgia, in accordance with the terms of the Agreement of Sale and Purchase between the Receiver and Candler Food LLC #136 attached to the motion as Exhibit 1.

**DONE AND ORDERED** at Tampa, Florida, on January 12, 2010.

 s/*Richard A. Lazzara*
 **RICHARD A. LAZZARA**
 **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record