# SETTLEMENT AGREEMENT

WHEREAS, by order dated January 21, 2009, the Court in <u>Securities & Exch. Comm'n v. Arthur Nadel, et al.</u>, Case No. 8:09-cv-87-T-26TBM (M.D. Fla.) (the "SEC Receivership Action"), appointed Burton W. Wiand as Receiver (the "Receiver") for Scoop Capital, LLC; Scoop Management, Inc.; Scoop Real Estate, L.P.; Valhalla Investment Partners, L.P.; Valhalla Management, Inc.; Victory IRA Fund, LTD; Victory Fund, LTD; Viking IRA Fund, LLC; Viking Fund, LLC; and Viking Management, LLC and all of their subsidiaries, successors, and assigns (collectively, the "Receivership Entities"); and

WHEREAS, the Receiver intends to commence a lawsuit in the United States District Court for the Middle District of Florida, Tampa Division (the "Lawsuit"), to assert claims seeking the return of certain funds received from or at the direction of one or more of the Receivership Entities by Donna G. Pickard ("Pickard") and Donna G. Pickard Trust dtd 2/5/03 ("Pickard Trust") (collectively the "Pickards") in excess of their investment in one or more of the Receivership Entities (the "Settled Claims"); and

WHEREAS, the Pickards without admitting liability, wish to resolve these matters amicably; and

WHEREAS, Pickard, as Trustee of Pickard Trust, represents and acknowledges that she has the express authority of the Pickard Trust to enter into this Agreement on its behalf; and

WHEREAS, any resolution of this action by agreement of the Receiver and the Pickards is subject to approval by the Court presiding over the SEC Receivership Action (the "SEC Receivership Court");



1

NOW, THEREFORE, and subject to the approval of the SEC Receivership Court, the Pickards, jointly and severally, have agreed to pay and the Receiver has agreed to accept a total of $79,830.14 in full settlement of the claims to be asserted in the Lawsuit, to be paid within 14 days after approval of this settlement by the SEC Receivership Court.

Upon receipt and clearing of the final settlement payment, the Receiver, on behalf of the Receivership Entities and their employees, agents, representatives, beneficiaries, and assigns, shall be deemed to have released and forever discharged the Pickards of and from any and all claims which could have been asserted by the Receiver, as well as any and all other claims, demands, rights, promises, and obligations arising from or related in any way to the Pickards' investment in any product, fund, entity, or venture established, operated, or controlled by Arthur Nadel and Receivership Entities.

In further consideration of the release of claims described above, the Pickards warrant that $88,700.14 is the total amount of money or value the Pickards received from Receivership Entities in excess of their investment, and the Pickards agree to waive and do hereby waive any claim that they have, had, or hereafter may have against the Receiver and/or the Receivership Estate.

In further consideration of the Receiver's release of claims as described above, Pickard and the Pickard Trust, jointly and severally, agree to indemnify and hold harmless the Receiver of and from any claim that may arise between or among Pickard and the Pickard Trust in connection with this settlement.

The Receiver and the Pickards understand and agree that, subject to the approval of the SEC Receivership Court, the payment of the aforesaid total sum and waiver of

claims is in full accord and satisfaction of and in compromise of disputed claims, and the payment and waiver are not an admission of liability, which is expressly denied, but are made for the purpose of terminating a dispute and avoiding litigation.

After execution of this Settlement Agreement by all parties, the Receiver will promptly move the SEC Receivership Court for approval of this settlement. To the extent necessary, the Pickards agree to assist the Receiver in seeking the SEC Receivership Court's approval of this settlement. The Pickards understand and agree that each party shall bear their own individual costs and attorney fees incurred in the resolution of this matter.

The Receiver and the Pickards agree that all statutes of limitations and/or statutes of repose that are applicable to any and all Settled Claims shall be tolled and suspended until the final settlement payment has been received by the Receiver and has cleared the banking system.

In the event the Pickards fail to make payment as provided by this Settlement Agreement, the Pickards hereby consent to the entry of a joint and several Judgment. The Pickards acknowledge and agree that such Judgment will be for the total amount of money the Pickards received from the Receivership Entities in excess of their investment as stated above, less any payments, plus interest at the legal rate from the date of this agreement.

The Receiver and the Pickards agree this Settlement Agreement shall be governed by and be enforceable under Florida law in the United States District Court for the Middle District of Florida, Tampa Division.

The Receiver and the Pickards also agree that electronically transmitted copies of signature pages will have the full force and affect of original signed pages.

In witness whereof the parties have set their hands as of the dates indicated.

By: _____
Donna Pickard, individually and as Trustee of the Donna Pickard Trust dtd 2/25/03

Date: 1/11/00

_____
Burton W. Wiand, as Receiver of the Receivership Entities

Date: 1-12-10



4