## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                                                          CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD.; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## O R D E R

Upon due consideration of the City of Venice's response, in which it only contests this Court's legal authority to confer on Tristate "the right to be substituted in VJC's [Venice Jet Center's] stead in the proceeding before the FAA (FAA Docket No. 16-09-05[,]" the Court directs the Receiver to address this issue in a reply memorandum not exceeding ten (10) pages to be filed on or before January 21, 2010.

**DONE AND ORDERED** at Tampa, Florida, on January 15, 2010.

    s/*Richard A. Lazzara*
    **RICHARD A. LAZZARA**
    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record