## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.                                                    CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

      Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD.; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

      Relief Defendants.

_____/


## <u>AMENDED ORDER</u>

      Upon due consideration of the City of Venice's response, in which it only contests this

Court's legal authority to confer on Tristate "the right to be substituted in VJC's [Venice Jet

Center's] stead in the proceeding before the FAA (FAA Docket No. 16-09-05[,]" the Court

directs the Receiver to address this issue in a reply memorandum not exceeding ten (10) pages to

be filed on or before January 21, 2010.  The Receiver shall also address the issue of what effect,

Dockets.Justia.com

if any, a resolution of this issue in favor of the City of Venice will have on the proposed sale of

the assets of VJC to Tristate.

      **DONE AND ORDERED** at Tampa, Florida, on January 19, 2010.


           s/*Richard A. Lazzara*
          **RICHARD A. LAZZARA**
          **UNITED STATES DISTRICT JUDGE**


<u>COPIES FURNISHED TO</u>:
Counsel of Record