Securities and Exchange Commission v. Nadel et al    Doc. 322 Att. 1
Case 8:09-cv-00087-RAL-TBM   Document 322-2   Filed 01/21/10   Page 1 of 2

18.50 R
7,000.00 ds

```
RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2009149606 2 PGS

2009 DEC 03 02:14 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
DCOURSEY  Receipt#1227462
Doc Stamp-Deed:     7,000.00
```

This Instrument Prepared By:
Juan C. Villaveces, Esquire
Shumaker, Loop & Kendrick, LLP
P.O. Box 49948
Sarasota, FL 34230-6948



2009149606

## WARRANTY DEED

This Warranty Deed is made by Christopher D. Moody and Tamara D. Moody, husband and wife ("Grantor") to Richard T. Williams III and Kristen P. Siegwald, husband and wife, as tenants by the entirety, whose post office address is 1311 Tangier Way, Sarasota, Florida 34239 ("Grantee").

Grantor, in consideration of the sum of Ten and No/100 Dollars ($10.00) and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, hereby conveys to Grantee the following described real property in Sarasota County, Florida:

Lot 58, San Remo Estates Subdivision, Unit No. 3, a Subdivision as per plat thereof recorded in Plat Book 9, Page(s) 12, of the Public Records of Sarasota County, Florida.

The Property Appraiser's Parcel Identification Number of the above described real property is 2039-13-0011.

Subject to valid easements, reservations and restrictions of record, governmental regulations and real property taxes for the current year.

Grantor hereby covenants with Grantee that Grantor is lawfully seized of the property in fee simple; that Grantor has good, right and lawful authority to sell and convey the property; that Grantor hereby fully warrants the title to the property and will defend the title against the lawful claims of all persons whomsoever; and that the property is free of all encumbrances not set forth herein.

Executed on the 1st day of December, 2009.

WITNESSES:

Print Name: JUAN C. VILLAVECES

Print Name: Jeannette Herron

Christopher D. Moody
Address: 4433 Westwood Lane
Sarasota, FL 34231

W00874/130971 LF
RETURN TO: SHUMAKER, LOOP & KENDRICK, LLP

1

EXHIBIT 2

Print Name: __JUAN C. VILLAVECES__

Print Name: __Jeannette Herron__

Tamara D. Moody
Address: __4433 Westwood Ln.__
__Sarasota, FL 34231__

STATE OF FLORIDA
COUNTY OF __Sarasota__

The foregoing instrument was acknowledged before me this __30__ day of __November__, 2009, by Christopher D. Moody and Tamara D. Moody.

Notary Public
Print Name: __Jeannette Herron__
My Commission Expires: __2/22/10__

OFFICIAL SEAL
Jeannette Herron
Notary Public State of Florida
Comm. # DD 521529
Comm. Exp. Feb. 22, 2010

Personally Known ____ (OR) Produced Identification __✓__
Type of identification produced __DL__

(JCV/W00274-130971/WD.3)