UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                  CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

    Upon due consideration, it is ordered and adjudged that Louis Paolino's Emergency Motion for Modification of Injunction (Dkt. 322) is denied without prejudice for failure to comply with the requirements of Local Rule 3.01(g). The sending of an electronic mail inquiry followed by no response does not comply with the dictates of the rule. The parties are directed to confer *personally* on or before the close of business on Friday, January 22, 2010, in a good faith effort to resolve the issue raised in the motion without any further expenditure of client and

judicial resources. If the parties cannot come to an agreement and Mr. Paolino is required to refile the motion, the Court will direct an expedited response and will resolve the motion prior to February 4, 2010.

**DONE AND ORDERED** at Tampa, Florida, on January 21, 2010.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record