Securities and Exchange Commission v. Nadel et al | Doc. 325 Att. 3

```
10.00
15,120.00
```

#112

```
RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2006096984 2 PGS

2006 MAY 24 05:30 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY,FLORIDA
DCATHEY  Receipt#789404
Doc Stamp-Deed:   15,120.00
```

This instrument prepared by and return to:
TIMOTHY S. SHAW, ESQUIRE (kag)
KIRK PINKERTON
720 S. Orange Avenue
Sarasota, Florida 34236

2pp



PARCEL ID NO. 2010-09-0030 / 2010-16-0001

## SPECIAL WARRANTY DEED
(Trustee)

THIS SPECIAL WARRANTY DEED, made this 23rd day of May, 2006, by and between LA BELLASARA, LLC, a Florida limited liability company, as Grantor, of the County of Sarasota and State of Florida, and NEIL V. MOODY, as Trustee of the Neil V. Moody Revocable Trust Agreement dated February 9, 1995, as Grantee, whose post office address is 464 Golden Gate Point #703, Sarasota, Florida 34236.

### WITNESSETH:

THAT the Grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations, to it in hand paid by the Grantee, the receipt whereof is hereby acknowledged, hereby grants, bargains and sells to the Grantee, their heirs, successors and assigns forever, the following described real property, located and situate in the County of Sarasota, State of Florida, to wit:

Unit 703, **LA BELLASARA**, a Condominium, according to the Declaration of Condominium recorded in Official Records Instrument Number 2006061218, as amended, and as per Plat thereof recorded in Condominium Book 39, Pages 15, 15A to 15K, inclusive, of the Public Records of Sarasota County, Florida.

This conveyance is subject to the following:

1. Real estate taxes for the current year, and subsequent years.

2. Conditions, restrictions, limitations and easements of record; if any, but this provision shall not operate to reimpose the same.

3. The Declaration of Condominium and the Exhibits attached thereto of the LA BELLASARA.

4. Zoning and other governmental regulations and ordinances.

5. Any and all rights of the United States Government arising by reason of the United States government's control over navigable waters in the interest of navigation and commerce.

6. Rights of the State of Florida to regulate the use of navigable waters.

7. Any adverse ownership claim by the State of Florida by right of sovereignty to any portion of the lands insured hereunder, including submerged, filled and artificially exposed lands and lands accreted to such lands.

8. Rights, if any, of the public to use any portions of the submerged land which may lie within the property.

9. Matters shown on Plat of Golden Gate Point recorded in Plat Book 1, Page 135, of the Public Records of Sarasota County, Florida.

10. Party Wall Easement Agreement by and between Grande Riviera Development, LLC, a Florida limited liability company and La Bellasara, LLC, a Florida limited liability company, dated October 6, 2005, and recorded December 20, 2005 in Official Records Instrument Number 2005279594, of the Public Records of Sarasota County, Florida.

SWD-1

## EXHIBIT D

Dockets.Justia.com

Trustee is hereby conferred the power and authority to improve, subdivide, protect, conserve, sell, lease, encumber and otherwise manage and dispose of said property or any part thereof, all as set forth in Florida Statutes 689.071.

The benefits and obligations hereunder shall inure and shall be binding upon the heirs, executors, administrators, successors and assigns of the Grantor and Grantee. The Grantor does hereby fully warrant the title to the real property hereby conveyed and will defend same against the lawful claims of all persons claiming by, through or under Grantor, but against no one else.

IN WITNESS WHEREOF, the Grantor has caused this Warranty Deed to be executed the day and year first above written.

Signed, sealed and delivered  
In the presence of

LA BELLASARA, LLC,  
a Florida limited liability company

By: LHI MANAGEMENT, INC., a Florida corporation, Manager

By: _____  
GARY D. LITTLESTAR  
As: President

*(Print name of witness) SUSAN RUPE

*(Print name of witness)

Address: 2193 Ringling Blvd.  
Sarasota, Florida 34237

(CORPORATE SEAL)

STATE OF FLORIDA  
COUNTY OF SARASOTA

The foregoing instrument was acknowledged before me this 17th day of May, 2006, by GARY D. LITTLESTAR, as President of LHI MANAGEMENT, INC., a Florida corporation, Manager of LA BELLASARA, LLC, a Florida limited liability company, on behalf of the corporation and company, who is personally known to me or produced _____ as identification.

Print Name: SUSAN MARIE RUPE  
Notary Public – State of Florida  
Serial Number: DD 480 429  
My Commission Expires: 10/11/2009

Notary Public State of Florida  
Susan Marie Rupe  
My Commission DD480429  
Expires 10/11/2009

g:\document\paralega\kg\labellasara\warrantydeedtrustee