Securities and Exchange Commission v. Nadel et al | Doc. 325 Att. 4
Case 8:09-cv-00087-RAL-TBM   Document 325-5   Filed 01/27/10   Page 1 of 1 Page 1 of 1
Parcel 2010-09-5022



# 2010 Detail Information for Parcel 2010-09-5022

Search     Print     Nearby IDs     Districts     2009 Tax Bill

**Ownership**
NEIL B MOODY TTEE
464 GOLDEN GATE POINT UNIT 703
SARASOTA, FL  34236

**View Another Parcel**
[   ] - [   ] - [   ]  [Submit]

**Parcel Characteristics**
| | |
|---|---|
| Land Area: | No Land (Condominium) |
| Incorporation: | CITY OF SARASOTA |
| Condominium Code: | 8421 |
| Use Code: | N/A |
| Sec/Twp/Rge: | 24-36S-17E |
| Census (FIPS): | 121150001011 |
| Zoning: | RMF5 |

**Situs Address**
464 GOLDEN GATE PT 703
SARASOTA, FL  34236

**Parcel Description**
UNIT 703, LA BELLASARA

**Code Lookups**
Choose Code Type

2009     << Prior ID     Change Year     Next ID >>     2010

**2010 Values**   *(Available Mid July)*
| | |
|---|---|
| Just (Market) Value: | N/A |
| Land Value: | N/A |
| Improvement Value: | N/A |
| Assessed Value: | N/A |
| Homestead: | Yes |
| Exemptions: | N/A |
| Total Taxable: | N/A |

*Property records have been updated with 2010 information. To view your 2009 values, please click the 2009 button above.*

Buildings     Exemptions     Value Changes     Documents     Transfers

**Improvements**   *(Preliminary)*
| | |
|---|---|
| Total Building Area: | 4,077 |
| Total Living Area: | 3,490 |
| Living Units: | 1 |
| Bed / Bath: | 3 Bed/3 Bath/1 Half |
| Pool: | No |
| Year Built: | 2006 |

**Last Sale/Transfer**
| | |
|---|---|
| Sale Price: | $2,160,000 |
| Date Sold: | 5/23/2006 |
| Sales Qual. Code: | 0 |
| Deed Type: | WD |
| Grantor: | LA BELLASARA LLC, |
| Instrument #: | 2006096984 |

Update Date:  1/22/2010 12:31:00 AM

Home Page     Real Property     Personal Property     Sales Search     Help

Disclaimer The information appearing on this website was extracted from the records of the Sarasota County Property Appraiser's Office. Our goal is to provide the most accurate information available. However, no warranties, expressed or implied, are provided for the data, its use or interpretation. The property values relate to the last valuation date. The data is subject to change. Copyright @ 2001 - 2010 Sarasota County Property Appraiser. All rights reserved.

## EXHIBIT E

http://www.sc-pa.com/search/parcel_detail.asp?year=2010&account=282801          1/22/2010