# EXHIBIT H
## 2005 Transfers Of Scheme Proceeds To Moody Trust

| Date | Payor | Amount | Description |
|---|---|---:|---|
| **Management Fees** | | | |
| 1/7/2005 | Valhalla Management, Inc. | $ 1,247,856.48 | Management fees |
| 1/7/2005 | Viking Management, LLC | $ 702,885.07 | Management fees |
| 1/7/2005 | Viking Management, LLC | $ 3,454.83 | Management fees |
| 4/13/2005 | Viking Management, LLC | $ 10,000.00 | Management fees |
| 4/14/2005 | Viking Management, LLC | $ 358,445.82 | Management fees |
| 4/14/2005 | Valhalla Management, Inc. | $ 548,728.94 | Management fees |
| 6/1/2005 | Valhalla Management, Inc. | $ 40,000.00 | Management fees |
| 6/1/2005 | Viking Management, LLC | $ 50,000.00 | Management fees |
| 6/30/2005 | Viking Management, LLC | $ 250,000.00 | Management fees |
| 7/12/2005 | Valhalla Management, Inc. | $ 789,990.06 | Management fees |
| 7/12/2005 | Viking Management, LLC | $ 194,493.05 | Management fees |
| 7/14/2005 | Valhalla Management, Inc. | $ 18,000.00 | Management fees |
| 7/14/2005 | Viking Management, LLC | $ 24,000.00 | Management fees |
| 9/7/2005 | Viking Management, LLC | $ 30,000.00 | Management fees |
| 9/7/2005 | Valhalla Management, Inc. | $ 20,000.00 | Management fees |
| 10/7/2005 | Valhalla Management, Inc. | $ 200,000.00 | Management fees |
| 10/7/2005 | Viking Management, LLC | $ 529,616.51 | Management fees |
| 10/11/2005 | Valhalla Management, Inc. | $ 724,774.12 | Management fees |
| | | $ 5,742,244.88 | |
| **Investment Payments** | | | |
| 9/30/2005 | Viking Fund, LLC | $ 200,000.00 | Investment redemption |
| | | $ 200,000.00 | |
| | **TOTAL** | $ 5,942,244.88 | |

## 2006 Transfers Of Scheme Proceeds To Moody Trust

| Date | Payor | Amount | Description |
|---|---|---:|---|
| **Management Fees** | | | |
| 1/6/2006 | Valhalla Management, Inc. | $ 1,235,366.94 | Management fees |
| 1/6/2006 | Viking Management, LLC | $ 609,359.27 | Management fees |
| 4/7/2006 | Valhalla Management, Inc. | $ 682,329.04 | Management fees |
| 4/7/2006 | Viking Management, LLC | $ 295,127.46 | Management fees |
| 4/12/2006 | Valhalla Management, Inc. | $ 18,750.00 | Management fees |
| 4/12/2006 | Viking Management, LLC | $ 18,750.00 | Management fees |
| 7/12/2006 | Valhalla Management, Inc. | $ 427,560.24 | Management fees |
| 7/12/2006 | Viking Management, LLC | $ 197,673.60 | Management fees |
| 10/9/2006 | Valhalla Management, Inc. | $ 808,400.36 | Management fees |
| 10/9/2006 | Viking Management, LLC | $ 414,144.29 | Management fees |
| | | $ 4,707,461.20 | |
| **Investment Payments** | | | |
| 3/1/2006 | Viking Fund, LLC | $ 200,000.00 | Investment redemption |
| 4/28/2006 | Viking Fund, LLC | $ 300,000.00 | Investment redemption |
| 6/29/2006 | Viking Fund, LLC | $ 100,000.00 | Investment redemption |
| 7/12/2006 | Viking Fund, LLC | $ 21,087.08 | Investment redemption |
| | | $ 621,087.08 | |
| | **TOTAL** | $ 5,328,548.28 | |

## 2007 Transfers of Scheme Proceeds to Moody Trust

| Date | Payor | Amount | Description |
|---|---|---|---|
| **Management Fees** | | | |
| 01/04/07 | Viking Management | $ 15,000.00 | Management fees |
| 01/09/07 | Valhalla Management | $ 756,375.75 | Management fees |
| 01/09/07 | Viking Management | $ 349,477.33 | Management fees |
| 01/22/07 | Valhalla Management | $ 10,000.00 | Management fees |
| 01/22/07 | Viking Management | $ 20,000.00 | Management fees |
| 04/10/07 | Viking Management | $ 406,641.69 | Management fees |
| 04/10/07 | Valhalla Management | $ 729,099.53 | Management fees |
| 06/22/07 | Viking Management | $ 10,000.00 | Management fees |
| 06/22/07 | Valhalla Management | $ 10,000.00 | Management fees |
| 07/09/07 | Viking Management | $ 381,627.28 | Management fees |
| 07/09/07 | Valhalla Management | $ 786,729.15 | Management fees |
| 09/13/07 | Viking Management | $ 20,000.00 | Management fees |
| 09/13/07 | Valhalla Management | $ 10,000.00 | Management fees |
| 09/24/07 | Valhalla Management | $ 200,000.00 | Management fees |
| 10/03/07 | Valhalla Management | $ 200,000.00 | Management fees |
| 10/09/07 | Valhalla Management | $ 207,625.21 | Management fees |
| 10/09/07 | Viking Management | $ 287,387.02 | Management fees |
| | | $ 4,399,962.96 | |
| | | | |
| **Investment Payments** | | | |
| 10/03/07 | Scoop Real Estate LP | $ 240,000.00 | Investment redemption |
| | | $ 240,000.00 | |
| | | | |
| | **TOTAL** | $ 4,639,962.96 | |

## 2008 Transfers Of Scheme Proceeds To Moody Trust

| Date | Payor | Amount | Description |
|---|---|---|---|
| **Management Fees** | | | |
| 1/14/2008 | Valhalla Management, Inc. | $837,873.78 | Management fees |
| 1/14/2008 | Viking Management, Inc. | $440,570.91 | Management fees |
| 1/22/2008 | Valhalla Management, Inc. | $41,116.49 | Management fees |
| 3/31/2008 | Valhalla Management, Inc. | $8,000.00 | Management fees |
| 4/10/2008 | Valhalla Management, Inc. | $631,294.78 | Management fees |
| 4/10/2008 | Viking Management, Inc. | $312,034.05 | Management fees |
| 4/18/2008 | Viking Management, Inc. | $10,000.00 | Management fees |
| 6/27/2008 | Valhalla Management, Inc. | $7,500.00 | Management fees |
| 6/27/2008 | Viking Management, Inc. | $7,500.00 | Management fees |
| 7/14/2008 | Valhalla Management, Inc. | $587,047.50 | Management fees |
| 7/14/2008 | Viking Management, Inc. | $319,564.18 | Management fees |
| 10/15/2008 | Valhalla Management, Inc. | $498,534.69 | Management fees |
| 10/15/2008 | Viking Management, Inc. | $240,839.32 | Management fees |
| | **TOTAL** | $3,941,875.70 | |