## EXHIBIT I
## 2006 Payments From Moody Trust Relating To Bellasara Condo

| Date | Payee | Amount | Description |
|---|---|---|---|
| **Loan Payments** | | | |
| 6/28/2006 | Wells Fargo Home Mortgage | $4,303.04 | Primary mortgage |
| 7/10/2006 | Wells Fargo Bank, NA | $3,263.83 | Line of credit |
| 7/24/2006 | Wells Fargo Home Mortgage | $4,303.04 | Primary mortgage |
| 7/24/2006 | Wells Fargo Bank, NA | $5,325.20 | Line of credit |
| 8/22/2006 | Wells Fargo Bank, NA | $5,496.99 | Line of credit |
| 8/22/2006 | Wells Fargo Home Mortgage | $4,303.04 | Primary mortgage |
| 9/18/2006 | Wells Fargo Bank, NA | $4,981.64 | Line of credit |
| 10/10/2006 | Wells Fargo Home Mortgage | $4,303.04 | Primary mortgage |
| 10/24/2006 | Wells Fargo Bank, NA | $5,325.20 | Line of credit |
| 10/31/2006 | Wells Fargo Home Mortgage | $4,303.04 | Primary mortgage |
| 11/21/2006 | Wells Fargo Bank, NA | $5,325.20 | Line of credit |
| 11/28/2006 | Wells Fargo Home Mortgage | $4,303.04 | Primary mortgage |
| 12/19/2006 | Wells Fargo Bank, NA | $5,153.43 | Line of credit |
| | | $60,689.73 | |
| **Other Payments** | | | |
| 4/24/2006 | Norton, Hammersley, Lopez & Skokos, PA | $247.50 | Legal fees - review of condo documents |
| 5/10/2006 | Elite Woodwork | $25,800.00 | Work done for Unit 7C LaBellasara |
| 5/10/2006 | Joan Howze | $2,500.00 | Work done for Unit 7C LaBellasara |
| 5/11/2006 | Joan Howze | $1,836.27 | Items purchase for Unit 7C LaBellasara |
| 6/22/2006 | Norton, Hammersley, Lopez & Skokos, PA | $1,040.00 | Legal fees - closing documents |
| 7/1/2006 | La Bellasara Condo Ass'n | $3,278.79 | Condo dues |
| 7/10/2006 | Jason Turner Painting | $3,000.00 | Interior wood and ceilings |
| 7/13/2006 | Jason Turner Painting | $4,500.00 | Balance of deposit |
| 7/14/2006 | Floor Tech International, Inc. | $3,135.00 | Flooring |
| 7/20/2006 | Jason Turner Painting | $4,000.00 | Painting ceilings |
| 7/20/2006 | Valencia Stone | $17,858.30 | Marble |
| 7/27/2006 | Joan Howze | $3,424.78 | Commission |
| 8/3/2006 | Joan Howze | $3,000.00 | Reimbursement |
| 8/14/2006 | Enviro Coustics, Inc. | $7,412.00 | Home theater (deposit) |
| 8/15/2006 | Bill Wietrmykowski | $1,240.00 | Painting |
| 8/18/2006 | Bill Wietrmykowski | $2,800.00 | Painting |
| 8/18/2006 | Design Source of Sarasota | $3,135.00 | Yard of Luna Stripe |
| 9/1/2006 | Floor Tech International, Inc. | $3,700.00 | Marble floor |
| 9/1/2006 | Valencia Stone | $2,048.52 | Granite tile and marble slab |
| 9/1/2006 | Bill Wietrmykowski | $4,075.00 | Faux finish, opening repair, etc. |
| 9/8/2006 | Floor Tech International, Inc. | $5,840.00 | Marble flooring instal |
| 9/4/2006 | Enviro Coustics, Inc. | $3,000.00 | Home theater |
| 12/31/2006 | Tax Collector | $4,886.13 | Property taxes |
| | | $111,757.29 | |
| | **TOTAL** | **$172,447.02** | |

