UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

          Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

          Defendants,

CASE NO.: 8:09-cv-0087-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

          Relief Defendants.
_____/

**SUPPLEMENT TO LOCAL RULE 3.01(g) CERTIFICATION FOR RECEIVER'S MOTION FOR POSSESSION OF AND TITLE TO THE REAL PROPERTY LOCATED AT 464 GOLDEN GATE POINT, UNIT 703, SARASOTA, FLORIDA**

On January 27, 2010, the Receiver filed his Motion for Possession of and Title to the Real Property Located at 464 Golden Gate Point, Unit 703, Sarasota, Florida (Doc. 324). This supplement is being filed to inform the Court that counsel for the Receiver has conferred with counsel who represent Neil V. Moody in related matters and has been instructed to inform the Court that (1) because Mr. Moody is not a party to this proceeding he

neither objects to nor consents to the relief requested in this motion and (2) Neil Moody does not anticipate attempting to intervene in this matter.

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following party:

> Arthur G. Nadel
> Register No. 50690-018
> MCC New York
> Metropolitan Correctional Center
> 150 Park Row
> New York, New York 10007

I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail and email to the following interested parties:

| | | |
|---|---|---|
| Mark A. Danzi, Esq. | Robert B. Glenn, Esq. | James E. Felman |
| Hill Ward Henderson | Glenn Rasmussen Fogarty & | Kynes Markman & |
| P.O. Box 2231 | Hooker, P.A. | Felman, P.A. |
| Tampa, FL 33601-2231 | P.O. Box 3333 | P.O. Box 3396 |
| | Tampa, FL 33601-3333 | Tampa, FL 33601-3396 |
| | Attorneys for Neil Moody | |

> s/ Gianluca Morello
> Gianluca Morello, FBN 034997
> gmorello@wiandlaw.com
> WIAND GUERRA KING P.L.
> 3000 Bayport Drive
> Suite 600
> Tampa, FL  33607
> Tel.:  (813) 347-5100
> Fax:  (813) 347-5155
> *Attorneys for the Receiver, Burton W. Wiand*