UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                    CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC, and
SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY FUND, LTD.,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

      Upon due consideration of the Receiver's submissions, it is ordered and adjudged that the Motion for Possession of and Title to the Real Property Located at 464 Golden Gate Point, Unit 703, Sarasota, Florida (Dkt. 324) is granted. The title to, and the immediate possession of, the real property located at 464 Golden Gate Point, Unit 703, Sarasota, Florida, is vested in the Receiver. Neil V. Moody, as Trustee of the Neil V. Moody Revocable Trust Agreement dated

February 9, 1995, is directed to cooperate with the Receiver in effectuating the immediate transfer of title and possession to this property from the Trust to the Receiver. The Receiver is directed to furnish a copy of this order to Mr. Moody and his attorneys.

**DONE AND ORDERED** at Tampa, Florida, on January 28, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record