*10.00 R*

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2009149597 1 PG
2009 DEC 03 02:14 PM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
DCOURSEY  Receipt#1227462

This Instrument Prepared By:
Juan C. Villaveces, Esquire
Shumaker, Loop & Kendrick, LLP
P.O. Box 49948
Sarasota, FL 34230-6948



2009149597

RETURN TO: SHUMAKER, LOOP & KENDRICK, LLP
W00274-130971 UF

## CONSENT TO SALE

The undersigned, being the court-appointed Receiver in Case No: 8:09-cv-87-T-26TBM, filed in the United States District Court, Middle District of Florida, Tampa Division, hereby consents to the sale of the following described property located at 1311 Tangier Way in Sarasota County, Florida, from Christopher D. Moody and Tamara D. Moody to Richard T Williams III and Kristen S Williams pursuant to the terms and conditions of that certain Residential Sale and Purchase Contract between the parties dated July 25, 2009, as amended:

Lot 58, San Remo Estates Subdivision, Unit No. 3, a Subdivision as per plat thereof recorded in Plat Book 9, Page(s) 12, of the Public Records of Sarasota County, Florida.

DATED this 30 day of November, 2009.

_____
Burton W. Wiand

STATE OF FLORIDA
COUNTY OF _Hillsborough_

The foregoing instrument was acknowledged before me this 30th day of November, 2009, by Burton W. Wiand.

NOTARY PUBLIC-STATE OF FLORIDA
Jeffrey C. Rizzo
Commission # DD668914
Expires: APR. 30, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

Notary Public _____
Print Name: _Jeffrey C. Rizzo_
My Commission Expires: _4/30/11_

Personally Known ✓ (OR) ~~Produced Identification~~
Type of ~~identification produced~~

13144v.1



EXHIBIT 3