# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                      CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC, and
SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY FUND, LTD.,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## **O R D E R**

**UPON DUE CONSIDERATION** of the parties' submissions, it is **ORDERED AND ADJUDGED** as follows:

    1)     Louis Paolino's Amended Unopposed Motion for Modification of Injunction (Dkt. 330) is **granted**.

2) The Injunction previously entered September 3, 2009, at docket 170, with regard to the state court proceedings styled <u>Paolino v. Moody</u>, Case Number 2009-CA-001876 (Cir. Ct. 12th Judicial Cir., Sarasota County, Florida), is hereby modified to allow Mr. Paolino to file a motion for extension of *lis pendens* with respect to the real property located at 1311 Tangier Way, Sarasota, Florida, more particularly described in exhibit one to the motion, and to allow the judge assigned that case to hear and resolve the motion.

**DONE AND ORDERED** at Tampa, Florida, on January 29, 2010.

       s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record