8:09-cv-87-T-26TGM

# IN THE UNITED STATES COURT OF APPEALS

## FOR THE ELEVENTH CIRCUIT

No. 09-16437-HH

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEB 1 2 2010
THOMAS K. KAHN
CLERK

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff-Appellee,

versus

ARTHUR NADEL, et al.,

Defendants,

BURTON W. WIAND,

Receiver-Appellee,

DONALD H. ROWE,

Movant-Appellant.

On Appeal from the United States District Court for the
Middle District of Florida

ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 12th day of February, 2010.

John Ley
Clerk of Court

By: Joe Caruso
Deputy Clerk

A TRUE COPY - ATTESTED:
CLERK U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

FOR THE COURT-BY DIRECTION

DEPUTY CLERK
ATLANTA, GEORGIA

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of the Court

For rules and forms visit
www.ca11.uscourts.gov

February 12, 2010

Sheryl L. Loesch
Clerk, U.S. District Court
801 N FLORIDA AVE RM 220
TAMPA FL 33602-3849

**Appeal Number: 09-16437-HH**
Case Style: Securities and Exchange Commission v. Arthur Nadel
District Court Number: 09-00087 CV-T-26TBM

The enclosed certified copy of the Clerk's Entry of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

John Ley, Clerk of Court

Reply To: Joe Caruso (404) 335-6177

Encl.

DIS-3 (12-2010)