# EXHIBIT 3

### Legal Description of
### Woodland Heights Subdivision,
### Thomasville, Thomas County, Georgia 31792

All that tract or parcel of land situate, lying and being in Land Lot 38 of the 13th Land District of Thomas County, Georgia, in the City of Thomasville, and more particularly identified as Tract 1 containing 9.40 acres, Tract 2 containing 4.21 acres and Tract 3 containing 0.74 acres, as these tracts are more particularly shown on that plat of survey prepared by Cary B. Wetherington, Georgia Registered Land Surveyor No. 2899, dated October 26, 2006, and recorded in Plat Cabinet 4, Folio 154-E, among the Deed Records of Thomas County, Georgia, reference to which plat is made for a more particular description by metes and bounds and courses and distances as set forth thereon.

Said property is conveyed subject to a sanitary sewer easement recorded in Deed Book 6D, Page 320, among the Deed Records of Thomas County, Georgia, and also as shown on the above-referenced plat of survey.

The above-described property is the same property which has been further defined by that certain subdivision plat of Woodland Heights prepared by Cary B. Wetherington, Georgia Registered Land Surveyor No. 2899, dated December 21, 2007, and recorded in Plat Cabinet 5, Folios 1A, 1B, 1C and 1D among the Deed Records of Thomas County, Georgia.

LESS AND EXCEPT those Woodland Heights Subdivision roads conveyed to the City of Thomasville, Georgia, by Quit-Claim Deed dated July 11, 2008, and recorded on July 11, 2008, in Deed Book 1507, Pages 088-089, Thomas County, Georgia.