After recording, return to:
**SILVIS, AMBROSE & LINDQUIST, P.C.**
**P. O. Box 1557**
**Thomasville, GA 31799-1557**

## RECEIVER'S QUITCLAIM DEED

**STATE OF GEORGIA**
**COUNTY OF THOMAS**

For and in consideration of $725,000.00, Grantor, BURTON WIAND, as Receiver for SCOOP CAPITAL, LLC, hereby quitclaims and conveys the property described on Exhibit A below to EAGH, LLC, a Georgia limited liability company, on the terms, conditions and court-ordered authority set forth below:

WHEREAS, the SECURITIES AND EXCHANGE COMMISSION, Plaintiff, an agency of the United States of America, filed suit in United States District Court, Middle District of Florida, Tampa Division, in Case No. 8:09-cv-87-T-26TBM, as Plaintiff vs. ARTHUR NADEL, SCOOP CAPITAL, LLC, and SCOOP MANAGEMENT, INC., Defendants; and

WHEREAS, an ORDER APPOINTING RECEIVER, BURTON WIAND, aka BURTON W. WIAND, was issued by HONORABLE RICHARD A. LAZZARA, United States District Judge, Middle District of Florida, Tampa Division, on January 21, 2009, which has been recorded in Deed Book 1557, Pages 318-324, among the Deed Records of Thomas County, Georgia; and

WHEREAS, the undersigned, BURTON W. WIAND, is the duly appointed Receiver for the named Defendants, including but not limited to SCOOP CAPITAL, LLC, and their properties pursuant to the terms of said Order; and

1

## EXHIBIT 4

WHEREAS, paragraph 17, on page 6, recorded at Deed Book 1557, Page 323, provides in pertinent part: "Title to all property, real or personal, all contracts, rights of action and all books and records of the Defendants or Relief Defendants and their principals, wherever located within or without this state, is vested by operation of law in the Receiver;" and

WHEREAS, those properties identified below in the legal description of this Receivership Deed were, at the time of said Order, vested in SCOOP CAPITAL, LLC by virtue of that Warranty Deed from WOODLANDS OF THOMASVILLE, LLC, a Georgia limited liability company, to SCOOP CAPITAL, LLC, a Florida limited liability company, dated January 5, 2007, and recorded on January 5, 2007, in Deed Book 1365, Pages 316-317, Thomas County, Georgia; and

WHEREAS, the properties conveyed are those properties described in the following Deeds to Secure Debt from SCOOP CAPITAL, LLC to THOMASVILLE NATIONAL BANK: one Deed to Secure Debt dated July 2, 2007, as to Tract 1 containing 9.40 acres, Tract 2 containing 4.21 acres, and Tract 3 containing 0.74 acres, which Deed to Secure Debt was recorded in Deed Book 1418 at Page 140, Thomas County, Georgia; and that second Deed to Secure Debt dated March 5, 2008, as to Lot No. 45 of Woodland Heights Subdivision, recorded in Deed Book 1478 at Page 108, Thomas County, Georgia; and

WHEREAS, THOMASVILLE NATIONAL BANK, the holder of those Deeds to Secure Debt, has acquiesced in a "short sale" of the subject properties to relieve them from the lien or liens created by said Deeds to Secure Debt in consideration of net proceeds of $695,000.00 to be paid from the sale of the subject properties from the purchase price of $725,000.00 to be paid by EAGH, LLC, a Georgia Limited Liability Company, as assignee of MARK HARMON, with the loan payoff reduced by Real Estate Commissions totaling $30,000.00 to be paid, $10,000.00 each to the following Realtors: (1) COLDWELL BANKER COMMERCIAL NRT (c/o John Skicewicz); (2) CENTURY 21 BROADWAY & ASSOCIATES (c/o Howard Broadway); and (3) REMAX OF THOMASVILLE, INC. (c/o Scottie Thompson); and

2

WHEREAS, THOMASVILLE NATIONAL BANK has further executed a certain AGREEMENT REGARDING CLAIMS AND OBLIGATIONS, on which the Receiver has relied; and

WHEREAS, the Receiver finds the sale to be in the best interests of the Receivership; and

WHEREAS, the transaction reflected in this Deed is authorized by Court Order and the Receiver is authorized to sell on such terms as are specified herein;

NOW THEREFORE, BURTON WIAND aka BURTON W. WIAND, Receiver for SCOOP CAPITAL, LLC, hereby sells and conveys the properties described on Exhibit "A" attached hereto to EAGH, LLC, a Georgia Limited Liability Company, for and in consideration of the sum of $725,000.00, and authorizes and directs that the proceeds be applied as specified hereinabove, making only the following limited warranties:

