Securities and Exchange Commission v. Nadel et al
Case 8:09-cv-00087-RAL-TBM   Document 352   Filed 02/26/10   Page 1 of 5
Doc. 352

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

        Defendants,

CASE NO.: 8:09-cv-0087-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC,

        Relief Defendants.

_____/

## ORDER

WHEREAS, pending before this Court is the Receiver's Motion to Approve the Sale of the Woodland Heights Subdivision Located in Thomasville, Georgia and Agreement with Thomasville National Bank (the "Motion") (Dkt. ???); and

WHEREAS, the Motion requests the Court to approve the sale of Receivership property known as the WOODLAND HEIGHTS subdivision ("WOODLAND HEIGHTS"),

described in Exhibit 1 attached hereto, in accordance with the Purchase and Sale Agreement, by and between BURTON W. WIAND, as Receiver, and MARK HARMON, and its amendments (the "Sale Agreement"); and

WHEREAS, title to WOODLAND HEIGHTS is vested in SCOOP CAPITAL, LLC ("SCOOP CAPITAL"), a Florida limited liability company which is in Receivership and currently under the administration of Court-appointed Receiver BURTON W. WIAND, by virtue of that Warranty Deed from WOODLANDS OF THOMASVILLE, LLC, a Georgia limited liability company, to SCOOP CAPITAL, dated January 5, 2007, and recorded on January 5, 2007, in Deed Book 1365, Pages 316-317, Thomas County, Georgia; and

WHEREAS, the properties to be conveyed are all those properties described in the following Deeds to Secure Debt from SCOOP CAPITAL to THOMASVILLE NATIONAL BANK: one Deed to Secure Debt dated July 2, 2007, as to Tract 1 containing 9.40 acres, Tract 2 containing 4.21 acres, and Tract 3 containing 0.74 acres, which Deed to Secure Debt was recorded in Deed Book 1418 at Page 140, Thomas County, Georgia; and that second Deed to Secure Debt dated March 5, 2008, as to Lot No. 45 of Woodland Heights Subdivision, recorded in Deed Book 1478 at Page 108, Thomas County, Georgia; and

WHEREAS, the Motion also requests approval of the Agreement Regarding Claims and Obligations resolving outstanding obligations by SCOOP CAPITAL to THOMASVILLE NATIONAL BANK (the "Settlement Agreement"); and

WHEREAS, THOMASVILLE NATIONAL BANK, the holder of the aforementioned Deeds to Secure Debt, has acquiesced in a "short sale" of the subject properties to relieve them from the lien or liens created by said Deeds to Secure Debt in

consideration of net proceeds of $695,000.00 to be paid from the sale of the subject properties from the purchase price of $725,000.00 to be paid by EAGH, LLC ("Buyer"), a Georgia limited liability company, as assignee of MARK HARMON, with the loan payoff reduced by Real Estate Commissions totaling $30,000.00, to be paid $10,000.00 each to the following Realtors: (1) COLDWELL BANKER COMMERCIAL NRT (c/o John Skicewicz); (2) CENTURY 21 BROADWAY & ASSOCIATES (c/o Howard Broadway); and (3) REMAX OF THOMASVILLE, INC. (c/o Scottie Thompson); and

WHEREAS, this Court, having considered all matters submitted with respect to the Motion, and having reached the conclusion that the Motion is well founded and that the relief requested is both in the interest of the Receivership and within the Court's powers to supervise equity receiverships, hereby Orders that the Motion of the Receiver is Granted and (1) the conveyance of WOODLAND HEIGHTS by quitclaim deed pursuant to the Sale Agreement is approved and (2) the terms of the Settlement Agreement between the Receiver and THOMASVILLE NATIONAL BANK are approved.

NOW, THEREFORE it is ORDERED and ADJUDGED that:

1. BURTON W. WIAND, as Receiver for SCOOP CAPITAL, is hereby authorized to convey WOODLAND HEIGHTS, the real property described in Exhibit 1 attached hereto, by execution and delivery of a proper Georgia Quitclaim Deed in substantially the form attached as Exhibit 4 to the Declaration of Burton W. Wiand, as Receiver, in Support of the Receiver's Motion to Approve the Sale of the Woodland Heights Subdivision Located in Thomasville, Georgia and Agreement with Thomasville National Bank [Receiver's Declaration] (Dkt.3̲ ̲7̲) to the Buyer's closing attorney, to EAGH, LLC, a

Georgia limited liability company, and an assignee of MARK HARMON, free and clear of all non-governmental claims, liens and encumbrances, pursuant to the Sale Agreement and any amendments thereto, for and in consideration of the sum of $725,000.00, to be applied as specified hereinabove; and

2. SILVIS, AMBROSE & LINDQUIST, P.C., is authorized to receive in trust the purchase price of $725,000.00, and, upon issuance of proper checks in form acceptable to the above-referenced Realtors and THOMASVILLE NATIONAL BANK in accordance with the foregoing, and upon receipt of proper cancellations of the Deeds to Secure Debt, is authorized to record a certified copy of this Order and the Georgia Quitclaim Deed in the Public Records of Thomas County, Georgia; and

3. The Property to be conveyed is described in Exhibit 1 attached hereto, which exhibit is made a part of this Order; and

4. The Settlement Agreement entered into between the Receiver and THOMASVILLE NATIONAL BANK is approved in all respects.

**DONE and ORDERED** in chambers in Tampa, Florida this 2c day of February, 2010.

_____
Hon. Richard A. Lazzara
UNITED STATES DISTRICT COURT JUDGE
MIDDLE DISTRICT OF FLORIDA
Sam M. Gibbons U.S. Courthouse
801 North Florida Ave.
Tampa, FL 33602

# EXHIBIT 1

### Legal Description of
### Woodland Heights Subdivision,
### Thomasville, Thomas County, Georgia 31792

All that tract or parcel of land situate, lying and being in Land Lot 38 of the 13th Land District of Thomas County, Georgia, in the City of Thomasville, and more particularly identified as Tract 1 containing 9.40 acres, Tract 2 containing 4.21 acres and Tract 3 containing 0.74 acres, as these tracts are more particularly shown on that plat of survey prepared by Cary B. Wetherington, Georgia Registered Land Surveyor No. 2899, dated October 26, 2006, and recorded in Plat Cabinet 4, Folio 154-E, among the Deed Records of Thomas County, Georgia, reference to which plat is made for a more particular description by metes and bounds and courses and distances as set forth thereon.

Said property is conveyed subject to a sanitary sewer easement recorded in Deed Book 6D, Page 320, among the Deed Records of Thomas County, Georgia, and also as shown on the above-referenced plat of survey.

The above-described property is the same property which has been further defined by that certain subdivision plat of Woodland Heights prepared by Cary B. Wetherington, Georgia Registered Land Surveyor No. 2899, dated December 21, 2007, and recorded in Plat Cabinet 5, Folios 1A, 1B, 1C and 1D among the Deed Records of Thomas County, Georgia.

**LESS AND EXCEPT** those Woodland Heights Subdivision roads conveyed to the City of Thomasville, Georgia, by Quit-Claim Deed dated July 11, 2008, and recorded on July 11, 2008, in Deed Book 1507, Pages 088-089, Thomas County, Georgia.