UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,
        Plaintiff,
v.
ARTHUR NADEL,
SCOOP CAPITAL, LLC.
SCOOP MANAGEMENT, INC.,

        Defendants.
SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY FUND, LTD.
VIKING IRA FUND, LLC.
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

        Relief Defendants.
_____/

CASE NO.: 8:09-cv-0087-T-26TBM

ORDER

    WHEREAS, pending before this Court is the Receiver's Unopposed Motion to Convey Property Located at 512 Paul Morris Drive, Englewood, Florida (the "Motion") (Dkt.353): and

    WHEREAS, the Motion requests that the Court convey title to Receivership property titled to Home Front Homes, LLC. at 512 Paul Morris Drive, Englewood, Florida, Lot 81 of the Morris Industrial Park, a subdivision according to the plat thereof recorded in Plat Book 28, Pages 18 and 18A, of the Public Records of Sarasota County, Florida ("HFH Property"), from Burton W. Wiand, as Receiver, to William F. Bishop, as Trustee of the William F. Bishop Revocable Trust u/a/d 6/12/08; and

    WHEREAS, title to the HFH Property is vested in Home Front Homes, LLC ("HFH"), a Florida limited liability company in Receivership and currently under the administration of

Dockets.Justia.com

Court-appointed Receiver, Burton W. Wiand, by virtue of that Corrective Warranty Deed from Brian C. Bishop and Jeanne B. Bishop to HFH, dated May 24, 2006, and recorded in Official Records Instrument #2006103576, in the Public Records of Sarasota County, Florida; and

WHEREAS, this Court, having considered all matters submitted with respect to the Motion, and having reached the conclusion that the Motion is well founded and that the relief requested is both in the interest of the Receivership and within the Court's powers to supervise equity receiverships, hereby Orders that the Motion of the Receiver is Granted and the conveyance of HFH Property is approved.

NOW, THEREFORE it is ORDERED and ADJUDGED that:

1. Lot 81 of the Morris Industrial Park, a subdivision according to the plat thereof recorded in Plat Book 28, Pages 18 and 18A, of the Public Records of Sarasota County, Florida, is hereby conveyed from Burton W. Wiand, as Receiver for HFH, to William F. Bishop, as Trustee of the William F. Bishop Revocable Trust u/a/d 6/12/08, free and clear of all non-governmental claims, liens and encumbrances, except for the mortgage held by Regions Bank recorded in Official Records Instrument #2004222024 in the Public Records of Sarasota County, Florida; and

2. This Order shall vest title to the same extent as if a properly executed deed of conveyance were issued by the Receiver or HFH, as grantor, to William F. Bishop, as Trustee of the William F. Bishop Revocable Trust u/a/d 6/12/08, as grantee.

DONE and ORDERED in chambers in Tampa, Florida this ___ day of _____, 2010.

UNITED STATES DISTRICT COURT JUDGE