

Dockets.Justia.com

**EXHIBIT B**