UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

         Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

         Defendants,

CASE NO.: 8:09-cv-0087-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, AND
VIKING MANAGEMENT, LLC.

         Relief Defendants.

_____/

## ORDER

Before the Court is the Receiver's Unopposed Verified Motion to Approve Sale of 1997 Jeep Wrangler (Dkt. 355). Upon due consideration of the Receiver's powers as set forth in the Order Appointing Receiver (Dkt. 8) and the Orders Reappointing Receiver (Dkt. 140 and Dkt. 316), it is **ORDERED AND ADJUDED** that the Receiver's Unopposed Verified Motion to Approve Sale of 1997 Jeep Wrangler (Dkt. 355) is **GRANTED**. The

Dockets.Justia.com

Receiver is hereby authorized to sell the 1997 Jeep Wrangler bearing VIN: 1J4FY19S2VP517547 for $7,875.

**DONE and ORDERED** in chambers in Tampa, Florida this 2 day of March, 2010.

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

COPIES FURNISHED TO:
Counsel of Record