UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                        CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD.; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

# **O R D E R**

Upon due consideration of the parties' submissions, together with the procedural history of this case and the previous orders of this Court vesting authority in the Receiver to identify and recover assets fraudulently acquired for the benefit of the Receivership Entities and the defrauded investors, and consistent with the recent order denying a similar motion for protective order entered by United States Magistrate Judge Mark A. Pizzo on June 23, 2010, in <u>Wiand v. Rowe</u>, case number 10-cv-245-T-17MAP, it is ordered and adjudged that the Rowes' Motion for

Protective Order (Dkt. 416) is denied. The Court concludes, as pointed out by Plaintiff in its response, that "[t]he Receiver is applying routine discovery tools and exceptional diligence to develop the evidence necessary to protect and recover investors' money." The hearing on the motion scheduled for June 25, 2010, is cancelled.

**DONE AND ORDERED** at Tampa, Florida, on June 24, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record