UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                          CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD.,
VICTORY FUND, LTD.,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

Upon due consideration of the Receiver's written submissions, together with the representations made and the issues discussed at the hearing held in this case this day, it is ordered and adjudged as follows:

1) The Receiver's Emergency Motion for Possession of Funds as supplemented (Dkts. 434 & 437) is denied as moot inasmuch as the Receiver now has possession of the income tax refund checks which were the subject of the motion.

2) The Receiver's Emergency Motion for an Order to Show Cause as supplemented (Dkts. 434 & 437) is denied because the Court is satisfied that Marguerite Nadel, Michael Zucker, and John Lopez are now well aware of the responsibilities imposed on them by this Court's previous orders and have assured the Court that they will abide by those responsibilities in the future.

**DONE AND ORDERED** at Tampa, Florida, on July 19, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record