**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.                                  CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL, SCOOP CAPITAL, LLC,
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VICTORY
IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC,
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the Receiver's Unopposed

Motion to Approve Exchange of Warrants for Common Shares of Bonds.Com (Dkt. 445) is

granted.  The receiver is authorized to exchange warrants for common shares of Bonds.com.

**DONE AND ORDERED** at Tampa, Florida, on July 29, 2010.

                s/*Richard A. Lazzara*
                **RICHARD A. LAZZARA**
                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record