UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                              CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD.; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

**Upon due consideration** of the Court file and the Receiver's declaration, it is ordered and adjudged that the Receiver's Seventh Unopposed Motion to Expand Receivership to Include Traders Investment Club (Dkt. 453) is **granted**. The scope of the receivership is expanded to include the entity known as Traders Investment Club. This entity is specifically included within the ambit of the Court's previous orders appointing and reappointing Burton W. Wiand as the receiver in this case.

**DONE AND ORDERED** at Tampa, Florida, on August 9, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record