UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                        CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD.; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

    Upon due consideration of the parties' written submissions and oral arguments, together with the procedural history of this case, and for the reasons announced on the record at the hearing held in this case this day, it is ordered and adjudged as follows:

    1) The Receiver's Motion to Compel Production of Documents in Compliance With Non-Party Subpoena (Dkt. 475) is granted.  Counsel for Managed Capital, LLC, shall produce to the Receiver on or before September 7, 2010, all documents in his possession which are responsive

to the subpoena. Counsel shall also produce on or before September 17, 2010, all documents responsive to the subpoena received after the initial production.

2) Non-Party Donald H. Rowe's Motion for Protective Order (Dkt. 479) is denied based on the same reasons set forth in the Court's earlier order entered June 24, 2010, at docket 424.

**DONE AND ORDERED** at Tampa, Florida, on September 3, 2010.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record