

Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602

November 18, 2010  
Invoice 769674  
Tax # 59-1280172  
Page 1  
BWW/1090069

Re: **1090069**
  **Scoop Legal Team - Scoop Capital, LLC Receivership**

**Professional Services Through 07/31/10**

**Asset Analysis and Recovery**

| | | | |
|---|---|---|---|
| 05/11/10 | Teleconference and emails with George Guerra regarding Respiro promissory note (0.4); teleconference and emails with the Receiver regarding Bonds.com warrants (0.5).    ASSET    JL | | 0.90 hrs. |
| 05/12/10 | Prepared promissory note and personal guaranty regarding Respiro, Inc. and Christopher D. and Tamara D. Moody.    ASSET    JL | | 6.50 hrs. |
| 05/13/10 | Reviewed draft agreements provided by Bonds.com for the Receiver's consent regarding additional investment capital (3.0); teleconference and emails with the Receiver regarding same (0.5); drafted memo to the Receiver regarding same (1.0).    ASSET    JL | | 4.50 hrs. |
| 05/13/10 | Finalized promissory note for Respiro, Inc. and personal guaranty for Christopher Moody and Tamara Moody (0.4); emails with Jeff Rizzo and George Guerra regarding same (0.1).    ASSET    JL | | 0.50 hrs. |
| 05/14/10 | Reviewed draft transactional documents regarding convertible promissory note and security interest agreement (1.8); teleconference and emails with Mark Denzi regarding same (0.5); teleconference with Diane | | |

FOWLER WHITE BOGGS P.A.
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES

# EXHIBIT 11

Burton W. Wiand  
Re: Scoop Legal Team - Scoop Capital, LLC Receivership

November 18, 2010  
Invoice 769674  
Page 2  
BWW/1090069

|  |  |  |  |  |
|---|---|---|---|---|
|  | Burnette regarding same (0.2). | | | |
|  | | ASSET | JL | 2.50 hrs. |
| 05/14/10 | Emails with Roger Jernigan regarding damages to the gas station property. | | | |
|  | | ASSET | JL | 0.30 hrs. |
| 05/17/10 | Emails and teleconferences with Diane Burnette regarding consent signature pages (0.3); emails and teleconferences with the Receiver regarding executed consent (0.3); emails and teleconferences with Mark Denzi regarding executed consent for additional investment by Bonds.com (1.9). | | | |
|  | | ASSET | JL | 2.50 hrs. |
| 05/18/10 | Emails with the Receiver regarding Bonds.com issues (0.1); emails and teleconferences with Mark Denzi regarding perfection of the Receiver's security interest in Bonds.com and capitalization table (1.5). | | | |
|  | | ASSET | JL | 1.60 hrs. |
| 05/20/10 | Teleconference with Al Villoch regarding Bonds.com updates. | | | |
|  | | ASSET | JL | 0.50 hrs. |
| 06/10/10 | Reviewed UCC-1 filing (1.1); emails with Mark Denzi and Jeff Rizzo regarding same (0.4). | | | |
|  | | ASSET | JL | 1.50 hrs. |
| 06/17/10 | Teleconference with George Guerra regarding draft promissory note terms for Respiro, Inc. (0.4); reviewed and revised promissory note (0.6). | | | |
|  | | ASSET | JL | 1.00 hrs. |
| 06/21/10 | Emails with Jeff Rizzo regarding Bonds.com scheduled payment. | | | |
|  | | ASSET | JL | 0.10 hrs. |
| 06/22/10 | Prepared transactional document regarding Respiro, Inc. (3.2); attorney conference with George Guerra regarding same (0.3). | | | |

Burton W. Wiand  
Re: Scoop Legal Team - Scoop Capital, LLC Receivership

November 18, 2010  
Invoice 769674  
Page 3  
BWW/1090069

|  |  |  |
|---|---|---|
| ASSET | JL | 3.50 hrs. |

06/24/10  Emails with Roger Jernigan regarding repair for roof damage to the gas station property.
                           ASSET            JL            0.30 hrs.

