# JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP

ATTORNEYS AND COUNSELLORS AT LAW
911 CHESTNUT STREET
POST OFFICE BOX 1368
CLEARWATER, FLORIDA 33756-1368
(727) 461-1818

Employer ID #20-0525902

November 18, 2010

Bill No. 013/282993

BURT WIAND, RECEIVER
WIAND GUERRA KING PL
300 BAYPORT DRIVE
SUITE 600
TAMPA, FL 33607-8411

FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/10

RE: 051041/118972      v. WACHOVIA SECURITIES INTERNATIONAL LTD.

| DATE | DESCRIPTION | ATTY | HRS | AMT |
|---|---|---|---|---|
| 05/03/10 | READ AND REVIEW CORRESPONDENCE REGARDING SERVICE OF PROCESS ISSUES IN NEW JERSEY. | AAB | 0.10 | 15.00 |
| 05/03/10 | LEGAL RESEARCH REGARDING NEW JERSEY SERVICE OF PROCESS STATS. | AAB | 0.20 | 30.00 |
| 05/03/10 | INSTRUCTIONS REGARDING NEW JERSEY SERVICE. | JSC | 0.20 | 50.00 |
| 05/19/10 | CORRESPOND REGARDING STATUS OF SERVICE OF PROCESS AND NEED TO EXTEND SUMMONS (.7); VERIFY SUMMONS DATE AND SERVICE DEADLINE (.1); AVAILABILITY FOR HEARING (.2). | AAB | 1.00 | 150.00 |
| 05/19/10 | READ AND REVIEW DRAFT MOTION TO EXTEND DEADLINE FOR SERVICE OF PROCESS. | AAB | .20 | 30.00 |
| 05/20/10 | CONFERENCE WITH/CORRESPONDENCE REGARDING SERVICE OF PROCESS (.2); LEGAL RESEARCH REGARDING SAME AND UPDATE TO RECEIVER (.4). | AAB | 0.60 | 90.00 |
| 05/25/10 | CORRESPONDENCE REGARDING STATUS OF SERVICE OF PROCESS AND NEED FOR EXTENSION OF TIME FOR SUMMONS. | AAB | 0.20 | 30.00 |
| 05/25/10 | FOLLOW UP REGARDING SERVICE AND NEED TO FILE PAPERS SEEKING EXTENSION. | JSC | 0.20 | 50.00 |

# EXHIBIT 15

# JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
ATTORNEYS AND COUNSELLORS AT LAW
911 CHESTNUT STREET
POST OFFICE BOX 1368
CLEARWATER, FLORIDA 33756-1368
(727) 461-1818

Employer ID #20-0525902

November 18, 2010

Bill No. 013/282993

BURT WIAND, RECEIVER
WIAND GUERRA KING PL
300 BAYPORT DRIVE
SUITE 600
TAMPA, FL  33607-8411

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 05/27/10 | CORRESPOND REGARDING SERVICE OF EHRLICH AND NEED TO EXTEND SUMMONS. | AAB | 0.10 | 15.00 |
| 05/27/10 | DRAFT/EDIT MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT WITH PROCESS (1.7); PREPARE FOR FILING (.1). | AAB | 1.80 | 270.00 |
| 05/28/10 | READ AND REVIEW ORDER GRANTING EXTENSION TO SERVE DEFENDANT; UPDATE TO CLIENT. | AAB | 0.20 | 30.00 |
| 05/28/10 | REVIEW AND FORWARD ORDER REGARDING EXTENSION OF TIME REGARDING SERVICE OF PROCESS. | JSC | 0.50 | 125.00 |
| 06/18/10 | CORRESPONDENCE REGARDING SERVICE OF PROCESS STATUS. | AAB | 0.10 | 15.00 |
| 07/21/10 | CORRESPOND REGARDING SERVICE OF PROCESS DEADLINE. | AAB | 0.10 | 15.00 |
| 07/22/10 | CONFERENCE WITH JONATHAN S. COLEMAN REGARDING STRATEGY FOR SERVICE OF CARRELAGE OF PROCEEDING ONLY AGAINST WELLS FARGO. | AAB | 0.10 | 15.00 |
| 07/23/10 | CONFERENCE WITH JONATHAN S. COLEMAN REGARDING SERVICE AND CASE STRATEGY. | AAB | 0.10 | 15.00 |
| 07/26/10 | FOLLOW UP REGARDING ATTEMPTED SERVICE OF PROCESS ON CARRELAGE. | AAB | 0.20 | 30.00 |
| 07/26/10 | CONFERENCE WITH JONATHAN S. COLEMAN AND MICHAEL LAMONT REGARDING STRATEGY REGARDING EXTENDING SUMMONS AND PROCEEDING ON AGAINST WELLS FARGO. | AAB | 0.20 | 30.00 |
| 07/26/10 | DRAFT/EDIT MOTION FOR EXTENSION OF TIME TO SERVE DEFENDANT AND E-FILE SAME. | AAB | 0.40 | 60.00 |

## JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP

ATTORNEYS AND COUNSELLORS AT LAW
911 CHESTNUT STREET
POST OFFICE BOX 1368
CLEARWATER, FLORIDA 33756-1368
(727) 461-1818

Employer ID #20-0525902

November 18, 2010

Bill No. 013/282993

BURT WIAND, RECEIVER
WIAND GUERRA KING PL
300 BAYPORT DRIVE
SUITE 600
TAMPA, FL 33607-8411

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 07/26/10 | CONFERENCE WITH M. LAMONT REGARDING SERVICE ON DAVID EHRLICH AND RENEWAL OF MOTION TO EXTEND TIME TO SERVE COMPLAINT. | JSC | 0.20 | 50.00 |
| 07/27/10 | READ AND REVIEW ENDORSED ORDER GRANTING 60-DAY EXTENSION TO SERVE DEFENDANT. | AAB | 0.10 | 15.00 |
| 07/27/10 | CONFERENCE WITH JONATHAN S. COLEMAN REGARDING PROCESS SERVER PROGRESS AND REGARDING SAY IN PLACE IN CLAWBACK ACTIONS. | AAB | 0.20 | 30.00 |
| 07/27/10 | CORRESPOND WITH CLIENT/RECEIVER REGARDING PRETRIAL CONFERENCE AND MOVING AGAINST WELLS FARGO ONLY. | AAB | 0.10 | 15.00 |
| 07/27/10 | REVIEW AND FORWARD ORDER REGARDING 60 ADDITIONAL DAYS TO SERVE DAVID EHRLICH (.1); CONFERENCE REGARDING PROCEEDING AGAINST WACHOVIA SECURITIES ONLY, AND NEED FOR CASE MANAGEMENT CONFERENCE (.2). | JSC | 0.30 | 75.00 |

TOTAL HOURS: 7.4

TOTAL FEES: $1,250.00

TOTAL FEES DUE: $1,250.00

## JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP

ATTORNEYS AND COUNSELLORS AT LAW
911 CHESTNUT STREET
POST OFFICE BOX 1368
CLEARWATER, FLORIDA 33756-1368
(727) 461-1818

Employer ID #20-0525902

November 18, 2010

Bill No. 013/282993

BURT WIAND, RECEIVER
WIAND GUERRA KING PL
300 BAYPORT DRIVE
SUITE 600
TAMPA, FL 33607-8411

RE: 051041/118972     v. WACHOVIA SECURITIES INTERNATIONAL LTD.

| | | |
|---|---|---|
| 05/27/10 | PHOTOCOPIES | 2.80 |

TOTAL EXPENSES:     $ 2.80

TOTAL FEES AND EXPENSES DUE:     $1,252.80

# JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP

ATTORNEYS AND COUNSELLORS AT LAW
911 CHESTNUT STREET
POST OFFICE BOX 1368
CLEARWATER, FLORIDA 33756-1368
(727) 461-1818

Employer ID #20-0525902

November 18, 2010

Bill No. 013/282993

BURT WIAND, RECEIVER
WIAND GUERRA KING PL
300 BAYPORT DRIVE
SUITE 600
TAMPA, FL 33607-8411

RE: 051041/118972    v. WACHOVIA SECURITIES INTERNATIONAL LTD.

SUMMARY

|  | FEES | EXPENSES | OTHER | TOTAL |
|---|---|---|---|---|
| TOTAL AMOUNT DUE THIS INVOICE: | $1250.00 | $2.80 | $0.00 | $1252.80 |
| PREVIOUS BALANCE BROUGHT FORWARD: | $3485.00 | $127.96 | $0.00 | $3612.96 |
| PAYMENTS APPLIED TO THIS INVOICE: | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL AMOUNT DUE THIS STATEMENT: | $4735.00 | $130.76 | $0.00 | $4865.76 |