

Phone: (908) 272-5558
Fax: (908) 272-5884
E-Mail: jd@riversidefinancial.com
312 North Avenue East, Suite 7
Cranford, NJ 07016

**INVOICE FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSABLE EXPENSES**

INVOICE NO: WG10005

(For Analysis Prepared from
(6/1/10 - 6/30/10)

DATE: August 23, 2010

## Nadel Trading Activity (Nadel Receivership)

| Date | Activity Category | Timekeeper* | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6/15/10 | Data Analysis | JD | Nadel Accounts vs. Server Data/ Executive Summaries | Scoop Real Estate, L.P. Group # 1<br>Shoreline Trading a/c 4C8L<br>Review and Update account analysis - prepare monthly and yearly ROR calculation for each a/c. Gain/Loss and Rate of Return Summary page listing each account in the group and Overall ROR and Gain/Loss for all accounts in group. | 3.50 | $175/Hour | $612.50 |
| 6/15/10 | Data Analysis | JD | Nadel Accounts vs. Server Data/ Executive Summaries | Valhalla Investment Partners, L.P. Group # 2<br>Spear, Leeds & Kellogg a/c 470P<br>Bear, Stearns & Co. a/c 102-22314<br>A.B. Watley, Inc. a/c 69587160<br>Shoreline Trading a/c 750B<br>SG Americas a/c 85577219<br>Review and Update account analysis - prepare monthly and yearly ROR calculation for each a/c. Gain/Loss and Rate of Return Summary page listing each account in the group and Overall ROR and Gain/Loss for all accounts in group. | 17.50 | $175/Hour | $3,062.50 |
| 6/15/10 | Data Analysis | JD | Nadel Accounts vs. Server Data/ Executive Summaries | Victory Fund, Ltd. Group # 3<br>Shoreline Trading a/c 750A<br>AB Watley Inc. a/c 69583326<br>Spear, Leeds & Kellogg a/c 71S1<br>Rydex Funds a/c 031304382<br>Review and Update account analysis - prepare monthly and yearly ROR calculation for each a/c. Gain/Loss and Rate of Return Summary page listing each account in the group and Overall ROR and Gain/Loss for all accounts in group. | 14.00 | $175/Hour | $2,450.00 |
| 6/15/10 | Data Analysis | JD | Nadel Accounts vs. Server Data/ Executive Summaries | Victory IRA Fund, Ltd. Group # 4<br>Shoreline Trading a/c 78A1<br>Rydex Funds a/c 1003003162<br>Review and Update account analysis - prepare monthly and yearly ROR calculation for each a/c. Gain/Loss and Rate of Return Summary page listing each account in the group and Overall ROR and Gain/Loss for all accounts in group. | 7.00 | $175/Hour | $1,225.00 |

