## The RWJ Group, LLC.
1181 S. Sumter Blvd.
Suite 312
North Port, Fl. 34287
941-915-0044

## INVOICE
Invoice Number: 050110

Invoice Date: 05/31/10

Customer Information:

| Billing Address: | | | |
|---|---|---|---|
| Company: | Wiand Guara King | | |
| Name: | Nadel Receivership | | |
| Address: | 3000 Bayport Drive | | |
| | Suite 600 | | |
| City/State/Zip | Tampa, Fl. 33607 | | |

Order Information:

| Case | Services | Fee | Total |
|---|---|---|---|
| Nadel | May Asset Management for the Nadel's Case | 5500.00 | 5500.00 |
| Nadel | Postage, Office Supplies | 38.11 | 38.11 |
| | | Subtotal: | 5538.11 |
| | | : | |
| | | Total: | 5538.11 |

Notes:

**EXHIBIT 22**

## The RWJ Group, LLC.
1181 S. Sumter Blvd.
Suite 312
North Port, Fl. 34287
941-915-0044

# INVOICE

Invoice Number: 060110

Invoice Date: 06/30/10

Customer Information:

| Billing Address: | | | |
|---|---|---|---|
| Company: | Wiand Guara King | | |
| Name: | Nadel Receivership | | |
| Address: | 3000 Bayport Drive | | |
| | Suite 600 | | |
| City/State/Zip | Tampa, Fl. 33607 | | |

Order Information:

| Case | Services | Fee | Total |
|---|---|---|---|
| Nadel | June Asset Management for the Nadel's Case | 5500.00 | 5500.00 |
| Nadel | Postage, Office Supplies | 28.67 | 28.67 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Subtotal: | 5528.67 |
| | | : | |
| | | **Total:** | 5528.67 |

Notes:

**The RWJ Group, LLC.**
1181 S. Sumter Blvd.
Suite 312
North Port, Fl. 34287
941-915-0044

# INVOICE

Invoice Number: 070110

Invoice Date: 07/31/10

Customer Information:

| Billing Address: | | | |
|---|---|---|---|
| Company: | Wiand Guara King | | |
| Name: | Nadel Receivership | | |
| Address: | 3000 Bayport Drive | | |
| | Suite 600 | | |
| City/State/Zip | Tampa, Fl. 33607 | | |

Order Information:

| Case | Services | Fee | Total |
|---|---|---|---|
| Nadel | July Asset Management for the Nadel's Case | 5500.00 | 5500.00 |
| Nadel | Postage, Office Supplies | 19.80 | 19.80 |
| Nadel | Trip to check on Garren Creek, Laurel Preserve 07/17/10 | | |
| | fuel | 479.12 | 479.12 |
| | rental car fuel | 8.70 | 8.70 |
| | Rental car | 79.66 | 79.66 |
| | meals | 53.87 | 53.87 |
| | | Subtotal: | 6141.15 |
| | | : | |
| | | Total: | 6141.15 |

Notes: