UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                           CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD.; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

Upon due and careful consideration, it is ordered and adjudged that the Receiver's Unopposed Motion for Leave to Retain the James Hoyer Law Firm to Pursue Claims Against Wachovia Bank, N.A. N/K/A Wells Fargo Bank, N.A. (Dkt. 691) is granted. The Receiver is authorized to retain the law firm of James Hoyer pursuant to the fee agreement embodied in the letter attached to the motion as Exhibit A in order for that firm to pursue claims for damages against Wachovia/Wells Fargo on behalf of the

following receivership entities: Scoop Real Estate, L.P., Valhalla Investment Partners, L.P., Victory IRA Fund, Ltd., Victory Fund, Ltd., Viking IRA Fund, LLC, and Viking Fund, LLC.

**DONE AND ORDERED** at Tampa, Florida, on December 27, 2011.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record