UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD.; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

**UPON DUE CONSIDERATION** of the parties' written submissions and oral arguments, and for the reasons stated on the record at the hearing held in this case this day, it is **ORDERED AND ADJUDGED** as follows:

1) The Motion of Wells Fargo Bank, N.A., for the Court to Continue the Hearing Scheduled for March 2, 2012, on Pending Motions (Dkt. 765) is denied.

2) The Receiver's Motion to Appoint Appraisers Pursuant to 28 U.S.C. § 2001 to Appraise Receivership Real Property in Graham, North Carolina (Dkt. 739) is granted to the following extent: (a) Thomas J. Skeahan is appointed as one of the three appraisers; (b) Wells Fargo Bank, N.A. shall file with this Court on or before Friday, March 9, 2012, the name of the second appraiser it has selected to appraise the property at issue; and (c) the Receiver shall file with this Court on or before Friday, March 9, 2012, the name of the third appraiser he has selected to appraise the property at issue.

3) All responses to Wells Fargo Bank, N.A.'s Motion to Disqualify Receiver, to Disqualify Wiand Guerra King, P.L., and to Disallow All Fees Payable to the Receiver and his Counsel shall be filed on or before Friday, March 9, 2012.

**DONE AND ORDERED** at Tampa, Florida, on March 2, 2012.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record