UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,
v.                                            CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.; VALHALLA
INVESTMENT PARTNERS, L.P.; VALHALLA
MANAGEMENT, INC.; VICTORY IRA FUND,
LTD.; VICTORY FUND, LTD.; VIKING IRA
FUND, LLC; VIKING FUND, LLC; and
VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that the Receiver's Motion to Approve Proposed Notice of Settlement (Dkt. 805) is granted. The Court specifically approves the Notice attached to the motion as Exhibit A and the Short Form Notice set forth in the motion and authorizes the Receiver to disseminate the notices in the manner described in the motion.

**DONE AND ORDERED** at Tampa, Florida, on March 30, 2012.

                          s/*Richard A. Lazzara*
                          **RICHARD A. LAZZARA**
                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record