# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.                                                                    CASE NO:  8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

      Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

      Relief Defendants.

_____/

## O R D E R

      Upon due consideration of Wells Fargo Bank, N.A.'s Limited Emergency Motion

for Reconsideration of Order (Doc. No. 840) and Order (Doc. No. 842) Granting

Renewed Motion to Approve Sale (Dkt. 853), and the submissions of the parties, and for

the reasons stated on the record, it is **ORDERED AND ADJUDGED** that the Motion

(Dkt. 853) is denied.

      **DONE AND ORDERED** at Tampa, Florida, on May 15, 2012.

_s/Richard A. Lazzara_
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record