UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                             CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Marguerite J. Nadel's Motion for Relief from Freeze on Assets (Dkt. 861) is denied without prejudice for failure to comply with the conferral requirements of Local Rule 3.01(g). Mrs. Nadel and the Receiver's counsel shall confer *personally* within the next seven (7) days in a good faith effort to resolve the issue raised in the motion. The Receiver's counsel shall make himself available for such a personal conference.

**DONE AND ORDERED** at Tampa, Florida, on May 24, 2012.

                                s/*Richard A. Lazzara*
                              **RICHARD A. LAZZARA**
                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record