UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                      CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

Upon due consideration of the procedural history of this case, and in the interest of the Receivership Estate, it is ordered and adjudged that the Receiver's Unopposed Motion for Leave to Pay Arbitration Filing Fees Directly From Receivership Estate (Dkt. 877) is granted. The Receiver is authorized to pay $65,000.00 directly from the Receivership Estate in order to institute arbitration proceedings against those "clawback" Defendants who successfully invoked arbitration in the related proceedings before United States District Judge Elizabeth A. Kovachevich.

**DONE AND ORDERED** at Tampa, Florida, on June 29, 2012.

                                          s/*Richard A. Lazzara*
                                        **RICHARD A. LAZZARA**
                                        **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record