# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                         CASE NO:  8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## O R D E R

Upon due consideration of the procedural history of this case, it is ordered and adjudged that Emelie Zack's *pro se* Motion seeking various relief from the receivership (Dkt. 927) is denied.  Ms. Zack's allegations with regard to the fraudulent acts allegedly perpetrated against her by her former husband, Defendant Arthur Nadel, predate the ponzi scheme charged in the complaint and have absolutely no nexus to that scheme.  In light of this determination, the Court needs no response either from the Plaintiff or the Receiver.

    **DONE AND ORDERED** at Tampa, Florida, on October 23, 2012.

       s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record