UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.        CASE NO:  8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

Upon due and careful consideration of the procedural history of this case, it is ordered and adjudged that the Receiver's Motion to Approve Agreement Relating to Payment of Judgment (Dkt. 964) is granted.  The Court approves the agreement between the Receiver and Samuel R. Morgan, III, which is attached to the motion as Exhibit A with regard to Morgan's payment of the judgment in the sum of $380,369.00 entered against him on January 24, 2013, at docket 131, in case number 8:10-cv-205-T-17MAP.

**DONE AND ORDERED** at Tampa, Florida, on February 8, 2013.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record