# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

     Plaintiff,

v.                                         CASE NO:  8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

     Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

     Relief Defendants.

_____/

## O R D E R

      Upon due and careful consideration of the procedural history of this case, it is ordered and

adjudged that the Motion to Intervene and Motion for Immediate Accounting (Dkt. 1039) is

denied for the following two reasons.  First, counsel filing the motions failed to comply with the

conferral requirements of Local Rule 3.01(g).  Second, because Quest Energy Management

Group, Inc., has appealed this Court' order expanding the Receivership to include Quest, this

Court is of the opinion that it lacks jurisdiction to entertain the motions.  See Griggs v. Provident

Consumer Discount Co., 459 U.S. 56, 58, 103 S.Ct. 400, 402, 74 L.Ed.2d 225 (1982) (stating

that "[t]he filing of a notice of appeal is an event of jurisdictional significance - it confers

jurisdiction on the court of appeals and divests the district court of its control over those aspects

of the case involved in the appeal.") (citations omitted).

      **DONE AND ORDERED** at Tampa, Florida, on July 16, 2013.


          s/*Richard A. Lazzara*
      **RICHARD A. LAZZARA**
      **UNITED STATES DISTRICT JUDGE**


COPIES FURNISHED TO:
Counsel of Record