UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                    CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

Upon due and careful consideration of the parties' submissions, together with the prior proceedings in this case, it is ordered and adjudged that La Bellasara Condominium Association's Motion for Partial Relief From Stay to Permit the Filing of a Lien in the Public Records (Dkt. 1076) is denied based on the same reasoning and analysis set forth in this Court's prior order rendered August 5, 2009, at docket 169.  Furthermore, this Court agrees with the Receiver's contention that the motion is premature and that "[t]he Association will have an

opportunity to address its interests when the Receiver finds a buyer for Unit 703 and, if still unresolved, when he moves the Court to approve the sale of Unit 703."

**DONE AND ORDERED** at Tampa, Florida, on November 4, 2013.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record