## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                            CASE NO:  8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## **O R D E R**

    Upon due and careful consideration of the procedural history of this case, together with the Receiver's written submissions, it is ordered and adjudged that the Receiver's Unopposed Motion for Permission to Prosecute Appeal (Dkt. 1128) is granted.  The Court authorizes the Receiver to continue to prosecute the appeal presently pending before the Eleventh Circuit Court of Appeals bearing the style <u>Wiand v. Schneiderman et al.</u>, case number 14-11203-D.

    **DONE AND ORDERED** at Tampa, Florida, on July 16, 2014.

        s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record