UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                  CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## O R D E R

Upon due and careful consideration of the procedural history of this case, it is ordered and adjudged that the *pro se* Claimant's Motion for Miscellaneous Relief (Dkt. 1130) is denied. The Court continues to reaffirm its determination as set forth in the order entered June 18, 2014, at docket 1121, which granted the Receiver's Motion for an Order Overruling Objections to Determinations of Claim Numbers 462, 463, 464, 465, 466, and 467 and Awarding Sanctions in the Form of Attorney Fees and Costs, a motion to which the Claimant failed to respond, that "the Claimant is now foreclosed from litigating the issue of the existence of a Ponzi scheme in this

judicial forum, and his refusal to withdraw his objections to the Receiver's claims determinations with regard to claims 462, 463, 464, 465, 466, and 467 can only be characterized as frivolous, thus meriting an award of attorney fees and costs to the Receiver as an appropriate sanction for needlessly pursuing an untenable legal position." In light of that determination, and after closely examining the Receiver's attorney's declaration in support of attorney fees and costs filed June 27, 2014, at docket 1125, it is ordered and adjudged that the amount of $6,477.30 is awarded against the Claimant Vernon M. Lee as a sanction. The Clerk is directed to enter judgment against the Claimant in that sum in favor of the Receiver.

**DONE AND ORDERED** at Tampa, Florida, on July 18, 2014.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record
Vernon M. Lee, *pro se*