UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                                                              CASE NO:  8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

Upon due and careful consideration of the Receiver's submissions, it is ordered and adjudged that the Receiver's Unopposed Motion for Permission to Appeal Order Granting Summary Judgment Regarding Garnished Annuity (Dkt. 1136) is granted. The Court authorizes the Receiver to pursue a direct appeal to the Eleventh Circuit Court of Appeals with regard to the order entered on July 11, 2014, at docket 383, in case number 8:10-cv-245-T-17MAP.

**DONE AND ORDERED** at Tampa, Florida, on August 19, 2014.

                s/*Richard A. Lazzara*
                **RICHARD A. LAZZARA**
                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record