UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                                          CASE NO:  8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

    **THIS CAUSE** comes before the Court for consideration of Unopposed Receiver's Eighteenth Interim Motion for Order Awarding Fees, Costs, and Reimbursement of Costs to Receiver and His Professionals (Dkt. 1155).  The Securities and Exchange Commission does not oppose the granting of the relief sought.

    Having considered the motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Unopposed Receiver's Eighteenth Interim Motion for Order Awarding Fees, Costs, and Reimbursement of Costs to Receiver and His Professionals

(Dkt. 1155) is **GRANTED**.  The Court (1) awards the following sums and directs that payment be made from the Receivership assets:

| | |
|---|---:|
| Burton W. Wiand, Receiver | $17,535.00 |
| Wiand Guerra King P.L. | $210,265.38 |
| PDR Certified Public Accountants | $33,459.00 |
| RWJ Group, LLC | $22,949.33 |
| Yip Associates | $35,017.36 |
| Schiff Hardin LLP | $153.31 |
| E-Hounds, Inc. | $195.00 |
| Riverside Financial Group | $1,050.00 |
| Reminger Co. L.P.A. | $603.50 |
| Maples & Calder | $10,492.50 |

and (2) further awards the following sums and direct that payment be made from Quest's assets and revenues:

| | |
|---|---:|
| Burton W. Wiand, Receiver | $6,825.00 |
| Wiand Guerra King P.L. | $36,440.19 |
| PDR Certified Public Accountants | $7,864.50 |
| RWJ Group, LLC | $1,787.61 |
| Law Office of Dick Harris, P.C. | $6,880.45 |
| Law Office of Ashton Anderson | $3,740.00 |
| Scott Douglass & McConnico, L.L.P. | $126.00 |

**DONE AND ORDERED** at Tampa, Florida, on January 9, 2015.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record