**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                    CASE NO:  8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

Upon due and careful consideration of the procedural history of this case, the Receiver's written submissions, and the procedural history and orders sought to be reviewed in the case of Wiand, as Receiver v. Wells Fargo Bank, N.A., Case Number 8:12-cv-557-JDW-EAJ (M.D. Fla.), it is ordered and adjudged that the Receiver's Unopposed Motion to Prosecute Appeal (Dkt. 1162) is granted.  The Receiver is authorized to retain the services of the James Hoyer law firm pursuant to the fee arrangement described in the motion to prosecute an appeal to the

Eleventh Circuit Court of Appeals with regard to the order denying the Receiver's motion to remand and the order granting Wells Fargo's motion for summary judgment.

**DONE AND ORDERED** at Tampa, Florida, on March 27, 2015.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record