# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                      CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, including a close and careful review of the Receiver's Motion for Permission to Prosecute Appeal and the attached exhibits denominated A through D (Dkt. 1202),[1] as well as the Eleventh Circuit Court of Appeals decision in <u>Blasland, Bouck & Lee, Inc. v. City of N. Miami</u>, 283 F.3d 1286 (11th Cir. 2002), it is **ORDERED AND ADJUDGED** that the motion is **granted**. The

---

[1] Exhibit A is reported at <u>Wiand v. Dancing $, LLC</u>, 2015 WL 3866998 (M.D. Fla. 2015).

Receiver is authorized to pursue an appeal from the order entered in case number 8:10-cv-92-T-17MAP on June 23, 2015, at docket 150.  In the Court's view, the appeal presents a significant issue with regard to the date an award of prejudgment interest should be made in what is commonly referred to as a "clawback" case.

      **DONE AND ORDERED** at Tampa, Florida, on September 29, 2015.

      s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record