UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                       CASE NO:  8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Receiver's written submission and attachments, it is **ORDERED AND ADJUDGED** that the Receiver's Motion to Overrule Objection to Determination of Claim Number 469 (Dkt. 1199) is **granted** for the reasons stated in the motion, that is, (1) the Claimant, MMG Bank & Trust, Ltd., failed to comply with the claims procedures and deadlines promulgated by this Court, and the information belatedly supplied in its objection did not cure

the deficiency, and (2) the Investor, OW Dragoon, was a sophisticated investment firm and thus either had inquiry or actual notice of Mr. Nadel's fraud.

**DONE AND ORDERED** at Tampa, Florida, on October 1, 2015.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record