UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.          CASE NO:  8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

## O R D E R

**UPON DUE CONSIDERATION** of the Renewed Motion to Allow the First National Bank of Albany/Breckenridge to Go Free of the Stay to Enforce its Security Interest in Assets of Quest Energy Management Group, Inc. (Dkt. 1244), the Receiver's Opposition (Dkt. 1246), and Plaintiff's Response (Dkt. 1247), it is **ORDERED AND ADJUDGED** that the motion is **denied**. First National Bank filed a proof of claim in

these receivership proceedings which covers its secured collateral.[1]  The purpose of the claims process exists to consolidate all claims, avoid piecemeal litigation, and provide an efficient and orderly administration of the estate.  Consequently, the Court agrees with the Receiver's contention "that First National submitted to the exclusive jurisdiction of this Court regarding all of its claims against Quest and its assets, including Quest's office building and oil and gas leases, by filing a proof of claim form in the claims process."

**DONE AND ORDERED** at Tampa, Florida, on September 27, 2016.

s/<i>Richard A. Lazzara</i><br>
**RICHARD A. LAZZARA**<br>
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record

---

[1]  See docket 1246, at Exh. 1.