UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.        CASE NO: 8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

**THIS CAUSE** comes before the Court for consideration of the Receiver's Unopposed Motion to (1) Approve Sixth Interim Distribution and (2) Increase Certain Reserves (the Motion) (Dkt. 1253). The Securities and Exchange Commission does not oppose the granting of the relief sought. Wells Fargo Bank, N.A., has filed a Limited

Objection and Memorandum of Law in Opposition to which the Receiver has filed a Response.[1]

Having considered the submissions of the Receiver and Wells Fargo, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Receiver's Motion is **GRANTED**. The Court finds that the interim distribution plan as set forth in the Motion and in its Exhibits is fair and reasonable and consistent with the distribution plan previously approved by this Court and that the interests of Wells Fargo are adequately protected.  **ACCORDINGLY**,

1.  The Receiver is authorized to conduct a sixth interim distribution in the total amount of $2,000,000.00 as set forth in the Motion and in Exhibit A attached to the Motion; and

2.  The Receiver is authorized to increase reserves by $111,963.37, which will leave in place a total reserve amount of $2,769,187.73 as set forth in the Motion and in Exhibit B attached to the Motion.

**DONE AND ORDERED** at Tampa, Florida, on January 10, 2017.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

COPIES FURNISHED TO:
Counsel of Record

---

[1] See dockets 1254 and 1258.