**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                   CASE NO:  8:09-cv-87-T-26TBM

ARTHUR NADEL; SCOOP CAPITAL, LLC;
and SCOOP MANAGEMENT, INC.,

    Defendants,

SCOOP REAL ESTATE, L.P.;
VALHALLA INVESTMENT PARTNERS, L.P.;
VALHALLA MANAGEMENT, INC.;
VICTORY IRA FUND, LTD.; VICTORY FUND, LTD.;
VIKING IRA FUND, LLC; VIKING FUND, LLC;
and VIKING MANAGEMENT, LLC,

    Relief Defendants.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the parties' written submissions, the evidence and testimony elicited at the hearing held this day in this case, and the parties' oral arguments, it is **ORDERED AND ADJUDGED** as follows:

    1)  The Receiver's Emergency Motion to Enjoin Texas Railroad Commission Administrative Proceeding Filed Against Receivership Entity Quest Management Group, Inc. (Dkt. 1262) is **granted** inasmuch as that entity did not oppose the Receivers' motion.  All

proceedings before the Texas Railroad Commission relating to Quest Energy Management Group, Inc. are enjoined unless authorized by this Court.

2) The Receiver's Motion for Order to Show Cause Why Sanctions should not be Imposed against Hatchett Leaseholders and their Representatives for Failure to Comply with the Court's Order Appointing Receiver (Dkt. 1262) is **denied** for the reasons announced on the record at the conclusion of the hearing.

3) The Motions for Leave to File Suit and for Declaratory Relief against the Receiver Individually and in his Capacity as Receiver for Quest Energy Management Group, Inc. (Dkts. 1269 & 1271) are **denied**.

4) The parties shall submit memoranda of law no later than **April 19, 2017**, addressing whether "The Hatchett Lease" did or did not expire on April 15, 2016.

**DONE AND ORDERED** at Tampa, Florida, on March 22, 2017.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>COPIES FURNISHED TO</u>:
Counsel of Record