UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION

    Plaintiff,

v.

ARTHUR NADEL,
SCOOP CAPITAL, LLC,
SCOOP MANAGEMENT, INC.,

    Defendants,                      CASE NO.: 8:09-0087-T-26TBM

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD.,
VICTORY FUND, LTD.,
VIKING IRA FUND, LLC.,
VIKING FUND, LLC., and
VIKING MANAGEMENT, LLC.

    Relief Defendants.
_____/

## ORDER

This cause comes before the Court for consideration of *Agreed Motion for Extension of Time for Receiver to Respond to Motions filed by Wells Fargo Bank, N.A.* (the "Motion")[1](Doc. No. 1340). Counsel for the Receiver has represented that Wells Fargo, N.A. has consented to the relief requested. The Court having considered the Motion and being fully advised in the premises finds that the Motion should be granted. Accordingly, it is

    ORDERED that:

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

1. The Motion is Granted.

2. The deadline under Local Rule 3.01(b) for the Receiver to filed responses and/or objections to *Wells Fargo's Motion for Payment of Certain Fees and Costs as Administrative Expenses* (Doc. No. 1334) and/or *Wells Fargo's Motion for Order Directing Receiver to Turnover Rents from Rite Aid Property* (Doc. No. 1332) is extended to December 22, 2017.

**DONE** and **ORDERED** in chambers in Tampa, Florida this ____ day of _____, 2017.

/s/ _____
RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO:**
Counsel of Record