UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.                          Case No.: 8:09-cv-0087-VMC-SPF

ARTHUR NADEL,
SCOOP CAPITAL, LLC, and
SCOOP MANAGEMENT, INC.,

      Defendants,

and

SCOOP REAL ESTATE, L.P.,
VALHALLA INVESTMENT PARTNERS, L.P.,
VALHALLA MANAGEMENT, INC.,
VICTORY IRA FUND, LTD,
VICTORY FUND, LTD,
VIKING IRA FUND, LLC,
VIKING FUND, LLC, and
VIKING MANAGEMENT, LLC,

      Relief Defendants.

_____/

**ORDER**

This cause comes before the Court upon consideration of the Receiver's Final Motion for Order Awarding Fees, Costs and Reimbursement of Costs to Receiver and His Professionals (Doc. # 1462), filed on April 29, 2025. The Securities and Exchange Commission does not oppose the relief sought. (Id.

1

at 1). Moreover, fourteen days have passed since the Motion was filed, and no objections have been filed.

Upon due consideration, the Receiver's Final Motion for Order Awarding Fees, Costs and Reimbursement of Costs to Receiver and His Professionals (Doc. # 1462) is **GRANTED**. The Court awards the following sums and directs that payment be made from the Receivership assets:

| | |
|---|---|
| Burton W. Wiand, Receiver | $27,032.98 |
| Guerra & Partners, P.A. | $134,447.54 |
| Johnson Newlon & DeCort | $5,208.00 |
| Jared J. Perez P.A. | $7,315.00 |
| PDR CPAs | $39,697.75 |
| RWJ Group, LLC | $3,308.91 |
| Stichter Riedel Blain & Postler, P.A. | $3,874.30 |

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 14th of May, 2025.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

2