## 2007 Payments From Moody Trust Relating To Bellasara Condo

| Date | Payor | Amount | Description |
|---|---|---|---|
| **Loan Payments** | | | |
| 01/10/07 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 01/30/07 | Wells Fargo Bank, NA | $5,840.54 | Line of credit |
| 02/01/07 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 02/27/07 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 03/01/07 | Wells Fargo Bank, NA | $4,638.09 | Line of credit |
| 03/27/07 | Wells Fargo Bank, NA | $4,981.64 | Line of credit |
| 03/29/07 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 04/25/07 | Wells Fargo Bank, NA | $5,153.43 | Line of credit |
| 05/16/07 | Mortgage Payment | $3,983.33 | Primary mortgage |
| 06/04/07 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 06/05/07 | Wells Fargo Bank, NA | $5,496.98 | Line of credit |
| 06/27/07 | Wells Fargo Bank, NA | $4,981.65 | Line of credit |
| 06/28/07 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 07/27/07 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 08/01/07 | Wells Fargo Bank, NA | $5,325.20 | Line of credit |
| 08/10/07 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 08/27/07 | Wells Fargo Bank, NA | $5,325.21 | Line of credit |
| 09/25/07 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 09/25/07 | Wells Fargo Bank, NA | $5,153.42 | Line of credit |
| 10/29/07 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 10/30/07 | Wells Fargo Bank, NA | $5,668.77 | Line of credit |
| 11/16/07 | Wells Fargo Bank, NA | $4,981.64 | Line of credit |
| 12/03/07 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| | | $105,346.53 | |
| **Other Payments** | | | |
| 03/16/07 | La Bellasara Condo Ass'n | $5,216.00 | Condo Dues |
| 07/25/07 | La Bellasara Condo Ass'n | $5,216.00 | Condo Dues |
| 09/24/07 | La Bellasara Condo Ass'n | $5,216.00 | Condo Dues |
| | | $15,648.00 | |
| | **TOTAL** | $120,994.53 | |

## 2008 Payments From Moody Trust Relating To Bellasara Condo

| Date | Payee | Amount | Description |
|---|---|---|---|
| **Loan Payments** | | | |
| 1/2/2008 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 1/2/2008 | Wells Fargo Bank, NA | $5,153.43 | Line of credit |
| 1/22/2008 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 1/22/2008 | Wells Fargo Bank, NA | $5,490.88 | Line of credit |
| 2/25/2008 | Wells Fargo Bank, NA | $4,796.72 | Line of credit |
| 2/28/2008 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 3/17/2008 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 3/20/2008 | Wells Fargo Bank, NA | $5,310.66 | Line of credit |
| 4/21/2008 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 4/21/2008 | Wells Fargo Bank, NA | $5,481.97 | Line of credit |
| 5/20/2008 | Wells Fargo Bank, NA | $4,968.03 | Line of credit |
| 5/20/2008 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 6/19/2008 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 6/27/2008 | Wells Fargo Bank, NA | $5,139.34 | Line of credit |
| 7/17/2008 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 7/28/2008 | Wells Fargo Bank, NA | $5,481.97 | Line of credit |
| 8/25/2008 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 8/29/2008 | Wells Fargo Bank, NA | $5,139.34 | Line of credit |
| 9/22/2008 | Wells Fargo Bank, NA | $5,139.35 | Line of credit |
| 9/22/2008 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 10/28/2008 | Wells Fargo Bank, NA | $5,481.97 | Line of credit |
| 10/28/2008 | Wells Fargo Home Mortgage | $2,983.33 | Primary mortgage |
| 11/19/2008 | Wells Fargo Home Mortgage | $3,983.33 | Primary mortgage |
| 11/19/2008 | Wells Fargo Bank, NA | $4,968.03 | Line of credit |
| | | $109,351.65 | |
| | | | |
| **Other Payments** | | | |
| 1/22/2008 | Tax Collector | $28,451.55 | 2007 property taxes |
| 3/17/2008 | La Bellasara Condo Ass'n | $5,425.70 | Condo Dues |
| 7/1/2008 | La Bellasara Condo Ass'n | $5,422.59 | Condo Dues |
| 7/1/2008 | Universal Property & Casualty Ins. | $1,514.95 | Insurance premium |
| 9/19/2008 | La Bellasara Condo Ass'n | $5,422.59 | Condo Dues |
| 11/30/2008 | Tax Collector | $25,872.69 | 2008 property taxes |
| | | $72,110.07 | |
| | | | |
| | **TOTAL** | $181,461.72 | |