1.      The undersigned, BURTON WIAND aka BURTON W. WIAND is the duly appointed Receiver for SCOOP CAPITAL, LLC, pursuant to the Order Appointing Receiver referenced above; and

2.      The undersigned has been duly authorized to sell and convey the subject properties as stated herein; and

3.      The undersigned has not previously conveyed any or all of the interest of the Receivership in the subject properties to any other party; and

4.      The undersigned, without recourse and without making any representations with respect to warranties of title or other rights of the Receiver in and to the real property described in Exhibit A attached hereto and incorporated herein except as expressly stated in this Deed, hereby quitclaims, assigns and conveys to the Grantee, EAGH, LLC, a Georgia Limited Liability Company, any and all warranties of title or other rights of the Receiver in and to the real property described in Exhibit A attached hereto and incorporated herein; and

5.      SILVIS, AMBROSE & LINDQUIST, P.C., as closing attorneys, are authorized to receive in trust the purchase price of $725,000.00, and, upon issuance of proper checks in form acceptable to the above-referenced Realtors and THOMASVILLE

3

NATIONAL BANK, in accordance with the foregoing, to record this Deed and a certified copy of the Order authorizing it, in the Public Records of Thomas County, Georgia.

      6.     See Exhibit "A" attached hereto for the legal description of the properties conveyed.

      SIGNED, SEALED and DELIVERED this _____ day of February, 2010.


_____ (L.S.)
      BURTON W. WIAND, Receiver for SCOOP CAPITAL LLC


SIGNED, SEALED and DELIVERED in our presence:

_____
Witness #1 Signature

_____
Witness #1 Printed Name


_____
Witness #2 Signature

_____
Witness #2 Printed Name

STATE OF _____, COUNTY OF _____

      I HEREBY CERTIFY that on February _____, 2010, before me personally appeared BURTON W. WIAND, who is the person described in and who executed the foregoing instrument in the presence of the above subscribing witnesses and who, after being duly sworn, testified that the execution hereof is his free act and deed and is made in his capacity as Receiver for the uses and purposes stated above. BURTON W. WIAND is known to me in one of the following ways, as indicated below: ( ) **To me personally known** ( ) **Identified by Driver's License** ( ) **Identified** **by**

_____ .


      SWORN TO AND SUBSCRIBED before me, the undersigned Notary Public, on this ___ day of February, 2010.

My Commission Expires:_____    _____

                                  **Notary Public**

                    _____
                    Please Print or Type Name as it appears

**(NOTARY SEAL AFFIXED)**

N:\RE\WARRANTY.DED\LTD.WD\Receivership Deed.doc
n:\re\woodland heights subdiv\receivership quitclaim deed.docx

Exhibit "A"

Legal Description of
Woodland Heights Subdivision,
Thomasville, Thomas County, Georgia 31792

All that tract or parcel of land situate, lying and being in Land Lot 38 of the 13th Land District of Thomas County, Georgia, in the City of Thomasville, and more particularly identified as Tract 1 containing 9.40 acres, Tract 2 containing 4.21 acres and Tract 3 containing 0.74 acres, as these tracts are more particularly shown on that plat of survey prepared by Cary B. Wetherington, Georgia Registered Land Surveyor No. 2899, dated October 26, 2006, and recorded in Plat Cabinet 4, Folio 154-E, among the Deed Records of Thomas County, Georgia, reference to which plat is made for a more particular description by metes and bounds and courses and distances as set forth thereon.

Said property is conveyed subject to a sanitary sewer easement recorded in Deed Book 6D, Page 320, among the Deed Records of Thomas County, Georgia, and also as shown on the above-referenced plat of survey.

The above-described property is the same property which has been further defined by that certain subdivision plat of Woodland Heights prepared by Cary B. Wetherington, Georgia Registered Land Surveyor No. 2899, dated December 21, 2007, and recorded in Plat Cabinet 5, Folios 1A, 1B, 1C and 1D among the Deed Records of Thomas County, Georgia.

LESS AND EXCEPT those Woodland Heights Subdivision roads conveyed to the City of Thomasville, Georgia, by Quit-Claim Deed dated July 11, 2008, and recorded on July 11, 2008, in Deed Book 1507, Pages 088-089, Thomas County, Georgia.

\LD\WoodlandHeightsSubdivision