06/28/10  Voicemail with Mark Denzi regarding follow up on Bonds.com.
                           ASSET            JL            0.10 hrs.

06/29/10  Emails with Jeff Rizzo regarding next scheduled payment for Bonds.com (0.6); emails with Maya Lockwood regarding Bonds.com updates (0.8); voicemail with Mark Denzi regarding follow up on Bonds.com (0.1).
                           ASSET            JL            1.50 hrs.

07/01/10  Emails with Jeff Rizzo and Maya Lockwood regarding Bonds.com scheduled payment.
                           ASSET            JL            0.20 hrs.

07/12/10  Emails with Mark Denzi regarding Bonds.com UCC-1 filing (0.1); reviewed regarding same (0.2).
                           ASSET            JL            0.30 hrs.

07/12/10  Reviewed Bonds.com share certificates held in trust by Chris Moody (0.4); emails with Jeff Rizzo regarding same (0.3).
                           ASSET            JL            0.70 hrs.

07/13/10  Emails and teleconference with Mark Denzi regarding Bonds.com UCC-1 filing.
                           ASSET            JL            0.30 hrs.

07/14/10  Reviewed and filed UCC-1 financing statement (0.5); emails with Mark Denzi and Jeff Rizzo regarding same (0.2).
                           ASSET            JL            0.70 hrs.

07/19/10  Prepared and filed UCC-1 financing statement with the State of Florida regarding Bonds.com Group, Inc. (1.5); teleconference with Mark Denzi

Burton W. Wiand November 18, 2010
Re: Scoop Legal Team - Scoop Capital, LLC Receivership Invoice 769674
Page 4
BWW/1090069

|  |  |  |  |
|---|---|---|---|
|  | regarding same (0.2). | | |
|  | ASSET | JL | 1.70 hrs. |
| 07/20/10 | Prepared and filed UCC-1 financing statement with the State of Delaware regarding Bonds.com Group, Inc. | | |
|  | ASSET | JL | 1.80 hrs. |
| 07/23/10 | Revised promissory note and ancillary documents for Respiro, Inc. (0.8); emails with George Guerra regarding same (0.1). | | |
|  | ASSET | JL | 0.90 hrs. |
| 07/29/10 | Reviewed and prepared Bonds.com warrant conversion documents (1.2); conference with the Receiver regarding same and possible extension on promissory note (0.4). | | |
|  | ASSET | JL | 1.60 hrs. |
| **TOTAL Asset Analysis and Recovery** | | **$6,966.00** | **36.00 hrs.** |

**Asset Disposition**

| 05/03/10 | Emails with Jeff Rizzo regarding updates on Fruitville Road property sale and sale of the gas station property. | | |
|---|---|---|---|
|  | ASSETDIS | JL | 0.70 hrs. |
| 05/04/10 | Emails with Jeff Rizzo regarding status of eviction on the tenant at the gas station. | | |
|  | ASSETDIS | JL | 0.40 hrs. |
| 05/06/10 | Teleconference with Roger Jernigan regarding status on the sale of the gas station (0.4); emails with Jeff Rizzo regarding same (0.3). | | |
|  | ASSETDIS | JL | 0.70 hrs. |
| 05/07/10 | Teleconference with Matt Horne and Jeff Rizzo regarding eviction proceedings (0.5); emails with Jeff Rizzo regarding status on the sale of the gas station property (0.2). | | |

Burton W. Wiand  
Re: Scoop Legal Team - Scoop Capital, LLC Receivership

November 18, 2010  
Invoice 769674  
Page 5  
BWW/1090069

| | | | |
|---|---|---|---|
| | ASSETDIS | JL | 0.70 hrs. |

05/12/10  Emails and teleconferences with Jeff Rizzo and Roger Jernigan regarding the gas station property.
                              ASSETDIS          JL                    0.70 hrs.