# EXHIBIT 20

| Date | Activity Category | Timekeeper* | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6/15/10 | Data Analysis | JD | Nadel Accounts vs. Server Data/ Executive Summaries | Viking Fund, LLC Group # 5<br>Trade Station Secs a/c 172-80559<br>Shoreline Trading a/c 75YK<br>Rydex Funds a/c 021204178<br>SG Americas a/c 85775949<br>Review and Update account analysis - prepare monthly and yearly ROR calculation for each a/c. Gain/Loss and Rate of Return Summary page listing each account in the group and Overall ROR and Gain/Loss for all accounts in group. | 14.00 | $175/Hour | $2,450.00 |
| 6/15/10 | Data Analysis | JD | Nadel Accounts vs. Server Data/ Executive Summaries | Viking IRA Fund, LLC Group # 6<br>Trade Station Secs a/c 172-80560<br>Shoreline Trading a/c 75YG<br>Rydex Funds a/c 021204177<br>SG Americas a/c 85685239<br>Review and Update account analysis - prepare monthly and yearly ROR calculation for each a/c. Gain/Loss and Rate of Return Summary page listing each account in the group and Overall ROR and Gain/Loss for all accounts in group. | 14.00 | $175/Hour | $2,450.00 |
| 6/15/10 | Data Analysis | JD | Nadel Accounts vs. Server Data/ Executive Summaries | Viking Master Fund Ltd. Group # 7<br>Spear Leeds & Kellogg a/c 7W4C<br>Spear Leeds & Kellogg a/c 7AY6<br>AB Watley a/c 69552214<br>Review and Update account analysis - prepare monthly and yearly ROR calculation for each a/c. Gain/Loss and Rate of Return Summary page listing each account in the group and Overall ROR and Gain/Loss for all accounts in group. | 10.50 | $175/Hour | $1,837.50 |
| 6/15/10 | Data Analysis | JD | Nadel Accounts vs. Server Data/ Executive Summaries | Scoop Capital LLC Group # 8<br>Shoreline Trading a/c 4K2B<br>Review and Update account analysis - prepare monthly and yearly ROR calculation for each a/c. Gain/Loss and Rate of Return Summary page listing each account in the group and Overall ROR and Gain/Loss for all accounts in group. | 3.50 | $175/Hour | $612.50 |
| 6/15/10 | Data Analysis | JD | Nadel Accounts vs. Server Data/ Executive Summaries | Scoop Management Inc. Group # 9<br>Shoreline Trading a/c 78H6<br>Review and Update account analysis - prepare monthly and yearly ROR calculation for each a/c. Gain/Loss and Rate of Return Summary page listing each account in the group and Overall ROR and Gain/Loss for all accounts in group. | 3.50 | $175/Hour | $612.50 |
| 6/15/10 | Data Analysis | JD | Nadel Accounts vs. Server Data/ Executive Summaries | All Groups/All Accounts Summary<br>Overall Gain/Loss and Rate of Return for All a/c's and all groups. | 2.50 | $175/Hour | $437.50 |
| 6/22/10 | Data Analysis | JD | Nadel Accounts vs. Server Data/ Executive Summaries | Review ROR and "Account Gain/Loss by Year"<br>Review Gain Loss numbers | 2.00 | $175/Hour | $350.00 |
| | | JD | All accounts | Conference call with Maya Lockwood and Al Villoch to discuss account groupings and summaries needed. | 1.50 | $175/Hour | $262.50 |

| Date | Activity Category | Timekeeper* | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 6/30/10 | Administrative | JD | All accounts | Copies, Printing, Scanning and Booklet Preparation for all accounts. | 900 | $0.15/copy | $135.00 |
| | Administrative | | 6/30/2010 | Delivery of Exhibits to Maya Lockwood via UPS | | $142.40 | $142.40 |
| | Administrative | | 6/30/2010 | Delivery of Exhibits to Maya Lockwood via UPS (Second Copy) | | $148.29 | $148.29 |
| | | | | | | **TOTAL** | **$16,788.19** |

**\* Timekeeper Information**

| | |
|---|---|
| **Timekeeper** | Jerry DeNigris |
| **Rank** | Principal |
| **Rate** | $175/Hour |

Please make payment to:
Riverside Financial Group
TAX ID (EIN) 22-3424382

If you have any questions concerning this invoice, please call:
Jerry DeNigris
( 908) 272-5558
Thank you.



Phone: (908) 272-5558
Fax:   (908) 272-5884
E-Mail: jd@riversidefinancial.com
312 North Avenue East, Suite 7
Cranford, NJ  07016

**INVOICE FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSABLE EXPENSES**

INVOICE NO: WG10002

(For Analysis Prepared from
(7/1/10 - 7/31/10)