05/17/10  Emails with Roger Jernigan regarding damage to the gas station property.
                              ASSETDIS          JL                    0.30 hrs.

05/20/10  Teleconference with Mark Euster regarding status on the sale of the gas station property (0.7); emails with Jeff Rizzo regarding same (0.3).
                              ASSETDIS          JL                    1.00 hrs.

06/08/10  Reviewed email correspondences on the status of the sale of the gas station.
                              ASSETDIS          JL                    0.50 hrs.

06/11/10  Emails with Jeff Rizzo regarding updates on the sale of the gas station property.
                              ASSETDIS          JL                    0.50 hrs.

06/14/10  Email and teleconference with Mark Euster regarding terms on reinstatement of the purchase agreement for the sale of the gas station (0.8); reviewed draft letter of intent regarding same (0.5); teleconference with the Receiver regarding same (0.2).
                              ASSETDIS          JL                    1.50 hrs.

06/18/10  Emails with Jeff Rizzo regarding updates on the sale of the gas station.
                              ASSETDIS          JL                    0.30 hrs.

06/22/10  Voicemails with Mark Euster regarding sale of the gas station property (0.3); emails with Jeff Rizzo regarding same and process server (0.2).
                              ASSETDIS          JL                    0.50 hrs.

06/23/10  Voicemails with Mark Euster regarding sale of the gas station property

Burton W. Wiand
Re: Scoop Legal Team - Scoop Capital, LLC Receivership

November 18, 2010
Invoice 769674
Page 6
BWW/1090069

        (0.3); voicemail with Roger Jernigan regarding same (0.1).

                      ASSETDIS               JL               0.40 hrs.

06/29/10    Emails with Jeff Rizzo regarding status on the sale of the gas station.

                      ASSETDIS               JL               0.80 hrs.

07/06/10    Teleconferences with Mark Euster regarding status of the sale of the gas station (0.4); teleconference with Roger Jernigan regarding same and service of the eviction complaint (0.3).

                      ASSETDIS               JL               0.70 hrs.

07/07/10    Teleconferences with Roger Jernigan regarding status of eviction and sale of the gas station (0.6); emails with Roger Jernigan and the Receiver regarding same (0.8); teleconference with Mark Euster regarding same (0.3).

                      ASSETDIS               JL               1.70 hrs.

07/09/10    Emails with the Receiver regarding status on the sale of the gas station property (0.4); emails and teleconferences with Jeff Rizzo and Roger Jernigan regarding same (1.4); voicemail with Mark Euster regarding same (0.3).

                      ASSETDIS               JL               2.10 hrs.

07/13/10    Voicemails with Mark Euster regarding status on the sale of the gas station (0.3); emails with Jeff Rizzo regarding same, eviction complaint and past due property taxes (0.4).

                      ASSETDIS               JL               0.70 hrs.

07/14/10    Teleconferences with Roger Jernigan regarding sale of the gas station (0.4); emails and teleconferences with Mark Euster regarding same (1.9); reviewed reinstatement letter of intent regarding same (0.6); emails with the Receiver regarding terms of the reinstatement (0.8).

                      ASSETDIS               JL               3.70 hrs.

07/15/10    Voicemails with Mark Euster regarding sale of the gas station property (0.4); emails with Jeff Rizzo regarding same and additional interested