DATE: August 23, 2010

### Nadel Trading Activity (Nadel Receivership)

| Date | Activity Category | Timekeeper* | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7/15/10 | Data Analysis | JD | AB Watley Accounts | Viking Master Fund A/C # 69552214<br>Create a Profit/Loss analysis for account including various summaries and notes. | 3.00 | $175/Hour | $525.00 |
| 7/16/10 | Data Analysis | JD | AB Watley Accounts | Intex Trading Corp A/C # 69586915<br>Create a Profit/Loss analysis for account including various summaries and notes. | 2.50 | $175/Hour | $437.50 |
| 7/19/10 | Data Analysis | JD | AB Watley Accounts | Scoop Investments A/C # 69583326<br>Create a Profit/Loss analysis for account including various summaries and notes. | 2.50 | $175/Hour | $437.50 |
| 7/20/10 | Data Analysis | JD | AB Watley Accounts | Arthur Nadel A/C # 69554160<br>Create a Profit/Loss analysis for account including various summaries and notes. | 2.50 | $175/Hour | $437.50 |
| 7/21/10 | Data Analysis | JD | AB Watley Accounts | Valhalla Invest Partners A/C # 69587160<br>Create a Profit/Loss analysis for account including various summaries and notes. | 2.50 | $175/Hour | $437.50 |
| 7/26/10 | Data Analysis | JD | Rydex Accounts | Viking IRA A/C # 21204177<br>Create a Profit/Loss analysis for account including various summaries and notes. | 2.00 | $175/Hour | $350.00 |
| 7/26/10 | Data Analysis | JD | Rydex Accounts | Viking Fund A/C # 21204178<br>Create a Profit/Loss analysis for account including various summaries and notes. | 2.50 | $175/Hour | $437.50 |
| 7/27/10 | Data Analysis | JD | Rydex Accounts | Victory IRA Fund A/C # 1003003162<br>Create a Profit/Loss analysis for account including various summaries and notes. | 2.00 | $175/Hour | $350.00 |
| 7/27/10 | Data Analysis | JD | | Traders - Wachovia A/C 78-015-811/ 2000780158115<br>Analyze the cash movement transactions from Wachovia bank statements and create a cash flow chart showing the cash movement between accounts. Cross check the checks written with checking account deposits and withdrawals against various Shoreline Hedge fund and Wachovia checking accounts. Verify dates and transfer amounts. Add new checks paid to Traders Invest to unknown deposits from Intex. | 8.50 | $175/Hour | $1,487.50 |

| Date | Activity Category | Timekeeper * | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 7/28/10 | Data Analysis | JD | Rydex Accounts | Victory IRA Fund A/C # 1003003162<br>Create a Profit/Loss analysis for account including various summaries and notes. | 2.50 | $175/Hour | $437.50 |
| 7/30/10 | Data Analysis | JD | Spear Leeds | Traders Investment Club A/C # 782V<br>Create a Profit/Loss analysis for account including various summaries and notes. | 2.50 | $175/Hour | $437.50 |
| 7/5/10 | Data Analysis | JD | | Arthur Nadel DBA Viking - Wachovia A/C 71-234-498/ 2000712344984<br>Analyze the cash movement transactions from Wachovia bank statements and create a cashflow chart showing the cash movement between accounts. Cross check checking account deposits and withdrawals with various Shoreline Hedge fund accounts, verifying dates and transfer amounts | 10.50 | $175/Hour | $1,837.50 |
| 7/7/10 | Data Analysis | JD | | Arthur Nadel DBA Valhalla - Wachovia A/C 70-675-511/ 200070675110<br>Analyze the cash movement transactions from Wachovia bank statements and create a cashflow chart showing the cash movement between accounts. Cross check checking account deposits and withdrawals with various Shoreline Hedge fund accounts, verifying dates and transfer amounts | 9.50 | $175/Hour | $1,662.50 |
| 7/9/10 | Data Analysis | JD | | Scoop Capital LLC - Wachovia A/C 71-270-215/ 2000712702157<br>Analyze the cash movement transactions from Wachovia bank statements and create a cashflow chart showing the cash movement between accounts. Cross check checking account deposits and withdrawals with various Shoreline Hedge fund accounts, verifying dates and transfer amounts | 16.50 | $175/Hour | $2,887.50 |
| | | | | Delivery of Analysis via UPS | | $23.75 | $23.75 |
| | | | | | **TOTAL** | | **$12,186.25** |

**\* Timekeeper Information**

| Timekeeper | Jerry DeNigris |
|---|---|
| Rank | Principal |
| Rate | $175/Hour |

Please make payment to:
    Riverside Financial Group
    TAX ID (EIN) 22-3424382

If you have any questions concerning this invoice, please call:
Jerry DeNigris
( 908) 272-5558
Thank you.