Re: Scoop Legal Team - Scoop Capital, LLC Receivership

November 18, 2010
Invoice 769674
Page 7
BWW/1090069

|  |  |  |
|---|---|---|
|  | party (0.6); teleconferences with Roger Jernigan regarding same (0.4); emails with the Receiver and Jeff Rizzo regarding eviction progress (0.3).<br>ASSETDIS  JL | 1.70 hrs. |
| 07/16/10 | Emails and teleconferences with Mark Euster regarding sale of the gas station property (1.8); reviewed draft closing documents (2.3); emails and teleconferences with the Receiver regarding closing details on the sale of the gas station property (0.4); emails with Jeff Rizzo regarding same (0.4); teleconferences with Roger Jernigan regarding same (0.4).<br>ASSETDIS  JL | 5.30 hrs. |
| 07/19/10 | Voicemail with Mark Euster regarding status on the closing of the gas station.<br>ASSETDIS  JL | 0.20 hrs. |
| 07/20/10 | Emails with Mark Euster regarding status on the closing of the gas station.<br>ASSETDIS  JL | 0.30 hrs. |
| 07/21/10 | Teleconference with Mark Euster regarding status of closing on the purchase of the gas station (0.6); teleconferences with Roger Jernigan and Ed Loughlin regarding Jones Petroleum (0.9); emails with the Receiver regarding summary of teleconferences (1.1).<br>ASSETDIS  JL | 2.60 hrs. |
| 07/22/10 | Emails and teleconferences with Roger Jernigan and Ed Loughlin regarding status on the sale of the gas station property (1.2); emails with the Receiver and Jeff Rizzo regarding same and status of the eviction proceeding (0.6).<br>ASSETDIS  JL | 1.80 hrs. |
| 07/23/10 | Emails and teleconferences with Mark Euster regarding status on the sale of the gas station property (3.8); emails and teleconferences with the Receiver and Jeff Rizzo regarding same (0.8); emails with Roger Jernigan and Ed Loughlin regarding same (0.6).<br>ASSETDIS  JL | 5.20 hrs. |

TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE

Burton W. Wiand  
Re: Scoop Legal Team - Scoop Capital, LLC Receivership

November 18, 2010  
Invoice 769674  
Page 8  
BWW/1090069

| | | | |
|---|---|---|---|
| 07/26/10 | Emails with Mark Euster regarding status on the sale of the gas station (1.6); emails and teleconferences with the Receiver, Jeff Rizzo and Roger Jernigan regarding same (0.7); reviewed and revised draft motion and teleconference with Jeff Rizzo regarding same (0.8). | | |
| | ASSETDIS | JL | 3.10 hrs. |
| 07/27/10 | Reviewed and revised closing documents regarding sale of the gas station (2.7); teleconferences and emails with Mark Euster regarding same (1.3); teleconferences and emails with Reid Harbin regarding same (0.8); emails with the Receiver Jeff Rizzo regarding same (1.8). | | |
| | ASSETDIS | JL | 6.60 hrs. |
| 07/28/10 | Reviewed and revised closing documents regarding sale of the gas station (3.7); teleconferences and emails with Mark Euster regarding same (1.6); teleconferences and emails with Reid Harbin regarding same (0.8); conferences with the Receiver regarding same (0.4). | | |
| | ASSETDIS | JL | 6.50 hrs. |
| 07/29/10 | Reviewed, revised and finalized closing documents regarding sale of the gas station (4.5); teleconferences and emails with Mark Euster regarding same (1.2); teleconferences and emails with George Calloway regarding same (0.4); conferences with the Receiver regarding same (0.6). | | |
| | ASSETDIS | JL | 6.70 hrs. |
| 07/30/10 | Reviewed correspondence from Suncoast Air Center. | | |
| | ASSETDIS | JL | 0.10 hrs. |
| 07/30/10 | Teleconferences and emails with Mark Euster regarding closing status on the sale of the gas station (0.8); teleconference and emails with lender's counsel Reid Harbin regarding closing status (0.6); teleconference and emails with the Receiver regarding same (0.7); addressed closing issues on the sale of the gas station property (2.5). | | |
| | ASSETDIS | JL | 4.60 hrs. |
| **TOTAL Asset Disposition** | | **$12,113.10** | **62.60 hrs.** |

Burton W. Wiand
Re: Scoop Legal Team - Scoop Capital, LLC Receivership

November 18, 2010
Invoice 769674
Page 9
BWW/1090069

**Case Administration**

| Date | Description | | | Hours |
|---|---|---|---|---|
| 05/18/10 | Emails with Maya Lockwood regarding interim report. CASE JL | | | 0.10 hrs. |
| 05/19/10 | Emails with Maya Lockwood regarding interim report. CASE JL | | | 0.10 hrs. |
| 05/25/10 | Telephone conferences (2) with Dione Mitchell regarding Shoreline documents. CASE ABT | | | 0.40 hrs. |
| 06/28/10 | Emails with Maya Lockwood regarding interim report updates on Bonds.com and Quest Energy. CASE JL | | | 0.60 hrs. |
| 06/29/10 | NO CHARGE: Email and office conference regarding phone call from individual regarding Laurel Preserve property; direct same to Wiand firm. CASE ABT | | | 0.10 hrs. |
| 07/14/10 | UCC-1 filing with the Florida Department of State. CASE MAJ | | | 0.30 hrs. |
| 07/15/10 | NO CHARGE: Search case file for email to Cliff Hunt (0.1); email exchanges with Jeff Rizzo regarding same (0.1). CASE ABT | | | 0.20 hrs. |
| 07/19/10 | Prepare and file UCC-1 with the Delaware Department of State. CASE MAJ | | | 1.00 hrs. |
| 07/20/10 | NO CHARGE: Receipt of voice mail from Michael Lamont regarding documents needed (0.1); search database for same (0.2); leave voice mail with Michael Lamont regarding same (0.1). CASE ABT | | | 0.40 hrs. |

Burton W. Wiand  
Re: Scoop Legal Team - Scoop Capital, LLC Receivership

November 18, 2010  
Invoice 769674  
Page 10  
BWW/1090069

| | | |
|---|---|---|
| **TOTAL Case Administration** | **$394.70** | **3.20 hrs.** |

**Work on Fees Application**

| 07/22/10 | NO CHARGE: Emails with Maya Lockwood regarding motion for fees. | | | |
|---|---|---|---|---|
| | | WFEES | JL | 0.30 hrs. |

| 07/26/10 | NO CHARGE: Internal discussions regarding pre-bills. | | | |
|---|---|---|---|---|
| | | WFEES | JL | 0.40 hrs. |

| 07/27/10 | NO CHARGE: Internal discussions regarding pre-bills. | | | |
|---|---|---|---|---|
| | | WFEES | JL | 0.50 hrs. |

| 07/28/10 | NO CHARGE: Internal discussions regarding pre-bills. | | | |
|---|---|---|---|---|
| | | WFEES | JL | 0.40 hrs. |

| **TOTAL Work on Fees Application** | **$0.00** | **1.60 hrs.** |
|---|---|---|

### Summary of Fees

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| Ashley Bruce Trehan | 0.70 | 0.00 | 0.00 |
| Ashley Bruce Trehan | 0.40 | 193.50 | 77.40 |
| Jason Liu | 1.60 | 0.00 | 0.00 |
| Jason Liu | 99.40 | 193.50 | 19,233.90 |
| Michelle A Johnson | 1.30 | 125.00 | 162.50 |
| TOTAL | 103.40 | | 19,473.80 |

**Fees for Professional Services Rendered**.................................................................. $ **19,473.80**

Disbursements Through 07/31/10

| 05/12/10 | Long Distance Telephone | 1.80 |
|---|---|---|
| 05/20/10 | Long Distance Telephone | 1.95 |

Burton W. Wiand  
Re: Scoop Legal Team - Scoop Capital, LLC Receivership

November 18, 2010  
Invoice 769674  
Page 11  
BWW/1090069

| Date | Description | Amount |
|---|---|---|
| 06/07/10 | Long Distance Telephone | 0.15 |
| 06/09/10 | VENDOR: Accurint (LexisNexis); INVOICE#: 101877320100430 - Online Research - April 2010 | 11.75 |
| 06/14/10 | Long Distance Telephone | 0.15 |
| 06/14/10 | Long Distance Telephone | 0.30 |
| 06/22/10 | Long Distance Telephone | 0.15 |
| 06/22/10 | Long Distance Telephone | 0.15 |
| 06/23/10 | Long Distance Telephone | 0.15 |
| 06/23/10 | Long Distance Telephone | 0.15 |
| 07/06/10 | Long Distance Telephone | 1.80 |
| 07/07/10 | Long Distance Telephone | 0.15 |
| 07/07/10 | Long Distance Telephone | 1.20 |
| 07/13/10 | Long Distance Telephone | 0.15 |
| 07/13/10 | Long Distance Telephone | 0.15 |
| 07/14/10 | Long Distance Telephone | 1.35 |
| 07/15/10 | Long Distance Telephone | 0.15 |
| 07/15/10 | Long Distance Telephone | 0.30 |
| 07/16/10 | Long Distance Telephone | 0.15 |
| 07/16/10 | Long Distance Telephone | 1.80 |
| 07/21/10 | Long Distance Telephone | 0.30 |
| 07/21/10 | Long Distance Telephone | 1.35 |
| 07/21/10 | Long Distance Telephone | 0.15 |
| 07/23/10 | FloridaUCC, Inc. - Electronic Filing | 0.00 |
| 07/26/10 | Long Distance Telephone | 0.15 |
| 07/26/10 | Long Distance Telephone | 0.30 |
| 07/26/10 | Long Distance Telephone | 0.45 |
| 07/26/10 | Long Distance Telephone | 0.30 |

Burton W. Wiand  
Re: Scoop Legal Team - Scoop Capital, LLC Receivership  

November 18, 2010  
Invoice 769674  
Page 12  
BWW/1090069  

| Date | Description | Amount |
|---|---|---|
| 07/26/10 | Long Distance Telephone | 0.45 |
| 07/26/10 | Long Distance Telephone | 1.20 |
| 07/27/10 | Long Distance Telephone | 0.30 |
| 07/27/10 | Long Distance Telephone | 0.15 |
| 07/27/10 | Long Distance Telephone | 0.90 |
| 07/28/10 | Long Distance Telephone | 0.30 |
| 07/30/10 | Long Distance Telephone | 0.30 |
| 07/30/10 | Long Distance Telephone | 1.20 |
| 07/30/10 | Long Distance Telephone | 0.90 |
| 07/30/10 | Long Distance Telephone | 0.45 |

Total Disbursements .............................................................................................. $ 33.05

## TOTALS FOR THIS INVOICE

| | | |
|---|---|---|
| Fees for Professional Services............................................................................... | | 19,473.80 |
| Disbursements ........................................................................................................ | | 33.05 |
| **TOTAL DUE FOR THIS INVOICE**................................................................ | $ | **19,506.85** |



# FOWLER WHITE BOGGS
### Attorneys at Law EST 1943

Burton W. Wiand  
Fowler White Boggs P.A.  
501 East Kennedy Blvd., Suite 1700  
Tampa, Florida 33602

November 18, 2010  
Invoice 769674  
Tax # 59-1280172  
BWW/1090069

Re: **1090069**  
**Scoop Legal Team - Scoop Capital, LLC Receivership**

### ***REMITTANCE ADVICE***

Payment is due upon receipt.  
Please remit this page with your payment.

| | |
|---|---|
| Fees Due This Invoice | 19,473.80 |
| Disbursements Due This Invoice | 33.05 |
| **TOTAL DUE FOR THIS MATTER**.................................................................... $ | **19,506.85** |

FOWLER WHITE BOGGS P.A.  
TAMPA • FORT MYERS • TALLAHASSEE • JACKSONVILLE • FORT LAUDERDALE  
501 EAST KENNEDY BLVD., SUITE 1700 • TAMPA, FLORIDA 33602 • P.O. BOX 1438 • TAMPA, FL 33601  
TELEPHONE (813) 228-7411 • FAX (813) 229-8313 • WWW.FOWLERWHITE.COM  
EXPENSES ARE BILLED AT ACTUAL COSTS DETERMINED IN ACCORDANCE WITH ABA GUIDELINES